1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**MORGAN, LEWIS & BOCKIUS LLP**
James J. Dragna (SBN 91492)
jim.dragna@morganlewis.com
Denise Gail Fellers (SBN 222694)
denise.fellers@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Plaintiff
BKK WORKING GROUP, an unincorporated
association, and individual members identified
below

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND LLC.; BAYER CROPSCIENCE INC.; BHPI SERVICE LLC; THE BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE PRODUCTS LLC; CITY OF LOS ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS CORPORATION; GENERAL LATEX AND | Case No. 2:18-cv-5810 **COMPLAINT FOR:** 1. CERCLA: COST RECOVERY [42 U.S.C. § 9607(a)] 2. CERCLA:  CONTRIBUTION [42 U.S.C. § 9613(f)] 3. CERCLA:  SUBROGATION [42 U.S.C. § 9612(c)(2)] 4. CERCLA:  DECLARATORY RELIEF [42 U.S.C. § 9613(g)] 5. HSAA: CONTRIBUTION [HEALTH AND SAFETY CODE §§ 25300, ET SEQ.] 6. EQUITABLE INDEMNIFICATION 7. COMMON LAW SUBROGATION 8. DECLARATORY RELIEF [Cal. Civ. Proc. Code §1060] 9. DECLARATORY RELIEF [28 U.S.C. § 2201] |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles B

1  CHEMICAL CORPORATION; HP
2  INC. (FORMERLY KNOWN AS
   HEWLETT-PACKARD
3  COMPANY); AMERICAN
   HONDA MOTOR CO., INC.;
4  HUNTINGTON BEACH
   COMPANY; LOCKHEED
5  MARTIN CORPORATION;
6  MARS, INC. (FORMERLY
   KNOWN AS KAL KAN FOODS
7  INC.); MONTROSE CHEMICAL
   CORPORATION OF
8  CALIFORNIA; MORTELL
   COMPANY; MORTON
9  INTERNATIONAL, INC.;
10 NATIONAL STEEL AND
   SHIPBUILDING COMPANY;
11 NORTHROP GRUMMAN
   SYSTEMS CORPORATION; OXY
12 USA, INC.; QUEMETCO, INC.;
   ROCKWELL AUTOMATION,
13 INC.; ROHM & HAAS
   COMPANY; ROHR, INC.; SAN
14 DIEGO GAS & ELECTRIC
15 COMPANY; SMITH
   INTERNATIONAL, INC.;
16 SOUTHERN CALIFORNIA
   EDISON COMPANY;
17 SOUTHERN CALIFORNIA GAS
18 COMPANY; STAUFFER
   MANAGEMENT COMPANY
19 LLC; THE PROCTER &
   GAMBLE MANUFACTURING
20 COMPANY; THUMS LONG
   BEACH COMPANY; UNION
21 CARBIDE CORPORATION;
22 UNION PACIFIC
   RAILROAD/SOUTHERN
23 PACIFIC TRANSPORTATION
   COMPANY; UNITED STATES
24 STEEL CORPORATION;
25 UNITED TECHNOLOGIES
   CORPORATION; AND UNIVAR
26 USA INC.,
27
28                    Plaintiffs,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

2

COMPLAINT
2:18-CV-5810

vs.

1700 SANTA FE LTD; A & E
PLASTICS CO.; A & H PLATING
INC.; A & Z DECASING CO.; A. B.
DICK CO., A. C. BARREL & DRUM;
A. D. SERVICE PUBLICATIONS; A.
J. DAW PRINTING INK CORP; A. L.
LARSON BOAT SHOP; AAMCO
TRANSMISSIONS; ABBOTT
POWER CORP.; ACCENT
GENERAL; ACCURATE PLATING
CO.; ACE INDUSTRIES; ACE
PLATING CO.; ACME GENERAL
CORP.; ACTION COMPUTER
PRODUCTS INC.; ADOHR FARMS;
ADVANCE GALVANIZING CO.;
ADVANCE GEAR & MACHINE
CORP.; ADVANCE PIPE
PRODUCTS; ADVANCED
COATING INC.; ADVANCED
ENVIRONMENTAL INC.;
AEROQUIP CORP.;
AEROSCIENTIFIC CORP.;
AEROSOL SERVICES CO. INC.;
AETNA METALS CO.; AIR
INDUSTRIES CORP.; AIRCO CORP.;
AIRSTREAM OF CA; AJAX
HARDWARE CORP.; ALBERT VAN
LUIT & CO.; ALCAN ALUMINUM
CORP.; ALCO CAD NICKEL
PLATING CORP.; ALCO WELL
SERVICE INC.; ALCO-GRAVURE
INC.; ALFLEX CORP.; ALL
METALS PROCESSING CO INC.;
ALL VALLEY PLATING CO. INC.;
ALLESANDRO AUTOMATIC INC.;
ALLIED CLEANING SPECIALISTS
INC.; ALLYN TRANSPORTATION
CO.; ALTFILLISH GLADDEN;
ALUM-A-COAT INC.; ALUMINUM
FORGE DIVISION OF APP;
ALUMTREAT INC.; AMCO
MANUFACTURING CORP.;
AMERICAN APPLIANCE
MANUFACTURING CORP.;
AMERICAN CHEMICAL &
REFINING; AMERICAN DRAWN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

3

COMPLAINT
2:18-CV-5810

STEEL; AMERICAN
ENVIRONMENTAL LLC;
AMERICAN MARBLE & ONYX
INC.; AMERICAN OCEAN TILE;
AMERICAN PACIFIC
INTERNATIONAL INC.;
AMERICAN RACING EQUIPMENT;
AMERICAN SAFETY EQUIPMENT
CO.; AMERICAN SCIENTIFIC
PRODUCTS; AMERICAN TOOL &
ENGINEERING CORP.;
AMERITONE PAINT CORP.;
AMEROIL; AMF TUBESCOPE INC.;
ANAPLEX CORP.; ANCHOR
HOCKING CORP.; ANCHOR POST
PROD INC.; ANDERSON
LITHOGRAPH; ANDREW
CALIFORNIA CORP.; ANGLASS
INDUSTRIES; ANJA ENGINEERING
CORP.; ANODART; ANODYNE
INC.; APEX DRUM CO.; APEX
INTERNATIONAL ALLOYS;
APODACA & SONS PLATING CO.;
APOLLO MANUFACTURING CO.;
APPLETON ELECTRIC CO.;
APPLIED MAGNETICS CORP.;
AQUARIUS VACUUM TRUCK
SERVICE; ARBCO ELECTRONICS;
ARCHITECTURAL ANODIZING
INC.; ARMCO STEEL CORP.;
ARMSTRONG PET CORP.;
ARNOLD ELECTRONICS INC.;
ARROW PLATING CO.;
ARROWHEAD MOUNTAIN SPRING
WATER CO.; ARTESIA DOOR;
ARTISTIC POLISHING & PLATING
INC.; ASBESTOS CLEAN-UP &
CONSULTANTS; ASBESTOS
RESIDENTIAL BLANKET
NUMBER; ASBURY OIL CO.; ASCO
SINTERING CO.; ASSOCIATED
PACIFIC; ASSOCIATED PLATING
CO.; ASTRO PAK CORP.;
ATLANTIC OIL COMPANY; ATLAS
COVERALL & SUPPLY; ATLAS
FABRICATORS; ATLAS LIGHTING
CO.;  ATSF RAILWAY CO.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

4

COMPLAINT
2:18-CV-5810

AUTOMOTIVE BATTERY PROD CO.; AVIATION POWER SUPPLY; AZUSA GRANITE; AZUSA SALVAGE CO.; B. & B. PIPE & TOOL CO.; B. & C. PLATING CO.; B. P. JOHN FURNITURE CO.; BAKER CONSULTANTS INC.; BAKER TANKS; BALSER TRUCKING; BARRON PLATING CO.;  BARRY L. MILLER ENGINEERING CO. INC.; BARSOTTIS INC.; BAY DECKING CO. INC.; BEAR PAW MINING; BEATRICE HUNT WESSON INC.; BELL INDUSTRIES; BEMIS CO. INC.; BENNETT INDUSTRIES; BEREN CORP.; BERGANDI MANUFACTURING CO. INC.; BERK OIL CO.; BERNARD EPPS & CO.; BERNS CO.; BEST WASHINGTON UNIFORM SUPPLY; BETHLEHEM STEEL CORP.; BETTY GLASER INVESTMENT CO.; BEYLIK DRILLING; BINGO TRUCK STOP; BLACK OXIDE INDUSTRIES INC.; BLACKFOOT-CHEROKEE ENERGY INC.; BLISS & LAUGHLIN STEEL CO.; BLOCK OIL CO.; BLUE SEAL LINEN SUPPLY; BOB MULLER AUTO; BOB'S PLATING; BONANZA ALUMINUM INC.; BORTZ OIL CO.; BOSS UNIFORMS; BOWMAN PLATING CO. INC.; BRADFORD WHITE CORP.; BREA CANYON OIL CO.; BREA HIGH SCHOOL; BRISTOL INDUSTRIES; BRITE SOL INC.; BROGDEX CORP.; BROOKS & PERKINS BROWNLINE DIVISION; BTJ CONSTRUCTION; BUCK DOES IT INC.; BUDS OIL SERVICE INC.; BUMPER SHOP; BUMPERLINE INC.; BURBANK PLATING SERVICE CORP.; BURBANK UNIFIED SCHOOL DISTRICT; BURKE CO.; BURTON PLATING CO.; C. & W. CHEMICALS CO. INC.; C. E. GLASS COMBUSTION

ENGINEERING INC.; C. M.
DODSON OIL; CADET UNIFORM &
LINEN SUPPLY CO.; CAL BUMPER
CO.; CAL CHEM CLEANING CO.;
CAL CHROME; CAL DURAN INC.;
CAL INK; CAL LIFT INC.; CAL
METALS; CAL NEV PIPELINE CO.;
CAL STYLE FURNITURE
MANUFACTURING CO.; CAL USA
CHEMICAL CO.; CALBIOCHEM-
BEHRING CORP.; CALI-BLOK;
CALIFOIL INC.; CALIFORNIA
CARPET CO.; CALIFORNIA
CORRUGATED IND; CALIFORNIA
FINISHED METALS INC.;
CALIFORNIA METAL ENAMELING
CO.; CALIFORNIA MILK
PRODUCERS; CALIFORNIA
MOTOR EXPRESS; CALIFORNIA
SHIP BUILDING; CALIFORNIA
TARGET ENTERPRISES;
CALIFORNIA TECHNICAL
PLATING CORP.; CAL-MOLD INC.;
CALPRO CO.; CALPROTECH INC.;
CAL-WEST CIRCUITS INC.;
CALZONA TRANSPORTATION;
CANNEL & CHAFFIN CO.;
CAPITOL RECORDS INC.; CAPRI
PUMPING SERVICE; CAPRO OIL
CO.; CARNATION CO.; CARTER
PRECISION PARTS INC.; CASDEN
CO.; CASPIAN INC.; CAST METAL
FINISHING; CBC INDUSTRIES;
CEDARGREEN REFINING CO.;
CEDKO ELECTRONICS; CELOTEX
CORP.; CENTRAL INDUSTRIAL
ENGINEERING; CENTRAL
INSULATION CORP.; CENTRAL
PLANTS INC.; CENTURY PHOENIX
LAMINATERS INC.; CERTIFIED
GROCERS OF CAL; CHACON
CHEMICAL CORP.; CHALLENGE
COOK BROS; CHAMPION
CHEMICALS INC.; CHAMPION
POWER WASH; CHARLES
BRUNING CO.; CHEM ARROW
CORP.; CHEM ETCH CORP.; CHEM

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

COMPLAINT
2:18-CV-5810

WEST INDUSTRIES INC.;
CHEMICAL CO.; CHEMICAL
ENERGY; CHEMICAL MACHINING
CORP.; CHEMICAL MILLING
INTERNATIONAL; CHEMICALS
INC.; CHEMOIL REFINING CORP.;
CHEMPLATE CORP.; CHEMRON
CORP.; CHEMWARE; CHICK
SALES PLATING CORP.; CHINO
VALLEY GALVANIZING CO.; CHP
FOODS; CHROME CRANKSHAFT
CO.; CHROMIZING CO.; CIA
MINERA DE CANANEA SA;
CINTAS UNIFORM CO.; CIRCUIT
INDUSTRIES; CIRCUIT ONE DIV.
OF LH RESEARCH INC.; CITY OF
CARSON; CITY OF HERMOSA
BEACH; CITY OF RIVERSIDE;
CITY OF SAN DIEGO; CLARKE
CONTRACTING CORP.; CLEAN
STEEL INC.; CLEANING
DYNAMICS CORP.; CLIMAX TUBE
CORP.; COAST CONTRACTORS;
COGNIS CORP.; COLLINS
GENERAL CONTRACTORS;
COLUMBIA METAL FINISHING
INC.; COLUMBINE & ASSOCIATES;
COMMERCIAL CHEMICAL CO.
INC.; COMMERCIAL CLEANING
CORP.; COMMERCIAL TRUCK
BODIES; COMPUTER
AUTOMATION; CONEXX OIL;
CONNECTOR SERVICE CORP.;
CONRAC CORP.; CONROCK CO.;
CONSOLIDATED AUTO;
CONTAINER SUPPLY CO.;
CONTEMPO FURNITURE;
CONTINENTAL CHEMICAL CORP.;
CONTINENTAL FOREST IND.;
CONTINENTAL POLYMERS INC.;
CONTROL CIRCUITS; CONTROL
COMPONENTS INC.;  CONTROL
PLATING CO. INC.; COOPER &
BRAIN; COOPER LA CLEAR DRUM
CO.; CORROSION TECHNOLOGY
INC.; CORRU-CRAFT II;
COSMOTRONICS CO.; COTO DE

CAZA DEVELOPMENT CORP.;
CRAGAR INDUSTRIES; CRANE &
UTTERBACK INC.; CRANE-
HYDROAIRE DIVISION;
CRESCENT TRANSPORTATION;
CRESCENTA VALLEY WATER
DISTRICT; CROCKETT
CONTAINER CORP.; CROWN
ZELLERBACH CO.; CUMMINS
SERVICE & SALES INC.; CUSTOM
CHEMICAL FORMULATORS;
CUSTOM CONTROL SENSORS;
CUSTOM PLATING CORP.; CUT-
OFF MANIFEST; CWOD; CYCLO
CHEMICAL CO.; CYCLONE
EXCELSWELD CO.; TORRANCE
TUBING AND CONDUIT
COMPANY, FORMERLY KNOWN
AS CYPRUS TUBING & CONDUIT
CO.; D. E. CALTA
INTERNATIONAL; D. I. SALVO
TRUCKING; D. W. ELLIOTT INC.;
DAIWA CORP.; DAMSON OIL CO.;
DARNELL CORPORATE LTD.;
DATA CIRCUITS INC.; DATA
PRODUCTS CORP.; DATRON
SYSTEMS INC.; DAVE BECK;
DAVIDSON PANEL CO.; DAVIS
INVESTMENT CO.; DAVIS
WALKER CO.; DAYGLO COLOR
CORP.; DAYTON GRANGER INC.;
DECRATREND CORP.; G.L.C.
BUILDING CORP., FORMERLY
KNOWN AS DEL AMO ENERGY;
DEVOE MARINE COATINGS CO.
INC.; DIAL PRECISION INC.;
DIAMOND PLASTICS; DIBBLE
ELECTRONICS INC.; DICEON
ELECTRONICS INC.; DIE CAST
PRODUCTS INC.; DIESEL RECON
CO.; DITRONICS INC.; DITTY
DRUM CO.; DME CO.;
DOMINGUEZ PROPERTIES;
DOUGLAS FURNITURE OF
CALIFORNIA; DOWNEY GLASS
CO. INC.; DRACKETT CO.; DRAFT
SYSTEMS INC.; DRILUBE CO.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

8

COMPLAINT
2:18-CV-5810

DUBOIS CHEMICAL CO.; DULIEN ENTERPRISES; DURO REFINING SMELTING INC.; DYER HE INC.; DYNA PLATE INC.; DYNA SHIELD INC.; E. & M. BUILDERS; EAST LOS ANGELES COLLEGE; EASTON SPORTS INC. VAN NUYS; ECO PETROLEUM INC.; ECOLOGY CONTROL INDUSTRIES;  EDMUND GREY; EECO INC.; EL CASTILLO REAL RESTAURANT; EL FAB; EL MONTE LEAD SALVAGE CO. INC.; EL MONTE TOOL & DIE; ELECTRA MOTORS; ELECTRO ADAPTER INC.; ELECTROTECH CIRCUITS INC.; ELECTRON PLATING; ELECTRONIC MATERIALS CORP.; ELECTRONIC PLATING SERVICE INC.; ELECTRONIC RECLAMATION SERVICE; EME CORP.; EMERY INDUSTRIES INC.; ENERGY & ENVIRONMENT RESEARCH CORP.; ENERGY DEVELOPMENT CO. INC.; ENERGY PRODUCTION & SALES; ENGARD COATINGS CORP.; ENGINEERED POLYMER SOLUTIONS INC.; ENVIRONMENTAL CONTROL SYSTEMS INC.; ENVIRONMENTALS INC.; ESB INC.; ESKIMO RADIATOR MANUFACTURING CO.; ESTEE BATTERY CO.; EUROPEAN PARTS EXCHANGE INC.; EVEREST & JENNINGS CO. INC.; EXIDE CORP.; FAIRCHILD INDUSTRIES; FAITH PLATING CO.; FANSTEEL PRECISION SHEET METAL; FARR CO.; FEDERATED DEPARTMENT STORES; FELA PRECISION INC.; FIBERITE WEST COAST CORP.; FIRESTONE TIRE & RUBBER CO.; FIRST NATIONAL FINANCE CORP.; FIX & BRAIN VACUUM TRUCK SERVICE; FLASK CHEMICAL; FLETCHER OIL &

REFINING CO.; FLIGHT ACCESSORY SERVICE; FLINTKOTE CO.; FLYING TIGERS LINE; FLYNNS PLATING CO.; FONTANA TRUCK WASH; FORRO PRECISION CO.; FORTIN LAMINATING CORP.; FOSS ENVIRONMENTAL SERVICES CO.; FOTOMAT LABS INC.; FOUR S. BAKERY; FOUR STAR CHEMICAL CO.; FOUR STAR DISPOSAL CO.; FRANCISCAN CERAMICS INC.; FRAZEE INDUSTRIES; FREEBORN EQUIPMENT CO. INC.; FRESNO UNIFIED SCHOOL DISTRICT; FRONTIER COMMODORE INC.; FRONTIER CONTAINER CORP.; FRYER KNOWLES CORP. INSULATION DEPARTMENT; FULLERTON JOINT UNION SCHOOL DISTRICT; G. & W. ELCO ISD; G. R. NANCE CO. INC.; G. T. BICYCLES INC.; GAFFERS & SATTLER INC.; GAINEY CERAMICS; GARDENA CHEESE; GARDENA PLATING CO.; GATES ADMIRAL; GEL INDUSTRIES INC.; GENERAL BATTERY CORP.; GENERAL CHEMICAL CORP.; GENES PLATING & SPECTRUM CO.; GERARD METAL CRAFTSMEN INC.; GILLESPIE FURNITURE MANUFACTURING; GILMORE ENVELOPE CORP.; GLASS ARTS; GLASSTEEL CO.; GLOBE MEAT PACKING; GOLD PACK MEAT CO.; GOLDEN WEST AIRLINES; GOLDEN WOOL CO.; GOOD TABLES INC.; GOODYEAR AEROSPACE CORP.; GPS INDUSTRIES; GRAPHIC RESEARCH INC.; GRAVURE WEST; GRAY TRUCK LINES; GREER HYDRAULICS INC.; GREER PRODUCTS; GREFCO INC.; GREGG INDUSTRIES INC.; GRINDLEY MANUFACTURING INC.; GROVER

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

10

COMPLAINT
2:18-CV-5810

PRODUCTS CO.; GROW GROUP
INC.; GUARANTEED PRODUCTS
INC.; H. & A. PLATING CO.; H. & C.
DISPOSAL; H. H. ROBERTSON CO.;
H. KRASNE MANUFACTURING
CO. INC.; HALL HEAT TREATING
CO.; HALLMARK CIRCUITS INC.;
HALSTEAD ENTERPRISES;
HAMILTON CONSTRUCTION CO.;
HAMPTON OIL CO.; HANKS
SERVICE STATION
MAINTENANCE INC.; HARLAND
M. BROWN & CO.; HARLYN
PRODUCTS INC.; HARPERS OF
CALIFORNIA; HARRIS TUBE INC.;
HARTLEY CO.; HARTWELL CORP.;
HEADNALL INC.; HEADS UP
INDUSTRIES; HEIST
MAINTENANCE SERVICES INC.;
HELENE CURTIS; HENRY SOSS &
CO. INC.; HERCULES OIL CO.;
HERMAN WEISSKER; HERMETIC
SYSTEMS INC.; HIGHLAND
PLATING CO.; HILLCREST
BEVERLY OIL CORP.; HINES
WHOLESALE NURSERIES; HI-
PRODUCTION FORGE CO.;
HIXSON METAL FINISHING;
HOFFMAN ELECTRONICS;
HOMEXX INTERNATIONAL
CORP.; HON INDUSTRIES;
HOOKER INDUSTRIES; HORDIS
BROTHERS; HOYA LENS OF
AMERICA INC.; HUCK
MANUFACTURING CO.;
HUFFMAN MANUFACTURING
CO.; HUMCO PRODUCTS;
HUNTINGTON SIGNAL OIL CO.;
HUNTINGTON TILE INC.;
HUNTMIX INC.; HYATT DIE CAST
& ENGINEERING CORP.;
HYDRAULIC UNITS INC.;
HYDROCHEM INDUSTRIAL
SERVICES INC.; IBIS SYSTEMS
INC.; ICN PHARMACEUTICALS;
IDEAL UNIFORM; IMCO
CONTAINER; IMPERIAL METALS

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

11

COMPLAINT
2:18-CV-5810

CORP. OF AMERICA; INCA PRODUCTS CO.; INCO UNITED STATES INC.; INDUSTRIAL CIRCUITS; INDUSTRIAL INSULATORS & SUPPLY INC.; INDUSTRIAL INTERNATIONAL CORP.; INDUSTRIAL RUBBER CEMENT CO. INC.; INDUSTRIAL STEEL TREATING CO.; INDUSTRIAL TECTONICS BEARINGS; INDUSTRIAL UNIFORM; INDUSTRIAL WASTE ENGINEERING; INDUSTRIAL WIRE CORP.; INGLEWOOD UNIFIED SCHOOL DISTRICT; INLAND CONTAINER CORP.; INLAND SHOPPING CENTER; INNOVATED ELECTRONICS; INTERNATIONAL DECORATIVES INC.; INTERNATIONAL ELECTRONIC RESEARCH CORP.; INTERNATIONAL EXTRUSION CORP.; INTERNATIONAL POLYMER CORP.; INTERWEB; INVESTMENT RECOVERY SERVICES INC.; ISAAC COHEN & SON METALS; ITT COURIER TERMINAL SYSTEMS INC.; J. & S. CHROME PLATING CO. INC.; J. & S. LABORATORIES INC.; J. C. INC.; J. L. JONES & CO.; J. L. MANTA PLANT SERVICES; J. W. CARROL & SONS; JACAT OIL CO.; JACK CLINE; JAMES JONES CO. INC.; JAY DIE CASTING; JAYBEE MANUFACTURING CORP.; JCX; JENKINS OIL CO. INC.; JENNINGS PLATING CO. INC.; JERRALD PROPERTIES; JERRY GOODWILL; JERSEY MAID MILK PRODUCTS INC.; JETRONIC INDUSTRIES INC.; JMB PROPERTY MANAGEMENT; JOHN D. LUSK & SONS; JOHNSTON PUMP CO.; JONES CHEMICAL CO.; JORCO INC.; JOY PETROLEUM EQUIPMENT; K. L. REDFERN CONSTRUCTION CO.;

KAISER AEROSPACE; KAISER PIPES & CASING; KAISER ROLLMET INC.; KAY BRUNNER; KAYNAR MANUFACTURING CO.; KEECO; KELLER STREET DEVELOPMENT CO.; KELLEY MANUFACTURING CO.; KELLY MOORE PAINT CO.; KEN-AIR INC.; KENETEX CHEMICALS; KENOSHA AUTO TRANSPORT; KERN FOODS INC.; KERN UNION HIGH SCHOOL DISTRICT; KETEMA ALUMINUM EXTRUSION; KEUFFEL & ESSER CO.;  KEYSTONE PRODUCTS INC.; KIMCO MANUFACTURING; KINSBURSKY BROTHERS SUPPLY INC.; KIRKHILL INC.; KLEER PAK; KLM OIL CO.; KNAPE & VOGT MANUFACTURING; KNUDSEN CORP.; KOBOWAY; KOCH ASPHALT CO. OIL; KOPPERS CO. INC.; KORODY COLYER CORP.; KRAZY GLUE INC.; KULBERG DEVELOPMENT CORP.; L. & L. TANK LINES INC.; LA FON EQUIPMENT CO.; LA SCREW PRODUCTS; LA VICTORIA FOODS; LABRICATING SPECIALTIES; LACKAWANNA LEATHER; LAKEWOOD OIL SERVICE INC.; LAMBDA ELECTRONICS INC.; LAMIN ARTS; LAMINATION TECHNOLOGY INC.; LANGLOIS FLOUR CO.; LANSCO DIE CASTING INC.; LARRY FRICKER CO. INC.; LATCHFORD GLASS CO.; LE FIELL MANUFACTURING CO.; LEACH CORP.; LEAR SIEGLER INC.; LEE PHARMACEUTICALS BRONCO ENTERPRISES; LEWIS FOODS; LIBBEY GLASS INC.; LIBBONIA WEST; LIFE PAINT CORP.;  LIGHTOLIER WEST; LILLY INDUSTRIAL COATINGS INC.; LIQUID WASTE MANAGEMENT; LOCKHART INDUSTRIES; LONG & CO.; LONG BEACH FABRICATORS

INC.; LONG BEACH OIL
DEVELOPMENT CO.; LONG
BEACH PLATING CO.; LONG
BEACH UNIFIED SCHOOL
DISTRICT; LOS ANGELES GAUGE
CO.; LOS ANGELES PLATING CO.;
LOS ANGELES SCREW PRODUCTS
INC.; LOS ANGELES TANNING
CO.; LOS ANGELES UNIFIED
SCHOOL DISTRICT; LUBE CO.
INC.; LUBRICATION CO. OF
AMERICA; LUCKY STORES INC.;
LUMIDOR MANUFACTURING CO.;
LUNDEEN RAIL CAR REPAIR
SERVICE; LYCO FOOD
PRODUCTS; LYLE VAN PATTEN
CO. INC.; M. P. MCCAFFREY INC.;
M. SLAYEN & ASSOCIATES; M. V.
JAPAN CANELA; MACDERMID
PRINTING SOLUTIONS; MACK
TRUCKS INC.; MACMILLAN OIL
CO.; MAGNA MILL PROD.;
MANESS EXCAVATING; MANTA
PLANT SERVICES CO.; MARBETH
CHEMICAL CO.; MARCO
CHEMICAL CO.; MARCREST
PACIFIC CO. INC.; MARINA
PACIFICA; MARK INDUSTRIES;
MARLEX OIL & REFINING INC.;
MARMAC RESOURCE CO.;
MARQUADT CO.; MARQUIS
INDUSTRIES; MARTEN
MANAGEMENT CO.; MASK-OFF
CO.; MASTER FENCE FITTINGS;
MASTER PRODUCTS
MANUFACTURING CO.; MATRIX
SCIENCE CORP.; MATSON
TERMINALS; MAXWELL
LABORATORIES INC.; MAY CO.;
MAYON FOODS; MCA
LABORATORIES; MCALMOND OIL
& GAS; MCAULEY OIL CO.;
MCCALLA BROTHERS DRILLING;
MCCULLOCH CORP.; MCCURDY
CIRCUITS; MCGEAN CHEMICAL
CO.; MCGILL CORP.; MCKAY
CHEMICAL CO.; MCMAHON

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

14

COMPLAINT
2:18-CV-5810

DEVELOPMENT;
MCNOTTINGHAM CO. OF
SOUTHERN CALIFORNIA;
MERCURY AIR CENTER; MEREL
CO. INC.; MERIT OIL CO.; METAL
BOX CAN; METAL SURFACES
INC.; METAL TREATERS INC.;
METLOX POTTERY;
METROPOLITAN DISTRIBUTION
CENTERS INC.; METROPOLITAN
WIRE; METROPOLITAN CIRCUITS
INC.; MGF INDUSTRIES; MICA
CORP.; MILLER BREWING CO.;
MILLER DIAL CORP.; MILO
EQUIPMENT CO.; MISSION
PLATING CO.; MODERN
COATINGS INC.; MODERN
PLATING CO.; MODINE
MANUFACTURING CO.; MOLA
DEVELOPMENT INC.; MONARCH
MIRROR DOOR CO.; MONITOR
PLATING & ANODIZING;
MONOGRAM/PEACOCK
MANUFACTURING; MOTOR
PROCESSORS INC.; MPC
INDUSTRIES; MUSTANG
EQUIPMENT CO.; N. L.
INDUSTRIES; NAMOLCO INC.;
NARDON MANUFACTURING CO.
INC.; NARMCO MATERIALS INC.;
NATIONAL METAL & STEEL
CORP.; NATIONAL PAINT &
VARNISH CO. INC.; NATIONAL
SEMICONDUCTOR CORP.;
NATIONAL STANDARD CO.;
NATIONAL TECHNOLOGY;
NATTIER MANUFACTURING CO.;
NELCO OIL REFINING CORP.;
NELSON NAME PLATE CO.; NEW
FASHION CLEANERS; NEWARK
SIERRA PAPERBOARD CORP.;
NEWHALL REFINING CO. INC.;
NEWPORT ELECTRONICS INC.;
NIPPONDENSO OF LOS ANGELES;
NORAC CO.; NORDSKOG CO. INC.;
NORMAN HIGH DEMOLITION;
NORTH AMERICAN CAR CORP.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

15

COMPLAINT
2:18-CV-5810

NORTHERN TELECOM; NORTON & SON OF CALIFORNIA INC.; NOW CONSTRUCTION CORP.; NU WAY PLATING CO. INC.; OAKITE PRODUCTS INC.; OCCIDENTAL COATING CO.; O'DONNELL OIL CO.; OIL BASE INC.; OIL CO.; OILFIELDS TRUCKING CO.; OLD QUAKER PAINT CO.; OLMSTEAD TRUCKING; OLYMPIC PLATING & POLISHING INC.; OMAR INDUSTRIES; OMEGA OIL CO. INC.; ONTARIO AUTO TRUCK PLAZA; ORANGE CO. MACHINE WORKS; ORANGE COAST PLATING INC.; ORANGE COUNTY DUST CONTROL INC.; ORANGE COUNTY ELECTRONICS CORP.; ORANGE HEIGHTS ORANGE ASSOCIATION; ORANGE PRECISION CIRCUITS; ORCHIDS PAPER PRODUCTS CO.; ORYX ENERGY COMPANY; OZALID CORP.; OZITE CORPORATION; P. C. WORLD ORANGE COUNTY; P. W. STEPHENS CONTRACTORS INC.; PABST BREWING CO.; PACIFIC AIRMOTIVE CORP.; PACIFIC BUILDING MANAGEMENT INC.; PACIFIC COAST WAREHOUSE CORP.; PACIFIC ELECTRICORD CO.; PACIFIC ENGINE; PACIFIC FINANCIAL CENTER; PACIFIC INTERMOUNTAIN EXPRESS; PACIFIC OASIS; PACIFIC PRECISION METALS; PACIFIC PRESS; PACIFIC SOUTHWEST AIRLINES; PACIFIC TREATMENT CORP.; PACIFIC TUBE CO.; PACIFIC VACUUM TRUCK CO.; PACIFIC VALVES; PACIFICA PLATING INC.; PACKAGING CORP. OF AMERICA; PACTRA CO.; PAINT & COATINGS CORP.; PALACE PLATING CO.; PAN WESTERN OIL CO.; PANEL AIR CORP.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

16

COMPLAINT
2:18-CV-5810

PARAMOUNT PETROLEUM CORP.;
PARK METAL CO.; PARSLEY &
KENNEDY; PASCOE BUILDING
SYSTEMS; PASHA INDUSTRIES;
PAULEY PETROLEUM CO.; PCA
METAL FINISHING INC.; PEAIRS
ENGINEERS; PEASE & CURREN
RELIABLE RECOVERY INC.; PEAT
MANUFACTURING CO.;
PENETONE CORP.; PEPPER
INDUSTRIES INC.; PERLITE
PROCESSING; PERMALAB
EQUIPMENT CORP.; PERVO PAINT
CO.; PETERSON
MANUFACTURING CO. INC.;
PETERSON PURITAN INC.; PETRO
LEWIS CORP.; PETROCHEMICALS
CO. INC.; PETROLEUM
CONTRACTORS INC.; PGP
INDUSTRIES INC.; PHOTOTRON
CORP.; PICHEL INDUSTRIES INC.;
PILOT CHEMICAL OF
CALIFORNIA; PLASTIC
MATERIALS INC.; POLY DISC
SYSTEM INC.; POLYCARBON INC.;
POLYESTER HUTCO GROUP;
POLYMER DEVELOPMENT LABS
INC.; POST TRANSPORTATION
CO.; POWER ONE INC.;
POWERLINE SALES; PRATT &
LAMBERT PAINT INC.; PRE
DELIVERY SERVICE; PRE
RECORDING CO.; PRECIPITATOR
INC.; PRECISION ANODIZING &
PLATING INC.; PRECISION HEAT
TREATING CO.; PRECISION TUBE
BONDING; PREMIERE ALUM.
PROD. INC.; PRESIDENT LINCOLN;
PRIME MEASUREMENT
PRODUCTS LLC; PROCESS
TECHNOLOGY CO.; PRODUCTION
PLATING CO.; PRODUCTS
ENGINEERING CORP.; PRODUCTS
RESEARCH & CHEMICAL CORP.;
PROTO TOOL; PROTOTECH
CIRCUITRY; PSI WEST; PUNCH
PRESS PRODUCTS; PUREX CORP.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

17

COMPLAINT
2:18-CV-5810

PVO INTERNATIONAL; PYRO
ENGINEERING; QUALITY
ALUMINUM FORGE CO.; QUALITY
FARMS; QUALITY METAL
FINISHING CO.; QUALITY
SPRAYERS INC.; QUINTEC
MANUFACTURING CO.; R. & D.
LATEX CO.; R. & E. PLATING CO.;
R. & R. INDUSTRIAL WASTE
HAULERS INC.; R. G. WALLACE
CO. INC.; RAINBOW TRUCKING
CO.; RALPH M. PARSONS CO.;
RALPHS GROCERY CO.;
RAYBESTOS MANHATTAN; REAL
PROPERTY WEST INC.; REBEL OIL
CO. INC.; REDI-STRIP CO. INC.;
REDKEN LABORATORIES INC.;
REDONDO OIL CO.; REFINERS
MARKETING CO.; REGISTER
PROPERTIES INC.; REHRIG
PACIFIC; REISNER METALS;
RELIABLE RECOVERY INC.;
RELIANCE UNIVERSAL INC.;
RENU PLATING CO. INC.;
REPLACEMENT PARTS
MANUFACTURING; REVERE
EXTRUDERS INC.; REX PRECISION
PRODUCTS INC.; REXART CORP.;
RHEEM METALS INC.; RHO CHEM
CORP.; RHS CARPET MILL;
RICHARDSON & HOLLAND;
RICHLYNN TECHNOLOGY INC.;
RINCHEM CO. INC.; RIVERSIDE
CEMENT CO.; ROBERT KEITH &
CO. INC.; ROBERTS
CONSOLIDATED INDUSTRIES
INC.; ROBERTS MANUFACTURING
CO.; ROCKET INDUSTRIES;
RODDING CLEANING SERVICE;
ROEHL DISPOSAL SERVICES;
ROHRIG BROTHERS; RONALD M.
JONES; RONSON HYDRAULIC
CORP.; ROSE HILLS MEMORIAL
PARK ASSOCIATION; ROSENS
ELECT. EQUIP. CO.; ROTARY
OFFSET PRINTERS; ROUTH
TRANSPORTATION; ROYAL

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

18

COMPLAINT
2:18-CV-5810

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ALUMINUM CO.; ROYAL PLATING
WORKS; RUPES HYDRAULICS;
RUSSELL BURDSALL & WARD
INC.; RUTHERFORD OIL CO.; S. E.
RYKOFF & CO.; S. ROSE
COOPERAGE; S. T. & I. INC.;
SAFETRAN SYSTEMS CORP.;
SAINT JOSEPH HOSPITAL; SALS
PLATING; SAN DIEGO PIPE LINE
CO.; SAN FERNANDO ELECTRIC
MANUFACTURING CO.; SAN
FERNANDO LABORATORIES;
SANTA ANA DIESEL; SANTA
MONICA COLLEGE; SARGENT
FLETCHER INC.; SARGENT
INDUSTRIES INC.; SCHLITZ
BREWING CO.; SCHROEDER TOOL
& DIE CORP.; SCOVILL INC.; SCS
INDUSTRIES; SEA LAND SERVICE
INC.; SEA LIFT MARITIME;
SEALRIGHT CO. INC.; SECURITY
ENVIRONMENTAL SYSTEMS;
SERVICE CHEMICAL CO.; SHAFCO
INDUSTRIES INC.; SHASTA PAN
OIL CO.; SHORING ENGINEERS;
SIERRA PACIFIC CONTAINER
CORP.; SIERRACIN THERMAL
SYSTEM; SILICON SYSTEMS;
SIMPSON PAPER CO.; SINCLAIR
PAINT; SINGER AEROSPACE;
SNOW SUMMIT SKI CORP.;
SOABAR CO.; SOCAL FINISHING
CO.; SOUTHERN CALIFORNIA
WASTE REDUCTION; SOULE
STEEL CO.; SOUTH COAST
COUNTY WATER DISTRICT;
SOUTH WEST FOREST PRODUCTS;
SOUTHERN CALIFORNIA DRUM
CO.; SOUTHERN CALIFORNIA
CHEMICALS; SOUTHWEST
AIRCRAFT SERVICES;
SOUTHWEST METAL CO.;
SOUTHWEST PETRO CHEMICAL;
SOUTHWEST PROCESSORS INC.;
SOUTHWEST STEEL ROLLING
MILLS; SOUTHWESTERN ALLOYS
INC.; SOUTHWESTERN

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

19

COMPLAINT
2:18-CV-5810

ENGINEERING; SPACE
ORDINANCE SYSTEMS; SPECIFIC
PLATING CO. INC.; SPECTRUM
CHEMICAL MANUFACTURING
INC.; SPIRIT SILKSCREEN; SSP
CONSTRUCTION EQUIPMENT
INC.; STA RITE INDUSTRIES INC.;
STANDARD BRANDS PAINT CO.
INC.; STANDARD CONCRETE;
STANDARD CRANKSHAFT INC.;
STANDARD FELT CO.; STANDARD
INDUSTRIAL TOWEL & UNIFORM;
STANDARD NICKEL CHROMIUM
PLATING; STANDUN INC.; STANG
HYDRONICS; STANLEY DOOR
SYSTEMS; STANTON
CONSTRUCTION; STAR
NAMEPLATE CO.; STATEK CORP.;
STATEWIDE ENVIRONMENTAL
SERVICES; STEPHEN C. GROAT
DEVELOPMENT; STEPONOVICH &
LONG; STEVERSON BROS.;
STINNES WESTERN CHEMICAL
CORP.; STUTZMAN PLATING;
SUMMIT INK CO.; SUMMIT
LIGHTHOUSE; SUN
EXPLORATION; SUPER TECH;
SUPERCHROME ENGINEERING
CO.; SUPERIOR INDUSTRIAL
PUMPING; SUPERIOR PACIFIC
GALVANIZING CO.; SUPERIOR
PLATING; SYNRES CHEMICAL
CORP.; SYSTEMS FURNITURE CO.;
T. P. HEARNE CO.; T. P.
INDUSTRIAL INC.; TAC
ALUMINUM PROCESSING;
TAPMATIC CORP.; TARGET
CHEMICAL CO.; TARNUTZER
VENTURE; TEAL INDUSTRIES;
TECHNIBILT CORP.; TED LEVINE
DRUM; TENNECO OIL CO.;
TERADYNE; TEXAS
INSTRUMENTS INC.; TEXAS
POLYMERS; TEXTURED
COATINGS; TGI FRIDAYS;
THATCHER GLASS; THOMPSON
TANK CONSTRUCTION; THRIFTY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

20

COMPLAINT
2:18-CV-5810

MART CO.; THRIFTY OIL CO.;
TIMCO; TIMES MIRROR PRESS;
TIODIZE CO. INC.; TITECH
INTERNATIONAL INC.; TMC
PROPERTIES LLC; TOMADUR
ENGINE; TOOL & JIG PLATING;
TOOLEY & CO. INC.; TORRANCE
BUSINESS PARK; TRANS HARBOR
SERVICE; TRANSEQUIP PACIFIC
INC.; TRE CORP.; TREATOLITE
CORP.; TRENT TUBE CO.;
TREWAX CO.; TRIAD MARINE &
INDUSTRIAL CLEANING; TRICO
INDUSTRIES INC.; TRI-COUNTY
INSULATION CO. INC.; TRIMM
INDUSTRIES; TRIZEC
PROPERTIES; TROJAN BATTERY
CO.; TRUCK TRANSPORT;
TRUMBULL ASPHALT CO.;
TUBING SEAL CAP CO.; U.S.
BORAX & CHEMICAL CORP.; U.S.
BRASS DIVISION; U.S. FILTERS;
U.S. REDUCTION CO.; UNION
MANUFACTURING CO.; UNION
PACKING; UNION TRIBUNE
PUBLISHING CO.; UNITED
COATINGS INC.; UNITED FOAM
CORP.; UNITOG RENTAL
SERVICES INC.; UNIVERSAL
CIRCUITS INC.; UNIVERSAL
PAINT CORP.; UNIVERSAL
PROPULSION CO.; USA
PETROLEUM; VAL CIRCUITS INC.;
VALCO; VALENTEC
INTERNATIONAL CORP.; VALLEY
BRAKE BOND CO. INC.; VALLEY
FRICTION MATERIALS; VAN DE
KAMP; VAN DER HORST CORP.;
VANTICO A. & T. US INC.;
VENTURA TRANSFER CO.;
VERNON LEATHER CO.; VISITRON
CORP.; VISTA METALS CORP.; VOI
SHAN; VONS COMPANIES INC.; W.
L. CHAPMAN CO.; W. S. HATCH
CO.; W. SMITH CO.; W. W. HENRY
CO.; W. W. IRWIN CO.; WADCO;
WARNERS DEAD STOCK;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

COMPLAINT
2:18-CV-5810

WATERFRONT SERVICES;
WAYMIRE DRUM CO. INC.;
WEBER AIRCRAFT; WEBER
METALS INC.; WELCHS UNIFORM;
WELL TECH INC.; WELLS MARINE
INC.; WESCAL INDUSTRIES;
WESCO PRODUCTS; WESLOCK
CORP.; WEST AMERICAN
RUBBER; WEST VALLEY
TOYOTA; WESTERN CIRCUITS;
WESTERN DYEING & FINISHING;
WESTERN ELECTROPLATING
INC.; WESTERN FUEL OIL CO.;
WESTERN GALVANIZING CO.;
WESTERN KRAFT CORP.;
WESTERN LITHOGRAPH;
WESTERN OIL & REFINING CO.
INC.; WESTERN REBUILDER INC.;
WESTERN SPECIALTY COATINGS
CO.; WESTERN STATES REFINING;
WESTERN SYNTHETIC FELT CO.;
WESTERN WHEEL
MANUFACTURING CO.;
WESTMINSTER CERAMICS INC.;
WESTWAY TERMINAL CO. INC.;
WHEEL SERVICE GROUP INC.;
WHITCOMB PLATING INC.;
WHITEWORTH INC.; WHITFIELD
TANK LINES; WHITTAKER CORP.;
WHITTIER CHROME & PLATING;
WILCOR INC.; WILMINGTON
LIQUID BULK; WILSHIRE
INDUSTRIES; WINCHESTER INN;
WINDOWMASTER PRODUCTS;
WINONICS INC.; WYNDHAM
MANUFACTURING CO. INC.;
WYNN OIL CO.; XIDEX CORP.;
YOPLAIT USA; ZAPATA
CONSTRUCTION INC.; ZERO
CORP.; ZIM CONTAINER;
ZIMMERS TRUCK STOP;
ZOLATONE PROCESS INC.;
ZONVER DRILLING; and DOES 1-
10,

                    Defendants.

22

COMPLAINT
2:18-CV-5810

1    Plaintiffs BKK WORKING GROUP; ANADARKO E&P ONSHORE

2    LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND LLC; BAYER

3    CROPSCIENCE INC.; BHPI SERVICE LLC; THE BOEING COMPANY;

4    CALIFORNIA RESOURCES CORPORATION; CHEVRON

5    ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE

6    PRODUCTS LLC; CITY OF LOS ANGELES, ACTING BY AND

7    THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND

8    POWER; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.;

9    THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES,

10   INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL

11   CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS

12   CORPORATION; GENERAL LATEX AND CHEMICAL CORPORATION;

13   HP INC. (FORMERLY KNOWN AS HEWLETT-PACKARD COMPANY);

14   AMERICAN HONDA MOTOR CO., INC.; HUNTINGTON BEACH

15   COMPANY; LOCKHEED MARTIN CORPORATION; MARS, INC.

16   (FORMERLY KNOWN AS KAL KAN FOODS INC.); MONTROSE

17   CHEMICAL CORPORATION OF CALIFORNIA; MORTELL COMPANY;

18   MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND

19   SHIPBUILDING COMPANY; NORTHROP GRUMMAN SYSTEMS

20   CORPORATION; OXY USA, INC.; QUEMETCO, INC.; ROCKWELL

21   AUTOMATION, INC.; ROHM & HAAS COMPANY; ROHR, INC.; SAN

22   DIEGO GAS & ELECTRIC COMPANY; SMITH INTERNATIONAL, INC.;

23   SOUTHERN CALIFORNIA EDISON COMPANY;  SOUTHERN

24   CALIFORNIA GAS COMPANY; STAUFFER MANAGEMENT COMPANY

25   LLC; THE PROCTER & GAMBLE MANUFACTURING COMPANY;

26   THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION;

27   UNION PACIFIC RAILROAD/SOUTHERN PACIFIC TRANSPORTATION

28   COMPANY; UNITED STATES STEEL CORPORATION; UNITED

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

TECHNOLOGIES CORPORATION; AND UNIVAR USA INC. (collectively referred to herein as "Plaintiffs" or individually as "Plaintiff") allege as follows:

## STATEMENT OF THE CASE

1.      This is a civil action for cost recovery under Section 107(a), an action for contribution under Section 113 of the Comprehensive Environmental Response, Compensation and Liability Act of 1980, as amended, 42 U.S.C. § 9601 *et. seq.* ("CERCLA") and contribution under The Carpenter-Presley-Tanner Hazardous Substance Account Act ("HSAA"), California Health and Safety Code section 25300 et seq., relating to the release and/or threatened release of hazardous substances, as that term is defined in Section 101(14) of CERCLA, 42 U.S.C. § 9601 ("Hazardous Substances"), from a facility known as the BKK Class I Landfill.  The BKK Class I Landfill is located on a portion of a much larger 583-acre property located at 2210 South Azusa Avenue, West Covina, Los Angeles County, California.  Other facilities located on this property include a closed Class III municipal landfill, a Leachate Treatment Plant ("LTP"), service roads, and related pollution control equipment.  The BKK Class I Landfill and the LTP, service roads, and related pollution control equipment, which serve it, are collectively referred to hereinafter as the "BKK Class I Facility"[1] and are the subject of this lawsuit.  The closed Class III municipal landfill is not the subject of this lawsuit.  True and correct copies of the parcel maps describing the property are attached hereto as **Exhibit A**.  The State of California has alleged in a series of three complaints filed against some or all of the Plaintiffs[2] that it has incurred

---

[1] "BKK Class I Facility," as used herein, is equivalent to the term "Subject Property" as that term is used in the First, Second Third Partial and Amended Third Partial Consent Decrees.  The First, Second Third Partial and Amended Third Partial Consent Decrees are defined *infra* at Paragraphs 1114, 1119 and 1124, respectively.

[2] The three complaints are described in more detail in paragraphs 1113, 1118, and 1123, *infra*.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

COMPLAINT
2:18-CV-5810

1   response costs in connection with actions taken in response to releases or threatened

2   releases of Hazardous Substances at the BKK Class I Facility.  Each of the parties

3   named as a defendant herein at paragraphs 60-1100 and Does 1-10 (collectively

4   referred to herein as "Defendants" or individually as "Defendant") generated,

5   transported and/or arranged for disposal of materials containing Hazardous

6   Substances to the BKK Facility.

7         2.      Plaintiffs seek to recover from each Defendant pursuant to Section

8   107(a) of CERCLA, 42 U.S.C. § 9607(a), past and future necessary response costs

9   incurred and to be incurred by Plaintiffs in a manner consistent with the National

10   Contingency Plan, 40 C.F.R. Part 300 *et. seq.* ("NCP"), for response activities

11   undertaken and to be undertaken at and in relation to the BKK Class I Facility that

12   were caused by the release or threatened release of Hazardous Substances at and

13   from the BKK Class I Facility.

14         3.      Plaintiffs also seek contribution from each Defendant pursuant to

15   Section 113(f) of CERCLA, 42 U.S.C. § 9613(f), for past and future necessary

16   response costs incurred and to be incurred by Plaintiffs pursuant to the First,

17   Second, Third Partial and Amended Third Partial Consent Decrees in a manner

18   consistent with the NCP for response activities undertaken and to be undertaken at

19   and in relation to the BKK Class I Facility that were caused by the release or

20   threatened release of Hazardous Substances at and from the BKK Class I Facility.

21         4.      Plaintiffs further seek a declaration as to each Defendant's liability and

22   associated allocation of past and future response costs in accordance with Section

23   113(g)(2)(B) of CERCLA, 42 U.S.C. § 9613(g)(2)(B), and *Boeing Co. v. Cascade*

24   *Corp.*, 207 F.3d 1177, 1191 (9th Cir. 2000), that will be binding in any subsequent

25   action or actions brought by Plaintiffs against the Defendants to recover further

26   response costs.

27         5.      Plaintiffs additionally seek contribution from each Defendant pursuant

28   to the Hazardous Substance Account Act ("HSAA"), Cal. Health and Safety Code

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

25

COMPLAINT
2:18-CV-5810

§§ 25300-25395, and Cal. Health and Safety Code § 25363 for past and future necessary response costs incurred and to be incurred by Plaintiffs in a manner consistent with the NCP to address releases or threatened releases of Hazardous Substances at and from the BKK Class I Facility.

6.     Plaintiffs are also entitled to complete or partial indemnity from Defendants for all response costs incurred or to be incurred at the BKK Class I Facility, pursuant to the doctrine of equitable indemnification.

7.     A sub-set of Plaintiffs who allege they have reimbursed entities or directly paid for and participated in directing response actions on behalf of other entities (including other Plaintiffs) that have incurred past, necessary response costs, including pursuant to the First, Second, Third Partial and Amended Third Partial Consent Decrees in a manner consistent with the NCP, for response activities undertaken at and in relation to the BKK Class I Facility, assert subrogated cost recovery and contribution claims against each Defendant pursuant to Section 112(c)(3) of CERCLA, 42 U.S.C. § 9612(c)(3), and pursuant to common law equitable subrogation.

8.     Plaintiffs also seek a declaratory judgment pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201, *et seq.*, and California Code of Civil Procedure §1060 setting forth the parties' rights and obligations toward one another for future costs incurred to address contamination at or from the BKK Class I Facility

9.     Through mid-2017, the BKK Working Group has incurred or is committed to incur approximately $249 million in costs associated with the BKK Class I Facility, and the total cost of necessary response actions to fully remediate the BKK Class I Facility was estimated by the State of California Department of Toxic Substances Control ("DTSC") in 2010 at nearly $800 million.  Each Defendant has declined Plaintiffs' request(s) to enter into a tolling agreement to facilitate settlement discussions, necessitating this lawsuit to resolve Defendants' liabilities.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

26

COMPLAINT
2:18-CV-5810

**JURISDICTION**

10.     This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331 and Section 113(b) of CERCLA, 42 U.S.C. § 9613(b).  This Court has jurisdiction over the subject matter of the claims made under state law in this action under 28 U.S.C. § 1367(a) because the claims under state law arise out of the same common nucleus of facts as the federal question jurisdiction claims set forth in this Complaint, and they are so closely related to the actions brought under federal law that they form part of the same case or controversy.

**VENUE**

11.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to this action occurred within this District, and because the BKK Class I Facility is located within this District.

12.     Venue is also proper in this District pursuant to Section 113(b) of CERCLA, 42 U.S.C. § 9613(b), because both the releases and response costs at issue occurred in this District.

**PLAINTIFFS**

13.     The BKK Working Group, also known as the BKK Joint Defense Group, is an unincorporated association of entities of the type described in Federal Rule of Civil Procedure 17(b)(3)(A) and Cal. Code of Civil Procedure § 369.5.  The BKK Working Group currently is comprised of the Plaintiffs identified in paragraphs 15-59 below as members, which assert the claims in this Complaint on their own behalf and as assignees of the claims at the BKK Class I Facility of the following entities that are also BKK Working Group members: Baker Petrolite LLC; Honeywell International Inc., Hugo Neu Proler, Shell Oil Company, Vigor Shipyards, Inc., formerly known as Todd Pacific Shipyard Corp., Unisys Corporation, and Wyeth Holdings, formerly known as American Cyanamid (collectively referred to as the "Member Assignors"). The BKK Working Group is also a Plaintiff as assignee of CERCLA claims relating to the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

27

COMPLAINT
2:18-CV-5810

1    of the Member Assignors.  Plaintiffs are working together towards the common

2    objective of addressing conditions at the BKK Class I Facility in cooperation with

3    state and federal agencies.  Each Plaintiff has incurred necessary response costs

4    consistent with the NCP at the BKK Class I Facility.  The BKK Working Group,

5    and each of its individual members, is a "person" within the meaning of CERCLA

6    § 101(21), 42 U.S.C. § 9601(21).

7         14.    Plaintiff Anadarko E&P Onshore LLC is a corporation organized

8    under the laws of the State of Delaware. At all times referred to herein, Anadarko

9    E&P Onshore LLC, or its corporate predecessor, was and is authorized to do

10   business, and was and is doing business, in California.   The State of California has

11   alleged that Plaintiff Anadarko E&P Onshore LLC arranged for the disposal of a

12   Hazardous Substance at the BKK Class I Facility, as those terms are described in

13   section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Anadarko E&P Onshore

14   LLC is a member of the BKK Working Group and as a member of the BKK

15   Working Group has incurred necessary response costs in a manner consistent with

16   the NCP at the BKK Class I Facility.  Anadarko E&P Onshore LLC asserts no

17   allegations against the following Defendants:  Sun Exploration, the City of Carson,

18   the City of Hermosa Beach, the City of Riverside, and the City of San Diego.

19        15.    Plaintiff Ashland LLC is a limited liability company organized under

20   the laws of the State of Kentucky and authorized to do business in the State of

21   California.  Ashland LLC is the corporate successor of Ashland Chemical Company

22   and, for the matters set forth herein, the contractual indemnitor of Filtrol

23   Corporation. Both companies were authorized to do business in California at all

24   relevant times referred to herein.  The State of California has alleged that Ashland

25   Chemical Company and Filtrol Corporation are Covered Persons, as described in

26   section 107(a) of CERCLA, 42 U.S.C. § 9607(a), who arranged for the disposal of

27   Hazardous Substances at the BKK Class I Facility.  Ashland LLC and Filtrol

28   Corporation are members of the BKK Working Group and as members of the BKK

1   Working Group have incurred necessary response costs in a manner consistent with

2   the NCP at the BKK Class I Facility.  Filtrol has assigned all of its rights, claims

3   and interests relevant hereto to Ashland LCC.

4        16.    Plaintiff Atlantic Richfield Company is a corporation organized under

5   the laws of the State of Delaware. At all times referred to herein, Atlantic Richfield

6   Company, or its corporate predecessor, was and is authorized to do business, and

7   was and is doing business, in California.  The State of California has alleged that

8   Plaintiff Atlantic Richfield Company arranged for the disposal of a Hazardous

9   Substance at the BKK Class I Facility, as those terms are described in section

10   107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Atlantic Richfield Company is a

11   member of the BKK Working Group and as a member of the BKK Working Group

12   has incurred necessary response costs in a manner consistent with the NCP at the

13   BKK Class I Facility.

14        17.    Plaintiff Bayer CropScience, Inc. is a corporation organized under the

15   laws of the State of Delaware. At all times referred to herein, Bayer CropScience

16   Inc., or its corporate predecessor, was and is authorized to do business, and was and

17   is doing business, in California.  The State of California has alleged that Plaintiff

18   Bayer CropScience Inc. arranged for the disposal of a Hazardous Substance at the

19   BKK Class I Facility, as those terms are described in section 107(a) of CERCLA,

20   42 U.S.C. § 9607(a).  Bayer CropScience Inc., as a member of the BKK Working

21   Group, has incurred necessary response costs in a manner consistent with the NCP

22   at the BKK Class I Facility.

23        18.    Plaintiff BHPI Service LLC is a corporation organized under the laws

24   of the State of Delaware. At all times referred to herein, BHPI Service LLC, or its

25   corporate predecessor, was and is authorized to do business, and was and is doing

26   business, in California.  The State of California has alleged that the assignee to the

27   successor in interest to certain liability of H.J. Heinz Company, arranged for the

28   disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

29

COMPLAINT
2:18-CV-5810

described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff BHPI Service LLC is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

19.     Plaintiff The Boeing Company is a corporation organized under the laws of the State of Delaware. At all times referred to herein, The Boeing Company, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff The Boeing Company arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff The Boeing Company is a member of the BKK Working Group.  As a member of the BKK Working Group, and also prior to becoming a member, The Boeing Company has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

20.     Plaintiff California Resources Corporation is a corporation organized under the laws of the State of Pennsylvania. At all times referred to herein, California Resources Corporation, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff California Resources Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff California Resources Corporation is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility

21.     Plaintiff Chevron Environmental Management Company is a corporation organized under the laws of the State of California. At all times referred to herein, Chevron Environmental Management Company, or its corporate affiliate(s), was and is authorized to do business, and was and is doing business, in

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

30

COMPLAINT
2:18-CV-5810

California.  The State of California has alleged that certain corporate affiliates of Plaintiff Chevron Environmental Management Company arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Chevron Environmental Management Company is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

22.   Plaintiff Chevron Marine Products LLC is a limited liability company organized under the laws of the State of Delaware.  At all times referred to herein, Chevron Marine Products LLC, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Chevron Marine Products LLC arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Chevron Marine Products LLC is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

23.   Plaintiff City of Los Angeles, acting by and through the Los Angeles Department of Water and Power, is a municipal utility.  The State of California has alleged that Plaintiff City of Los Angeles arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff City of Los Angeles, acting by and through the Los Angeles Department of Water and Power, is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

24.   Plaintiff ConocoPhillips Company is a corporation organized under the laws of the State of Delaware. At all times referred to herein, ConocoPhillips

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

31

COMPLAINT
2:18-CV-5810

1   Company, or its corporate predecessor, was and is authorized to do business, and

2   was and is doing business, in California.  The State of California has alleged that

3   Plaintiff ConocoPhillips Company arranged for the disposal of a Hazardous

4   Substance at the BKK Class I Facility, as those terms are described in section

5   107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff ConocoPhillips Company is a

6   member of the BKK Working Group and as a member of the BKK Working Group

7   has incurred necessary response costs in a manner consistent with the NCP at the

8   BKK Class I Facility.

9        25.    Plaintiff Crosby & Overton, Inc. is a corporation organized under the

10   laws of the State of California. At all times referred to herein, Crosby & Overton,

11   Inc., or its corporate predecessor, was and is authorized to do business, and was and

12   is doing business, in California.  The State of California has alleged that Plaintiff

13   Crosby & Overton, Inc. arranged for the disposal of a Hazardous Substance at the

14   BKK Class I Facility, as those terms are described in section 107(a) of CERCLA,

15   42 U.S.C. § 9607(a).  Plaintiff Crosby & Overton, Inc. is a member of the BKK

16   Working Group and as a member of the BKK Working Group has incurred

17   necessary response costs in a manner consistent with the NCP at the BKK Class I

18   Facility.

19        26.    Plaintiff The Dow Chemical Company is a corporation organized

20   under the laws of the State of Delaware. At all times referred to herein, The Dow

21   Chemical Company, or its corporate predecessor, was and is authorized to do

22   business, and was and is doing business, in California.  The State of California has

23   alleged that Plaintiff The Dow Chemical Company arranged for the disposal of a

24   Hazardous Substance at the BKK Class I Facility, as those terms are described in

25   section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff The Dow Chemical

26   Company is a member of the BKK Working Group and as a member of the BKK

27   Working Group has incurred necessary response costs in a manner consistent with

28   the NCP at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

32

COMPLAINT
2:18-CV-5810

27.     Plaintiff Ducommun Aerostructures, Inc. is a corporation organized under the laws of the State of Delaware. At all times referred to herein, Ducommun Aerostructures, Inc., or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Ducommun Aerostructures, Inc. arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Ducommun Aerostructures, Inc. is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

28.     Plaintiff Essex Chemical Corporation is a corporation organized under the laws of the State of New Jersey.  At all times referred to herein, Essex Chemical Corporation, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Essex Chemical Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Essex Chemical Corporation is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

29.     Plaintiff Exxon Mobil Corporation is a corporation organized under the laws of the State of New Jersey. At all times referred to herein, Exxon Mobil Corporation, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Exxon Mobil Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Exxon Mobil Corporation is a member of the BKK Working Group and as a member of the BKK Working Group

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

33

COMPLAINT
2:18-CV-5810

1    has incurred necessary response costs in a manner consistent with the NCP at the

2    BKK Class I Facility.

3        30.    Plaintiff Gemini Industries, Inc. is a corporation organized under the

4    laws of the State of California. At all times referred to herein, Gemini Industries,

5    Inc. or its corporate predecessor, was and is authorized to do business, and was and

6    is doing business, in California.  The State of California has alleged that Plaintiff

7    Gemini Industries, Inc. arranged for the disposal of a Hazardous Substance at the

8    BKK Class I Facility, as those terms are described in section 107(a) of CERCLA,

9    42 U.S.C. § 9607(a).  Plaintiff Gemini Industries, Inc. is a member of the BKK

10   Working Group.  As a member of the BKK Working Group, and also prior to

11   becoming a Member, Gemini Industries, Inc. has incurred necessary response costs

12   in a manner consistent with the NCP at the BKK Class I Facility.

13       31.    Plaintiff General Dynamics Corporation is a corporation organized

14   under the laws of the State of Delaware.  During the years of operation of the BKK

15   Class I Landfill, specifically from approximately 1975 until 1984, General

16   Dynamics Corporation was authorized to do business, and was doing business, in

17   California.  The State of California has alleged that Plaintiff General Dynamics

18   Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I

19   Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. §

20   9607(a).  Plaintiff General Dynamics Corporation is a member of the BKK

21   Working Group and as a member of the BKK Working Group has incurred

22   necessary response costs in a manner consistent with the NCP at the BKK Class I

23   Facility.

24       32.    Plaintiff General Latex and Chemical Corporation is a corporation

25   organized under the laws of the State of Massachusetts. At all times referred to

26   herein, General Latex and Chemical Corporation, or its corporate predecessor, was

27   and is authorized to do business, and was and is doing business, in California.  The

28   State of California has alleged that Plaintiff General Latex and Chemical

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

34

COMPLAINT
2:18-CV-5810

1  Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I
2  Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. §
3  9607(a).  Plaintiff General Latex and Chemical Corporation is a member of the
4  BKK Working Group and as a member of the BKK Working Group has incurred
5  necessary response costs in a manner consistent with the NCP at the BKK Class I
6  Facility.

7        33.    Plaintiff HP Inc., formerly known as Hewlett-Packard Company, is a
8  corporation organized under the laws of the State of Delaware. At all times referred
9  to herein, HP Inc., or its corporate predecessor, was and is authorized to do
10 business, and was and is doing business, in California.  The State of California has
11 alleged that Plaintiff HP Inc. any arranged for the disposal of a Hazardous
12 Substance at the BKK Class I Facility, as those terms are described in section
13 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff HP Inc. is a member of the
14 BKK Working Group and as a member of the BKK Working Group has incurred
15 necessary response costs in a manner consistent with the NCP at the BKK Class I
16 Facility.

17       34.    Plaintiff American Honda Motor Co., Inc. is a corporation organized
18 under the laws of the State of California. At all times referred to herein, American
19 Honda Motor Co., Inc. was and is authorized to do business, and was and is doing
20 business, in California.  The State of California has alleged that Plaintiff American
21 Honda Motor Co., Inc. arranged for the disposal of a Hazardous Substance at the
22 BKK Class I Facility, as those terms are described in section 107(a) of CERCLA,
23 42 U.S.C. § 9607(a).  Plaintiff American Honda Motor Co. is a member of the BKK
24 Working Group and as a member of the BKK Working Group has incurred
25 necessary response costs in a manner consistent with the NCP at the BKK Class I
26 Facility.

27       35.    Plaintiff Huntington Beach Company is a corporation organized under
28 the laws of the State of California. At all times referred to herein, Huntington Beach

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

35

COMPLAINT
2:18-CV-5810

Company, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Huntington Beach Company arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Huntington Beach Company is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

36.    Plaintiff Lockheed Martin Corporation is a corporation organized under the laws of the State of Maryland. At all times referred to herein, Lockheed Martin Corporation, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Lockheed Martin Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Lockheed Martin Corporation is a member of the BKK Working Group.  As a Member of the BKK Working Group, and also prior to becoming a member, Lockheed Martin Corporation has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

37.    Plaintiff Mars, Inc. (formerly known as Kal Kan Foods Inc.) is a corporation organized under the laws of the State of Delaware. At all times referred to herein, Mars, Inc., or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Mars, Inc. arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Mars, Inc. is a member of the BKK Working Group and as a member of the BKK Working Group has incurred

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

36

COMPLAINT
2:18-CV-5810

1  necessary response costs in a manner consistent with the NCP at the BKK Class I

2  Facility.

3       38.    Plaintiff Montrose Chemical Corporation of California is a corporation

4  organized under the laws of the State of Delaware. At all times referred to herein,

5  Montrose Chemical Corporation of California, or its corporate predecessor, was and

6  is authorized to do business, and was and is doing business, in California.  The

7  State of California has alleged that Plaintiff Montrose Chemical Corporation of

8  California arranged for the disposal of a Hazardous Substance at the BKK Class I

9  Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. §

10  9607(a).  Plaintiff Montrose Chemical Corporation of California is a member of the

11  BKK Working Group and as a member of the BKK Working Group has incurred

12  necessary response costs in a manner consistent with the NCP at the BKK Class I

13  Facility.

14       39.    Plaintiff Mortell Company is a corporation organized under the laws of

15  the State of Delaware.  At all times referred to herein, Mortell Company or its

16  corporate predecessor, was and is authorized to do business, and was and is doing

17  business, in California.  The State of California has alleged that Plaintiff Mortell

18  Company arranged for the disposal of a Hazardous Substance at the BKK Class I

19  Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. §

20  9607(a).  Plaintiff Mortell Company is a member of the BKK Working Group and

21  as a member of the BKK Working Group has incurred necessary response costs in a

22  manner consistent with the NCP at the BKK Class I Facility.

23       40.    Plaintiff Morton International, Inc. is a corporation organized under

24  the laws of the State of Indiana. At all times referred to herein, Morton

25  International, Inc., or its corporate predecessor, was and is authorized to do

26  business, and was and is doing business, in California.  The State of California has

27  alleged that Plaintiff Morton International, Inc. arranged for the disposal of a

28  Hazardous Substance at the BKK Class I Facility, as those terms are described in

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

37

COMPLAINT
2:18-CV-5810

1    section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Morton International,

2    Inc. is a member of the BKK Working Group and as a member of the BKK

3    Working Group has incurred necessary response costs in a manner consistent with

4    the NCP at the BKK Class I Facility.

5    　　　41.　　Plaintiff National Steel and Shipbuilding Company is a corporation

6    organized under the laws of the State of Nevada. At all times referred to herein,

7    National Steel and Shipbuilding Company, or its corporate predecessor, was and is

8    authorized to do business, and was and is doing business, in California.  The State

9    of California has alleged that Plaintiff National Steel and Shipbuilding Company

10   arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as

11   those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

12   Plaintiff National Steel and Shipbuilding Company is a member of the BKK

13   Working Group and as a member of the BKK Working Group has incurred

14   necessary response costs in a manner consistent with the NCP at the BKK Class I

15   Facility.

16   　　　42.　　Plaintiff Northrop Grumman Systems Corporation is a corporation

17   organized under the laws of the State of Delaware. At all times referred to herein,

18   Northrop Grumman Systems Corporation, or its corporate predecessor, was and is

19   authorized to do business, and was and is doing business, in California.  The State

20   of California has alleged that Plaintiff Northrop Grumman Systems Corporation

21   arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as

22   those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).

23   Plaintiff Northrop Grumman Systems Corporation is a member of the BKK

24   Working Group and as a member of the BKK Working Group has incurred

25   necessary response costs in a manner consistent with the NCP at the BKK Class I

26   Facility.

27   　　　43.　　Plaintiff OXY USA, Inc. is a corporation organized under the laws of

28   the State of Delaware. At all times referred to herein, OXY USA, Inc., or its

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

38

corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff OXY USA, Inc. arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff OXY USA, Inc. is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility

44.    Plaintiff Quemetco, Inc. is a corporation organized under the laws of the State of Delaware. At all times referred to herein, Quemetco, Inc., or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Quemetco, Inc. arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a). Plaintiff Quemetco, Inc. is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

45.    Plaintiff Rockwell Automation, Inc. is a corporation organized under the laws of the State of Delaware.  At all times referred to herein, Rockwell Automation, Inc., or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Rockwell Automation, Inc. arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Rockwell Automation, Inc. is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

46.    Plaintiff Rohm & Haas Company is a corporation organized under the laws of the State of Delaware. At all times referred to herein, Rohm & Haas

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

39

COMPLAINT
2:18-CV-5810

1   Company, or its corporate predecessor, was and is authorized to do business, and

2   was and is doing business, in California.  The State of California has alleged that

3   Plaintiff Rohm & Haas Company arranged for the disposal of a Hazardous

4   Substance at the BKK Class I Facility, as those terms are described in section

5   107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Rohm & Haas Company is a

6   member of the BKK Working Group and as a member of the BKK Working Group

7   has incurred necessary response costs in a manner consistent with the NCP at the

8   BKK Class I Facility.

9          47.    Plaintiff Rohr, Inc. is a corporation organized under the laws of the

10  State of Delaware.  At all times referred to herein, Rohr, Inc., or its corporate

11  predecessor, was and is authorized to do business, and was and is doing business, in

12  California.  The State of California has alleged that Plaintiff Rohr, Inc. arranged for

13  the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms

14  are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Rohr,

15  Inc. is a member of the BKK Working Group and as a member of the BKK

16  Working Group has incurred necessary response costs in a manner consistent with

17  the NCP at the BKK Class I Facility.

18         48.    Plaintiff San Diego Gas & Electric Company is a corporation

19  organized under the laws of the State of California. At all times referred to herein,

20  San Diego Gas & Electric Company, or its corporate predecessor, was and is

21  authorized to do business, and was and is doing business, in California.  The State

22  of California has alleged that Plaintiff San Diego Gas & Electric Company arranged

23  for the disposal of a Hazardous Substance at the BKK Class I Facility, as those

24  terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff

25  San Diego Gas & Electric Company is a member of the BKK Working Group and

26  as a member of the BKK Working Group has incurred necessary response costs in a

27  manner consistent with the NCP at the BKK Class I Facility.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

40

COMPLAINT
2:18-CV-5810

49.     Plaintiff Smith International, Inc. is a corporation organized under the laws of the State of California. At all times referred to herein, Smith International, Inc., or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Smith International, Inc. arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Smith International, Inc. is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility

50.     Plaintiff Southern California Edison Company is a corporation organized under the laws of the State of California. At all times referred to herein, Southern California Edison Company, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Southern California Edison Company arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a). Plaintiff Southern California Edison Company is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

51.     Plaintiff Southern California Gas Company is a corporation organized under the laws of the State of California. At all times referred to herein, Southern California Gas Company, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Southern California Gas Company arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Southern California Gas Company is a member of the BKK Working Group and as a member of the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

41

COMPLAINT
2:18-CV-5810

1   Working Group has incurred necessary response costs in a manner consistent with

2   the NCP at the BKK Class I Facility.

3          52.    Plaintiff Stauffer Management Company LLC is a limited liability

4   corporation organized under the laws of the State of Delaware.  At all times referred

5   to herein, Stauffer Management Company LLC was and is authorized to do

6   business, and was and is doing business, in California.  Stauffer Management

7   Company LLC is a contractual indemnitor of Bayer CropScience Inc., and through

8   this legal obligation, has paid the response costs incurred by Bayer CropScience,

9   Inc. and has participated in directing remediation efforts as an agent for Bayer

10  CropScience, Inc. at the BKK Class I Facility.  Stauffer Management Company

11  LLC also is an assignee to the subrogation and other rights or causes of action

12  Syngenta Crop Protection, LLC, a Delaware limited liability company, may have as

13  a result of reimbursements it has made to Stauffer Management Company LLC for

14  response costs paid for by Stauffer Management Company LLC in connection with

15  the BKK Class I Facility.   Prior to filing this lawsuit, Bayer CropScience, Inc. and

16  Stauffer Management Company LLC submitted demands to Defendants as

17  contemplated by CERCLA § 112(b) and (c), thereby making them each a

18  "claimant" as that term is used in the statute.  Although Stauffer Management

19  Company LLC and Syngenta Crop Protection, LLC are not members of the BKK

20  Working Group, because the costs they have incurred result directly from Bayer

21  CropScience's participation in the BKK Working Group, for purposes of the

22  allegations in this Complaint relating to the incurrence of response costs, the term

23  "BKK Working Group" includes Stauffer Management Company LLC and

24  Syngenta Crop Protection, LLC.

25         53.    Plaintiff The Procter & Gamble Manufacturing Company is a

26  corporation organized under the laws of the State of Ohio.  At all times referred to

27  herein, The Procter & Gamble Manufacturing Company, or its corporate

28  predecessor, was and is authorized to do business, and was and is doing business, in

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

42

COMPLAINT
2:18-CV-5810

California.  The State of California has alleged that Plaintiff The Procter & Gamble Manufacturing Company arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff The Procter & Gamble Manufacturing Company is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

54.     Plaintiff THUMS Long Beach Company is a corporation organized under the laws of the State of Delaware.  At all times referred to herein, THUMS Long Beach Company, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff THUMS Long Beach Company arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff THUMS Long Beach Company is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

55.     Plaintiff Union Carbide Corporation is a corporation organized under the laws of the State of New York. At all times referred to herein, Union Carbide Corporation, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Union Carbide Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Union Carbide Corporation is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

43

COMPLAINT
2:18-CV-5810

56. Plaintiff Union Pacific Railroad, formerly known as Southern Pacific Transportation Company, is a corporation organized under the laws of the State of Delaware. At all times referred to herein, Union Pacific Railroad, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Union Pacific Railroad arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a). Plaintiff Union Pacific Railroad is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

57. Plaintiff United States Steel Corporation is a corporation organized under the laws of the State of Delaware. At all times referred to herein, United States Steel Corporation, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff United States Steel Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff United States Steel Corporation is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

58. Plaintiff United Technologies Corporation is a corporation organized under the laws of the State of Delaware. At all times referred to herein, United Technologies Corporation, or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff United Technologies Corporation arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff United Technologies Corporation is a member of the BKK Working Group and as a member of the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

44

COMPLAINT
2:18-CV-5810

Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

59.     Plaintiff Univar USA Inc. (f/k/a Van Waters & Rogers) is a corporation organized under the laws of the State of Washington. At all times referred to herein, Univar USA Inc., or its corporate predecessor, was and is authorized to do business, and was and is doing business, in California.  The State of California has alleged that Plaintiff Univar USA Inc. arranged for the disposal of a Hazardous Substance at the BKK Class I Facility, as those terms are described in section 107(a) of CERCLA, 42 U.S.C. § 9607(a).  Plaintiff Univar USA Inc. is a member of the BKK Working Group and as a member of the BKK Working Group has incurred necessary response costs in a manner consistent with the NCP at the BKK Class I Facility.

## **DEFENDANTS**

60.     Defendants are: 1700 Santa Fe Ltd; A & E Plastics Co.; A & H Plating Inc.; A & Z Decasing Co.; A. B. Dick Co., A. C. Barrel & Drum; A. D. Service Publications; A. J. Daw Printing Ink Corp; A. L. Larson Boat Shop; Aamco Transmissions; Abbott Power Corp.; Accent General; Accurate Plating Co.; Ace Industries; Ace Plating Co.; Acme General Corp.; Action Computer Products Inc.; Adohr Farms; Advance Galvanizing Co.; Advance Gear & Machine Corp.; Advance Pipe Products; Advanced Coating Inc.; Advanced Environmental Inc.; Aeroquip Corp.; Aeroscientific Corp.; Aerosol Services Co. Inc.; Aetna Metals Co.; Air Industries Corp.; Airco Corp.; Airstream of CA; Ajax Hardware Corp.; Albert Van Luit & Co.; Alcan Aluminum Corp.; Alco Cad Nickel Plating Corp.; Alco Well Service Inc.; AlCo-Gravure Inc.; Alflex Corp.; ALL Metals Processing Co Inc.; ALL Valley Plating Co. Inc.; Allesandro Automatic Inc.; Allied Cleaning Specialists Inc.; Allyn Transportation Co.; Altfillish Gladden; Alum-A-Coat Inc.; Aluminum Forge Division of APP; Alumtreat Inc.; Amco Manufacturing Corp.; American Appliance Manufacturing Corp.; American Chemical & Refining;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

45

COMPLAINT
2:18-CV-5810

American Drawn Steel; American Environmental LLC; American Marble & Onyx Inc.; American Ocean Tile; American Pacific International Inc.; American Racing Equipment; American Safety Equipment Co.; American Scientific Products; American Tool & Engineering Corp.; Ameritone Paint Corp.; Ameroil; AMF Tubescope Inc.; Anaplex Corp.; Anchor Hocking Corp.; Anchor Post Prod Inc.; Anderson Lithograph; Andrew California Corp.; Anglass Industries; Anja Engineering Corp.; Anodart; Anodyne Inc.; Apex Drum Co.; Apex International Alloys; Apodaca & Sons Plating Co.; Apollo Manufacturing Co.; Appleton Electric Co.; Applied Magnetics Corp.; Aquarius Vacuum Truck Service; Arbco Electronics; Architectural Anodizing Inc.; Armco Steel Corp.; Armstrong Pet Corp.; Arnold Electronics Inc.; Arrow Plating Co.; Arrowhead Mountain Spring Water Co.; Artesia Door; Artistic Polishing & Plating Inc.; Asbestos Clean-Up & Consultants; Asbestos Residential Blanket Number; Asbury Oil Co.; Asco Sintering Co.; Associated Pacific; Associated Plating Co.; Astro Pak Corp.; Atlantic Oil Company; Atlas Coverall & Supply; Atlas Fabricators; Atlas Lighting Co.; ATSF Railway Co.; Automotive Battery Prod Co.; Aviation Power Supply; Azusa Granite; Azusa Salvage Co.; B. & B. Pipe & Tool Co.; B. & C. Plating Co.; B. P. John Furniture Co.; Baker Consultants Inc.; Baker Tanks; Balser Trucking; Barron Plating Co.; Barry L. Miller Engineering Co. Inc.; Barsottis Inc.; Bay Decking Co. Inc.; Bear Paw Mining; Beatrice Hunt Wesson Inc.; Bell Industries; Bemis Co. Inc.; Bennett Industries; Beren Corp.; Bergandi Manufacturing Co. Inc.; Berk Oil Co.; Bernard Epps & Co.; Berns Co.; Best Washington Uniform Supply; Bethlehem Steel Corp.; Betty Glaser Investment Co.; Beylik Drilling; Bingo Truck Stop; Black Oxide Industries Inc.; Blackfoot-Cherokee Energy Inc.; Bliss & Laughlin Steel Co.; Block Oil Co.; Blue Seal Linen Supply; Bob Muller Auto; Bob's Plating; Bonanza Aluminum Inc.; Bortz Oil Co.; Boss Uniforms; Bowman Plating Co. Inc.; Bradford White Corp.; Brea Canyon Oil Co.; Brea High School; Bristol Industries; Brite Sol Inc.; Brogdex Corp.; Brooks & Perkins Brownline Division; BTJ Construction;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

46

COMPLAINT
2:18-CV-5810

1   Buck Does It Inc.; Buds Oil Service Inc.; Bumper Shop; Bumperline Inc.; Burbank
2   Plating Service Corp.; Burbank Unified School District; Burke Co.; Burton Plating
3   Co.; C. & W. Chemicals Co. Inc.; C. E. Glass Combustion Engineering Inc.; C. M.
4   Dodson Oil; Cadet Uniform & Linen Supply Co.; Cal Bumper Co.; Cal Chem
5   Cleaning Co.; Cal Chrome; Cal Duran Inc.; Cal Ink; Cal Lift Inc.; Cal Metals; Cal
6   Nev Pipeline Co.; Cal Style Furniture Manufacturing Co.; Cal USA Chemical Co.;
7   Calbiochem-Behring Corp.; Cali-Blok; Califoil Inc.; California Carpet Co.;
8   California Corrugated Ind; California Finished Metals Inc.; California Metal
9   Enameling Co.; California Milk Producers; California Motor Express; California
10  Ship Building; California Target Enterprises; California Technical Plating Corp.;
11  Cal-Mold Inc.; Calpro Co.; Calprotech Inc.; Cal-West Circuits Inc.; Calzona
12  Transportation; Cannel & Chaffin Co.; Capitol Records Inc.; Capri Pumping
13  Service; Capro Oil Co.; Carnation Co.; Carter Precision Parts Inc.;  Casden Co.;
14  Caspian Inc.; Cast Metal Finishing; CBC Industries; Cedargreen Refining Co.;
15  Cedko Electronics; Celotex Corp.; Central Industrial Engineering; Central
16  Insulation Corp.; Central Plants Inc.; Century Phoenix Laminators Inc.; Certified
17  Grocers of Cal; Chacon Chemical Corp.; Challenge Cook Bros; Champion
18  Chemicals Inc.; Champion Power Wash; Charles Bruning Co.; Chem Arrow Corp.;
19  Chem Etch Corp.; Chem West Industries Inc.; Chemical Co.; Chemical Energy;
20  Chemical Machining Corp.; Chemical Milling International; Chemicals Inc.;
21  Chemoil Refining Corp.; Chemplate Corp.; Chemron Corp.; Chemware; Chick
22  Sales Plating Corp.; Chino Valley Galvanizing Co.; CHP Foods; Chrome
23  Crankshaft Co.; Chromizing Co.; Cia Minera De Cananea SA; Cintas Uniform Co.;
24  Circuit Industries; Circuit One Div. of LH Research Inc.; City of Carson; City of
25  Hermosa Beach; City of Riverside; City of San Diego; Clarke Contracting Corp.;
26  Clean Steel Inc.; Cleaning Dynamics Corp.; Climax Tube Corp.; Coast Contractors;
27  Cognis Corp.; Collins General Contractors; Columbia Metal Finishing Inc.;
28  Columbine & Associates; Commercial Chemical Co. Inc.; Commercial Cleaning

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

47

COMPLAINT
2:18-CV-5810

Corp.; Commercial Truck Bodies; Computer Automation; Conexx Oil; Connector Service Corp.; Conrac Corp.; Conrock Co.; Consolidated Auto; Container Supply Co.; Contempo Furniture; Continental Chemical Corp.; Continental Forest Ind.; Continental Polymers Inc.; Control Circuits; Control Components Inc.;  Control Plating Co. Inc.; Cooper & Brain; Cooper LA Clear Drum Co.; Corrosion Technology Inc.; Corru-Craft II; Cosmotronics Co.; Coto De Caza Development Corp.; Cragar Industries; Crane & Utterback Inc.; Crane-Hydroaire Division; Crescent Transportation; Crescenta Valley Water District; Crockett Container Corp.; Crown Zellerbach Co.; Cummins Service & Sales Inc.; Custom Chemical Formulators; Custom Control Sensors; Custom Plating Corp.; Cut-Off Manifest; CWOD; Cyclo Chemical Co.; Cyclone Excelsweld Co.; Torrance Tubing and Conduit Company, formerly known as Cyprus Tubing & Conduit Co.; D. E. Calta International; D. I. Salvo Trucking; D. W. Elliott Inc.; Daiwa Corp.; Damson Oil Co.; Darnell Corporate Ltd.; Data Circuits Inc.; Data Products Corp.; Datron Systems Inc.; Dave Beck; Davidson Panel Co.; Davis Investment Co.; Davis Walker Co.; Dayglo Color Corp.; Dayton Granger Inc.; Decratrend Corp.; G.L.C. Building Corp., formerly known as Del Amo Energy; Devoe Marine Coatings Co. Inc.; Dial Precision Inc.; Diamond Plastics; Dibble Electronics Inc.; Diceon Electronics Inc.; Die Cast Products Inc.; Diesel Recon Co.; Ditronics Inc.;  Ditty Drum Co.; DME Co.; Dominguez Properties; Douglas Furniture of California; Downey Glass Co. Inc.; Drackett Co.; Draft Systems Inc.; Drilube Co.; Dubois Chemical Co.; Dulien Enterprises; Duro Refining Smelting Inc.; Dyer He Inc.; Dyna Plate Inc.; Dyna Shield Inc.; E. & M. Builders; East Los Angeles College; Easton Sports Inc. Van Nuys; Eco Petroleum Inc.; Ecology Control Industries; Edmund Grey; Eeco Inc.; El Castillo Real Restaurant; El Fab; El Monte Lead Salvage Co. Inc.; El Monte Tool & Die; Electra Motors; Electro Adapter Inc.; Electrotech Circuits Inc.; Electron Plating; Electronic Materials Corp.; Electronic Plating Service Inc.; Electronic Reclamation Service; EME Corp.; Emery Industries

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT
2:18-CV-5810

1   Inc.; Energy & Environment Research Corp.; Energy Development Co. Inc.;

2   Energy Production & Sales; Engard Coatings Corp.; Engineered Polymer Solutions

3   Inc.; Environmental Control Systems Inc.; Environmentals Inc.; ESB Inc.; Eskimo

4   Radiator Manufacturing Co.; Estee Battery Co.; European Parts Exchange Inc.;

5   Everest & Jennings Co. Inc.; Exide Corp.; Fairchild Industries; Faith Plating Co.;

6   Fansteel Precision Sheet Metal; Farr Co.; Federated Department Stores; Fela

7   Precision Inc.; Fiberite West Coast Corp.; Firestone Tire & Rubber Co.; First

8   National Finance Corp.; Fix & Brain Vacuum Truck Service; Flask Chemical;

9   Fletcher Oil & Refining Co.; Flight Accessory Service; Flintkote Co.; Flying Tigers

10  Line; Flynns Plating Co.; Fontana Truck Wash; Forro Precision Co.; Fortin

11  Laminating Corp.; Foss Environmental Services Co.; Fotomat Labs Inc.; Four S.

12  Bakery; Four Star Chemical Co.; Four Star Disposal Co.; Franciscan Ceramics Inc.;

13  Frazee Industries; Freeborn Equipment Co. Inc.; Fresno Unified School District;

14  Frontier Commodore Inc.; Frontier Container Corp.; Fryer Knowles Corp.

15  Insulation Department; Fullerton Joint Union School District; G. & W. Elco ISD;

16  G. R. Nance Co. Inc.; G. T. Bicycles Inc.; Gaffers & Sattler Inc.; Gainey Ceramics;

17  Gardena Cheese; Gardena Plating Co.; Gates Admiral; Gel Industries, Inc.; General

18  Battery Corp.; General Chemical Corp.; Genes Plating & Spectrum Co.; Gerard

19  Metal Craftsmen Inc.; Gillespie Furniture Manufacturing; Gilmore Envelope Corp.;

20  Glass Arts; Glassteel Co.; Globe Meat Packing; Gold Pack Meat Co.; Golden West

21  Airlines; Golden Wool Co.; Good Tables Inc.; Goodyear Aerospace Corp.; GPS

22  Industries; Graphic Research Inc.; Gravure West; Gray Truck Lines; Greer

23  Hydraulics Inc.; Greer Products; Grefco Inc.; Gregg Industries Inc.; Grindley

24  Manufacturing Inc.; Grover Products Co.; Grow Group Inc.; Guaranteed Products

25  Inc.; H. & A. Plating Co.; H. & C. Disposal; H. H. Robertson Co.; H. Krasne

26  Manufacturing Co. Inc.; Hall Heat Treating Co.; Hallmark Circuits Inc.; Halstead

27  Enterprises; Hamilton Construction Co.; Hampton Oil Co.; Hanks Service Station

28  Maintenance Inc.; Harland M. Brown & Co.; Harlyn Products Inc.; Harpers of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

49

COMPLAINT
2:18-CV-5810

California; Harris Tube Inc.; Hartley Co.; Hartwell Corp.; Headnall Inc.; Heads Up Industries; Heist Maintenance Services Inc.; Helene Curtis; Henry Soss & Co. Inc.; Hercules Oil Co.; Herman Weissker; Hermetic Systems Inc.; Highland Plating Co.; Hillcrest Beverly Oil Corp.; Hines Wholesale Nurseries; Hi-Production Forge Co.; Hixson Metal Finishing; Hoffman Electronics; Homexx International Corp.; Hon Industries; Hooker Industries; Hordis Brothers; Hoya Lens of America Inc.; Huck Manufacturing Co.; Huffman Manufacturing Co.; Humco Products; Huntington Signal Oil Co.; Huntington Tile Inc.; Huntmix Inc.; Hyatt Die Cast & Engineering Corp.; Hydraulic Units Inc.; Hydrochem Industrial Services Inc.; Ibis Systems Inc.; ICN Pharmaceuticals; Ideal Uniform; IMCO Container; Imperial Metals Corp. of America; Inca Products Co.; Inco United States Inc.; Industrial Circuits; Industrial Insulators & Supply Inc.; Industrial International Corp.; Industrial Rubber Cement Co. Inc.; Industrial Steel Treating Co.; Industrial Tectonics Bearings; Industrial Uniform; Industrial Waste Engineering; Industrial Wire Corp.; Inglewood Unified School District; Inland Container Corp.; Inland Shopping Center; Innovated Electronics; International Decoratives Inc.; International Electronic Research Corp.; International Extrusion Corp.; International Polymer Corp.; Interweb; Investment Recovery Services Inc.; Isaac Cohen & Son Metals; ITT Courier Terminal Systems Inc.; J. & S. Chrome Plating Co. Inc.; J. & S. Laboratories Inc.; J. C. Inc.; J. L. Jones & Co.; J. L. Manta Plant Services; J. W. Carrol & Sons; Jacat Oil Co.; Jack Cline; James Jones Co. Inc.; Jay Die Casting; Jaybee Manufacturing Corp.; JCX; Jenkins Oil Co. Inc.; Jennings Plating Co. Inc.; Jerrald Properties; Jerry Goodwill; Jersey Maid Milk Products Inc.; Jetronic Industries Inc.; JMB Property Management; John D. Lusk & Sons; Johnston Pump Co.; Jones Chemical Co.; Jorco Inc.; Joy Petroleum Equipment; K. L. Redfern Construction Co.; Kaiser Aerospace; Kaiser Pipes & Casing; Kaiser Rollmet Inc.; Kay Brunner; Kaynar Manufacturing Co.; Keeco; Keller Street Development Co.; Kelley Manufacturing Co.; Kelly Moore Paint Co.; Ken-Air Inc.; Kenetex Chemicals; Kenosha Auto

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

50

COMPLAINT
2:18-CV-5810

1  Transport; Kern Foods Inc.; Kern Union High School District; Ketema Aluminum
2  Extrusion; Keuffel & Esser Co.; Keystone Products Inc.; Kimco Manufacturing
3  Inc.; Kinsbursky Brothers Supply Inc.; Kirkhill Inc.; Kleer Pak; KLM Oil Co.;
4  Knape & Vogt Manufacturing; Knudsen Corp.; Koboway; Koch Asphalt Co. Oil;
5  Koppers Co. Inc.; Korody Colyer Corp.; Krazy Glue Inc.; Kulberg Development
6  Corp.; L. & L. Tank Lines Inc.; La Fon Equipment Co.; LA Screw Products; La
7  Victoria Foods; Labricating Specialties; Lackawanna Leather; Lakewood Oil
8  Service Inc.; Lambda Electronics Inc.; Lamin Arts; Lamination Technology Inc.;
9  Langlois Flour Co.; Lansco Die Casting Inc.; Larry Fricker Co. Inc.; Latchford
10  Glass Co.; Le Fiell Manufacturing Co.; Leach Corp.; Lear Siegler Inc.; Lee
11  Pharmaceuticals Bronco Enterprises; Lewis Foods; Libbey Glass Inc.; Libbonia
12  West; Life Paint Corp.;  Lightolier West; Lilly Industrial Coatings Inc.; Liquid
13  Waste Management; Lockhart Industries; Long & Co.; Long Beach Fabricators
14  Inc.; Long Beach Oil Development Co.; Long Beach Plating Co.; Long Beach
15  Unified School District; Los Angeles Gauge Co.; Los Angeles Plating Co.; Los
16  Angeles Screw Products Inc.; Los Angeles Tanning Co.; Los Angeles Unified
17  School District; Lube Co. Inc.; Lubrication Co. of America; Lucky Stores Inc.;
18  Lumidor Manufacturing Co.; Lundeen Rail Car Repair Service; Lyco Food
19  Products; Lyle Van Patten Co. Inc.; M. P. McCaffrey Inc.; M. Slayen & Associates;
20  M. V. Japan Canela; Macdermid Printing Solutions; Mack Trucks Inc.; Macmillan
21  Oil Co.; Magna Mill Prod.; Maness Excavating; Manta Plant Services Co.; Marbeth
22  Chemical Co.; Marco Chemical Co.; Marcrest Pacific Co. Inc.; Marina Pacifica;
23  Mark Industries; Marlex Oil& Refining Inc.; Marmac Resource Co.; Marquadt Co.;
24  Marquis Industries; Marten Management Co.; Mask-Off Co.; Master Fence
25  Fittings; Master Products Manufacturing Co.; Matrix Science Corp.; Matson
26  Terminals; Maxwell Laboratories Inc.; May Co.; Mayon Foods; MCA
27  Laboratories; McAlmond Oil & Gas; McAuley Oil Co.; McCalla Brothers Drilling;
28  McCulloch Corp.; McCurdy Circuits; McGean Chemical Co.; McGill Corp.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

51

COMPLAINT
2:18-CV-5810

McKay Chemical Co.; McMahon Development; McNottingham Co. of Southern California; Mercury Air Center; Merel Co. Inc.; Merit Oil Co.; Metal Box Can; Metal Surfaces Inc.; Metal Treaters Inc.; Metlox Pottery; Metropolitan Distribution Centers Inc.; Metropolitan Wire; Metropolitan Circuits Inc.; MGF Industries; Mica Corp.; Miller Brewing Co.; Miller Dial Corp.; Milo Equipment Co.; Mission Plating Co.; Modern Coatings Inc.; Modern Plating Co.; Modine Manufacturing Co.; Mola Development Inc.; Monarch Mirror Door Co.; Monitor Plating & Anodizing; Monogram/Peacock Manufacturing; Motor Processors Inc.; MPC Industries; Mustang Equipment Co.; N. L. Industries; Namolco Inc.; Nardon Manufacturing Co. Inc.; Narmco Materials Inc.; National Metal & Steel Corp.; National Paint & Varnish Co. Inc.; National Semiconductor Corp.; National Standard Co.; National Technology; Nattier Manufacturing Co.; Nelco Oil Refining Corp.; Nelson Name Plate Co.; New Fashion Cleaners; Newark Sierra Paperboard Corp.; Newhall Refining Co. Inc.; Newport Electronics Inc.; Nippondenso of Los Angeles; Norac Co.; Nordskog Co. Inc.; Norman High Demolition; North American Car Corp.; Northern Telecom; Norton & Son of California Inc.; Now Construction Corp.; Nu Way Plating Co. Inc.; Oakite Products Inc.; Occidental Coating Co.; O'Donnell Oil Co.; Oil Base Inc.; Oil Co.; Oilfields Trucking Co.; Old Quaker Paint Co.; Olmstead Trucking; Olympic Plating & Polishing Inc.; Omar Industries; Omega Oil Co. Inc.; Ontario Auto Truck Plaza; Orange Co. Machine Works; Orange Coast Plating Inc.; Orange County Dust Control Inc.; Orange County Electronics Corp.; Orange Heights Orange Association; Orange Precision Circuits; Orchids Paper Products Co.; Oryx Energy Company; Ozalid Corp.; Ozite Corporation; P. C. World Orange County; P. W. Stephens Contractors Inc.; Pabst Brewing Co.; Pacific Airmotive Corp.; Pacific Building Management Inc.; Pacific Coast Warehouse Corp.; Pacific Electricord Co.; Pacific Engine; Pacific Financial Center; Pacific Intermountain Express; Pacific Oasis; Pacific Precision Metals; Pacific Press; Pacific Southwest Airlines; Pacific Treatment

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

52

COMPLAINT
2:18-CV-5810

Corp.; Pacific Tube Co.; Pacific Vacuum Truck Co.; Pacific Valves; Pacifica
Plating Inc.; Packaging Corp. of America; Pactra Co.; Paint & Coatings Corp.;
Palace Plating Co.; Pan Western Oil Co.; Panel Air Corp.; Paramount Petroleum
Corp.; Park Metal Co.; Parsley & Kennedy; Pascoe Building Systems; Pasha
Industries; Pauley Petroleum Co.; PCA Metal Finishing Inc.; Peairs Engineers;
Pease & Curren Reliable Recovery Inc.; Peat Manufacturing Co.; Penetone Corp.;
Pepper Industries Inc.; Perlite Processing; Permalab Equipment Corp.; Pervo Paint
Co.; Peterson Manufacturing Co. Inc.; Peterson Puritan Inc.; Petro Lewis Corp.;
Petrochemicals Co. Inc.; Petroleum Contractors Inc.; PGP Industries Inc.;
Phototron Corp.; Pichel Industries Inc.; Pilot Chemical of California; Plastic
Materials Inc.; Poly Disc System Inc.; Polycarbon Inc.; Polyester Hutco Group;
Polymer Development Labs Inc.; Post Transportation Co.; Power One Inc.;
Powerline Sales; Pratt & Lambert Paint Inc.; Pre Delivery Service; Pre Recording
Co.; Precipitator Inc.; Precision Anodizing & Plating Inc.; Precision Heat Treating
Co.; Premiere Alum. Prod. Inc.; President Lincoln; Prime Measurement Products
LLC; Process Technology Co.; Production Plating Co.; Products Engineering
Corp.; Products Research & Chemical Corp.; Proto Tool; Prototech Circuitry; PSI
West; Punch Press Products; Purex Corp.; PVO International; Pyro Engineering;
Quality Aluminum Forge Co.; Quality Farms; Quality Metal Finishing Co.; Quality
Sprayers Inc.; Quintec Manufacturing Co.; R. & D. Latex Co.; R. & E. Plating Co.;
R. & R. Industrial Waste Haulers Inc.; R. G. Wallace Co. Inc.; Rainbow Trucking
Co.; Ralph M. Parsons Co.; Ralphs Grocery Co.; Raybestos Manhattan; Real
Property West Inc.; Rebel Oil Co. Inc.; Redi-Strip Co. Inc.; Redken Laboratories
Inc.; Redondo Oil Co.; Refiners Marketing Co.; Register Properties Inc.; Rehrig
Pacific; Reisner Metals; Reliable Recovery Inc.; Reliance Universal Inc.; Renu
Plating Co. Inc.; Replacement Parts Manufacturing; Revere Extruders Inc.; Rex
Precision Products Inc.; Rexart Corp.; Rheem Metals Inc.; Rho Chem Corp.; RHS
Carpet Mill; Richardson & Holland; Richlynn Technology Inc.; Rinchem Co. Inc.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

53

COMPLAINT
2:18-CV-5810

Riverside Cement Co.; Robert Keith & Co. Inc.; Roberts Consolidated Industries
Inc.; Roberts Manufacturing Co.; Rocket Industries; Rodding Cleaning Service;
Roehl Disposal Services; Rohrig Brothers; Ronald M. Jones; Ronson Hydraulic
Corp.; Rose Hills Memorial Park Association; Rosens Elect. Equip. Co.; Rotary
Offset Printers; Routh Transportation; Royal Aluminum Co.; Royal Plating Works;
Rupes Hydraulics; Russell Burdsall & Ward Inc.; Rutherford Oil Co.; S. E. Rykoff
& Co.; S. Rose Cooperage; S. T. & I. Inc.; Safetran Systems Corp.; Saint Joseph
Hospital; Sals Plating; San Diego Pipe Line Co.; San Fernando Electric
Manufacturing Co.; San Fernando Laboratories; Santa Ana Diesel; Santa Monica
College; Sargent Fletcher Inc.; Sargent Industries Inc.; Schlitz Brewing Co.;
Schroeder Tool & Die Corp.; Scovill Inc.; SCS Industries; Sea Land Service Inc.;
Sea Lift Maritime; Sealright Co. Inc.; Security Environmental Systems; Service
Chemical Co.; Shafco Industries Inc.; Shasta Pan Oil Co.; Shoring Engineers;
Sierra Pacific Container Corp.; Sierracin Thermal System; Silicon Systems;
Simpson Paper Co.; Sinclair Paint; Singer Aerospace; Snow Summit Ski Corp.;
Soabar Co.; SoCal Finishing Co.; Southern California Waste Reduction; Soule
Steel Co.; South Coast County Water District; South West Forest Products;
Southern California Drum Co.; Southern California Chemicals; Southwest Aircraft
Services; Southwest Metal Co.; Southwest Petro Chemical; Southwest Processors
Inc.; Southwest Steel Rolling Mills; Southwestern Alloys Inc.; Southwestern
Engineering; Space Ordinance Systems; Specific Plating Co. Inc.; Spectrum
Chemical Manufacturing Inc.; Spirit Silkscreen; SSP Construction Equipment Inc.;
Sta Rite Industries Inc.; Standard Brands Paint Co. Inc.; Standard Concrete;
Standard Crankshaft Inc.; Standard Felt Co.; Standard Industrial Towel & Uniform;
Standard Nickel Chromium Plating; Standun Inc.; Stang Hydronics; Stanley Door
Systems; Stanton Construction; Star Nameplate Co.; Statek Corp.; Statewide
Environmental Services; Stephen C. Groat Development; Steponovich & Long;
Steverson Bros; Stinnes Western Chemical Corp.; Stutzman Plating; Summit Ink

54

COMPLAINT
2:18-CV-5810

Co.; Summit Lighthouse; Sun Exploration; Super Tech; Superchrome Engineering
Co.; Superior Industrial Pumping; Superior Pacific Galvanizing Co.; Superior
Plating; Synres Chemical Corp.; Systems Furniture Co.; T. P. Hearne Co.; T. P.
Industrial Inc.; Tac Aluminum Processing; Tapmatic Corp.; Target Chemical Co.;
Tarnutzer Venture; Teal Industries; Technibilt Corp.; Ted Levine Drum; Tenneco
Oil Co.; Teradyne; Texas Instruments Inc.; Texas Polymers; Textured Coatings;
TGI Fridays; Thatcher Glass; Thompson Tank Construction; Thrifty Mart Co.;
Thrifty Oil Co.; Timco; Times Mirror Press; Tiodize Co. Inc.; Titech International
Inc.; TMC Properties LLC; Tomadur Engine; Tool & Jig Plating; Tooley & Co.
Inc.; Torrance Business Park; Trans Harbor Service; Transequip Pacific Inc.; TRE
Corp.; Treatolite Corp.; Trent Tube Co.; Trewax Co.; Triad Marine & Industrial
Cleaning; Trico Industries Inc.; Tri-County Insulation Co. Inc.; Trimm Industries;
Trizec Properties; Trojan Battery Co.; Truck Transport; Trumbull Asphalt Co.;
Tubing Seal Cap Co.; U.S. Borax & Chemical Corp.; U.S. Brass Division; U.S.
Filters; U.S. Reduction Co.; Union Manufacturing Co.; Union Packing; Union
Tribune Publishing Co.; United Coatings Inc.; United Foam Corp.; Unitog Rental
Services Inc.; Universal Circuits Inc.; Universal Paint Corp.; Universal Propulsion
Co.; USA Petroleum; Val Circuits Inc.; Valco; Valentec International Corp.; Valley
Brake Bond Co. Inc.; Valley Friction Materials; Van De Kamp; Van Der Horst
Corp.; Vantico A. & T. US Inc.; Ventura Transfer Co.; Vernon Leather Co.;
Visitron Corp.; Vista Metals Corp.; Voi Shan; Vons Companies Inc.; W. L.
Chapman Co.; W. S. Hatch Co.; W. Smith Co.; W. W. Henry Co.; W. W. Irwin
Co.; Wadco; Warners Dead Stock; Waterfront Services; Waymire Drum Co. Inc.;
Weber Aircraft; Weber Metals Inc.; Welchs Uniform; Well Tech Inc.; Wells
Marine Inc.; Wescal Industries; Wesco Products; Weslock Corp.; West American
Rubber; West Valley Toyota; Western Circuits; Western Dyeing & Finishing;
Western Electroplating Inc.; Western Fuel Oil Co.; Western Galvanizing Co.;
Western Kraft Corp.; Western Lithograph; Western Oil & Refining Co. Inc.;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

55

COMPLAINT
2:18-CV-5810

1   Western Rebuilder Inc.; Western Specialty Coatings Co.; Western States Refining;

2   Western Synthetic Felt Co.; Western Wheel Manufacturing Co.; Westminster

3   Ceramics Inc.; Westway Terminal Co. Inc.; Wheel Service Group Inc.; Whitcomb

4   Plating Inc.; Whiteworth Inc.; Whitfield Tank Lines; Whittaker Corp.; Whittier

5   Chrome & Plating; Wilcor Inc.; Wilmington Liquid Bulk; Wilshire Industries;

6   Winchester Inn; Windowmaster Products; Winonics Inc.; Wyndham Manufacturing

7   Co. Inc.; Wynn Oil Co.; Xidex Corp.; Yoplait USA; Zapata Construction Inc.; Zero

8   Corp.; Zim Container; Zimmers Truck Stop; Zolatone Process Inc.; Zonver

9   Drilling; and Does 1-10.

10         61.    According to historical BKK Corp. records, Defendant 1700 Santa Fe

11   Ltd contributed manifested waste to the BKK Class I Facility.  This manifested

12   waste contained Hazardous Substances that Defendant 1700 Santa Fe Ltd generated

13   and/or arranged for its disposal at the BKK Class I Facility.  To date, Defendant

14   1700 Santa Fe Ltd has not incurred any response costs at the BKK Class I Facility

15   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

16   Class I Facility.

17         62.    According to historical BKK Corp. records, Defendant A & E Plastics

18   Co. contributed manifested waste to the BKK Class I Facility.  This manifested

19   waste contained Hazardous Substances that A & E Plastics Co. generated and/or

20   arranged for its disposal at the BKK Class I Facility.  To date, A & E Plastics Co

21   has not incurred any response costs at the BKK Class I Facility nor has it paid its

22   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23         63.    According to historical BKK Corp. records, Defendant A & H Plating

24   Inc. contributed manifested waste to the BKK Class I Facility.  This manifested

25   waste contained Hazardous Substances that Defendant A & H Plating Inc.

26   generated and/or arranged for its disposal at the BKK Class I Facility.  To date,

27   Defendant A & H Plating Inc. has not incurred any response costs at the BKK Class

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

56

COMPLAINT
2:18-CV-5810

I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

64.     According to historical BKK Corp. records, Defendant A & Z Decasing Co. contributed manifested waste to the BKK Class I Facility.  This manifested waste contained Hazardous Substances that Defendant A & Z Decasing Co. generated and/or arranged for its disposal at the BKK Class I Facility.  To date, Defendant A & Z Decasing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

65.     According to historical BKK Corp. records, Defendant A. B. Dick Co. contributed manifested waste to the BKK Class I Facility.  This manifested waste contained Hazardous Substances that Defendant A. B. Dick Co. generated and/or arranged for its disposal at the BKK Class I Facility.  To date, Defendant A. B. Dick Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

66.     According to historical BKK Corp. records, Defendant A. C. Barrel & Drum contributed manifested waste to the BKK Class I Facility.  This manifested waste contained Hazardous Substances that Defendant A. C. Barrel & Drum generated and/or arranged for its disposal at the BKK Class I Facility.  To date, Defendant A. C. Barrel & Drum has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

67.     According to historical BKK Corp. records, Defendant A. D. Service Publications contributed manifested waste to the BKK Class I Facility.  This manifested waste contained Hazardous Substances that Defendant A. D. Service Publications generated and/or arranged for its disposal at the BKK Class I Facility.  To date, Defendant A. D. Service Publications has not incurred any response costs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

57

COMPLAINT
2:18-CV-5810

1   at the BKK Class I Facility nor has it paid its fair share of response costs incurred

2   by the Plaintiffs at the BKK Class I Facility.

3       68.     According to historical BKK Corp. records, Defendant A. J. Daw

4   Printing Ink Corp. contributed manifested waste to the BKK Class I Facility.  This

5   manifested waste contained Hazardous Substances that Defendant A. J. Daw

6   Printing Ink Corp. generated and/or arranged for its disposal at the BKK Class I

7   Facility.  To date, Defendant A. J. Daw Printing Ink Corp. has not incurred any

8   response costs at the BKK Class I Facility nor has it paid its fair share of response

9   costs incurred by the Plaintiffs at the BKK Class I Facility.

10      69.     According to historical BKK Corp. records, Defendant A. L. Larson

11   Boat Shop contributed manifested waste to the BKK Class I Facility.  This

12   manifested waste contained Hazardous Substances that Defendant A. L. Larson

13   Boat Shop generated and/or arranged for its disposal at the BKK Class I Facility.

14   To date, Defendant A. L. Larson Boat Shop has not incurred any response costs at

15   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

16   the Plaintiffs at the BKK Class I Facility.

17      70.     According to historical BKK Corp. records, Defendant Aamco

18   Transmissions contributed manifested waste to the BKK Class I Facility.  This

19   manifested waste contained Hazardous Substances that Defendant Aamco

20   Transmissions generated and/or arranged for its disposal at the BKK Class I

21   Facility.  To date, Defendant Aamco Transmissions has not incurred any response

22   costs at the BKK Class I Facility nor has it paid its fair share of response costs

23   incurred by the Plaintiffs at the BKK Class I Facility.

24      71.     According to historical BKK Corp. records, Defendant Abbott Power

25   Corp. contributed manifested waste to the BKK Class I Facility.  This manifested

26   waste contained Hazardous Substances that Defendant Abbott Power Corp.

27   generated and/or arranged for its disposal at the BKK Class I Facility.  To date,

28   Defendant Abbott Power Corp. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

58

COMPLAINT
2:18-CV-5810

1  Class I Facility nor has it paid its fair share of response costs incurred by the
2  Plaintiffs at the BKK Class I Facility.

3       72.     According to historical BKK Corp. records, Defendant Accent General
4  contributed manifested waste to the BKK Class I Facility.  This manifested waste
5  contained Hazardous Substances that Defendant Accent General generated and/or
6  arranged for its disposal at the BKK Class I Facility.  To date, Defendant Accent
7  General has not incurred any response costs at the BKK Class I Facility nor has it
8  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
9  Facility.

10      73.     According to historical BKK Corp. records, Defendant Accurate
11 Plating Co. contributed manifested waste to the BKK Class I Facility.  This
12 manifested waste contained Hazardous Substances that Defendant Accurate Plating
13 Co. generated and/or arranged for its disposal at the BKK Class I Facility.  To date,
14 Defendant Accurate Plating Co. has not incurred any response costs at the BKK
15 Class I Facility nor has it paid its fair share of response costs incurred by the
16 Plaintiffs at the BKK Class I Facility.

17      74.     According to historical BKK Corp. records, Defendant Ace Industries
18 contributed manifested waste to the BKK Class I Facility.  This manifested waste
19 contained Hazardous Substances that Defendant Ace Industries generated and/or
20 arranged for its disposal at the BKK Class I Facility.  To date, Defendant Ace
21 Industries has not incurred any response costs at the BKK Class I Facility nor has it
22 paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
23 Facility.

24      75.     According to historical BKK Corp. records, Defendant Ace Plating
25 Co. contributed manifested waste to the BKK Class I Facility.  This manifested
26 waste contained Hazardous Substances that Defendant Ace Plating Co. generated
27 and/or arranged for its disposal at the BKK Class I Facility.  To date, Defendant
28 Ace Plating Co. has not incurred any response costs at the BKK Class I Facility nor

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

59

COMPLAINT
2:18-CV-5810

1  has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
2  Class I Facility.

3         76.    According to historical BKK Corp. records, Defendant Acme General
4  Corp. contributed manifested waste to the BKK Class I Facility.  This manifested
5  waste contained Hazardous Substances that Defendant Acme General Corp.
6  generated and/or arranged for its disposal at the BKK Class I Facility.  To date,
7  Defendant Acme General Corp. has not incurred any response costs at the BKK
8  Class I Facility nor has it paid its fair share of response costs incurred by the
9  Plaintiffs at the BKK Class I Facility.

10        77.    According to historical BKK Corp. records, Defendant Action
11  Computer Products Inc. contributed manifested waste to the BKK Class I Facility.
12  This manifested waste contained Hazardous Substances that Defendant Action
13  Computer Products Inc. generated and/or arranged for its disposal at the BKK Class
14  I Facility.  To date, Defendant Action Computer Products Inc. has not incurred any
15  response costs at the BKK Class I Facility nor has it paid its fair share of response
16  costs incurred by the Plaintiffs at the BKK Class I Facility.

17        78.    According to historical BKK Corp. records, Defendant Adohr Farms
18  contributed manifested waste to the BKK Class I Facility.  This manifested waste
19  contained Hazardous Substances that Defendant Adohr Farms generated and/or
20  arranged for its disposal at the BKK Class I Facility.  To date, Defendant Adohr
21  Farms has not incurred any response costs at the BKK Class I Facility nor has it
22  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
23  Facility.

24        79.    According to historical BKK Corp. records, Defendant Advance
25  Galvanizing Co. contributed manifested waste to the BKK Class I Facility.  This
26  manifested waste contained Hazardous Substances that Defendant Advance
27  Galvanizing Co. generated and/or arranged for its disposal at the BKK Class I
28  Facility.  To date, Defendant Advance Galvanizing Co. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

60

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response
2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3         80.     According to historical BKK Corp. records, Defendant Advance Gear
4   & Machine Corp. contributed manifested waste to the BKK Class I Facility.  This
5   manifested waste contained Hazardous Substances that Defendant Advance Gear &
6   Machine Corp. generated and/or arranged for its disposal at the BKK Class I
7   Facility.  To date, Defendant Advance Gear & Machine Corp. has not incurred any
8   response costs at the BKK Class I Facility nor has it paid its fair share of response
9   costs incurred by the Plaintiffs at the BKK Class I Facility.

10        81.     According to historical BKK Corp. records, Defendant Advance Pipe
11  Products contributed manifested waste to the BKK Class I Facility.  This
12  manifested waste contained Hazardous Substances that Defendant Advance Pipe
13  Products generated and/or arranged for its disposal at the BKK Class I Facility.  To
14  date, Defendant Advance Pipe Products has not incurred any response costs at the
15  BKK Class I Facility nor has it paid its fair share of response costs incurred by the
16  Plaintiffs at the BKK Class I Facility.

17        82.     According to historical BKK Corp. records, Defendant Advanced
18  Coating Inc. contributed manifested waste to the BKK Class I Facility.  This
19  manifested waste contained Hazardous Substances that Defendant Advanced
20  Coating Inc. generated and/or arranged for its disposal at the BKK Class I Facility.
21  To date, Defendant Advanced Coating Inc. has not incurred any response costs at
22  the BKK Class I Facility nor has it paid its fair share of response costs incurred by
23  the Plaintiffs at the BKK Class I Facility.

24        83.     According to historical BKK Corp. records, Defendant Advanced
25  Environmental Inc. contributed manifested waste to the BKK Class I Facility.  This
26  manifested waste contained Hazardous Substances that Defendant Advanced
27  Environmental Inc. generated and/or arranged for its disposal at the BKK Class I
28  Facility.  To date, Defendant Advanced Environmental Inc. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

61

COMPLAINT
2:18-CV-5810

1  response costs at the BKK Class I Facility nor has it paid its fair share of response
2  costs incurred by the Plaintiffs at the BKK Class I Facility.

3       84.    According to historical BKK Corp. records, Defendant Aeroquip Corp.
4  contributed manifested waste to the BKK Class I Facility. This manifested waste
5  contained Hazardous Substances that Defendant Aeroquip Corp. generated and/or
6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Aeroquip
7  Corp. has not incurred any response costs at the BKK Class I Facility nor has it
8  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
9  Facility.

10       85.    According to historical BKK Corp. records, Defendant Aeroscientific
11  Corp. contributed manifested waste to the BKK Class I Facility. This manifested
12  waste contained Hazardous Substances that Defendant Aeroscientific Corp.
13  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
14  Defendant Aeroscientific Corp. has not incurred any response costs at the BKK
15  Class I Facility nor has it paid its fair share of response costs incurred by the
16  Plaintiffs at the BKK Class I Facility.

17       86.    According to historical BKK Corp. records, Defendant Aerosol
18  Services Co. Inc. contributed manifested waste to the BKK Class I Facility. This
19  manifested waste contained Hazardous Substances that Defendant Aerosol Services
20  Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To
21  date, Defendant Aerosol Services Co. Inc. has not incurred any response costs at the
22  BKK Class I Facility nor has it paid its fair share of response costs incurred by the
23  Plaintiffs at the BKK Class I Facility.

24       87.    According to historical BKK Corp. records, Defendant Aetna Metals
25  Co. contributed manifested waste to the BKK Class I Facility. This manifested
26  waste contained Hazardous Substances that Defendant Aetna Metals Co. generated
27  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
28  Aetna Metals Co. has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

62

COMPLAINT
2:18-CV-5810

1    nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

2    Class I Facility.

3          88.    According to historical BKK Corp. records, Defendant Air Industries

4    Corp. contributed manifested waste to the BKK Class I Facility.  This manifested

5    waste contained Hazardous Substances that Defendant Air Industries Corp.

6    generated and/or arranged for its disposal at the BKK Class I Facility.  To date,

7    Defendant Air Industries Corp. has not incurred any response costs at the BKK

8    Class I Facility nor has it paid its fair share of response costs incurred by the

9    Plaintiffs at the BKK Class I Facility.

10         89.    According to historical BKK Corp. records, Defendant Airco Corp.

11   contributed manifested waste to the BKK Class I Facility.  This manifested waste

12   contained Hazardous Substances that Defendant Airco Corp. generated and/or

13   arranged for its disposal at the BKK Class I Facility.  To date, Defendant Airco

14   Corp. has not incurred any response costs at the BKK Class I Facility nor has it

15   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16   Facility.

17         90.    According to historical BKK Corp. records, Defendant Airstream of

18   CA contributed manifested waste to the BKK Class I Facility.  This manifested

19   waste contained Hazardous Substances that Defendant Airstream of CA generated

20   and/or arranged for its disposal at the BKK Class I Facility.  To date, Defendant

21   Airstream of CA has not incurred any response costs at the BKK Class I Facility

22   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23   Class I Facility.

24         91.    According to historical BKK Corp. records, Defendant Ajax Hardware

25   Corp. contributed manifested waste to the BKK Class I Facility.  This manifested

26   waste contained Hazardous Substances that Defendant Ajax Hardware Corp.

27   generated and/or arranged for its disposal at the BKK Class I Facility.  To date,

28   Defendant Ajax Hardware Corp. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

63

COMPLAINT
2:18-CV-5810

1    Class I Facility nor has it paid its fair share of response costs incurred by the
2    Plaintiffs at the BKK Class I Facility.

3        92.    According to historical BKK Corp. records, Defendant Albert Van
4    Luit & Co. contributed manifested waste to the BKK Class I Facility.  This
5    manifested waste contained Hazardous Substances that Defendant Albert Van Luit
6    & Co. generated and/or arranged for its disposal at the BKK Class I Facility.  To
7    date, Defendant Albert Van Luit & Co. has not incurred any response costs at the
8    BKK Class I Facility nor has it paid its fair share of response costs incurred by the
9    Plaintiffs at the BKK Class I Facility.

10       93.    According to historical BKK Corp. records, Defendant Alcan
11   Aluminum Corp. contributed manifested waste to the BKK Class I Facility.  This
12   manifested waste contained Hazardous Substances that Defendant Alcan Aluminum
13   Corp. generated and/or arranged for its disposal at the BKK Class I Facility.  To
14   date, Defendant Alcan Aluminum Corp. has not incurred any response costs at the
15   BKK Class I Facility nor has it paid its fair share of response costs incurred by the
16   Plaintiffs at the BKK Class I Facility.

17       94.    According to historical BKK Corp. records, Defendant Alco Cad
18   Nickel Plating Corp. contributed manifested waste to the BKK Class I Facility.
19   This manifested waste contained Hazardous Substances that Defendant Alco Cad
20   Nickel Plating Corp. generated and/or arranged for its disposal at the BKK Class I
21   Facility.  To date, Defendant Alco Cad Nickel Plating Corp. has not incurred any
22   response costs at the BKK Class I Facility nor has it paid its fair share of response
23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24       95.    According to historical BKK Corp. records, Defendant Alco Well
25   Service Inc. contributed manifested waste to the BKK Class I Facility.  This
26   manifested waste contained Hazardous Substances that Defendant Alco Well
27   Service Inc. generated and/or arranged for its disposal at the BKK Class I Facility.
28   To date, Defendant Alco Well Service Inc. has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

64

COMPLAINT
2:18-CV-5810

1   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

2   the Plaintiffs at the BKK Class I Facility.

3      96.    According to historical BKK Corp. records, Defendant AlCo-Gravure

4   Inc. contributed manifested waste to the BKK Class I Facility.  This manifested

5   waste contained Hazardous Substances that Defendant AlCo-Gravure Inc.

6   generated and/or arranged for its disposal at the BKK Class I Facility.  To date,

7   Defendant AlCo-Gravure Inc. has not incurred any response costs at the BKK Class

8   I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

9   the BKK Class I Facility.

10     97.    According to historical BKK Corp. records, Defendant Alflex Corp.

11   contributed manifested waste to the BKK Class I Facility.  This manifested waste

12   contained Hazardous Substances that Defendant Alflex Corp. generated and/or

13   arranged for its disposal at the BKK Class I Facility.  To date, Defendant Alflex

14   Corp. has not incurred any response costs at the BKK Class I Facility nor has it

15   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16   Facility.

17     98.    According to historical BKK Corp. records, Defendant ALL Metals

18   Processing Co Inc. contributed manifested waste to the BKK Class I Facility.  This

19   manifested waste contained Hazardous Substances that Defendant ALL Metals

20   Processing Co Inc. generated and/or arranged for its disposal at the BKK Class I

21   Facility.  To date, Defendant ALL Metals Processing Co Inc. has not incurred any

22   response costs at the BKK Class I Facility nor has it paid its fair share of response

23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24     99.    According to historical BKK Corp. records, Defendant ALL Valley

25   Plating Co. Inc. contributed manifested waste to the BKK Class I Facility.  This

26   manifested waste contained Hazardous Substances that Defendant ALL Valley

27   Plating Co. Inc. generated and/or arranged for its disposal at the BKK Class I

28   Facility.  To date, Defendant ALL Valley Plating Co. Inc. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

65

COMPLAINT
2:18-CV-5810

1    response costs at the BKK Class I Facility nor has it paid its fair share of response

2    costs incurred by the Plaintiffs at the BKK Class I Facility.

3        100.   According to historical BKK Corp. records, Defendant Allesandro

4    Automatic Inc. contributed manifested waste to the BKK Class I Facility.  This

5    manifested waste contained Hazardous Substances that Defendant Allesandro

6    Automatic Inc. generated and/or arranged for its disposal at the BKK Class I

7    Facility.  To date, Defendant Allesandro Automatic Inc. has not incurred any

8    response costs at the BKK Class I Facility nor has it paid its fair share of response

9    costs incurred by the Plaintiffs at the BKK Class I Facility.

10        101.   According to historical BKK Corp. records, Defendant Allied

11   Cleaning Specialists Inc. contributed manifested waste to the BKK Class I Facility.

12   This manifested waste contained Hazardous Substances that Defendant Allied

13   Cleaning Specialists Inc. generated and/or arranged for its disposal at the BKK

14   Class I Facility.  To date, Defendant Allied Cleaning Specialists Inc. has not

15   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

16   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

17        102.   According to historical BKK Corp. records, Defendant Allyn

18   Transportation Co. contributed manifested waste to the BKK Class I Facility.  This

19   manifested waste contained Hazardous Substances that Defendant Allyn

20   Transportation Co. generated and/or arranged for its disposal at the BKK Class I

21   Facility.  To date, Defendant Allyn Transportation Co. has not incurred any

22   response costs at the BKK Class I Facility nor has it paid its fair share of response

23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24        103.   According to historical BKK Corp. records, Defendant Altfillish

25   Gladden contributed manifested waste to the BKK Class I Facility. This manifested

26   waste contained Hazardous Substances that Defendant Altfillish Gladden generated

27   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

28   Altfillish Gladden has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

66

COMPLAINT
2:18-CV-5810

1    nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

2    Class I Facility.

3         104.   According to historical BKK Corp. records, Defendant Alum-A-Coat

4    Inc. contributed manifested waste to the BKK Class I Facility. This manifested

5    waste contained Hazardous Substances that Defendant Alum-A-Coat Inc. generated

6    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

7    Alum-A-Coat Inc. has not incurred any response costs at the BKK Class I Facility

8    nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

9    Class I Facility.

10        105.   According to historical BKK Corp. records, Defendant Aluminum

11   Forge Division of APP contributed manifested waste to the BKK Class I Facility.

12   This manifested waste contained Hazardous Substances that Defendant Aluminum

13   Forge Division of APP generated and/or arranged for its disposal at the BKK Class

14   I Facility. To date, Defendant Aluminum Forge Division of APP has not incurred

15   any response costs at the BKK Class I Facility nor has it paid its fair share of

16   response costs incurred by the Plaintiffs at the BKK Class I Facility.

17        106.   According to historical BKK Corp. records, Defendant Alumtreat Inc.

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant Alumtreat Inc. generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant Alumtreat

21   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

22   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23        107.   According to historical BKK Corp. records, Defendant Amco

24   Manufacturing Corp. contributed manifested waste to the BKK Class I Facility.

25   This manifested waste contained Hazardous Substances that Defendant Amco

26   Manufacturing Corp. generated and/or arranged for its disposal at the BKK Class I

27   Facility. To date, Defendant Amco Manufacturing Corp. has not incurred any

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

67

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response

2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3       108.   According to historical BKK Corp. records, Defendant American

4   Appliance Manufacturing Corp. contributed manifested waste to the BKK Class I

5   Facility. This manifested waste contained Hazardous Substances that Defendant

6   American Appliance Manufacturing Corp. generated and/or arranged for its

7   disposal at the BKK Class I Facility. To date, Defendant American Appliance

8   Manufacturing Corp. has not incurred any response costs at the BKK Class I

9   Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

10   the BKK Class I Facility.

11       109.   According to historical BKK Corp. records, Defendant American

12   Chemical & Refining contributed manifested waste to the BKK Class I Facility.

13   This manifested waste contained Hazardous Substances that Defendant American

14   Chemical & Refining generated and/or arranged for its disposal at the BKK Class I

15   Facility. To date, Defendant American Chemical & Refining has not incurred any

16   response costs at the BKK Class I Facility nor has it paid its fair share of response

17   costs incurred by the Plaintiffs at the BKK Class I Facility.

18       110.   According to historical BKK Corp. records, Defendant American

19   Drawn Steel contributed manifested waste to the BKK Class I Facility. This

20   manifested waste contained Hazardous Substances that Defendant American Drawn

21   Steel generated and/or arranged for its disposal at the BKK Class I Facility. To

22   date, Defendant American Drawn Steel has not incurred any response costs at the

23   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

24   Plaintiffs at the BKK Class I Facility.

25       111.   According to historical BKK Corp. records, Defendant American

26   Environmental LLC contributed manifested waste to the BKK Class I Facility. This

27   manifested waste contained Hazardous Substances that Defendant American

28   Environmental LLC generated and/or arranged for its disposal at the BKK Class I

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

68

COMPLAINT
2:18-CV-5810

Facility. To date, Defendant American Environmental LLC has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

112.    According to historical BKK Corp. records, Defendant American Marble & Onyx Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant American Marble & Onyx Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant American Marble & Onyx Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

113.    According to historical BKK Corp. records, Defendant American Ocean Tile contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant American Ocean Tile generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant American Ocean Tile has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

114.    According to historical BKK Corp. records, Defendant American Pacific International Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant American Pacific International Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant American Pacific International Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

115.    According to historical BKK Corp. records, Defendant American Racing Equipment contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant American Racing Equipment generated and/or arranged for its disposal at the BKK Class I

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

69

COMPLAINT
2:18-CV-5810

1    Facility. To date, Defendant American Racing Equipment has not incurred any

2    response costs at the BKK Class I Facility nor has it paid its fair share of response

3    costs incurred by the Plaintiffs at the BKK Class I Facility.

4         116.   According to historical BKK Corp. records, Defendant American

5    Safety Equipment Co. contributed manifested waste to the BKK Class I Facility.

6    This manifested waste contained Hazardous Substances that Defendant American

7    Safety Equipment Co. generated and/or arranged for its disposal at the BKK Class I

8    Facility. To date, Defendant American Safety Equipment Co. has not incurred any

9    response costs at the BKK Class I Facility nor has it paid its fair share of response

10   costs incurred by the Plaintiffs at the BKK Class I Facility.

11        117.   According to historical BKK Corp. records, Defendant American

12   Scientific Products contributed manifested waste to the BKK Class I Facility. This

13   manifested waste contained Hazardous Substances that Defendant American

14   Scientific Products generated and/or arranged for its disposal at the BKK Class I

15   Facility. To date, Defendant American Scientific Products has not incurred any

16   response costs at the BKK Class I Facility nor has it paid its fair share of response

17   costs incurred by the Plaintiffs at the BKK Class I Facility.

18        118.   According to historical BKK Corp. records, Defendant American Tool

19   & Engineering Corp. contributed manifested waste to the BKK Class I Facility.

20   This manifested waste contained Hazardous Substances that Defendant American

21   Tool & Engineering Corp. generated and/or arranged for its disposal at the BKK

22   Class I Facility. To date, Defendant American Tool & Engineering Corp. has not

23   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

24   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

25        119.   According to historical BKK Corp. records, Defendant Ameritone

26   Paint Corp. contributed manifested waste to the BKK Class I Facility. This

27   manifested waste contained Hazardous Substances that Defendant Ameritone Paint

28   Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

70

COMPLAINT
2:18-CV-5810

1   date, Defendant Ameritone Paint Corp. has not incurred any response costs at the

2   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

3   Plaintiffs at the BKK Class I Facility.

4        120.   According to historical BKK Corp. records, Defendant Ameroil

5   contributed manifested waste to the BKK Class I Facility. This manifested waste

6   contained Hazardous Substances that Defendant Ameroil generated and/or arranged

7   for its disposal at the BKK Class I Facility. To date, Defendant Ameroil has not

8   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

9   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

10       121.   According to historical BKK Corp. records, Defendant AMF

11   Tubescope Inc. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant AMF Tubescope

13   Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant AMF Tubescope Inc. has not incurred any response costs at the BKK

15   Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17       122.   According to historical BKK Corp. records, Defendant Anaplex Corp.

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant Anaplex Corp. generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant Anaplex

21   Corp. has not incurred any response costs at the BKK Class I Facility nor has it

22   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

23   Facility.

24       123.   According to historical BKK Corp. records, Defendant Anchor

25   Hocking Corp. contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Anchor Hocking

27   Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To

28   date, Defendant Anchor Hocking Corp. has not incurred any response costs at the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

71

COMPLAINT
2:18-CV-5810

1  BKK Class I Facility nor has it paid its fair share of response costs incurred by the
2  Plaintiffs at the BKK Class I Facility.

3       124.   According to historical BKK Corp. records, Defendant Anchor Post
4  Prod Inc. contributed manifested waste to the BKK Class I Facility. This
5  manifested waste contained Hazardous Substances that Defendant Anchor Post
6  Prod Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To
7  date, Defendant Anchor Post Prod Inc. has not incurred any response costs at the
8  BKK Class I Facility nor has it paid its fair share of response costs incurred by the
9  Plaintiffs at the BKK Class I Facility.

10      125.   According to historical BKK Corp. records, Defendant Anderson
11 Lithograph contributed manifested waste to the BKK Class I Facility. This
12 manifested waste contained Hazardous Substances that Defendant Anderson
13 Lithograph generated and/or arranged for its disposal at the BKK Class I Facility.
14 To date, Defendant Anderson Lithograph has not incurred any response costs at the
15 BKK Class I Facility nor has it paid its fair share of response costs incurred by the
16 Plaintiffs at the BKK Class I Facility.

17      126.   According to historical BKK Corp. records, Defendant Andrew
18 California Corp. contributed manifested waste to the BKK Class I Facility. This
19 manifested waste contained Hazardous Substances that Defendant Andrew
20 California Corp. generated and/or arranged for its disposal at the BKK Class I
21 Facility. To date, Defendant Andrew California Corp. has not incurred any response
22 costs at the BKK Class I Facility nor has it paid its fair share of response costs
23 incurred by the Plaintiffs at the BKK Class I Facility.

24      127.   According to historical BKK Corp. records, Defendant Anglass
25 Industries contributed manifested waste to the BKK Class I Facility. This
26 manifested waste contained Hazardous Substances that Defendant Anglass
27 Industries generated and/or arranged for its disposal at the BKK Class I Facility. To
28 date, Defendant Anglass Industries has not incurred any response costs at the BKK

1   Class I Facility nor has it paid its fair share of response costs incurred by the
2   Plaintiffs at the BKK Class I Facility.

3       128.   According to historical BKK Corp. records, Defendant Anja
4   Engineering Corp. contributed manifested waste to the BKK Class I Facility. This
5   manifested waste contained Hazardous Substances that Defendant Anja
6   Engineering Corp. generated and/or arranged for its disposal at the BKK Class I
7   Facility. To date, Defendant Anja Engineering Corp. has not incurred any response
8   costs at the BKK Class I Facility nor has it paid its fair share of response costs
9   incurred by the Plaintiffs at the BKK Class I Facility.

10       129.   According to historical BKK Corp. records, Defendant Anodart
11   contributed manifested waste to the BKK Class I Facility. This manifested waste
12   contained Hazardous Substances that Defendant Anodart generated and/or arranged
13   for its disposal at the BKK Class I Facility. To date, Defendant Anodart has not
14   incurred any response costs at the BKK Class I Facility nor has it paid its fair share
15   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

16       130.   According to historical BKK Corp. records, Defendant Anodyne Inc.
17   contributed manifested waste to the BKK Class I Facility. This manifested waste
18   contained Hazardous Substances that Defendant Anodyne Inc. generated and/or
19   arranged for its disposal at the BKK Class I Facility. To date, Defendant Anodyne
20   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid
21   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

22       131.   According to historical BKK Corp. records, Defendant Apex Drum
23   Co. contributed manifested waste to the BKK Class I Facility. This manifested
24   waste contained Hazardous Substances that Defendant Apex Drum Co. generated
25   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
26   Apex Drum Co. has not incurred any response costs at the BKK Class I Facility nor
27   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
28   Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

73

COMPLAINT
2:18-CV-5810

132.   According to historical BKK Corp. records, Defendant Apex International Alloys contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Apex International Alloys generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Apex International Alloys has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

133.   According to historical BKK Corp. records, Defendant Apodaca & Sons Plating Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Apodaca & Sons Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Apodaca & Sons Plating Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

134.   According to historical BKK Corp. records, Defendant Apollo Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Apollo Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Apollo Manufacturing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

135.   According to historical BKK Corp. records, Defendant Appleton Electric Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Appleton Electric Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Appleton Electric Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

74

COMPLAINT
2:18-CV-5810

136.   According to historical BKK Corp. records, Defendant Applied Magnetics Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Applied Magnetics Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Applied Magnetics Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

137.   According to historical BKK Corp. records, Defendant Aquarius Vacuum Truck Service contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Aquarius Vacuum Truck Service generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Aquarius Vacuum Truck Service has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

138.   According to historical BKK Corp. records, Defendant Arbco Electronics contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Arbco Electronics generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Arbco Electronics has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

139.   According to historical BKK Corp. records, Defendant Architectural Anodizing Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Architectural Anodizing Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Architectural Anodizing Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

75

COMPLAINT
2:18-CV-5810

140.    According to historical BKK Corp. records, Defendant Armco Steel Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Armco Steel Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Armco Steel Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

141.    According to historical BKK Corp. records, Defendant Armstrong Pet Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Armstrong Pet Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Armstrong Pet Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

142.    According to historical BKK Corp. records, Defendant Arnold Electronics Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Arnold Electronics Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Arnold Electronics Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

143.    According to historical BKK Corp. records, Defendant Arrow Plating Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Arrow Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Arrow Plating Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

76

COMPLAINT
2:18-CV-5810

144.   According to historical BKK Corp. records, Defendant Arrowhead Mountain Spring Water Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Arrowhead Mountain Spring Water Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Arrowhead Mountain Spring Water Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

145.   According to historical BKK Corp. records, Defendant Artesia Door contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Artesia Door generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Artesia Door has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

146.   According to historical BKK Corp. records, Defendant Artistic Polishing & Plating Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Artistic Polishing & Plating Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Artistic Polishing & Plating Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

147.   According to historical BKK Corp. records, Defendant Asbestos Clean-Up & Consultants contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Asbestos Clean-Up & Consultants generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Asbestos Clean-Up & Consultants has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

148.   According to historical BKK Corp. records, Defendant Asbestos Residential Blanket Number contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Asbestos Residential Blanket Number generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Asbestos Residential Blanket Number has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

149.   According to historical BKK Corp. records, Defendant Asbury Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Asbury Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Asbury Oil Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

150.   According to historical BKK Corp. records, Defendant Asco Sintering Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Asco Sintering Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Asco Sintering Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

151.   According to historical BKK Corp. records, Defendant Associated Pacific contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Associated Pacific generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Associated Pacific has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

78

COMPLAINT
2:18-CV-5810

152.   According to historical BKK Corp. records, Defendant Associated Plating Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Associated Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Associated Plating Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

153.   According to historical BKK Corp. records, Defendant Astro Pak Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Astro Pak Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Astro Pak Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

154.   According to historical BKK Corp. records, Defendant Atlantic Oil Company contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Atlantic Oil Company generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Atlantic Oil Company has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility

155.   According to historical BKK Corp. records, Defendant Atlas Coverall & Supply contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Atlas Coverall & Supply generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Atlas Coverall & Supply has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

156. According to historical BKK Corp. records, Defendant Atlas Fabricators contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Atlas Fabricators generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Atlas Fabricators has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

157. According to historical BKK Corp. records, Defendant Atlas Lighting Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Atlas Lighting Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Atlas Lighting Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

158. According to historical BKK Corp. records, Defendant ATSF Railway Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant ATSF Railway Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant ATSF Railway Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

159. According to historical BKK Corp. records, Defendant Automotive Battery Prod Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Automotive Battery Prod Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Automotive Battery Prod Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

80

COMPLAINT
2:18-CV-5810

160.   According to historical BKK Corp. records, Defendant Aviation Power Supply contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Aviation Power Supply generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Aviation Power Supply has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

161.   According to historical BKK Corp. records, Defendant Azusa Granite contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Azusa Granite generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Azusa Granite has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

162.   According to historical BKK Corp. records, Defendant Azusa Salvage Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Azusa Salvage Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Azusa Salvage Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

163.   According to historical BKK Corp. records, Defendant B. & B. Pipe & Tool Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant B. & B. Pipe & Tool Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant B. & B. Pipe & Tool Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

81

COMPLAINT
2:18-CV-5810

164.   According to historical BKK Corp. records, Defendant B. & C. Plating Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant B. & C. Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant B. & C. Plating Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

165.   According to historical BKK Corp. records, Defendant B. P. John Furniture Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant B. P. John Furniture Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant B. P. John Furniture Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

166.   According to historical BKK Corp. records, Defendant Baker Consultants Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Baker Consultants Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Baker Consultants Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

167.   According to historical BKK Corp. records, Defendant Baker Tanks contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Baker Tanks generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Baker Tanks has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

82

COMPLAINT
2:18-CV-5810

168.   According to historical BKK Corp. records, Defendant Balser Trucking contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Balser Trucking generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Balser Trucking has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

169.   According to historical BKK Corp. records, Defendant Barron Plating Co.  contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Barron Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Barron Plating Co.  has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

170.   According to historical BKK Corp. records, Defendant Barry L. Miller Engineering Co. Inc.  contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Barry L. Miller Engineering Co. Inc.  generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Barry L. Miller Engineering Co. Inc.  has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

171.   According to historical BKK Corp. records, Defendant Barsottis Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Barsottis Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Barsottis Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

83

COMPLAINT
2:18-CV-5810

1    172.   According to historical BKK Corp. records, Defendant Bay Decking
2    Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested
3    waste contained Hazardous Substances that Defendant Bay Decking Co. Inc.
4    generated and/or arranged for its disposal at the BKK Class I Facility. To date,
5    Defendant Bay Decking Co. Inc. has not incurred any response costs at the BKK
6    Class I Facility nor has it paid its fair share of response costs incurred by the
7    Plaintiffs at the BKK Class I Facility.

8    173.   According to historical BKK Corp. records, Defendant Bear Paw
9    Mining contributed manifested waste to the BKK Class I Facility. This manifested
10   waste contained Hazardous Substances that Defendant Bear Paw Mining generated
11   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
12   Bear Paw Mining has not incurred any response costs at the BKK Class I Facility
13   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
14   Class I Facility.

15   174.   According to historical BKK Corp. records, Defendant Beatrice Hunt
16   Wesson Inc. contributed manifested waste to the BKK Class I Facility. This
17   manifested waste contained Hazardous Substances that Defendant Beatrice Hunt
18   Wesson Inc. generated and/or arranged for its disposal at the BKK Class I Facility.
19   To date, Defendant Beatrice Hunt Wesson Inc. has not incurred any response costs
20   at the BKK Class I Facility nor has it paid its fair share of response costs incurred
21   by the Plaintiffs at the BKK Class I Facility.

22   175.   According to historical BKK Corp. records, Defendant Bell Industries
23   contributed manifested waste to the BKK Class I Facility. This manifested waste
24   contained Hazardous Substances that Defendant Bell Industries generated and/or
25   arranged for its disposal at the BKK Class I Facility. To date, Defendant Bell
26   Industries has not incurred any response costs at the BKK Class I Facility nor has it
27   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
28   Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

84

COMPLAINT
2:18-CV-5810

176.   According to historical BKK Corp. records, Defendant Bemis Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Bemis Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Bemis Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

177.   According to historical BKK Corp. records, Defendant Bennett Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Bennett Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Bennett Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

178.   According to historical BKK Corp. records, Defendant Beren Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Beren Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Beren Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

179.   According to historical BKK Corp. records, Defendant Bergandi Manufacturing Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Bergandi Manufacturing Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Bergandi Manufacturing Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

180.   According to historical BKK Corp. records, Defendant Berk Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Berk Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Berk Oil Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

181.   According to historical BKK Corp. records, Defendant Bernard Epps & Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Bernard Epps & Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Bernard Epps & Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

182.   According to historical BKK Corp. records, Defendant Berns Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Berns Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Berns Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

183.   According to historical BKK Corp. records, Defendant Best Washington Uniform Supply contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Best Washington Uniform Supply generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Best Washington Uniform Supply has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

184.   According to historical BKK Corp. records, Defendant Bethlehem Steel Corp. contributed manifested waste to the BKK Class I Facility. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

86

COMPLAINT
2:18-CV-5810

manifested waste contained Hazardous Substances that Defendant Bethlehem Steel Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Bethlehem Steel Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

185.   According to historical BKK Corp. records, Defendant Betty Glaser Investment Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Betty Glaser Investment Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Betty Glaser Investment Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

186.   According to historical BKK Corp. records, Defendant Beylik Drilling contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Beylik Drilling generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Beylik Drilling has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

187.   According to historical BKK Corp. records, Defendant Bingo Truck Stop contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Bingo Truck Stop generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Bingo Truck Stop has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

188.   According to historical BKK Corp. records, Defendant Black Oxide Industries Inc. contributed manifested waste to the BKK Class I Facility. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

87

COMPLAINT
2:18-CV-5810

manifested waste contained Hazardous Substances that Defendant Black Oxide Industries Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Black Oxide Industries Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

189.   According to historical BKK Corp. records, Defendant Blackfoot-Cherokee Energy Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Blackfoot-Cherokee Energy Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Blackfoot-Cherokee Energy Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

190.   According to historical BKK Corp. records, Defendant Bliss & Laughlin Steel Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Bliss & Laughlin Steel Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Bliss & Laughlin Steel Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

191.   According to historical BKK Corp. records, Defendant Block Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Block Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Block Oil Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

192.   According to historical BKK Corp. records, Defendant Blue Seal Linen Supply contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Blue Seal Linen

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

88

COMPLAINT
2:18-CV-5810

1   Supply generated and/or arranged for its disposal at the BKK Class I Facility. To

2   date, Defendant Blue Seal Linen Supply has not incurred any response costs at the

3   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

4   Plaintiffs at the BKK Class I Facility.

5       193.   According to historical BKK Corp. records, Defendant Bob Muller

6   Auto contributed manifested waste to the BKK Class I Facility. This manifested

7   waste contained Hazardous Substances that Defendant Bob Muller Auto generated

8   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Bob

9   Muller Auto has not incurred any response costs at the BKK Class I Facility nor has

10  it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

11  Facility.

12      194.   According to historical BKK Corp. records, Defendant Bob's Plating

13  contributed manifested waste to the BKK Class I Facility. This manifested waste

14  contained Hazardous Substances that Defendant Bob's Plating generated and/or

15  arranged for its disposal at the BKK Class I Facility. To date, Defendant Bob's

16  Plating has not incurred any response costs at the BKK Class I Facility nor has it

17  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

18  Facility.

19      195.   According to historical BKK Corp. records, Defendant Bonanza

20  Aluminum Inc. contributed manifested waste to the BKK Class I Facility. This

21  manifested waste contained Hazardous Substances that Defendant Bonanza

22  Aluminum Inc. generated and/or arranged for its disposal at the BKK Class I

23  Facility. To date, Defendant Bonanza Aluminum Inc. has not incurred any response

24  costs at the BKK Class I Facility nor has it paid its fair share of response costs

25  incurred by the Plaintiffs at the BKK Class I Facility.

26      196.   According to historical BKK Corp. records, Defendant Bortz Oil Co.

27  contributed manifested waste to the BKK Class I Facility. This manifested waste

28  contained Hazardous Substances that Defendant Bortz Oil Co. generated and/or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

89

COMPLAINT
2:18-CV-5810

1   arranged for its disposal at the BKK Class I Facility. To date, Defendant Bortz Oil

2   Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

3   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

4       197.   According to historical BKK Corp. records, Defendant Boss Uniforms

5   contributed manifested waste to the BKK Class I Facility. This manifested waste

6   contained Hazardous Substances that Defendant Boss Uniforms generated and/or

7   arranged for its disposal at the BKK Class I Facility. To date, Defendant Boss

8   Uniforms has not incurred any response costs at the BKK Class I Facility nor has it

9   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

10  Facility.

11      198.   According to historical BKK Corp. records, Defendant Bowman

12  Plating Co. Inc. contributed manifested waste to the BKK Class I Facility. This

13  manifested waste contained Hazardous Substances that Defendant Bowman Plating

14  Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To

15  date, Defendant Bowman Plating Co. Inc. has not incurred any response costs at the

16  BKK Class I Facility nor has it paid its fair share of response costs incurred by the

17  Plaintiffs at the BKK Class I Facility.

18      199.   According to historical BKK Corp. records, Defendant Bradford White

19  Corp. contributed manifested waste to the BKK Class I Facility. This manifested

20  waste contained Hazardous Substances that Defendant Bradford White Corp.

21  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

22  Defendant Bradford White Corp. has not incurred any response costs at the BKK

23  Class I Facility nor has it paid its fair share of response costs incurred by the

24  Plaintiffs at the BKK Class I Facility.

25      200.   According to historical BKK Corp. records, Defendant Brea Canyon

26  Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested

27  waste contained Hazardous Substances that Defendant Brea Canyon Oil Co.

28  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

90

COMPLAINT
2:18-CV-5810

1  Defendant Brea Canyon Oil Co. has not incurred any response costs at the BKK

2  Class I Facility nor has it paid its fair share of response costs incurred by the

3  Plaintiffs at the BKK Class I Facility.

4     201.   According to historical BKK Corp. records, Defendant Brea High

5  School contributed manifested waste to the BKK Class I Facility. This manifested

6  waste contained Hazardous Substances that Defendant Brea High School generated

7  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

8  Brea High School has not incurred any response costs at the BKK Class I Facility

9  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

10  Class I Facility.

11     202.   According to historical BKK Corp. records, Defendant Bristol

12  Industries contributed manifested waste to the BKK Class I Facility. This

13  manifested waste contained Hazardous Substances that Defendant Bristol Industries

14  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

15  Defendant Bristol Industries has not incurred any response costs at the BKK Class I

16  Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

17  the BKK Class I Facility.

18     203.   According to historical BKK Corp. records, Defendant Brite Sol Inc.

19  contributed manifested waste to the BKK Class I Facility. This manifested waste

20  contained Hazardous Substances that Defendant Brite Sol Inc. generated and/or

21  arranged for its disposal at the BKK Class I Facility. To date, Defendant Brite Sol

22  Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

23  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

24     204.   According to historical BKK Corp. records, Defendant Brogdex Corp.

25  contributed manifested waste to the BKK Class I Facility. This manifested waste

26  contained Hazardous Substances that Defendant Brogdex Corp. generated and/or

27  arranged for its disposal at the BKK Class I Facility. To date, Defendant Brogdex

28  Corp. has not incurred any response costs at the BKK Class I Facility nor has it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

91

COMPLAINT
2:18-CV-5810

1  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

2  Facility.

3      205.   According to historical BKK Corp. records, Defendant Brooks &

4  Perkins Brownline Division contributed manifested waste to the BKK Class I

5  Facility. This manifested waste contained Hazardous Substances that Defendant

6  Brooks & Perkins Brownline Division generated and/or arranged for its disposal at

7  the BKK Class I Facility. To date, Defendant Brooks & Perkins Brownline Division

8  has not incurred any response costs at the BKK Class I Facility nor has it paid its

9  fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

10     206.   According to historical BKK Corp. records, Defendant BTJ

11 Construction contributed manifested waste to the BKK Class I Facility. This

12 manifested waste contained Hazardous Substances that Defendant BTJ

13 Construction generated and/or arranged for its disposal at the BKK Class I Facility.

14 To date, Defendant BTJ Construction has not incurred any response costs at the

15 BKK Class I Facility nor has it paid its fair share of response costs incurred by the

16 Plaintiffs at the BKK Class I Facility.

17     207.   According to historical BKK Corp. records, Defendant Buck Does It

18 Inc. contributed manifested waste to the BKK Class I Facility. This manifested

19 waste contained Hazardous Substances that Defendant Buck Does It Inc. generated

20 and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

21 Buck Does It Inc. has not incurred any response costs at the BKK Class I Facility

22 nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23 Class I Facility.

24     208.   According to historical BKK Corp. records, Defendant Buds Oil

25 Service Inc. contributed manifested waste to the BKK Class I Facility. This

26 manifested waste contained Hazardous Substances that Defendant Buds Oil Service

27 Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28 Defendant Buds Oil Service Inc. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

92

COMPLAINT
2:18-CV-5810

1  Class I Facility nor has it paid its fair share of response costs incurred by the
2  Plaintiffs at the BKK Class I Facility.

3      209.   According to historical BKK Corp. records, Defendant Bumper Shop
4  contributed manifested waste to the BKK Class I Facility. This manifested waste
5  contained Hazardous Substances that Defendant Bumper Shop generated and/or
6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Bumper
7  Shop has not incurred any response costs at the BKK Class I Facility nor has it paid
8  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9      210.   According to historical BKK Corp. records, Defendant Bumperline
10 Inc. contributed manifested waste to the BKK Class I Facility. This manifested
11 waste contained Hazardous Substances that Defendant Bumperline Inc. generated
12 and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
13 Bumperline Inc. has not incurred any response costs at the BKK Class I Facility nor
14 has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
15 Class I Facility.

16     211.   According to historical BKK Corp. records, Defendant Burbank
17 Plating Service Corp. contributed manifested waste to the BKK Class I Facility.
18 This manifested waste contained Hazardous Substances that Defendant Burbank
19 Plating Service Corp. generated and/or arranged for its disposal at the BKK Class I
20 Facility. To date, Defendant Burbank Plating Service Corp. has not incurred any
21 response costs at the BKK Class I Facility nor has it paid its fair share of response
22 costs incurred by the Plaintiffs at the BKK Class I Facility.

23     212.   According to historical BKK Corp. records, Defendant Burbank
24 Unified School District contributed manifested waste to the BKK Class I Facility.
25 This manifested waste contained Hazardous Substances that Defendant Burbank
26 Unified School District generated and/or arranged for its disposal at the BKK Class
27 I Facility. To date, Defendant Burbank Unified School District has not incurred any
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
                                    93                              COMPLAINT
                                                                    2:18-CV-5810

1  response costs at the BKK Class I Facility nor has it paid its fair share of response
2  costs incurred by the Plaintiffs at the BKK Class I Facility.

3      213.   According to historical BKK Corp. records, Defendant Burke Co.
4  contributed manifested waste to the BKK Class I Facility. This manifested waste
5  contained Hazardous Substances that Defendant Burke Co. generated and/or
6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Burke Co.
7  has not incurred any response costs at the BKK Class I Facility nor has it paid its
8  fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9      214.   According to historical BKK Corp. records, Defendant Burton Plating
10  Co. contributed manifested waste to the BKK Class I Facility. This manifested
11  waste contained Hazardous Substances that Defendant Burton Plating Co.
12  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
13  Defendant Burton Plating Co. has not incurred any response costs at the BKK Class
14  I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at
15  the BKK Class I Facility.

16      215.   According to historical BKK Corp. records, Defendant C. & W.
17  Chemicals Co. Inc. contributed manifested waste to the BKK Class I Facility. This
18  manifested waste contained Hazardous Substances that Defendant C. & W.
19  Chemicals Co. Inc. generated and/or arranged for its disposal at the BKK Class I
20  Facility. To date, Defendant C. & W. Chemicals Co. Inc. has not incurred any
21  response costs at the BKK Class I Facility nor has it paid its fair share of response
22  costs incurred by the Plaintiffs at the BKK Class I Facility.

23      216.   According to historical BKK Corp. records, Defendant C. E. Glass
24  Combustion Engineering Inc. contributed manifested waste to the BKK Class I
25  Facility. This manifested waste contained Hazardous Substances that Defendant C.
26  E. Glass Combustion Engineering Inc. generated and/or arranged for its disposal at
27  the BKK Class I Facility. To date, Defendant C. E. Glass Combustion Engineering
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT
2:18-CV-5810

1    Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

2    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3        217.   According to historical BKK Corp. records, Defendant C. M. Dodson

4    Oil contributed manifested waste to the BKK Class I Facility. This manifested

5    waste contained Hazardous Substances that Defendant C. M. Dodson Oil generated

6    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant C.

7    M. Dodson Oil has not incurred any response costs at the BKK Class I Facility nor

8    has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

9    Class I Facility.

10        218.   According to historical BKK Corp. records, Defendant Cadet Uniform

11   & Linen Supply Co. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Cadet Uniform

13   & Linen Supply Co. generated and/or arranged for its disposal at the BKK Class I

14   Facility. To date, Defendant Cadet Uniform & Linen Supply Co. has not incurred

15   any response costs at the BKK Class I Facility nor has it paid its fair share of

16   response costs incurred by the Plaintiffs at the BKK Class I Facility.

17        219.   According to historical BKK Corp. records, Defendant Cal Bumper

18   Co. contributed manifested waste to the BKK Class I Facility. This manifested

19   waste contained Hazardous Substances that Defendant Cal Bumper Co. generated

20   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal

21   Bumper Co. has not incurred any response costs at the BKK Class I Facility nor has

22   it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

23   Facility.

24        220.   According to historical BKK Corp. records, Defendant Cal Chem

25   Cleaning Co. contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Cal Chem

27   Cleaning Co. generated and/or arranged for its disposal at the BKK Class I Facility.

28   To date, Defendant Cal Chem Cleaning Co. has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

95

COMPLAINT
2:18-CV-5810

the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

221.   According to historical BKK Corp. records, Defendant Cal Chrome contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cal Chrome generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal Chrome has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

222.   According to historical BKK Corp. records, Defendant Cal Duran Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cal Duran Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal Duran Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

223.   According to historical BKK Corp. records, Defendant Cal Ink contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cal Ink generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal Ink has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

224.   According to historical BKK Corp. records, Defendant Cal Lift Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cal Lift Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal Lift Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

96

COMPLAINT
2:18-CV-5810

225.   According to historical BKK Corp. records, Defendant Cal Metals contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cal Metals generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal Metals has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

226.   According to historical BKK Corp. records, Defendant Cal Nev Pipeline Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cal Nev Pipeline Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal Nev Pipeline Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

227.   According to historical BKK Corp. records, Defendant Cal Style Furniture Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cal Style Furniture Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal Style Furniture Manufacturing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

228.   According to historical BKK Corp. records, Defendant Cal USA Chemical Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cal USA Chemical Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal USA Chemical Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

97

COMPLAINT
2:18-CV-5810

229.   According to historical BKK Corp. records, Defendant Calbiochem-Behring Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Calbiochem-Behring Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Calbiochem-Behring Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

230.   According to historical BKK Corp. records, Defendant Cali-Blok contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cali-Blok generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cali-Blok has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

231.   According to historical BKK Corp. records, Defendant Califoil Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Califoil Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Califoil Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

232.   According to historical BKK Corp. records, Defendant California Carpet Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant California Carpet Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant California Carpet Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

233.   According to historical BKK Corp. records, Defendant California Corrugated Ind contributed manifested waste to the BKK Class I Facility. This

1  manifested waste contained Hazardous Substances that Defendant California
2  Corrugated Ind generated and/or arranged for its disposal at the BKK Class I
3  Facility. To date, Defendant California Corrugated Ind has not incurred any
4  response costs at the BKK Class I Facility nor has it paid its fair share of response
5  costs incurred by the Plaintiffs at the BKK Class I Facility.

6      234.   According to historical BKK Corp. records, Defendant California
7  Finished Metals Inc. contributed manifested waste to the BKK Class I Facility. This
8  manifested waste contained Hazardous Substances that Defendant California
9  Finished Metals Inc. generated and/or arranged for its disposal at the BKK Class I
10  Facility. To date, Defendant California Finished Metals Inc. has not incurred any
11  response costs at the BKK Class I Facility nor has it paid its fair share of response
12  costs incurred by the Plaintiffs at the BKK Class I Facility.

13      235.   According to historical BKK Corp. records, Defendant California
14  Metal Enameling Co. contributed manifested waste to the BKK Class I Facility.
15  This manifested waste contained Hazardous Substances that Defendant California
16  Metal Enameling Co. generated and/or arranged for its disposal at the BKK Class I
17  Facility. To date, Defendant California Metal Enameling Co. has not incurred any
18  response costs at the BKK Class I Facility nor has it paid its fair share of response
19  costs incurred by the Plaintiffs at the BKK Class I Facility.

20      236.   According to historical BKK Corp. records, Defendant California Milk
21  Producers contributed manifested waste to the BKK Class I Facility. This
22  manifested waste contained Hazardous Substances that Defendant California Milk
23  Producers generated and/or arranged for its disposal at the BKK Class I Facility. To
24  date, Defendant California Milk Producers has not incurred any response costs at
25  the BKK Class I Facility nor has it paid its fair share of response costs incurred by
26  the Plaintiffs at the BKK Class I Facility.

27      237.   According to historical BKK Corp. records, Defendant California
28  Motor Express contributed manifested waste to the BKK Class I Facility. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

99

COMPLAINT
2:18-CV-5810

manifested waste contained Hazardous Substances that Defendant California Motor Express generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant California Motor Express has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

238.   According to historical BKK Corp. records, Defendant California Ship Building contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant California Ship Building generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant California Ship Building has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

239.   According to historical BKK Corp. records, Defendant California Target Enterprises contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant California Target Enterprises generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant California Target Enterprises has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

240.   According to historical BKK Corp. records, Defendant California Technical Plating Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant California Technical Plating Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant California Technical Plating Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

241.   According to historical BKK Corp. records, Defendant Cal-Mold Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste

1   contained Hazardous Substances that Defendant Cal-Mold Inc. generated and/or

2   arranged for its disposal at the BKK Class I Facility. To date, Defendant Cal-Mold

3   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

4   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

5       242.   According to historical BKK Corp. records, Defendant Calpro Co.

6   contributed manifested waste to the BKK Class I Facility. This manifested waste

7   contained Hazardous Substances that Defendant Calpro Co. generated and/or

8   arranged for its disposal at the BKK Class I Facility. To date, Defendant Calpro Co.

9   has not incurred any response costs at the BKK Class I Facility nor has it paid its

10   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

11       243.   According to historical BKK Corp. records, Defendant Calprotech Inc.

12   contributed manifested waste to the BKK Class I Facility. This manifested waste

13   contained Hazardous Substances that Defendant Calprotech Inc. generated and/or

14   arranged for its disposal at the BKK Class I Facility. To date, Defendant Calprotech

15   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

16   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

17       244.   According to historical BKK Corp. records, Defendant Cal-West

18   Circuits Inc. contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Cal-West

20   Circuits Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

21   To date, Defendant Cal-West Circuits Inc. has not incurred any response costs at

22   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

23   the Plaintiffs at the BKK Class I Facility.

24       245.   According to historical BKK Corp. records, Defendant Calzona

25   Transportation contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Calzona

27   Transportation generated and/or arranged for its disposal at the BKK Class I

28   Facility. To date, Defendant Calzona Transportation has not incurred any response

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

101

COMPLAINT
2:18-CV-5810

costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

246.   According to historical BKK Corp. records, Defendant Cannel & Chaffin Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cannel & Chaffin Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cannel & Chaffin Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

247.   According to historical BKK Corp. records, Defendant Capitol Records Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Capitol Records Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Capitol Records Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

248.   According to historical BKK Corp. records, Defendant Capri Pumping Service contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Capri Pumping Service generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Capri Pumping Service has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

249.   According to historical BKK Corp. records, Defendant Capro Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Capro Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Capro Oil

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

102

COMPLAINT
2:18-CV-5810

1    Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

2    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3         250.   According to historical BKK Corp. records, Defendant Carnation Co.

4    contributed manifested waste to the BKK Class I Facility. This manifested waste

5    contained Hazardous Substances that Defendant Carnation Co. generated and/or

6    arranged for its disposal at the BKK Class I Facility. To date, Defendant Carnation

7    Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

8    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9         251.   According to historical BKK Corp. records, Defendant Carter

10   Precision Parts Inc.  contributed manifested waste to the BKK Class I Facility. This

11   manifested waste contained Hazardous Substances that Defendant Carter Precision

12   Parts Inc.  generated and/or arranged for its disposal at the BKK Class I Facility. To

13   date, Defendant Carter Precision Parts Inc.  has not incurred any response costs at

14   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

15   the Plaintiffs at the BKK Class I Facility.

16        252.   According to historical BKK Corp. records, Defendant Casden Co.

17   contributed manifested waste to the BKK Class I Facility. This manifested waste

18   contained Hazardous Substances that Defendant Casden Co. generated and/or

19   arranged for its disposal at the BKK Class I Facility. To date, Defendant Casden

20   Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

21   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

22        253.   According to historical BKK Corp. records, Defendant Caspian Inc.

23   contributed manifested waste to the BKK Class I Facility. This manifested waste

24   contained Hazardous Substances that Defendant Caspian Inc. generated and/or

25   arranged for its disposal at the BKK Class I Facility. To date, Defendant Caspian

26   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

27   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

COMPLAINT
2:18-CV-5810

254.   According to historical BKK Corp. records, Defendant Cast Metal Finishing contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cast Metal Finishing generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cast Metal Finishing has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

255.   According to historical BKK Corp. records, Defendant CBC Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant CBC Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant CBC Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

256.   According to historical BKK Corp. records, Defendant Cedargreen Refining Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cedargreen Refining Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cedargreen Refining Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

257.   According to historical BKK Corp. records, Defendant Cedko Electronics contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cedko Electronics generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cedko Electronics has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

104

COMPLAINT
2:18-CV-5810

258. According to historical BKK Corp. records, Defendant Celotex Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Celotex Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Celotex Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

259. According to historical BKK Corp. records, Defendant Central Industrial Engineering contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Central Industrial Engineering generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Central Industrial Engineering has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

260. According to historical BKK Corp. records, Defendant Central Insulation Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Central Insulation Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Central Insulation Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

261. According to historical BKK Corp. records, Defendant Central Plants Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Central Plants Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Central Plants Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
105
COMPLAINT
2:18-CV-5810

262.   According to historical BKK Corp. records, Defendant Century Phoenix Laminators Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Century Phoenix Laminators Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Century Phoenix Laminators Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

263.   According to historical BKK Corp. records, Defendant Certified Grocers of Cal contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Certified Grocers of Cal generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Certified Grocers of Cal has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

264.   According to historical BKK Corp. records, Defendant Chacon Chemical Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chacon Chemical Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chacon Chemical Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

265.   According to historical BKK Corp. records, Defendant Challenge Cook Bros contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Challenge Cook Bros generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Challenge Cook Bros has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

106

COMPLAINT
2:18-CV-5810

266.   According to historical BKK Corp. records, Defendant Champion Chemicals Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Champion Chemicals Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Champion Chemicals Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

267.   According to historical BKK Corp. records, Defendant Champion Power Wash contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Champion Power Wash generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Champion Power Wash has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

268.   According to historical BKK Corp. records, Defendant Charles Bruning Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Charles Bruning Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Charles Bruning Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

269.   According to historical BKK Corp. records, Defendant Chem Arrow Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chem Arrow Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chem Arrow Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

107

COMPLAINT
2:18-CV-5810

270.   According to historical BKK Corp. records, Defendant Chem Etch Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chem Etch Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chem Etch Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

271.   According to historical BKK Corp. records, Defendant Chem West Industries Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chem West Industries Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chem West Industries Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

272.   According to historical BKK Corp. records, Defendant Chemical Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemical Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemical Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

273.   According to historical BKK Corp. records, Defendant Chemical Energy contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemical Energy generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemical Energy has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

108

COMPLAINT
2:18-CV-5810

274.   According to historical BKK Corp. records, Defendant Chemical Machining Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemical Machining Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemical Machining Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

275.   According to historical BKK Corp. records, Defendant Chemical Milling International contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemical Milling International generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemical Milling International has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

276.   According to historical BKK Corp. records, Defendant Chemicals Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemicals Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemicals Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

277.   According to historical BKK Corp. records, Defendant Chemoil Refining Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemoil Refining Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemoil Refining Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

109

COMPLAINT
2:18-CV-5810

278.   According to historical BKK Corp. records, Defendant Chemplate Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemplate Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemplate Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

279.   According to historical BKK Corp. records, Defendant Chemron Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemron Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemron Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

280.   According to historical BKK Corp. records, Defendant Chemware contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chemware generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chemware has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

281.   According to historical BKK Corp. records, Defendant Chick Sales Plating Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chick Sales Plating Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chick Sales Plating Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

110

COMPLAINT
2:18-CV-5810

282.   According to historical BKK Corp. records, Defendant Chino Valley Galvanizing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chino Valley Galvanizing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chino Valley Galvanizing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

283.   According to historical BKK Corp. records, Defendant CHP Foods contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant CHP Foods generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant CHP Foods has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

284.   According to historical BKK Corp. records, Defendant Chrome Crankshaft Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chrome Crankshaft Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chrome Crankshaft Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

285.   According to historical BKK Corp. records, Defendant Chromizing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Chromizing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Chromizing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

111

COMPLAINT
2:18-CV-5810

286.   According to historical BKK Corp. records, Defendant Cia Minera De Cananea SA contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cia Minera De Cananea SA generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cia Minera De Cananea SA has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

287.   According to historical BKK Corp. records, Defendant Cintas Uniform Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cintas Uniform Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cintas Uniform Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

288.   According to historical BKK Corp. records, Defendant Circuit Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Circuit Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Circuit Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

289.   According to historical BKK Corp. records, Defendant Circuit One Div. of LH Research Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Circuit One Div. of LH Research Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Circuit One Div. of LH Research Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

112

COMPLAINT
2:18-CV-5810

290. According to historical BKK Corp. records, Defendant City of Carson contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant City of Carson generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant City of Carson has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

291. According to historical BKK Corp. records, Defendant City of Hermosa Beach contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant City of Hermosa Beach generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant City of Hermosa Beach has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

292. According to historical BKK Corp. records, Defendant City of Riverside contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant City of Riverside generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant City of Riverside has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

293. According to historical BKK Corp. records, Defendant City of San Diego contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant City of San Diego generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant City of San Diego has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

294.   According to historical BKK Corp. records, Defendant Clarke Contracting Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Clarke Contracting Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Clarke Contracting Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

295.   According to historical BKK Corp. records, Defendant Clean Steel Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Clean Steel Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Clean Steel Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

296.   According to historical BKK Corp. records, Defendant Cleaning Dynamics Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cleaning Dynamics Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cleaning Dynamics Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

297.   According to historical BKK Corp. records, Defendant Climax Tube Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Climax Tube Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Climax Tube Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

114

COMPLAINT
2:18-CV-5810

298.   According to historical BKK Corp. records, Defendant Coast Contractors contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Coast Contractors generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Coast Contractors has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

299.   According to historical BKK Corp. records, Defendant Cognis Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cognis Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cognis Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

300.   According to historical BKK Corp. records, Defendant Collins General Contractors contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Collins General Contractors generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Collins General Contractors has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

301.   According to historical BKK Corp. records, Defendant Columbia Metal Finishing Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Columbia Metal Finishing Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Columbia Metal Finishing Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

115

COMPLAINT
2:18-CV-5810

302.   According to historical BKK Corp. records, Defendant Columbine & Associates contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Columbine & Associates generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Columbine & Associates has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

303.   According to historical BKK Corp. records, Defendant Commercial Chemical Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Commercial Chemical Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Commercial Chemical Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

304.   According to historical BKK Corp. records, Defendant Commercial Cleaning Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Commercial Cleaning Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Commercial Cleaning Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

305.   According to historical BKK Corp. records, Defendant Commercial Truck Bodies contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Commercial Truck Bodies generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Commercial Truck Bodies has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

116

COMPLAINT
2:18-CV-5810

306.   According to historical BKK Corp. records, Defendant Computer Automation contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Computer Automation generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Computer Automation has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

307.   According to historical BKK Corp. records, Defendant Conexx Oil contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Conexx Oil generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Conexx Oil has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

308.   According to historical BKK Corp. records, Defendant Connector Service Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Connector Service Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Connector Service Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

309.   According to historical BKK Corp. records, Defendant Conrac Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Conrac Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Conrac Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

117

COMPLAINT
2:18-CV-5810

310.   According to historical BKK Corp. records, Defendant Conrock Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Conrock Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Conrock Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

311.   According to historical BKK Corp. records, Defendant Consolidated Auto contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Consolidated Auto generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Consolidated Auto has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

312.   According to historical BKK Corp. records, Defendant Container Supply Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Container Supply Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Container Supply Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

313.   According to historical BKK Corp. records, Defendant Contempo Furniture contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Contempo Furniture generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Contempo Furniture has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

118

COMPLAINT
2:18-CV-5810

314.   According to historical BKK Corp. records, Defendant Continental Chemical Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Continental Chemical Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Continental Chemical Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

315.   According to historical BKK Corp. records, Defendant Continental Forest Ind. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Continental Forest Ind. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Continental Forest Ind. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

316.   According to historical BKK Corp. records, Defendant Continental Polymers Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Continental Polymers Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Continental Polymers Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

317.   According to historical BKK Corp. records, Defendant Control Circuits contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Control Circuits generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Control Circuits has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

119

COMPLAINT
2:18-CV-5810

318.    According to historical BKK Corp. records, Defendant Control Components Inc.  contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Control Components Inc.  generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Control Components Inc.  has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

319.    According to historical BKK Corp. records, Defendant Control Plating Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Control Plating Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Control Plating Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

320.    According to historical BKK Corp. records, Defendant Cooper & Brain contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cooper & Brain generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cooper & Brain has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

321.    According to historical BKK Corp. records, Defendant Cooper LA Clear Drum Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cooper LA Clear Drum Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cooper LA Clear Drum Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

120

COMPLAINT
2:18-CV-5810

322.   According to historical BKK Corp. records, Defendant Corrosion Technology Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Corrosion Technology Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Corrosion Technology Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

323.   According to historical BKK Corp. records, Defendant Corru-Craft II contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Corru-Craft II generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Corru-Craft II has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

324.   According to historical BKK Corp. records, Defendant Cosmotronics Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cosmotronics Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cosmotronics Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

325.   According to historical BKK Corp. records, Defendant Coto De Caza Development Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Coto De Caza Development Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Coto De Caza Development Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

121

COMPLAINT
2:18-CV-5810

326.   According to historical BKK Corp. records, Defendant Cragar Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cragar Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cragar Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

327.   According to historical BKK Corp. records, Defendant Crane & Utterback Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Crane & Utterback Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Crane & Utterback Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

328.   According to historical BKK Corp. records, Defendant Crane-Hydroaire Division contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Crane-Hydroaire Division generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Crane-Hydroaire Division has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

329.   According to historical BKK Corp. records, Defendant Crescent Transportation contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Crescent Transportation generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Crescent Transportation has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

122

COMPLAINT
2:18-CV-5810

330.   According to historical BKK Corp. records, Defendant Crescenta Valley Water District contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Crescenta Valley Water District generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Crescenta Valley Water District has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

331.   According to historical BKK Corp. records, Defendant Crockett Container Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Crockett Container Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Crockett Container Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

332.   According to historical BKK Corp. records, Defendant Crown Zellerbach Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Crown Zellerbach Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Crown Zellerbach Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

333.   According to historical BKK Corp. records, Defendant Cummins Service & Sales Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cummins Service & Sales Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cummins Service & Sales Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

123

COMPLAINT
2:18-CV-5810

334.   According to historical BKK Corp. records, Defendant Custom Chemical Formulators contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Custom Chemical Formulators generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Custom Chemical Formulators has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

335.   According to historical BKK Corp. records, Defendant Custom Control Sensors contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Custom Control Sensors generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Custom Control Sensors has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

336.   According to historical BKK Corp. records, Defendant Custom Plating Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Custom Plating Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Custom Plating Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

337.   According to historical BKK Corp. records, Defendant Cut-Off Manifest contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cut-Off Manifest generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cut-Off Manifest has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

124

COMPLAINT
2:18-CV-5810

338.   According to historical BKK Corp. records, Defendant CWOD contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant CWOD generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant CWOD has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

339.   According to historical BKK Corp. records, Defendant Cyclo Chemical Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cyclo Chemical Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cyclo Chemical Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

340.   According to historical BKK Corp. records, Defendant Cyclone Excelsweld Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Cyclone Excelsweld Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Cyclone Excelsweld Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

341.   According to historical BKK Corp. records, Defendant Torrance Tubing and Conduit Company, formerly known as Cyprus Tubing & Conduit Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Torrance Tubing and Conduit Company, formerly known as Cyprus Tubing & Conduit Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Torrance Tubing and Conduit Company, formerly known as Cyprus Tubing & Conduit Co.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

125

COMPLAINT
2:18-CV-5810

1    has not incurred any response costs at the BKK Class I Facility nor has it paid its

2    fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3        342.   According to historical BKK Corp. records, Defendant D. E. Calta

4    International contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant D. E. Calta

6    International generated and/or arranged for its disposal at the BKK Class I Facility.

7    To date, Defendant D. E. Calta International has not incurred any response costs at

8    the BKK Class I Facility nor has it paid its fair share of response costs incurred by

9    the Plaintiffs at the BKK Class I Facility.

10       343.   According to historical BKK Corp. records, Defendant D. I. Salvo

11   Trucking contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant D. I. Salvo

13   Trucking generated and/or arranged for its disposal at the BKK Class I Facility. To

14   date, Defendant D. I. Salvo Trucking has not incurred any response costs at the

15   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17       344.   According to historical BKK Corp. records, Defendant D. W. Elliott

18   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

19   waste contained Hazardous Substances that Defendant D. W. Elliott Inc. generated

20   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant D.

21   W. Elliott Inc. has not incurred any response costs at the BKK Class I Facility nor

22   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23   Class I Facility.

24       345.   According to historical BKK Corp. records, Defendant Daiwa Corp.

25   contributed manifested waste to the BKK Class I Facility. This manifested waste

26   contained Hazardous Substances that Defendant Daiwa Corp. generated and/or

27   arranged for its disposal at the BKK Class I Facility. To date, Defendant Daiwa

28   Corp. has not incurred any response costs at the BKK Class I Facility nor has it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

126

COMPLAINT
2:18-CV-5810

1  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

2  Facility.

3      346.   According to historical BKK Corp. records, Defendant Damson Oil

4  Co. contributed manifested waste to the BKK Class I Facility. This manifested

5  waste contained Hazardous Substances that Defendant Damson Oil Co. generated

6  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

7  Damson Oil Co. has not incurred any response costs at the BKK Class I Facility nor

8  has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

9  Class I Facility.

10     347.   According to historical BKK Corp. records, Defendant Darnell

11  Corporate Ltd. contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Darnell

13  Corporate Ltd. generated and/or arranged for its disposal at the BKK Class I

14  Facility. To date, Defendant Darnell Corporate Ltd. has not incurred any response

15  costs at the BKK Class I Facility nor has it paid its fair share of response costs

16  incurred by the Plaintiffs at the BKK Class I Facility.

17     348.   According to historical BKK Corp. records, Defendant Data Circuits

18  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

19  waste contained Hazardous Substances that Defendant Data Circuits Inc. generated

20  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

21  Data Circuits Inc. has not incurred any response costs at the BKK Class I Facility

22  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23  Class I Facility.

24     349.   According to historical BKK Corp. records, Defendant Data Products

25  Corp. contributed manifested waste to the BKK Class I Facility. This manifested

26  waste contained Hazardous Substances that Defendant Data Products Corp.

27  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28  Defendant Data Products Corp. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

127

COMPLAINT
2:18-CV-5810

1    Class I Facility nor has it paid its fair share of response costs incurred by the

2    Plaintiffs at the BKK Class I Facility.

3        350.   According to historical BKK Corp. records, Defendant Datron

4    Systems Inc. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Datron Systems

6    Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7    Defendant Datron Systems Inc. has not incurred any response costs at the BKK

8    Class I Facility nor has it paid its fair share of response costs incurred by the

9    Plaintiffs at the BKK Class I Facility.

10       351.   According to historical BKK Corp. records, Defendant Dave Beck

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Dave Beck generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant Dave Beck

14   has not incurred any response costs at the BKK Class I Facility nor has it paid its

15   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

16       352.   According to historical BKK Corp. records, Defendant Davidson Panel

17   Co. contributed manifested waste to the BKK Class I Facility. This manifested

18   waste contained Hazardous Substances that Defendant Davidson Panel Co.

19   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

20   Defendant Davidson Panel Co. has not incurred any response costs at the BKK

21   Class I Facility nor has it paid its fair share of response costs incurred by the

22   Plaintiffs at the BKK Class I Facility.

23       353.   According to historical BKK Corp. records, Defendant Davis

24   Investment Co. contributed manifested waste to the BKK Class I Facility. This

25   manifested waste contained Hazardous Substances that Defendant Davis

26   Investment Co. generated and/or arranged for its disposal at the BKK Class I

27   Facility. To date, Defendant Davis Investment Co. has not incurred any response

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

128

COMPLAINT
2:18-CV-5810

1  costs at the BKK Class I Facility nor has it paid its fair share of response costs
2  incurred by the Plaintiffs at the BKK Class I Facility.

3      354.   According to historical BKK Corp. records, Defendant Davis Walker
4  Co. contributed manifested waste to the BKK Class I Facility. This manifested
5  waste contained Hazardous Substances that Defendant Davis Walker Co. generated
6  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
7  Davis Walker Co. has not incurred any response costs at the BKK Class I Facility
8  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
9  Class I Facility.

10     355.   According to historical BKK Corp. records, Defendant Dayglo Color
11  Corp. contributed manifested waste to the BKK Class I Facility. This manifested
12  waste contained Hazardous Substances that Defendant Dayglo Color Corp.
13  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
14  Defendant Dayglo Color Corp. has not incurred any response costs at the BKK
15  Class I Facility nor has it paid its fair share of response costs incurred by the
16  Plaintiffs at the BKK Class I Facility.

17     356.   According to historical BKK Corp. records, Defendant Dayton
18  Granger Inc. contributed manifested waste to the BKK Class I Facility. This
19  manifested waste contained Hazardous Substances that Defendant Dayton Granger
20  Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,
21  Defendant Dayton Granger Inc. has not incurred any response costs at the BKK
22  Class I Facility nor has it paid its fair share of response costs incurred by the
23  Plaintiffs at the BKK Class I Facility.

24     357.   According to historical BKK Corp. records, Defendant Decratrend
25  Corp. contributed manifested waste to the BKK Class I Facility. This manifested
26  waste contained Hazardous Substances that Defendant Decratrend Corp. generated
27  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
28  Decratrend Corp. has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

129

COMPLAINT
2:18-CV-5810

1  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

2  Class I Facility.

3      358.   According to historical BKK Corp. records, Defendant G.L.C.

4  Building Corp., formerly known as Del Amo Energy contributed manifested waste

5  to the BKK Class I Facility. This manifested waste contained Hazardous

6  Substances that Defendant G.L.C. Building Corp., formerly known as Del Amo

7  Energy generated and/or arranged for its disposal at the BKK Class I Facility. To

8  date, Defendant G.L.C. Building Corp., formerly known as Del Amo Energy has

9  not incurred any response costs at the BKK Class I Facility nor has it paid its fair

10  share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

11      359.   According to historical BKK Corp. records, Defendant Devoe Marine

12  Coatings Co. Inc. contributed manifested waste to the BKK Class I Facility. This

13  manifested waste contained Hazardous Substances that Defendant Devoe Marine

14  Coatings Co. Inc. generated and/or arranged for its disposal at the BKK Class I

15  Facility. To date, Defendant Devoe Marine Coatings Co. Inc. has not incurred any

16  response costs at the BKK Class I Facility nor has it paid its fair share of response

17  costs incurred by the Plaintiffs at the BKK Class I Facility.

18      360.   According to historical BKK Corp. records, Defendant Dial Precision

19  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

20  waste contained Hazardous Substances that Defendant Dial Precision Inc. generated

21  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

22  Dial Precision Inc. has not incurred any response costs at the BKK Class I Facility

23  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

24  Class I Facility.

25      361.   According to historical BKK Corp. records, Defendant Diamond

26  Plastics contributed manifested waste to the BKK Class I Facility. This manifested

27  waste contained Hazardous Substances that Defendant Diamond Plastics generated

28  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

130

COMPLAINT
2:18-CV-5810

1  Diamond Plastics has not incurred any response costs at the BKK Class I Facility
2  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
3  Class I Facility.

4      362.   According to historical BKK Corp. records, Defendant Dibble
5  Electronics Inc. contributed manifested waste to the BKK Class I Facility. This
6  manifested waste contained Hazardous Substances that Defendant Dibble
7  Electronics Inc. generated and/or arranged for its disposal at the BKK Class I
8  Facility. To date, Defendant Dibble Electronics Inc. has not incurred any response
9  costs at the BKK Class I Facility nor has it paid its fair share of response costs
10  incurred by the Plaintiffs at the BKK Class I Facility.

11     363.   According to historical BKK Corp. records, Defendant Diceon
12  Electronics Inc. contributed manifested waste to the BKK Class I Facility. This
13  manifested waste contained Hazardous Substances that Defendant Diceon
14  Electronics Inc. generated and/or arranged for its disposal at the BKK Class I
15  Facility. To date, Defendant Diceon Electronics Inc. has not incurred any response
16  costs at the BKK Class I Facility nor has it paid its fair share of response costs
17  incurred by the Plaintiffs at the BKK Class I Facility.

18     364.   According to historical BKK Corp. records, Defendant Die Cast
19  Products Inc. contributed manifested waste to the BKK Class I Facility. This
20  manifested waste contained Hazardous Substances that Defendant Die Cast
21  Products Inc. generated and/or arranged for its disposal at the BKK Class I Facility.
22  To date, Defendant Die Cast Products Inc. has not incurred any response costs at
23  the BKK Class I Facility nor has it paid its fair share of response costs incurred by
24  the Plaintiffs at the BKK Class I Facility.

25     365.   According to historical BKK Corp. records, Defendant Diesel Recon
26  Co. contributed manifested waste to the BKK Class I Facility. This manifested
27  waste contained Hazardous Substances that Defendant Diesel Recon Co. generated
28  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

131

COMPLAINT
2:18-CV-5810

1    Diesel Recon Co. has not incurred any response costs at the BKK Class I Facility

2    nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

3    Class I Facility.

4           366.   According to historical BKK Corp. records, Defendant Ditronics Inc.

5    contributed manifested waste to the BKK Class I Facility. This manifested waste

6    contained Hazardous Substances that Defendant Ditronics Inc. generated and/or

7    arranged for its disposal at the BKK Class I Facility. To date, Defendant Ditronics

8    Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

9    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility

10          367.   According to historical BKK Corp. records, Defendant Ditty Drum Co.

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Ditty Drum Co. generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant Ditty

14   Drum Co. has not incurred any response costs at the BKK Class I Facility nor has it

15   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16   Facility.

17          368.   According to historical BKK Corp. records, Defendant DME Co.

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant DME Co. generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant DME Co.

21   has not incurred any response costs at the BKK Class I Facility nor has it paid its

22   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23          369.   According to historical BKK Corp. records, Defendant Dominguez

24   Properties contributed manifested waste to the BKK Class I Facility. This

25   manifested waste contained Hazardous Substances that Defendant Dominguez

26   Properties generated and/or arranged for its disposal at the BKK Class I Facility. To

27   date, Defendant Dominguez Properties has not incurred any response costs at the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

132

COMPLAINT
2:18-CV-5810

1    BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2    Plaintiffs at the BKK Class I Facility.

3         370.   According to historical BKK Corp. records, Defendant Douglas

4    Furniture of California contributed manifested waste to the BKK Class I Facility.

5    This manifested waste contained Hazardous Substances that Defendant Douglas

6    Furniture of California generated and/or arranged for its disposal at the BKK Class

7    I Facility. To date, Defendant Douglas Furniture of California has not incurred any

8    response costs at the BKK Class I Facility nor has it paid its fair share of response

9    costs incurred by the Plaintiffs at the BKK Class I Facility.

10        371.   According to historical BKK Corp. records, Defendant Downey Glass

11   Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant Downey Glass Co. Inc.

13   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant Downey Glass Co. Inc. has not incurred any response costs at the BKK

15   Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17        372.   According to historical BKK Corp. records, Defendant Drackett Co.

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant Drackett Co. generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant Drackett

21   Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

22   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23        373.   According to historical BKK Corp. records, Defendant Draft Systems

24   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

25   waste contained Hazardous Substances that Defendant Draft Systems Inc. generated

26   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

27   Draft Systems Inc. has not incurred any response costs at the BKK Class I Facility

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

133

COMPLAINT
2:18-CV-5810

nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

374.   According to historical BKK Corp. records, Defendant Drilube Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Drilube Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Drilube Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

375.   According to historical BKK Corp. records, Defendant Dubois Chemical Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Dubois Chemical Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Dubois Chemical Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

376.   According to historical BKK Corp. records, Defendant Dulien Enterprises contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Dulien Enterprises generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Dulien Enterprises has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

377.   According to historical BKK Corp. records, Defendant Duro Refining Smelting Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Duro Refining Smelting Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Duro Refining Smelting Inc. has not incurred any response

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

134

COMPLAINT
2:18-CV-5810

1   costs at the BKK Class I Facility nor has it paid its fair share of response costs

2   incurred by the Plaintiffs at the BKK Class I Facility.

3   378.   According to historical BKK Corp. records, Defendant Dyer He Inc.

4   contributed manifested waste to the BKK Class I Facility. This manifested waste

5   contained Hazardous Substances that Defendant Dyer He Inc. generated and/or

6   arranged for its disposal at the BKK Class I Facility. To date, Defendant Dyer He

7   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

8   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9   379.   According to historical BKK Corp. records, Defendant Dyna Plate Inc.

10   contributed manifested waste to the BKK Class I Facility. This manifested waste

11   contained Hazardous Substances that Defendant Dyna Plate Inc. generated and/or

12   arranged for its disposal at the BKK Class I Facility. To date, Defendant Dyna Plate

13   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

14   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

15   380.   According to historical BKK Corp. records, Defendant Dyna Shield

16   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

17   waste contained Hazardous Substances that Defendant Dyna Shield Inc. generated

18   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

19   Dyna Shield Inc. has not incurred any response costs at the BKK Class I Facility

20   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

21   Class I Facility.

22   381.   According to historical BKK Corp. records, Defendant E. & M.

23   Builders contributed manifested waste to the BKK Class I Facility. This manifested

24   waste contained Hazardous Substances that Defendant E. & M. Builders generated

25   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant E.

26   & M. Builders has not incurred any response costs at the BKK Class I Facility nor

27   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

28   Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

135

COMPLAINT
2:18-CV-5810

382.   According to historical BKK Corp. records, Defendant East Los Angeles College contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant East Los Angeles College generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant East Los Angeles College has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

383.   According to historical BKK Corp. records, Defendant Easton Sports Inc. Van Nuys contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Easton Sports Inc. Van Nuys generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Easton Sports Inc. Van Nuys has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

384.   According to historical BKK Corp. records, Defendant Eco Petroleum Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Eco Petroleum Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Eco Petroleum Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

385.   According to historical BKK Corp. records, Defendant Ecology Control Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Ecology Control Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Ecology Control Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

136

COMPLAINT
2:18-CV-5810

386.   According to historical BKK Corp. records, Defendant Edmund Grey contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Edmund Grey generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Edmund Grey has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

387.   According to historical BKK Corp. records, Defendant Eeco Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Eeco Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Eeco Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

388.   According to historical BKK Corp. records, Defendant El Castillo Real Restaurant contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant El Castillo Real Restaurant generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant El Castillo Real Restaurant has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

389.   According to historical BKK Corp. records, Defendant El Fab contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant El Fab generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant El Fab has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

390.   According to historical BKK Corp. records, Defendant El Monte Lead Salvage Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant El Monte Lead

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

137

COMPLAINT
2:18-CV-5810

Salvage Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant El Monte Lead Salvage Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

391.   According to historical BKK Corp. records, Defendant El Monte Tool & Die contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant El Monte Tool & Die generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant El Monte Tool & Die has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

392.   According to historical BKK Corp. records, Defendant Electra Motors contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Electra Motors generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Electra Motors has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

393.   According to historical BKK Corp. records, Defendant Electro Adapter Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Electro Adapter Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Electro Adapter Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

394.   According to historical BKK Corp. records, Defendant Electrotech Circuits Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Electrotech

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

138                                                          COMPLAINT
2:18-CV-5810

Circuits Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Electrotech Circuits Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

395.   According to historical BKK Corp. records, Defendant Electron Plating contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Electron Plating generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Electron Plating has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

396.   According to historical BKK Corp. records, Defendant Electronic Materials Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Electronic Materials Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Electronic Materials Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

397.   According to historical BKK Corp. records, Defendant Electronic Plating Service Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Electronic Plating Service Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Electronic Plating Service Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

398.   According to historical BKK Corp. records, Defendant Electronic Reclamation Service contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Electronic

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

139

COMPLAINT
2:18-CV-5810

1  Reclamation Service generated and/or arranged for its disposal at the BKK Class I

2  Facility. To date, Defendant Electronic Reclamation Service has not incurred any

3  response costs at the BKK Class I Facility nor has it paid its fair share of response

4  costs incurred by the Plaintiffs at the BKK Class I Facility.

5       399.   According to historical BKK Corp. records, Defendant EME Corp.

6  contributed manifested waste to the BKK Class I Facility. This manifested waste

7  contained Hazardous Substances that Defendant EME Corp. generated and/or

8  arranged for its disposal at the BKK Class I Facility. To date, Defendant EME

9  Corp. has not incurred any response costs at the BKK Class I Facility nor has it

10  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

11  Facility.

12       400.   According to historical BKK Corp. records, Defendant Emery

13  Industries Inc. contributed manifested waste to the BKK Class I Facility. This

14  manifested waste contained Hazardous Substances that Defendant Emery Industries

15  Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

16  Defendant Emery Industries Inc. has not incurred any response costs at the BKK

17  Class I Facility nor has it paid its fair share of response costs incurred by the

18  Plaintiffs at the BKK Class I Facility.

19       401.   According to historical BKK Corp. records, Defendant Energy &

20  Environment Research Corp. contributed manifested waste to the BKK Class I

21  Facility. This manifested waste contained Hazardous Substances that Defendant

22  Energy & Environment Research Corp. generated and/or arranged for its disposal at

23  the BKK Class I Facility. To date, Defendant Energy & Environment Research

24  Corp. has not incurred any response costs at the BKK Class I Facility nor has it

25  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

26  Facility.

27       402.   According to historical BKK Corp. records, Defendant Energy

28  Development Co. Inc. contributed manifested waste to the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

140

COMPLAINT
2:18-CV-5810

This manifested waste contained Hazardous Substances that Defendant Energy Development Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Energy Development Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

403.   According to historical BKK Corp. records, Defendant Energy Production & Sales contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Energy Production & Sales generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Energy Production & Sales has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

404.   According to historical BKK Corp. records, Defendant Engard Coatings Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Engard Coatings Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Engard Coatings Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

405.   According to historical BKK Corp. records, Defendant Engineered Polymer Solutions Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Engineered Polymer Solutions Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Engineered Polymer Solutions Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

406.   According to historical BKK Corp. records, Defendant Environmental Control Systems Inc. contributed manifested waste to the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

141

COMPLAINT
2:18-CV-5810

1    This manifested waste contained Hazardous Substances that Defendant

2    Environmental Control Systems Inc. generated and/or arranged for its disposal at

3    the BKK Class I Facility. To date, Defendant Environmental Control Systems Inc.

4    has not incurred any response costs at the BKK Class I Facility nor has it paid its

5    fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

6        407.   According to historical BKK Corp. records, Defendant Environmentals

7    Inc. contributed manifested waste to the BKK Class I Facility. This manifested

8    waste contained Hazardous Substances that Defendant Environmentals Inc.

9    generated and/or arranged for its disposal at the BKK Class I Facility. To date,

10   Defendant Environmentals Inc. has not incurred any response costs at the BKK

11   Class I Facility nor has it paid its fair share of response costs incurred by the

12   Plaintiffs at the BKK Class I Facility.

13       408.   According to historical BKK Corp. records, Defendant ESB Inc.

14   contributed manifested waste to the BKK Class I Facility. This manifested waste

15   contained Hazardous Substances that Defendant ESB Inc. generated and/or

16   arranged for its disposal at the BKK Class I Facility. To date, Defendant ESB Inc.

17   has not incurred any response costs at the BKK Class I Facility nor has it paid its

18   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

19       409.   According to historical BKK Corp. records, Defendant Eskimo

20   Radiator Manufacturing Co. contributed manifested waste to the BKK Class I

21   Facility. This manifested waste contained Hazardous Substances that Defendant

22   Eskimo Radiator Manufacturing Co. generated and/or arranged for its disposal at

23   the BKK Class I Facility. To date, Defendant Eskimo Radiator Manufacturing Co.

24   has not incurred any response costs at the BKK Class I Facility nor has it paid its

25   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

26       410.   According to historical BKK Corp. records, Defendant Estee Battery

27   Co. contributed manifested waste to the BKK Class I Facility. This manifested

28   waste contained Hazardous Substances that Defendant Estee Battery Co. generated

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

142

COMPLAINT
2:18-CV-5810

1   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

2   Estee Battery Co. has not incurred any response costs at the BKK Class I Facility

3   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

4   Class I Facility.

5       411.   According to historical BKK Corp. records, Defendant European Parts

6   Exchange Inc. contributed manifested waste to the BKK Class I Facility. This

7   manifested waste contained Hazardous Substances that Defendant European Parts

8   Exchange Inc. generated and/or arranged for its disposal at the BKK Class I

9   Facility. To date, Defendant European Parts Exchange Inc. has not incurred any

10  response costs at the BKK Class I Facility nor has it paid its fair share of response

11  costs incurred by the Plaintiffs at the BKK Class I Facility.

12      412.   According to historical BKK Corp. records, Defendant Everest &

13  Jennings Co. Inc. contributed manifested waste to the BKK Class I Facility. This

14  manifested waste contained Hazardous Substances that Defendant Everest &

15  Jennings Co. Inc. generated and/or arranged for its disposal at the BKK Class I

16  Facility. To date, Defendant Everest & Jennings Co. Inc. has not incurred any

17  response costs at the BKK Class I Facility nor has it paid its fair share of response

18  costs incurred by the Plaintiffs at the BKK Class I Facility.

19      413.   According to historical BKK Corp. records, Defendant Exide Corp.

20  contributed manifested waste to the BKK Class I Facility. This manifested waste

21  contained Hazardous Substances that Defendant Exide Corp. generated and/or

22  arranged for its disposal at the BKK Class I Facility. To date, Defendant Exide

23  Corp. has not incurred any response costs at the BKK Class I Facility nor has it

24  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

25  Facility.

26      414.   According to historical BKK Corp. records, Defendant Fairchild

27  Industries contributed manifested waste to the BKK Class I Facility. This

28  manifested waste contained Hazardous Substances that Defendant Fairchild

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

143

COMPLAINT
2:18-CV-5810

1    Industries generated and/or arranged for its disposal at the BKK Class I Facility. To

2    date, Defendant Fairchild Industries has not incurred any response costs at the BKK

3    Class I Facility nor has it paid its fair share of response costs incurred by the

4    Plaintiffs at the BKK Class I Facility.

5         415.   According to historical BKK Corp. records, Defendant Faith Plating

6    Co. contributed manifested waste to the BKK Class I Facility. This manifested

7    waste contained Hazardous Substances that Defendant Faith Plating Co. generated

8    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

9    Faith Plating Co. has not incurred any response costs at the BKK Class I Facility

10   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

11   Class I Facility.

12        416.   According to historical BKK Corp. records, Defendant Fansteel

13   Precision Sheet Metal contributed manifested waste to the BKK Class I Facility.

14   This manifested waste contained Hazardous Substances that Defendant Fansteel

15   Precision Sheet Metal generated and/or arranged for its disposal at the BKK Class I

16   Facility. To date, Defendant Fansteel Precision Sheet Metal has not incurred any

17   response costs at the BKK Class I Facility nor has it paid its fair share of response

18   costs incurred by the Plaintiffs at the BKK Class I Facility.

19        417.   According to historical BKK Corp. records, Defendant Farr Co.

20   contributed manifested waste to the BKK Class I Facility. This manifested waste

21   contained Hazardous Substances that Defendant Farr Co. generated and/or arranged

22   for its disposal at the BKK Class I Facility. To date, Defendant Farr Co. has not

23   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

24   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

25        418.   According to historical BKK Corp. records, Defendant Federated

26   Department Stores contributed manifested waste to the BKK Class I Facility. This

27   manifested waste contained Hazardous Substances that Defendant Federated

28   Department Stores generated and/or arranged for its disposal at the BKK Class I

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B
                                        144                        COMPLAINT
                                                                   2:18-CV-5810

1    Facility. To date, Defendant Federated Department Stores has not incurred any

2    response costs at the BKK Class I Facility nor has it paid its fair share of response

3    costs incurred by the Plaintiffs at the BKK Class I Facility.

4        419.   According to historical BKK Corp. records, Defendant Fela Precision

5    Inc. contributed manifested waste to the BKK Class I Facility. This manifested

6    waste contained Hazardous Substances that Defendant Fela Precision Inc. generated

7    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

8    Fela Precision Inc. has not incurred any response costs at the BKK Class I Facility

9    nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

10   Class I Facility.

11       420.   According to historical BKK Corp. records, Defendant Fiberite West

12   Coast Corp. contributed manifested waste to the BKK Class I Facility. This

13   manifested waste contained Hazardous Substances that Defendant Fiberite West

14   Coast Corp. generated and/or arranged for its disposal at the BKK Class I Facility.

15   To date, Defendant Fiberite West Coast Corp. has not incurred any response costs

16   at the BKK Class I Facility nor has it paid its fair share of response costs incurred

17   by the Plaintiffs at the BKK Class I Facility.

18       421.   According to historical BKK Corp. records, Defendant Firestone Tire

19   & Rubber Co. contributed manifested waste to the BKK Class I Facility. This

20   manifested waste contained Hazardous Substances that Defendant Firestone Tire &

21   Rubber Co. generated and/or arranged for its disposal at the BKK Class I Facility.

22   To date, Defendant Firestone Tire & Rubber Co. has not incurred any response

23   costs at the BKK Class I Facility nor has it paid its fair share of response costs

24   incurred by the Plaintiffs at the BKK Class I Facility.

25       422.   According to historical BKK Corp. records, Defendant First National

26   Finance Corp. contributed manifested waste to the BKK Class I Facility. This

27   manifested waste contained Hazardous Substances that Defendant First National

28   Finance Corp. generated and/or arranged for its disposal at the BKK Class I

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R
145
COMPLAINT
2:18-CV-5810

1   Facility. To date, Defendant First National Finance Corp. has not incurred any

2   response costs at the BKK Class I Facility nor has it paid its fair share of response

3   costs incurred by the Plaintiffs at the BKK Class I Facility.

4       423.   According to historical BKK Corp. records, Defendant Fix & Brain

5   Vacuum Truck Service contributed manifested waste to the BKK Class I Facility.

6   This manifested waste contained Hazardous Substances that Defendant Fix & Brain

7   Vacuum Truck Service generated and/or arranged for its disposal at the BKK Class

8   I Facility. To date, Defendant Fix & Brain Vacuum Truck Service has not incurred

9   any response costs at the BKK Class I Facility nor has it paid its fair share of

10  response costs incurred by the Plaintiffs at the BKK Class I Facility.

11      424.   According to historical BKK Corp. records, Defendant Flask Chemical

12  contributed manifested waste to the BKK Class I Facility. This manifested waste

13  contained Hazardous Substances that Defendant Flask Chemical generated and/or

14  arranged for its disposal at the BKK Class I Facility. To date, Defendant Flask

15  Chemical has not incurred any response costs at the BKK Class I Facility nor has it

16  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

17  Facility.

18      425.   According to historical BKK Corp. records, Defendant Fletcher Oil &

19  Refining Co. contributed manifested waste to the BKK Class I Facility. This

20  manifested waste contained Hazardous Substances that Defendant Fletcher Oil &

21  Refining Co. generated and/or arranged for its disposal at the BKK Class I Facility.

22  To date, Defendant Fletcher Oil & Refining Co. has not incurred any response costs

23  at the BKK Class I Facility nor has it paid its fair share of response costs incurred

24  by the Plaintiffs at the BKK Class I Facility.

25      426.   According to historical BKK Corp. records, Defendant Flight

26  Accessory Service contributed manifested waste to the BKK Class I Facility. This

27  manifested waste contained Hazardous Substances that Defendant Flight Accessory

28  Service generated and/or arranged for its disposal at the BKK Class I Facility. To

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

146

COMPLAINT
2:18-CV-5810

1   date, Defendant Flight Accessory Service has not incurred any response costs at the

2   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

3   Plaintiffs at the BKK Class I Facility.

4       427.   According to historical BKK Corp. records, Defendant Flintkote Co.

5   contributed manifested waste to the BKK Class I Facility. This manifested waste

6   contained Hazardous Substances that Defendant Flintkote Co. generated and/or

7   arranged for its disposal at the BKK Class I Facility. To date, Defendant Flintkote

8   Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

9   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

10       428.   According to historical BKK Corp. records, Defendant Flying Tigers

11   Line contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant Flying Tigers Line generated

13   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

14   Flying Tigers Line has not incurred any response costs at the BKK Class I Facility

15   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

16   Class I Facility.

17       429.   According to historical BKK Corp. records, Defendant Flynns Plating

18   Co. contributed manifested waste to the BKK Class I Facility. This manifested

19   waste contained Hazardous Substances that Defendant Flynns Plating Co. generated

20   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

21   Flynns Plating Co. has not incurred any response costs at the BKK Class I Facility

22   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23   Class I Facility.

24       430.   According to historical BKK Corp. records, Defendant Fontana Truck

25   Wash contributed manifested waste to the BKK Class I Facility. This manifested

26   waste contained Hazardous Substances that Defendant Fontana Truck Wash

27   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28   Defendant Fontana Truck Wash has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
147
COMPLAINT
2:18-CV-5810

1   Class I Facility nor has it paid its fair share of response costs incurred by the
2   Plaintiffs at the BKK Class I Facility.

3          431.   According to historical BKK Corp. records, Defendant Forro Precision
4   Co. contributed manifested waste to the BKK Class I Facility. This manifested
5   waste contained Hazardous Substances that Defendant Forro Precision Co.
6   generated and/or arranged for its disposal at the BKK Class I Facility. To date,
7   Defendant Forro Precision Co. has not incurred any response costs at the BKK
8   Class I Facility nor has it paid its fair share of response costs incurred by the
9   Plaintiffs at the BKK Class I Facility.

10         432.   According to historical BKK Corp. records, Defendant Fortin
11  Laminating Corp. contributed manifested waste to the BKK Class I Facility. This
12  manifested waste contained Hazardous Substances that Defendant Fortin
13  Laminating Corp. generated and/or arranged for its disposal at the BKK Class I
14  Facility. To date, Defendant Fortin Laminating Corp. has not incurred any response
15  costs at the BKK Class I Facility nor has it paid its fair share of response costs
16  incurred by the Plaintiffs at the BKK Class I Facility.

17         433.   According to historical BKK Corp. records, Defendant Foss
18  Environmental Services Co. contributed manifested waste to the BKK Class I
19  Facility. This manifested waste contained Hazardous Substances that Defendant
20  Foss Environmental Services Co. generated and/or arranged for its disposal at the
21  BKK Class I Facility. To date, Defendant Foss Environmental Services Co. has not
22  incurred any response costs at the BKK Class I Facility nor has it paid its fair share
23  of response costs incurred by the Plaintiffs at the BKK Class I Facility.

24         434.   According to historical BKK Corp. records, Defendant Fotomat Labs
25  Inc. contributed manifested waste to the BKK Class I Facility. This manifested
26  waste contained Hazardous Substances that Defendant Fotomat Labs Inc. generated
27  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
28  Fotomat Labs Inc. has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

148

COMPLAINT
2:18-CV-5810

nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

435.   According to historical BKK Corp. records, Defendant Four S. Bakery contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Four S. Bakery generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Four S. Bakery has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

436.   According to historical BKK Corp. records, Defendant Four Star Chemical Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Four Star Chemical Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Four Star Chemical Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

437.   According to historical BKK Corp. records, Defendant Four Star Disposal Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Four Star Disposal Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Four Star Disposal Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

438.   According to historical BKK Corp. records, Defendant Franciscan Ceramics Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Franciscan Ceramics Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Franciscan Ceramics Inc. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

149

COMPLAINT
2:18-CV-5810

1  response costs at the BKK Class I Facility nor has it paid its fair share of response
2  costs incurred by the Plaintiffs at the BKK Class I Facility.

3  439.  According to historical BKK Corp. records, Defendant Frazee
4  Industries contributed manifested waste to the BKK Class I Facility. This
5  manifested waste contained Hazardous Substances that Defendant Frazee Industries
6  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
7  Defendant Frazee Industries has not incurred any response costs at the BKK Class I
8  Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at
9  the BKK Class I Facility.

10  440.  According to historical BKK Corp. records, Defendant Freeborn
11  Equipment Co. Inc. contributed manifested waste to the BKK Class I Facility. This
12  manifested waste contained Hazardous Substances that Defendant Freeborn
13  Equipment Co. Inc. generated and/or arranged for its disposal at the BKK Class I
14  Facility. To date, Defendant Freeborn Equipment Co. Inc. has not incurred any
15  response costs at the BKK Class I Facility nor has it paid its fair share of response
16  costs incurred by the Plaintiffs at the BKK Class I Facility.

17  441.  According to historical BKK Corp. records, Defendant Fresno Unified
18  School District contributed manifested waste to the BKK Class I Facility. This
19  manifested waste contained Hazardous Substances that Defendant Fresno Unified
20  School District generated and/or arranged for its disposal at the BKK Class I
21  Facility. To date, Defendant Fresno Unified School District has not incurred any
22  response costs at the BKK Class I Facility nor has it paid its fair share of response
23  costs incurred by the Plaintiffs at the BKK Class I Facility.

24  442.  According to historical BKK Corp. records, Defendant Frontier
25  Commodore Inc. contributed manifested waste to the BKK Class I Facility. This
26  manifested waste contained Hazardous Substances that Defendant Frontier
27  Commodore Inc. generated and/or arranged for its disposal at the BKK Class I
28  Facility. To date, Defendant Frontier Commodore Inc. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

150

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response

2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3       443.   According to historical BKK Corp. records, Defendant Frontier

4   Container Corp. contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Frontier

6   Container Corp. generated and/or arranged for its disposal at the BKK Class I

7   Facility. To date, Defendant Frontier Container Corp. has not incurred any response

8   costs at the BKK Class I Facility nor has it paid its fair share of response costs

9   incurred by the Plaintiffs at the BKK Class I Facility.

10      444.   According to historical BKK Corp. records, Defendant Fryer Knowles

11   Corp. Insulation Department contributed manifested waste to the BKK Class I

12   Facility. This manifested waste contained Hazardous Substances that Defendant

13   Fryer Knowles Corp. Insulation Department generated and/or arranged for its

14   disposal at the BKK Class I Facility. To date, Defendant Fryer Knowles Corp.

15   Insulation Department has not incurred any response costs at the BKK Class I

16   Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

17   the BKK Class I Facility.

18      445.   According to historical BKK Corp. records, Defendant Fullerton Joint

19   Union School District contributed manifested waste to the BKK Class I Facility.

20   This manifested waste contained Hazardous Substances that Defendant Fullerton

21   Joint Union School District generated and/or arranged for its disposal at the BKK

22   Class I Facility. To date, Defendant Fullerton Joint Union School District has not

23   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

24   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

25      446.   According to historical BKK Corp. records, Defendant G. & W. Elco

26   ISD contributed manifested waste to the BKK Class I Facility. This manifested

27   waste contained Hazardous Substances that Defendant G. & W. Elco ISD generated

28   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant G.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

151

COMPLAINT
2:18-CV-5810

& W. Elco ISD has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

447.   According to historical BKK Corp. records, Defendant G. R. Nance Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant G. R. Nance Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant G. R. Nance Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

448.   According to historical BKK Corp. records, Defendant G. T. Bicycles Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant G. T. Bicycles Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant G. T. Bicycles Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

449.   According to historical BKK Corp. records, Defendant Gaffers & Sattler Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gaffers & Sattler Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Gaffers & Sattler Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

450.   According to historical BKK Corp. records, Defendant Gainey Ceramics contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gainey Ceramics generated and/or arranged for its disposal at the BKK Class I Facility. To date,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

152

COMPLAINT
2:18-CV-5810

1  Defendant Gainey Ceramics has not incurred any response costs at the BKK Class I
2  Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at
3  the BKK Class I Facility.

4       451.   According to historical BKK Corp. records, Defendant Gardena
5  Cheese contributed manifested waste to the BKK Class I Facility. This manifested
6  waste contained Hazardous Substances that Defendant Gardena Cheese generated
7  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
8  Gardena Cheese has not incurred any response costs at the BKK Class I Facility nor
9  has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
10  Class I Facility.

11       452.   According to historical BKK Corp. records, Defendant Gardena
12  Plating Co. contributed manifested waste to the BKK Class I Facility. This
13  manifested waste contained Hazardous Substances that Defendant Gardena Plating
14  Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,
15  Defendant Gardena Plating Co. has not incurred any response costs at the BKK
16  Class I Facility nor has it paid its fair share of response costs incurred by the
17  Plaintiffs at the BKK Class I Facility.

18       453.   According to historical BKK Corp. records, Defendant Gates Admiral
19  contributed manifested waste to the BKK Class I Facility. This manifested waste
20  contained Hazardous Substances that Defendant Gates Admiral generated and/or
21  arranged for its disposal at the BKK Class I Facility. To date, Defendant Gates
22  Admiral has not incurred any response costs at the BKK Class I Facility nor has it
23  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
24  Facility.

25       454.   Upon information and belief, Gel Industries, Inc. is the successor to
26  Sun Exploration and/or otherwise liable for such manifested waste that was
27  contributed to the BKK Class I Facility by Quality Aluminum Forge.  According to
28  historical BKK Corp. records, Defendant Quality Aluminum Forge Co. contributed

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

153

COMPLAINT
2:18-CV-5810

1    manifested waste to the BKK Class I Facility. This manifested waste contained

2    Hazardous Substances that Defendant Quality Aluminum Forge Co. generated

3    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

4    Quality Aluminum Forge Co. has not incurred any response costs at the BKK Class

5    I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

6    the BKK Class I Facility.

7         455.   According to historical BKK Corp. records, Defendant General

8    Battery Corp. contributed manifested waste to the BKK Class I Facility. This

9    manifested waste contained Hazardous Substances that Defendant General Battery

10   Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To

11   date, Defendant General Battery Corp. has not incurred any response costs at the

12   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

13   Plaintiffs at the BKK Class I Facility.

14        456.   According to historical BKK Corp. records, Defendant General

15   Chemical Corp. contributed manifested waste to the BKK Class I Facility. This

16   manifested waste contained Hazardous Substances that Defendant General

17   Chemical Corp. generated and/or arranged for its disposal at the BKK Class I

18   Facility. To date, Defendant General Chemical Corp. has not incurred any response

19   costs at the BKK Class I Facility nor has it paid its fair share of response costs

20   incurred by the Plaintiffs at the BKK Class I Facility.

21        457.   According to historical BKK Corp. records, Defendant Genes Plating

22   & Spectrum Co. contributed manifested waste to the BKK Class I Facility. This

23   manifested waste contained Hazardous Substances that Defendant Genes Plating &

24   Spectrum Co. generated and/or arranged for its disposal at the BKK Class I

25   Facility. To date, Defendant Genes Plating & Spectrum Co. has not incurred any

26   response costs at the BKK Class I Facility nor has it paid its fair share of response

27   costs incurred by the Plaintiffs at the BKK Class I Facility.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

154

COMPLAINT
2:18-CV-5810

458.   According to historical BKK Corp. records, Defendant Gerard Metal Craftsmen Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gerard Metal Craftsmen Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Gerard Metal Craftsmen Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

459.   According to historical BKK Corp. records, Defendant Gillespie Furniture Manufacturing contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gillespie Furniture Manufacturing generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Gillespie Furniture Manufacturing has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

460.   According to historical BKK Corp. records, Defendant Gilmore Envelope Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gilmore Envelope Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Gilmore Envelope Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

461.   According to historical BKK Corp. records, Defendant Glass Arts contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Glass Arts generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Glass Arts has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

155

COMPLAINT
2:18-CV-5810

462.   According to historical BKK Corp. records, Defendant Glassteel Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Glassteel Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Glassteel Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

463.   According to historical BKK Corp. records, Defendant Globe Meat Packing contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Globe Meat Packing generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Globe Meat Packing has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

464.   According to historical BKK Corp. records, Defendant Gold Pack Meat Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gold Pack Meat Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Gold Pack Meat Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

465.   According to historical BKK Corp. records, Defendant Golden West Airlines contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Golden West Airlines generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Golden West Airlines has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

156

COMPLAINT
2:18-CV-5810

466.   According to historical BKK Corp. records, Defendant Golden Wool Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Golden Wool Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Golden Wool Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

467.   According to historical BKK Corp. records, Defendant Good Tables Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Good Tables Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Good Tables Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

468.   According to historical BKK Corp. records, Defendant Goodyear Aerospace Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Goodyear Aerospace Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Goodyear Aerospace Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

469.   According to historical BKK Corp. records, Defendant GPS Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant GPS Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant GPS Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

157

COMPLAINT
2:18-CV-5810

470.   According to historical BKK Corp. records, Defendant Graphic Research Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Graphic Research Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Graphic Research Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

471.   According to historical BKK Corp. records, Defendant Gravure West contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gravure West generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Gravure West has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

472.   According to historical BKK Corp. records, Defendant Gray Truck Lines contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gray Truck Lines generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Gray Truck Lines has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

473.   According to historical BKK Corp. records, Defendant Greer Hydraulics Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Greer Hydraulics Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Greer Hydraulics Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

158

COMPLAINT
2:18-CV-5810

474.   According to historical BKK Corp. records, Defendant Greer Products contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Greer Products generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Greer Products has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

475.   According to historical BKK Corp. records, Defendant Grefco Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Grefco Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Grefco Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

476.   According to historical BKK Corp. records, Defendant Gregg Industries Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Gregg Industries Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Gregg Industries Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

477.   According to historical BKK Corp. records, Defendant Grindley Manufacturing Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Grindley Manufacturing Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Grindley Manufacturing Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

159

COMPLAINT
2:18-CV-5810

478.   According to historical BKK Corp. records, Defendant Grover Products Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Grover Products Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Grover Products Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

479.   According to historical BKK Corp. records, Defendant Grow Group Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Grow Group Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Grow Group Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

480.   According to historical BKK Corp. records, Defendant Guaranteed Products Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Guaranteed Products Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Guaranteed Products Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

481.   According to historical BKK Corp. records, Defendant H. & A. Plating Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant H. & A. Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant H. & A. Plating Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

160

COMPLAINT
2:18-CV-5810

482.   According to historical BKK Corp. records, Defendant H. & C. Disposal contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant H. & C. Disposal generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant H. & C. Disposal has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

483.   According to historical BKK Corp. records, Defendant H. H. Robertson Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant H. H. Robertson Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant H. H. Robertson Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

484.   According to historical BKK Corp. records, Defendant H. Krasne Manufacturing Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant H. Krasne Manufacturing Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant H. Krasne Manufacturing Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

485.   According to historical BKK Corp. records, Defendant Hall Heat Treating Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hall Heat Treating Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hall Heat Treating Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

161

COMPLAINT
2:18-CV-5810

486.   According to historical BKK Corp. records, Defendant Hallmark Circuits Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hallmark Circuits Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hallmark Circuits Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

487.   According to historical BKK Corp. records, Defendant Halstead Enterprises contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Halstead Enterprises generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Halstead Enterprises has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

488.   According to historical BKK Corp. records, Defendant Hamilton Construction Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hamilton Construction Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hamilton Construction Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

489.   According to historical BKK Corp. records, Defendant Hampton Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hampton Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hampton Oil Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

162

COMPLAINT
2:18-CV-5810

490.   According to historical BKK Corp. records, Defendant Hanks Service Station Maintenance Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hanks Service Station Maintenance Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hanks Service Station Maintenance Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

491.   According to historical BKK Corp. records, Defendant Harland M. Brown & Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Harland M. Brown & Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Harland M. Brown & Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

492.   According to historical BKK Corp. records, Defendant Harlyn Products Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Harlyn Products Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Harlyn Products Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

493.   According to historical BKK Corp. records, Defendant Harpers of California contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Harpers of California generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Harpers of California has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
163
COMPLAINT
2:18-CV-5810

494.   According to historical BKK Corp. records, Defendant Harris Tube Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Harris Tube Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Harris Tube Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

495.   According to historical BKK Corp. records, Defendant Hartley Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hartley Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hartley Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

496.   According to historical BKK Corp. records, Defendant Hartwell Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hartwell Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hartwell Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

497.   According to historical BKK Corp. records, Defendant Headnall Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Headnall Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Headnall Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

498.   According to historical BKK Corp. records, Defendant Heads Up Industries contributed manifested waste to the BKK Class I Facility. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

164

COMPLAINT
2:18-CV-5810

1   manifested waste contained Hazardous Substances that Defendant Heads Up
2   Industries generated and/or arranged for its disposal at the BKK Class I Facility. To
3   date, Defendant Heads Up Industries has not incurred any response costs at the
4   BKK Class I Facility nor has it paid its fair share of response costs incurred by the
5   Plaintiffs at the BKK Class I Facility.

6       499.   According to historical BKK Corp. records, Defendant Heist
7   Maintenance Services Inc. contributed manifested waste to the BKK Class I
8   Facility. This manifested waste contained Hazardous Substances that Defendant
9   Heist Maintenance Services Inc. generated and/or arranged for its disposal at the
10   BKK Class I Facility. To date, Defendant Heist Maintenance Services Inc. has not
11   incurred any response costs at the BKK Class I Facility nor has it paid its fair share
12   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

13      500.   According to historical BKK Corp. records, Defendant Helene Curtis
14   contributed manifested waste to the BKK Class I Facility. This manifested waste
15   contained Hazardous Substances that Defendant Helene Curtis generated and/or
16   arranged for its disposal at the BKK Class I Facility. To date, Defendant Helene
17   Curtis has not incurred any response costs at the BKK Class I Facility nor has it
18   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
19   Facility.

20      501.   According to historical BKK Corp. records, Defendant Henry Soss &
21   Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested
22   waste contained Hazardous Substances that Defendant Henry Soss & Co. Inc.
23   generated and/or arranged for its disposal at the BKK Class I Facility. To date,
24   Defendant Henry Soss & Co. Inc. has not incurred any response costs at the BKK
25   Class I Facility nor has it paid its fair share of response costs incurred by the
26   Plaintiffs at the BKK Class I Facility.

27      502.   According to historical BKK Corp. records, Defendant Hercules Oil
28   Co. contributed manifested waste to the BKK Class I Facility. This manifested

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

165

COMPLAINT
2:18-CV-5810

1   waste contained Hazardous Substances that Defendant Hercules Oil Co. generated

2   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

3   Hercules Oil Co. has not incurred any response costs at the BKK Class I Facility

4   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

5   Class I Facility.

6       503.   According to historical BKK Corp. records, Defendant Herman

7   Weissker contributed manifested waste to the BKK Class I Facility. This

8   manifested waste contained Hazardous Substances that Defendant Herman

9   Weissker generated and/or arranged for its disposal at the BKK Class I Facility. To

10  date, Defendant Herman Weissker has not incurred any response costs at the BKK

11  Class I Facility nor has it paid its fair share of response costs incurred by the

12  Plaintiffs at the BKK Class I Facility.

13      504.   According to historical BKK Corp. records, Defendant Hermetic

14  Systems Inc. contributed manifested waste to the BKK Class I Facility. This

15  manifested waste contained Hazardous Substances that Defendant Hermetic

16  Systems Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

17  To date, Defendant Hermetic Systems Inc. has not incurred any response costs at

18  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

19  the Plaintiffs at the BKK Class I Facility.

20      505.   According to historical BKK Corp. records, Defendant Highland

21  Plating Co. contributed manifested waste to the BKK Class I Facility. This

22  manifested waste contained Hazardous Substances that Defendant Highland Plating

23  Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

24  Defendant Highland Plating Co. has not incurred any response costs at the BKK

25  Class I Facility nor has it paid its fair share of response costs incurred by the

26  Plaintiffs at the BKK Class I Facility.

27      506.   According to historical BKK Corp. records, Defendant Hillcrest

28  Beverly Oil Corp. contributed manifested waste to the BKK Class I Facility. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

166

COMPLAINT
2:18-CV-5810

1    manifested waste contained Hazardous Substances that Defendant Hillcrest Beverly

2    Oil Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To

3    date, Defendant Hillcrest Beverly Oil Corp. has not incurred any response costs at

4    the BKK Class I Facility nor has it paid its fair share of response costs incurred by

5    the Plaintiffs at the BKK Class I Facility.

6        507.   According to historical BKK Corp. records, Defendant Hines

7    Wholesale Nurseries contributed manifested waste to the BKK Class I Facility.

8    This manifested waste contained Hazardous Substances that Defendant Hines

9    Wholesale Nurseries generated and/or arranged for its disposal at the BKK Class I

10   Facility. To date, Defendant Hines Wholesale Nurseries has not incurred any

11   response costs at the BKK Class I Facility nor has it paid its fair share of response

12   costs incurred by the Plaintiffs at the BKK Class I Facility.

13       508.   According to historical BKK Corp. records, Defendant Hi-Production

14   Forge Co. contributed manifested waste to the BKK Class I Facility. This

15   manifested waste contained Hazardous Substances that Defendant Hi-Production

16   Forge Co. generated and/or arranged for its disposal at the BKK Class I Facility. To

17   date, Defendant Hi-Production Forge Co. has not incurred any response costs at the

18   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

19   Plaintiffs at the BKK Class I Facility.

20       509.   According to historical BKK Corp. records, Defendant Hixson Metal

21   Finishing contributed manifested waste to the BKK Class I Facility. This

22   manifested waste contained Hazardous Substances that Defendant Hixson Metal

23   Finishing generated and/or arranged for its disposal at the BKK Class I Facility. To

24   date, Defendant Hixson Metal Finishing has not incurred any response costs at the

25   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

26   Plaintiffs at the BKK Class I Facility.

27       510.   According to historical BKK Corp. records, Defendant Hoffman

28   Electronics contributed manifested waste to the BKK Class I Facility. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

167

COMPLAINT
2:18-CV-5810

manifested waste contained Hazardous Substances that Defendant Hoffman Electronics generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hoffman Electronics has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

511.   According to historical BKK Corp. records, Defendant Homexx International Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Homexx International Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Homexx International Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

512.   According to historical BKK Corp. records, Defendant Hon Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hon Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hon Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

513.   According to historical BKK Corp. records, Defendant Hooker Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Hooker Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Hooker Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

514.   According to historical BKK Corp. records, Defendant Hordis Brothers contributed manifested waste to the BKK Class I Facility. This manifested

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

168

COMPLAINT
2:18-CV-5810

1   waste contained Hazardous Substances that Defendant Hordis Brothers generated

2   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

3   Hordis Brothers has not incurred any response costs at the BKK Class I Facility nor

4   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

5   Class I Facility.

6       515.   According to historical BKK Corp. records, Defendant Hoya Lens of

7   America Inc. contributed manifested waste to the BKK Class I Facility. This

8   manifested waste contained Hazardous Substances that Defendant Hoya Lens of

9   America Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

10  To date, Defendant Hoya Lens of America Inc. has not incurred any response costs

11  at the BKK Class I Facility nor has it paid its fair share of response costs incurred

12  by the Plaintiffs at the BKK Class I Facility.

13      516.   According to historical BKK Corp. records, Defendant Huck

14  Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

15  manifested waste contained Hazardous Substances that Defendant Huck

16  Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

17  Facility. To date, Defendant Huck Manufacturing Co. has not incurred any response

18  costs at the BKK Class I Facility nor has it paid its fair share of response costs

19  incurred by the Plaintiffs at the BKK Class I Facility.

20      517.   According to historical BKK Corp. records, Defendant Huffman

21  Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

22  manifested waste contained Hazardous Substances that Defendant Huffman

23  Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

24  Facility. To date, Defendant Huffman Manufacturing Co. has not incurred any

25  response costs at the BKK Class I Facility nor has it paid its fair share of response

26  costs incurred by the Plaintiffs at the BKK Class I Facility.

27      518.   According to historical BKK Corp. records, Defendant Humco

28  Products contributed manifested waste to the BKK Class I Facility. This manifested

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

169

COMPLAINT
2:18-CV-5810

1   waste contained Hazardous Substances that Defendant Humco Products generated
2   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
3   Humco Products has not incurred any response costs at the BKK Class I Facility
4   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
5   Class I Facility.

6       519.   According to historical BKK Corp. records, Defendant Huntington
7   Signal Oil Co. contributed manifested waste to the BKK Class I Facility. This
8   manifested waste contained Hazardous Substances that Defendant Huntington
9   Signal Oil Co. generated and/or arranged for its disposal at the BKK Class I
10  Facility. To date, Defendant Huntington Signal Oil Co. has not incurred any
11  response costs at the BKK Class I Facility nor has it paid its fair share of response
12  costs incurred by the Plaintiffs at the BKK Class I Facility.

13      520.   According to historical BKK Corp. records, Defendant Huntington
14  Tile Inc. contributed manifested waste to the BKK Class I Facility. This manifested
15  waste contained Hazardous Substances that Defendant Huntington Tile Inc.
16  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
17  Defendant Huntington Tile Inc. has not incurred any response costs at the BKK
18  Class I Facility nor has it paid its fair share of response costs incurred by the
19  Plaintiffs at the BKK Class I Facility.

20      521.   According to historical BKK Corp. records, Defendant Huntmix Inc.
21  contributed manifested waste to the BKK Class I Facility. This manifested waste
22  contained Hazardous Substances that Defendant Huntmix Inc. generated and/or
23  arranged for its disposal at the BKK Class I Facility. To date, Defendant Huntmix
24  Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid
25  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

26      522.   According to historical BKK Corp. records, Defendant Hyatt Die Cast
27  & Engineering Corp. contributed manifested waste to the BKK Class I Facility.
28  This manifested waste contained Hazardous Substances that Defendant Hyatt Die

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
170
COMPLAINT
2:18-CV-5810

1   Cast & Engineering Corp. generated and/or arranged for its disposal at the BKK

2   Class I Facility. To date, Defendant Hyatt Die Cast & Engineering Corp. has not

3   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

4   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

5        523.   According to historical BKK Corp. records, Defendant Hydraulic

6   Units Inc. contributed manifested waste to the BKK Class I Facility. This

7   manifested waste contained Hazardous Substances that Defendant Hydraulic Units

8   Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

9   Defendant Hydraulic Units Inc. has not incurred any response costs at the BKK

10  Class I Facility nor has it paid its fair share of response costs incurred by the

11  Plaintiffs at the BKK Class I Facility.

12       524.   According to historical BKK Corp. records, Defendant Hydrochem

13  Industrial Services Inc. contributed manifested waste to the BKK Class I Facility.

14  This manifested waste contained Hazardous Substances that Defendant Hydrochem

15  Industrial Services Inc. generated and/or arranged for its disposal at the BKK Class

16  I Facility. To date, Defendant Hydrochem Industrial Services Inc. has not incurred

17  any response costs at the BKK Class I Facility nor has it paid its fair share of

18  response costs incurred by the Plaintiffs at the BKK Class I Facility.

19       525.   According to historical BKK Corp. records, Defendant Ibis Systems

20  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

21  waste contained Hazardous Substances that Defendant Ibis Systems Inc. generated

22  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Ibis

23  Systems Inc. has not incurred any response costs at the BKK Class I Facility nor

24  has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

25  Class I Facility.

26       526.   According to historical BKK Corp. records, Defendant ICN

27  Pharmaceuticals contributed manifested waste to the BKK Class I Facility. This

28  manifested waste contained Hazardous Substances that Defendant ICN

Pharmaceuticals generated and/or arranged for its disposal at the BKK Class I
Facility. To date, Defendant ICN Pharmaceuticals has not incurred any response
costs at the BKK Class I Facility nor has it paid its fair share of response costs
incurred by the Plaintiffs at the BKK Class I Facility.

527.   According to historical BKK Corp. records, Defendant Ideal Uniform
contributed manifested waste to the BKK Class I Facility. This manifested waste
contained Hazardous Substances that Defendant Ideal Uniform generated and/or
arranged for its disposal at the BKK Class I Facility. To date, Defendant Ideal
Uniform has not incurred any response costs at the BKK Class I Facility nor has it
paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
Facility.

528.   According to historical BKK Corp. records, Defendant IMCO
Container contributed manifested waste to the BKK Class I Facility. This
manifested waste contained Hazardous Substances that Defendant IMCO Container
generated and/or arranged for its disposal at the BKK Class I Facility. To date,
Defendant IMCO Container has not incurred any response costs at the BKK Class I
Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at
the BKK Class I Facility.

529.   According to historical BKK Corp. records, Defendant Imperial
Metals Corp. of America contributed manifested waste to the BKK Class I Facility.
This manifested waste contained Hazardous Substances that Defendant Imperial
Metals Corp. of America generated and/or arranged for its disposal at the BKK
Class I Facility. To date, Defendant Imperial Metals Corp. of America has not
incurred any response costs at the BKK Class I Facility nor has it paid its fair share
of response costs incurred by the Plaintiffs at the BKK Class I Facility.

530.   According to historical BKK Corp. records, Defendant Inca Products
Co. contributed manifested waste to the BKK Class I Facility. This manifested
waste contained Hazardous Substances that Defendant Inca Products Co. generated

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

172

COMPLAINT
2:18-CV-5810

and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Inca Products Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

531.  According to historical BKK Corp. records, Defendant Inco United States Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Inco United States Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Inco United States Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

532.  According to historical BKK Corp. records, Defendant Industrial Circuits contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Industrial Circuits generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Industrial Circuits has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

533.  According to historical BKK Corp. records, Defendant Industrial Insulators & Supply Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Industrial Insulators & Supply Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Industrial Insulators & Supply Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility

534.  According to historical BKK Corp. records, Defendant Industrial International Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Industrial

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

173

COMPLAINT
2:18-CV-5810

1    International Corp. generated and/or arranged for its disposal at the BKK Class I

2    Facility. To date, Defendant Industrial International Corp. has not incurred any

3    response costs at the BKK Class I Facility nor has it paid its fair share of response

4    costs incurred by the Plaintiffs at the BKK Class I Facility.

5           535.   According to historical BKK Corp. records, Defendant Industrial

6    Rubber Cement Co. Inc. contributed manifested waste to the BKK Class I Facility.

7    This manifested waste contained Hazardous Substances that Defendant Industrial

8    Rubber Cement Co. Inc. generated and/or arranged for its disposal at the BKK

9    Class I Facility. To date, Defendant Industrial Rubber Cement Co. Inc. has not

10   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

11   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

12          536.   According to historical BKK Corp. records, Defendant Industrial Steel

13   Treating Co. contributed manifested waste to the BKK Class I Facility. This

14   manifested waste contained Hazardous Substances that Defendant Industrial Steel

15   Treating Co. generated and/or arranged for its disposal at the BKK Class I Facility.

16   To date, Defendant Industrial Steel Treating Co. has not incurred any response

17   costs at the BKK Class I Facility nor has it paid its fair share of response costs

18   incurred by the Plaintiffs at the BKK Class I Facility.

19          537.   According to historical BKK Corp. records, Defendant Industrial

20   Tectonics Bearings contributed manifested waste to the BKK Class I Facility. This

21   manifested waste contained Hazardous Substances that Defendant Industrial

22   Tectonics Bearings generated and/or arranged for its disposal at the BKK Class I

23   Facility. To date, Defendant Industrial Tectonics Bearings has not incurred any

24   response costs at the BKK Class I Facility nor has it paid its fair share of response

25   costs incurred by the Plaintiffs at the BKK Class I Facility.

26          538.   According to historical BKK Corp. records, Defendant Industrial

27   Uniform contributed manifested waste to the BKK Class I Facility. This manifested

28   waste contained Hazardous Substances that Defendant Industrial Uniform

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

174

COMPLAINT
2:18-CV-5810

1   generated and/or arranged for its disposal at the BKK Class I Facility. To date,
2   Defendant Industrial Uniform has not incurred any response costs at the BKK Class
3   I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at
4   the BKK Class I Facility.

5       539.   According to historical BKK Corp. records, Defendant Industrial
6   Waste Engineering contributed manifested waste to the BKK Class I Facility. This
7   manifested waste contained Hazardous Substances that Defendant Industrial Waste
8   Engineering generated and/or arranged for its disposal at the BKK Class I Facility.
9   To date, Defendant Industrial Waste Engineering has not incurred any response
10  costs at the BKK Class I Facility nor has it paid its fair share of response costs
11  incurred by the Plaintiffs at the BKK Class I Facility.

12      540.   According to historical BKK Corp. records, Defendant Industrial Wire
13  Corp. contributed manifested waste to the BKK Class I Facility. This manifested
14  waste contained Hazardous Substances that Defendant Industrial Wire Corp.
15  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
16  Defendant Industrial Wire Corp. has not incurred any response costs at the BKK
17  Class I Facility nor has it paid its fair share of response costs incurred by the
18  Plaintiffs at the BKK Class I Facility.

19      541.   According to historical BKK Corp. records, Defendant Inglewood
20  Unified School District contributed manifested waste to the BKK Class I Facility.
21  This manifested waste contained Hazardous Substances that Defendant Inglewood
22  Unified School District generated and/or arranged for its disposal at the BKK Class
23  I Facility. To date, Defendant Inglewood Unified School District has not incurred
24  any response costs at the BKK Class I Facility nor has it paid its fair share of
25  response costs incurred by the Plaintiffs at the BKK Class I Facility.

26      542.   According to historical BKK Corp. records, Defendant Inland
27  Container Corp. contributed manifested waste to the BKK Class I Facility. This
28  manifested waste contained Hazardous Substances that Defendant Inland Container

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

175

COMPLAINT
2:18-CV-5810

1    Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To

2    date, Defendant Inland Container Corp. has not incurred any response costs at the

3    BKK Class I Facility nor has it paid its fair share of response costs incurred by the

4    Plaintiffs at the BKK Class I Facility.

5         543.   According to historical BKK Corp. records, Defendant Inland

6    Shopping Center contributed manifested waste to the BKK Class I Facility. This

7    manifested waste contained Hazardous Substances that Defendant Inland Shopping

8    Center generated and/or arranged for its disposal at the BKK Class I Facility. To

9    date, Defendant Inland Shopping Center has not incurred any response costs at the

10   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

11   Plaintiffs at the BKK Class I Facility.

12        544.   According to historical BKK Corp. records, Defendant Innovated

13   Electronics contributed manifested waste to the BKK Class I Facility. This

14   manifested waste contained Hazardous Substances that Defendant Innovated

15   Electronics generated and/or arranged for its disposal at the BKK Class I Facility.

16   To date, Defendant Innovated Electronics has not incurred any response costs at the

17   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

18   Plaintiffs at the BKK Class I Facility.

19        545.   According to historical BKK Corp. records, Defendant International

20   Decoratives Inc. contributed manifested waste to the BKK Class I Facility. This

21   manifested waste contained Hazardous Substances that Defendant International

22   Decoratives Inc. generated and/or arranged for its disposal at the BKK Class I

23   Facility. To date, Defendant International Decoratives Inc. has not incurred any

24   response costs at the BKK Class I Facility nor has it paid its fair share of response

25   costs incurred by the Plaintiffs at the BKK Class I Facility.

26        546.   According to historical BKK Corp. records, Defendant International

27   Electronic Research Corp. contributed manifested waste to the BKK Class I

28   Facility. This manifested waste contained Hazardous Substances that Defendant

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

176

COMPLAINT
2:18-CV-5810

International Electronic Research Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant International Electronic Research Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

547.   According to historical BKK Corp. records, Defendant International Extrusion Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant International Extrusion Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant International Extrusion Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

548.   According to historical BKK Corp. records, Defendant International Polymer Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant International Polymer Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant International Polymer Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

549.   According to historical BKK Corp. records, Defendant Interweb contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Interweb generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Interweb has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

550.   According to historical BKK Corp. records, Defendant Investment Recovery Services Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Investment

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

177

COMPLAINT
2:18-CV-5810

1  Recovery Services Inc. generated and/or arranged for its disposal at the BKK Class

2  I Facility. To date, Defendant Investment Recovery Services Inc. has not incurred

3  any response costs at the BKK Class I Facility nor has it paid its fair share of

4  response costs incurred by the Plaintiffs at the BKK Class I Facility.

5       551.   According to historical BKK Corp. records, Defendant Isaac Cohen &

6  Son Metals contributed manifested waste to the BKK Class I Facility. This

7  manifested waste contained Hazardous Substances that Defendant Isaac Cohen &

8  Son Metals generated and/or arranged for its disposal at the BKK Class I Facility.

9  To date, Defendant Isaac Cohen & Son Metals has not incurred any response costs

10  at the BKK Class I Facility nor has it paid its fair share of response costs incurred

11  by the Plaintiffs at the BKK Class I Facility.

12       552.   According to historical BKK Corp. records, Defendant ITT Courier

13  Terminal Systems Inc. contributed manifested waste to the BKK Class I Facility.

14  This manifested waste contained Hazardous Substances that Defendant ITT Courier

15  Terminal Systems Inc. generated and/or arranged for its disposal at the BKK Class I

16  Facility. To date, Defendant ITT Courier Terminal Systems Inc. has not incurred

17  any response costs at the BKK Class I Facility nor has it paid its fair share of

18  response costs incurred by the Plaintiffs at the BKK Class I Facility.

19       553.   According to historical BKK Corp. records, Defendant J. & S. Chrome

20  Plating Co. Inc. contributed manifested waste to the BKK Class I Facility. This

21  manifested waste contained Hazardous Substances that Defendant J. & S. Chrome

22  Plating Co. Inc. generated and/or arranged for its disposal at the BKK Class I

23  Facility. To date, Defendant J. & S. Chrome Plating Co. Inc. has not incurred any

24  response costs at the BKK Class I Facility nor has it paid its fair share of response

25  costs incurred by the Plaintiffs at the BKK Class I Facility.

26       554.   According to historical BKK Corp. records, Defendant J. & S.

27  Laboratories Inc. contributed manifested waste to the BKK Class I Facility. This

28  manifested waste contained Hazardous Substances that Defendant J. & S.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

178

COMPLAINT
2:18-CV-5810

1   Laboratories Inc. generated and/or arranged for its disposal at the BKK Class I

2   Facility. To date, Defendant J. & S. Laboratories Inc. has not incurred any response

3   costs at the BKK Class I Facility nor has it paid its fair share of response costs

4   incurred by the Plaintiffs at the BKK Class I Facility.

5        555.   According to historical BKK Corp. records, Defendant J. C. Inc.

6   contributed manifested waste to the BKK Class I Facility. This manifested waste

7   contained Hazardous Substances that Defendant J. C. Inc. generated and/or

8   arranged for its disposal at the BKK Class I Facility. To date, Defendant J. C. Inc.

9   has not incurred any response costs at the BKK Class I Facility nor has it paid its

10   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

11        556.   According to historical BKK Corp. records, Defendant J. L. Jones &

12   Co. contributed manifested waste to the BKK Class I Facility. This manifested

13   waste contained Hazardous Substances that Defendant J. L. Jones & Co. generated

14   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant J.

15   L. Jones & Co. has not incurred any response costs at the BKK Class I Facility nor

16   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

17   Class I Facility.

18        557.   According to historical BKK Corp. records, Defendant J. L. Manta

19   Plant Services contributed manifested waste to the BKK Class I Facility. This

20   manifested waste contained Hazardous Substances that Defendant J. L. Manta Plant

21   Services generated and/or arranged for its disposal at the BKK Class I Facility. To

22   date, Defendant J. L. Manta Plant Services has not incurred any response costs at

23   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

24   the Plaintiffs at the BKK Class I Facility.

25        558.   According to historical BKK Corp. records, Defendant J. W. Carrol &

26   Sons contributed manifested waste to the BKK Class I Facility. This manifested

27   waste contained Hazardous Substances that Defendant J. W. Carrol & Sons

28   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

179

COMPLAINT
2:18-CV-5810

Defendant J. W. Carrol & Sons has not incurred any response costs at the BKK
Class I Facility nor has it paid its fair share of response costs incurred by the
Plaintiffs at the BKK Class I Facility.

559.   According to historical BKK Corp. records, Defendant Jacat Oil Co.
contributed manifested waste to the BKK Class I Facility. This manifested waste
contained Hazardous Substances that Defendant Jacat Oil Co. generated and/or
arranged for its disposal at the BKK Class I Facility. To date, Defendant Jacat Oil
Co. has not incurred any response costs at the BKK Class I Facility nor has it paid
its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

560.   According to historical BKK Corp. records, Defendant Jack Cline
contributed manifested waste to the BKK Class I Facility. This manifested waste
contained Hazardous Substances that Defendant Jack Cline generated and/or
arranged for its disposal at the BKK Class I Facility. To date, Defendant Jack Cline
has not incurred any response costs at the BKK Class I Facility nor has it paid its
fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

561.   According to historical BKK Corp. records, Defendant James Jones
Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested
waste contained Hazardous Substances that Defendant James Jones Co. Inc.
generated and/or arranged for its disposal at the BKK Class I Facility. To date,
Defendant James Jones Co. Inc. has not incurred any response costs at the BKK
Class I Facility nor has it paid its fair share of response costs incurred by the
Plaintiffs at the BKK Class I Facility.

562.   According to historical BKK Corp. records, Defendant Jay Die Casting
contributed manifested waste to the BKK Class I Facility. This manifested waste
contained Hazardous Substances that Defendant Jay Die Casting generated and/or
arranged for its disposal at the BKK Class I Facility. To date, Defendant Jay Die
Casting has not incurred any response costs at the BKK Class I Facility nor has it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

180

COMPLAINT
2:18-CV-5810

1    paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

2    Facility.

3         563.   According to historical BKK Corp. records, Defendant Jaybee

4    Manufacturing Corp. contributed manifested waste to the BKK Class I Facility.

5    This manifested waste contained Hazardous Substances that Defendant Jaybee

6    Manufacturing Corp. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant Jaybee Manufacturing Corp. has not incurred any

8    response costs at the BKK Class I Facility nor has it paid its fair share of response

9    costs incurred by the Plaintiffs at the BKK Class I Facility.

10        564.   According to historical BKK Corp. records, Defendant JCX

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant JCX generated and/or arranged for

13   its disposal at the BKK Class I Facility. To date, Defendant JCX has not incurred

14   any response costs at the BKK Class I Facility nor has it paid its fair share of

15   response costs incurred by the Plaintiffs at the BKK Class I Facility.

16        565.   According to historical BKK Corp. records, Defendant Jenkins Oil Co.

17   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

18   waste contained Hazardous Substances that Defendant Jenkins Oil Co. Inc.

19   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

20   Defendant Jenkins Oil Co. Inc. has not incurred any response costs at the BKK

21   Class I Facility nor has it paid its fair share of response costs incurred by the

22   Plaintiffs at the BKK Class I Facility.

23        566.   According to historical BKK Corp. records, Defendant Jennings

24   Plating Co. Inc. contributed manifested waste to the BKK Class I Facility. This

25   manifested waste contained Hazardous Substances that Defendant Jennings Plating

26   Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To

27   date, Defendant Jennings Plating Co. Inc. has not incurred any response costs at the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

181                                    COMPLAINT
2:18-CV-5810

1   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3         567.   According to historical BKK Corp. records, Defendant Jerrald

4   Properties contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Jerrald

6   Properties generated and/or arranged for its disposal at the BKK Class I Facility. To

7   date, Defendant Jerrald Properties has not incurred any response costs at the BKK

8   Class I Facility nor has it paid its fair share of response costs incurred by the

9   Plaintiffs at the BKK Class I Facility.

10        568.   According to historical BKK Corp. records, Defendant Jerry Goodwill

11  contributed manifested waste to the BKK Class I Facility. This manifested waste

12  contained Hazardous Substances that Defendant Jerry Goodwill generated and/or

13  arranged for its disposal at the BKK Class I Facility. To date, Defendant Jerry

14  Goodwill has not incurred any response costs at the BKK Class I Facility nor has it

15  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16  Facility.

17        569.   According to historical BKK Corp. records, Defendant Jersey Maid

18  Milk Products Inc. contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant Jersey Maid

20  Milk Products Inc. generated and/or arranged for its disposal at the BKK Class I

21  Facility. To date, Defendant Jersey Maid Milk Products Inc. has not incurred any

22  response costs at the BKK Class I Facility nor has it paid its fair share of response

23  costs incurred by the Plaintiffs at the BKK Class I Facility.

24        570.   According to historical BKK Corp. records, Defendant Jetronic

25  Industries Inc. contributed manifested waste to the BKK Class I Facility. This

26  manifested waste contained Hazardous Substances that Defendant Jetronic

27  Industries Inc. generated and/or arranged for its disposal at the BKK Class I

28  Facility. To date, Defendant Jetronic Industries Inc. has not incurred any response

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

182

COMPLAINT
2:18-CV-5810

1    costs at the BKK Class I Facility nor has it paid its fair share of response costs

2    incurred by the Plaintiffs at the BKK Class I Facility.

3        571.   According to historical BKK Corp. records, Defendant JMB Property

4    Management contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant JMB Property

6    Management generated and/or arranged for its disposal at the BKK Class I Facility.

7    To date, Defendant JMB Property Management has not incurred any response costs

8    at the BKK Class I Facility nor has it paid its fair share of response costs incurred

9    by the Plaintiffs at the BKK Class I Facility.

10       572.   According to historical BKK Corp. records, Defendant John D. Lusk

11   & Sons contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant John D. Lusk & Sons

13   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant John D. Lusk & Sons has not incurred any response costs at the BKK

15   Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17       573.   According to historical BKK Corp. records, Defendant Johnston Pump

18   Co. contributed manifested waste to the BKK Class I Facility. This manifested

19   waste contained Hazardous Substances that Defendant Johnston Pump Co.

20   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

21   Defendant Johnston Pump Co. has not incurred any response costs at the BKK

22   Class I Facility nor has it paid its fair share of response costs incurred by the

23   Plaintiffs at the BKK Class I Facility.

24       574.   According to historical BKK Corp. records, Defendant Jones Chemical

25   Co. contributed manifested waste to the BKK Class I Facility. This manifested

26   waste contained Hazardous Substances that Defendant Jones Chemical Co.

27   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28   Defendant Jones Chemical Co. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

183

COMPLAINT
2:18-CV-5810

1   Class I Facility nor has it paid its fair share of response costs incurred by the
2   Plaintiffs at the BKK Class I Facility.

3       575.   According to historical BKK Corp. records, Defendant Jorco Inc.
4   contributed manifested waste to the BKK Class I Facility. This manifested waste
5   contained Hazardous Substances that Defendant Jorco Inc. generated and/or
6   arranged for its disposal at the BKK Class I Facility. To date, Defendant Jorco Inc.
7   has not incurred any response costs at the BKK Class I Facility nor has it paid its
8   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9       576.   According to historical BKK Corp. records, Defendant Joy Petroleum
10  Equipment contributed manifested waste to the BKK Class I Facility. This
11  manifested waste contained Hazardous Substances that Defendant Joy Petroleum
12  Equipment generated and/or arranged for its disposal at the BKK Class I Facility.
13  To date, Defendant Joy Petroleum Equipment has not incurred any response costs at
14  the BKK Class I Facility nor has it paid its fair share of response costs incurred by
15  the Plaintiffs at the BKK Class I Facility.

16      577.   According to historical BKK Corp. records, Defendant K. L. Redfern
17  Construction Co. contributed manifested waste to the BKK Class I Facility. This
18  manifested waste contained Hazardous Substances that Defendant K. L. Redfern
19  Construction Co. generated and/or arranged for its disposal at the BKK Class I
20  Facility. To date, Defendant K. L. Redfern Construction Co. has not incurred any
21  response costs at the BKK Class I Facility nor has it paid its fair share of response
22  costs incurred by the Plaintiffs at the BKK Class I Facility.

23      578.   According to historical BKK Corp. records, Defendant Kaiser
24  Aerospace contributed manifested waste to the BKK Class I Facility. This
25  manifested waste contained Hazardous Substances that Defendant Kaiser
26  Aerospace generated and/or arranged for its disposal at the BKK Class I Facility.
27  To date, Defendant Kaiser Aerospace has not incurred any response costs at the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

184

COMPLAINT
2:18-CV-5810

BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

579.   According to historical BKK Corp. records, Defendant Kaiser Pipes & Casing contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Kaiser Pipes & Casing generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Kaiser Pipes & Casing has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

580.   According to historical BKK Corp. records, Defendant Kaiser Rollmet Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Kaiser Rollmet Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Kaiser Rollmet Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

581.   According to historical BKK Corp. records, Defendant Kay Brunner contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Kay Brunner generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Kay Brunner has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

582.   According to historical BKK Corp. records, Defendant Kaynar Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Kaynar Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Kaynar Manufacturing Co. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

185

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response

2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3       583.   According to historical BKK Corp. records, Defendant Keeco

4   contributed manifested waste to the BKK Class I Facility. This manifested waste

5   contained Hazardous Substances that Defendant Keeco generated and/or arranged

6   for its disposal at the BKK Class I Facility. To date, Defendant Keeco has not

7   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

8   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9       584.   According to historical BKK Corp. records, Defendant Keller Street

10  Development Co. contributed manifested waste to the BKK Class I Facility. This

11  manifested waste contained Hazardous Substances that Defendant Keller Street

12  Development Co. generated and/or arranged for its disposal at the BKK Class I

13  Facility. To date, Defendant Keller Street Development Co. has not incurred any

14  response costs at the BKK Class I Facility nor has it paid its fair share of response

15  costs incurred by the Plaintiffs at the BKK Class I Facility.

16      585.   According to historical BKK Corp. records, Defendant Kelley

17  Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

18  manifested waste contained Hazardous Substances that Defendant Kelley

19  Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

20  Facility. To date, Defendant Kelley Manufacturing Co. has not incurred any

21  response costs at the BKK Class I Facility nor has it paid its fair share of response

22  costs incurred by the Plaintiffs at the BKK Class I Facility.

23      586.   According to historical BKK Corp. records, Defendant Kelly Moore

24  Paint Co. contributed manifested waste to the BKK Class I Facility. This

25  manifested waste contained Hazardous Substances that Defendant Kelly Moore

26  Paint Co. generated and/or arranged for its disposal at the BKK Class I Facility. To

27  date, Defendant Kelly Moore Paint Co. has not incurred any response costs at the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

186

COMPLAINT
2:18-CV-5810

1   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3       587.   According to historical BKK Corp. records, Defendant Ken-Air Inc.

4   contributed manifested waste to the BKK Class I Facility. This manifested waste

5   contained Hazardous Substances that Defendant Ken-Air Inc. generated and/or

6   arranged for its disposal at the BKK Class I Facility. To date, Defendant Ken-Air

7   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

8   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9       588.   According to historical BKK Corp. records, Defendant Kenetex

10   Chemicals contributed manifested waste to the BKK Class I Facility. This

11   manifested waste contained Hazardous Substances that Defendant Kenetex

12   Chemicals generated and/or arranged for its disposal at the BKK Class I Facility.

13   To date, Defendant Kenetex Chemicals has not incurred any response costs at the

14   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

15   Plaintiffs at the BKK Class I Facility.

16       589.   According to historical BKK Corp. records, Defendant Kenosha Auto

17   Transport contributed manifested waste to the BKK Class I Facility. This

18   manifested waste contained Hazardous Substances that Defendant Kenosha Auto

19   Transport generated and/or arranged for its disposal at the BKK Class I Facility. To

20   date, Defendant Kenosha Auto Transport has not incurred any response costs at the

21   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

22   Plaintiffs at the BKK Class I Facility.

23       590.   According to historical BKK Corp. records, Defendant Kern Foods

24   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

25   waste contained Hazardous Substances that Defendant Kern Foods Inc. generated

26   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

27   Kern Foods Inc. has not incurred any response costs at the BKK Class I Facility nor

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

187

COMPLAINT
2:18-CV-5810

1   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

2   Class I Facility.

3       591.   According to historical BKK Corp. records, Defendant Kern Union

4   High School District contributed manifested waste to the BKK Class I Facility.

5   This manifested waste contained Hazardous Substances that Defendant Kern Union

6   High School District generated and/or arranged for its disposal at the BKK Class I

7   Facility. To date, Defendant Kern Union High School District has not incurred any

8   response costs at the BKK Class I Facility nor has it paid its fair share of response

9   costs incurred by the Plaintiffs at the BKK Class I Facility.

10      592.   According to historical BKK Corp. records, Defendant Ketema

11   Aluminum Extrusion contributed manifested waste to the BKK Class I Facility.

12   This manifested waste contained Hazardous Substances that Defendant Ketema

13   Aluminum Extrusion generated and/or arranged for its disposal at the BKK Class I

14   Facility. To date, Defendant Ketema Aluminum Extrusion has not incurred any

15   response costs at the BKK Class I Facility nor has it paid its fair share of response

16   costs incurred by the Plaintiffs at the BKK Class I Facility.

17      593.   According to historical BKK Corp. records, Defendant Keuffel &

18   Esser Co.  contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Keuffel & Esser

20   Co.  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

21   Defendant Keuffel & Esser Co.  has not incurred any response costs at the BKK

22   Class I Facility nor has it paid its fair share of response costs incurred by the

23   Plaintiffs at the BKK Class I Facility.

24      594.   According to historical BKK Corp. records, Defendant Keystone

25   Products Inc. contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Keystone

27   Products Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

28   To date, Defendant Keystone Products Inc. has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

188

COMPLAINT
2:18-CV-5810

the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

595.   According to historical BKK Corp. records, Defendant Kimco Manufacturing Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Kimco Manufacturing Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Kimco Manufacturing Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

596.   According to historical BKK Corp. records, Defendant Kinsbursky Brothers Supply Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Kinsbursky Brothers Supply Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Kinsbursky Brothers Supply Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

597.   According to historical BKK Corp. records, Defendant Kirkhill Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Kirkhill Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Kirkhill Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

598.   According to historical BKK Corp. records, Defendant Kleer Pak contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Kleer Pak generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Kleer Pak has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

189

COMPLAINT
2:18-CV-5810

599.   According to historical BKK Corp. records, Defendant KLM Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant KLM Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant KLM Oil Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

600.   According to historical BKK Corp. records, Defendant Knape & Vogt Manufacturing contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Knape & Vogt Manufacturing generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Knape & Vogt Manufacturing has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

601.   According to historical BKK Corp. records, Defendant Knudsen Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Knudsen Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Knudsen Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

602.   According to historical BKK Corp. records, Defendant Koboway contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Koboway generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Koboway has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

603.   According to historical BKK Corp. records, Defendant Koch Asphalt Co. Oil contributed manifested waste to the BKK Class I Facility. This manifested

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

190

COMPLAINT
2:18-CV-5810

1    waste contained Hazardous Substances that Defendant Koch Asphalt Co. Oil

2    generated and/or arranged for its disposal at the BKK Class I Facility. To date,

3    Defendant Koch Asphalt Co. Oil has not incurred any response costs at the BKK

4    Class I Facility nor has it paid its fair share of response costs incurred by the

5    Plaintiffs at the BKK Class I Facility.

6         604.   According to historical BKK Corp. records, Defendant Koppers Co.

7    Inc. contributed manifested waste to the BKK Class I Facility. This manifested

8    waste contained Hazardous Substances that Defendant Koppers Co. Inc. generated

9    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

10   Koppers Co. Inc. has not incurred any response costs at the BKK Class I Facility

11   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

12   Class I Facility.

13        605.   According to historical BKK Corp. records, Defendant Korody Colyer

14   Corp. contributed manifested waste to the BKK Class I Facility. This manifested

15   waste contained Hazardous Substances that Defendant Korody Colyer Corp.

16   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

17   Defendant Korody Colyer Corp. has not incurred any response costs at the BKK

18   Class I Facility nor has it paid its fair share of response costs incurred by the

19   Plaintiffs at the BKK Class I Facility.

20        606.   According to historical BKK Corp. records, Defendant Krazy Glue

21   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

22   waste contained Hazardous Substances that Defendant Krazy Glue Inc. generated

23   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

24   Krazy Glue Inc. has not incurred any response costs at the BKK Class I Facility nor

25   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

26   Class I Facility.

27        607.   According to historical BKK Corp. records, Defendant Kulberg

28   Development Corp. contributed manifested waste to the BKK Class I Facility. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

191

COMPLAINT
2:18-CV-5810

1   manifested waste contained Hazardous Substances that Defendant Kulberg

2   Development Corp. generated and/or arranged for its disposal at the BKK Class I

3   Facility. To date, Defendant Kulberg Development Corp. has not incurred any

4   response costs at the BKK Class I Facility nor has it paid its fair share of response

5   costs incurred by the Plaintiffs at the BKK Class I Facility.

6       608.   According to historical BKK Corp. records, Defendant L. & L. Tank

7   Lines Inc. contributed manifested waste to the BKK Class I Facility. This

8   manifested waste contained Hazardous Substances that Defendant L. & L. Tank

9   Lines Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To

10  date, Defendant L. & L. Tank Lines Inc. has not incurred any response costs at the

11  BKK Class I Facility nor has it paid its fair share of response costs incurred by the

12  Plaintiffs at the BKK Class I Facility.

13      609.   According to historical BKK Corp. records, Defendant La Fon

14  Equipment Co. contributed manifested waste to the BKK Class I Facility. This

15  manifested waste contained Hazardous Substances that Defendant La Fon

16  Equipment Co. generated and/or arranged for its disposal at the BKK Class I

17  Facility. To date, Defendant La Fon Equipment Co. has not incurred any response

18  costs at the BKK Class I Facility nor has it paid its fair share of response costs

19  incurred by the Plaintiffs at the BKK Class I Facility.

20      610.   According to historical BKK Corp. records, Defendant LA Screw

21  Products contributed manifested waste to the BKK Class I Facility. This manifested

22  waste contained Hazardous Substances that Defendant LA Screw Products

23  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

24  Defendant LA Screw Products has not incurred any response costs at the BKK

25  Class I Facility nor has it paid its fair share of response costs incurred by the

26  Plaintiffs at the BKK Class I Facility.

27      611.   According to historical BKK Corp. records, Defendant La Victoria

28  Foods contributed manifested waste to the BKK Class I Facility. This manifested

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

192

COMPLAINT
2:18-CV-5810

1    waste contained Hazardous Substances that Defendant La Victoria Foods generated

2    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant La

3    Victoria Foods has not incurred any response costs at the BKK Class I Facility nor

4    has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

5    Class I Facility.

6        612.   According to historical BKK Corp. records, Defendant Labricating

7    Specialties contributed manifested waste to the BKK Class I Facility. This

8    manifested waste contained Hazardous Substances that Defendant Labricating

9    Specialties generated and/or arranged for its disposal at the BKK Class I Facility.

10   To date, Defendant Labricating Specialties has not incurred any response costs at

11   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

12   the Plaintiffs at the BKK Class I Facility.

13       613.   According to historical BKK Corp. records, Defendant Lackawanna

14   Leather contributed manifested waste to the BKK Class I Facility. This manifested

15   waste contained Hazardous Substances that Defendant Lackawanna Leather

16   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

17   Defendant Lackawanna Leather has not incurred any response costs at the BKK

18   Class I Facility nor has it paid its fair share of response costs incurred by the

19   Plaintiffs at the BKK Class I Facility.

20       614.   According to historical BKK Corp. records, Defendant Lakewood Oil

21   Service Inc. contributed manifested waste to the BKK Class I Facility. This

22   manifested waste contained Hazardous Substances that Defendant Lakewood Oil

23   Service Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

24   To date, Defendant Lakewood Oil Service Inc. has not incurred any response costs

25   at the BKK Class I Facility nor has it paid its fair share of response costs incurred

26   by the Plaintiffs at the BKK Class I Facility.

27       615.   According to historical BKK Corp. records, Defendant Lambda

28   Electronics Inc. contributed manifested waste to the BKK Class I Facility. This

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

193

COMPLAINT
2:18-CV-5810

1    manifested waste contained Hazardous Substances that Defendant Lambda

2    Electronics Inc. generated and/or arranged for its disposal at the BKK Class I

3    Facility. To date, Defendant Lambda Electronics Inc. has not incurred any response

4    costs at the BKK Class I Facility nor has it paid its fair share of response costs

5    incurred by the Plaintiffs at the BKK Class I Facility.

6          616.   According to historical BKK Corp. records, Defendant Lamin Arts

7    contributed manifested waste to the BKK Class I Facility. This manifested waste

8    contained Hazardous Substances that Defendant Lamin Arts generated and/or

9    arranged for its disposal at the BKK Class I Facility. To date, Defendant Lamin

10   Arts has not incurred any response costs at the BKK Class I Facility nor has it paid

11   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

12         617.   According to historical BKK Corp. records, Defendant Lamination

13   Technology Inc. contributed manifested waste to the BKK Class I Facility. This

14   manifested waste contained Hazardous Substances that Defendant Lamination

15   Technology Inc. generated and/or arranged for its disposal at the BKK Class I

16   Facility. To date, Defendant Lamination Technology Inc. has not incurred any

17   response costs at the BKK Class I Facility nor has it paid its fair share of response

18   costs incurred by the Plaintiffs at the BKK Class I Facility.

19         618.   According to historical BKK Corp. records, Defendant Langlois Flour

20   Co. contributed manifested waste to the BKK Class I Facility. This manifested

21   waste contained Hazardous Substances that Defendant Langlois Flour Co.

22   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

23   Defendant Langlois Flour Co. has not incurred any response costs at the BKK Class

24   I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

25   the BKK Class I Facility.

26         619.   According to historical BKK Corp. records, Defendant Lansco Die

27   Casting Inc. contributed manifested waste to the BKK Class I Facility. This

28   manifested waste contained Hazardous Substances that Defendant Lansco Die

1  Casting Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

2  To date, Defendant Lansco Die Casting Inc. has not incurred any response costs at

3  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

4  the Plaintiffs at the BKK Class I Facility.

5       620.   According to historical BKK Corp. records, Defendant Larry Fricker

6  Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested

7  waste contained Hazardous Substances that Defendant Larry Fricker Co. Inc.

8  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

9  Defendant Larry Fricker Co. Inc. has not incurred any response costs at the BKK

10  Class I Facility nor has it paid its fair share of response costs incurred by the

11  Plaintiffs at the BKK Class I Facility.

12       621.   According to historical BKK Corp. records, Defendant Latchford

13  Glass Co. contributed manifested waste to the BKK Class I Facility. This

14  manifested waste contained Hazardous Substances that Defendant Latchford Glass

15  Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

16  Defendant Latchford Glass Co. has not incurred any response costs at the BKK

17  Class I Facility nor has it paid its fair share of response costs incurred by the

18  Plaintiffs at the BKK Class I Facility.

19       622.   According to historical BKK Corp. records, Defendant Le Fiell

20  Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

21  manifested waste contained Hazardous Substances that Defendant Le Fiell

22  Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

23  Facility. To date, Defendant Le Fiell Manufacturing Co. has not incurred any

24  response costs at the BKK Class I Facility nor has it paid its fair share of response

25  costs incurred by the Plaintiffs at the BKK Class I Facility.

26       623.   According to historical BKK Corp. records, Defendant Leach Corp.

27  contributed manifested waste to the BKK Class I Facility. This manifested waste

28  contained Hazardous Substances that Defendant Leach Corp. generated and/or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

195

COMPLAINT
2:18-CV-5810

1  arranged for its disposal at the BKK Class I Facility. To date, Defendant Leach

2  Corp. has not incurred any response costs at the BKK Class I Facility nor has it

3  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

4  Facility.

5       624.  According to historical BKK Corp. records, Defendant Lear Siegler

6  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

7  waste contained Hazardous Substances that Defendant Lear Siegler Inc. generated

8  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

9  Lear Siegler Inc. has not incurred any response costs at the BKK Class I Facility

10  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

11  Class I Facility.

12       625.  According to historical BKK Corp. records, Defendant Lee

13  Pharmaceuticals Bronco Enterprises contributed manifested waste to the BKK

14  Class I Facility. This manifested waste contained Hazardous Substances that

15  Defendant Lee Pharmaceuticals Bronco Enterprises generated and/or arranged for

16  its disposal at the BKK Class I Facility. To date, Defendant Lee Pharmaceuticals

17  Bronco Enterprises has not incurred any response costs at the BKK Class I Facility

18  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

19  Class I Facility.

20       626.  According to historical BKK Corp. records, Defendant Lewis Foods

21  contributed manifested waste to the BKK Class I Facility. This manifested waste

22  contained Hazardous Substances that Defendant Lewis Foods generated and/or

23  arranged for its disposal at the BKK Class I Facility. To date, Defendant Lewis

24  Foods has not incurred any response costs at the BKK Class I Facility nor has it

25  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

26  Facility.

27       627.  According to historical BKK Corp. records, Defendant Libbey Glass

28  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

196

COMPLAINT
2:18-CV-5810

waste contained Hazardous Substances that Defendant Libbey Glass Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Libbey Glass Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

628.   According to historical BKK Corp. records, Defendant Libbonia West contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Libbonia West generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Libbonia West has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

629.   According to historical BKK Corp. records, Defendant Life Paint Corp.  contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Life Paint Corp.  generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Life Paint Corp.  has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

630.   According to historical BKK Corp. records, Defendant Lightolier West contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Lightolier West generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Lightolier West has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

631.   According to historical BKK Corp. records, Defendant Lilly Industrial Coatings Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Lilly Industrial Coatings Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

197

COMPLAINT
2:18-CV-5810

1  To date, Defendant Lilly Industrial Coatings Inc. has not incurred any response

2  costs at the BKK Class I Facility nor has it paid its fair share of response costs

3  incurred by the Plaintiffs at the BKK Class I Facility.

4       632.   According to historical BKK Corp. records, Defendant Liquid Waste

5  Management contributed manifested waste to the BKK Class I Facility. This

6  manifested waste contained Hazardous Substances that Defendant Liquid Waste

7  Management generated and/or arranged for its disposal at the BKK Class I Facility.

8  To date, Defendant Liquid Waste Management has not incurred any response costs

9  at the BKK Class I Facility nor has it paid its fair share of response costs incurred

10  by the Plaintiffs at the BKK Class I Facility.

11       633.   According to historical BKK Corp. records, Defendant Lockhart

12  Industries contributed manifested waste to the BKK Class I Facility. This

13  manifested waste contained Hazardous Substances that Defendant Lockhart

14  Industries generated and/or arranged for its disposal at the BKK Class I Facility. To

15  date, Defendant Lockhart Industries has not incurred any response costs at the BKK

16  Class I Facility nor has it paid its fair share of response costs incurred by the

17  Plaintiffs at the BKK Class I Facility.

18       634.   According to historical BKK Corp. records, Defendant Long & Co.

19  contributed manifested waste to the BKK Class I Facility. This manifested waste

20  contained Hazardous Substances that Defendant Long & Co. generated and/or

21  arranged for its disposal at the BKK Class I Facility. To date, Defendant Long &

22  Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

23  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

24       635.   According to historical BKK Corp. records, Defendant Long Beach

25  Fabricators Inc. contributed manifested waste to the BKK Class I Facility. This

26  manifested waste contained Hazardous Substances that Defendant Long Beach

27  Fabricators Inc. generated and/or arranged for its disposal at the BKK Class I

28  Facility. To date, Defendant Long Beach Fabricators Inc. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

198

COMPLAINT
2:18-CV-5810

1  response costs at the BKK Class I Facility nor has it paid its fair share of response

2  costs incurred by the Plaintiffs at the BKK Class I Facility.

3      636.   According to historical BKK Corp. records, Defendant Long Beach

4  Oil Development Co. contributed manifested waste to the BKK Class I Facility.

5  This manifested waste contained Hazardous Substances that Defendant Long Beach

6  Oil Development Co. generated and/or arranged for its disposal at the BKK Class I

7  Facility. To date, Defendant Long Beach Oil Development Co. has not incurred any

8  response costs at the BKK Class I Facility nor has it paid its fair share of response

9  costs incurred by the Plaintiffs at the BKK Class I Facility.

10      637.   According to historical BKK Corp. records, Defendant Long Beach

11  Plating Co. contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Long Beach

13  Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility.

14  To date, Defendant Long Beach Plating Co. has not incurred any response costs at

15  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

16  the Plaintiffs at the BKK Class I Facility.

17      638.   According to historical BKK Corp. records, Defendant Long Beach

18  Unified School District contributed manifested waste to the BKK Class I Facility.

19  This manifested waste contained Hazardous Substances that Defendant Long Beach

20  Unified School District generated and/or arranged for its disposal at the BKK Class

21  I Facility. To date, Defendant Long Beach Unified School District has not incurred

22  any response costs at the BKK Class I Facility nor has it paid its fair share of

23  response costs incurred by the Plaintiffs at the BKK Class I Facility.

24      639.   According to historical BKK Corp. records, Defendant Los Angeles

25  Gauge Co. contributed manifested waste to the BKK Class I Facility. This

26  manifested waste contained Hazardous Substances that Defendant Los Angeles

27  Gauge Co. generated and/or arranged for its disposal at the BKK Class I Facility.

28  To date, Defendant Los Angeles Gauge Co. has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

199

COMPLAINT
2:18-CV-5810

1   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

2   the Plaintiffs at the BKK Class I Facility.

3       640.   According to historical BKK Corp. records, Defendant Los Angeles

4   Plating Co. contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Los Angeles

6   Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility.

7   To date, Defendant Los Angeles Plating Co. has not incurred any response costs at

8   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

9   the Plaintiffs at the BKK Class I Facility.

10      641.   According to historical BKK Corp. records, Defendant Los Angeles

11  Screw Products Inc. contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Los Angeles

13  Screw Products Inc. generated and/or arranged for its disposal at the BKK Class I

14  Facility. To date, Defendant Los Angeles Screw Products Inc. has not incurred any

15  response costs at the BKK Class I Facility nor has it paid its fair share of response

16  costs incurred by the Plaintiffs at the BKK Class I Facility.

17      642.   According to historical BKK Corp. records, Defendant Los Angeles

18  Tanning Co. contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant Los Angeles

20  Tanning Co. generated and/or arranged for its disposal at the BKK Class I Facility.

21  To date, Defendant Los Angeles Tanning Co. has not incurred any response costs at

22  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

23  the Plaintiffs at the BKK Class I Facility.

24      643.   According to historical BKK Corp. records, Defendant Los Angeles

25  Unified School District contributed manifested waste to the BKK Class I Facility.

26  This manifested waste contained Hazardous Substances that Defendant Los

27  Angeles Unified School District generated and/or arranged for its disposal at the

28  BKK Class I Facility. To date, Defendant Los Angeles Unified School District has

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

200

COMPLAINT
2:18-CV-5810

1  not incurred any response costs at the BKK Class I Facility nor has it paid its fair

2  share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3      644.   According to historical BKK Corp. records, Defendant Lube Co. Inc.

4  contributed manifested waste to the BKK Class I Facility. This manifested waste

5  contained Hazardous Substances that Defendant Lube Co. Inc. generated and/or

6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Lube Co.

7  Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

8  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9      645.   According to historical BKK Corp. records, Defendant Lubrication Co.

10  of America contributed manifested waste to the BKK Class I Facility. This

11  manifested waste contained Hazardous Substances that Defendant Lubrication Co.

12  of America generated and/or arranged for its disposal at the BKK Class I Facility.

13  To date, Defendant Lubrication Co. of America has not incurred any response costs

14  at the BKK Class I Facility nor has it paid its fair share of response costs incurred

15  by the Plaintiffs at the BKK Class I Facility.

16      646.   According to historical BKK Corp. records, Defendant Lucky Stores

17  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

18  waste contained Hazardous Substances that Defendant Lucky Stores Inc. generated

19  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

20  Lucky Stores Inc. has not incurred any response costs at the BKK Class I Facility

21  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

22  Class I Facility.

23      647.   According to historical BKK Corp. records, Defendant Lumidor

24  Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

25  manifested waste contained Hazardous Substances that Defendant Lumidor

26  Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

27  Facility. To date, Defendant Lumidor Manufacturing Co. has not incurred any

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

201

COMPLAINT
2:18-CV-5810

1  response costs at the BKK Class I Facility nor has it paid its fair share of response

2  costs incurred by the Plaintiffs at the BKK Class I Facility.

3      648.   According to historical BKK Corp. records, Defendant Lundeen Rail

4  Car Repair Service contributed manifested waste to the BKK Class I Facility. This

5  manifested waste contained Hazardous Substances that Defendant Lundeen Rail

6  Car Repair Service generated and/or arranged for its disposal at the BKK Class I

7  Facility. To date, Defendant Lundeen Rail Car Repair Service has not incurred any

8  response costs at the BKK Class I Facility nor has it paid its fair share of response

9  costs incurred by the Plaintiffs at the BKK Class I Facility.

10     649.   According to historical BKK Corp. records, Defendant Lyco Food

11  Products contributed manifested waste to the BKK Class I Facility. This manifested

12  waste contained Hazardous Substances that Defendant Lyco Food Products

13  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14  Defendant Lyco Food Products has not incurred any response costs at the BKK

15  Class I Facility nor has it paid its fair share of response costs incurred by the

16  Plaintiffs at the BKK Class I Facility.

17     650.   According to historical BKK Corp. records, Defendant Lyle Van

18  Patten Co. Inc. contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant Lyle Van Patten

20  Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To

21  date, Defendant Lyle Van Patten Co. Inc. has not incurred any response costs at the

22  BKK Class I Facility nor has it paid its fair share of response costs incurred by the

23  Plaintiffs at the BKK Class I Facility.

24     651.   According to historical BKK Corp. records, Defendant M. P.

25  McCaffrey Inc. contributed manifested waste to the BKK Class I Facility. This

26  manifested waste contained Hazardous Substances that Defendant M. P. McCaffrey

27  Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28  Defendant M. P. McCaffrey Inc. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

202

COMPLAINT
2:18-CV-5810

Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

652.   According to historical BKK Corp. records, Defendant M. Slayen & Associates contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant M. Slayen & Associates generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant M. Slayen & Associates has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

653.   According to historical BKK Corp. records, Defendant M. V. Japan Canela contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant M. V. Japan Canela generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant M. V. Japan Canela has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

654.   According to historical BKK Corp. records, Defendant Macdermid Printing Solutions contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Macdermid Printing Solutions generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Macdermid Printing Solutions has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

655.   According to historical BKK Corp. records, Defendant Mack Trucks Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Mack Trucks Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Mack Trucks Inc. has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

203

COMPLAINT
2:18-CV-5810

nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

656.   According to historical BKK Corp. records, Defendant Macmillan Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Macmillan Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Macmillan Oil Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

657.   According to historical BKK Corp. records, Defendant Magna Mill Prod. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Magna Mill Prod. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Magna Mill Prod. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

658.   According to historical BKK Corp. records, Defendant Maness Excavating contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Maness Excavating generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Maness Excavating has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

659.   According to historical BKK Corp. records, Defendant Manta Plant Services Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Manta Plant Services Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Manta Plant Services Co. has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

204

COMPLAINT
2:18-CV-5810

1  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

2  the Plaintiffs at the BKK Class I Facility.

3      660.   According to historical BKK Corp. records, Defendant Marbeth

4  Chemical Co. contributed manifested waste to the BKK Class I Facility. This

5  manifested waste contained Hazardous Substances that Defendant Marbeth

6  Chemical Co. generated and/or arranged for its disposal at the BKK Class I

7  Facility. To date, Defendant Marbeth Chemical Co. has not incurred any response

8  costs at the BKK Class I Facility nor has it paid its fair share of response costs

9  incurred by the Plaintiffs at the BKK Class I Facility.

10     661.   According to historical BKK Corp. records, Defendant Marco

11  Chemical Co. contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Marco Chemical

13  Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14  Defendant Marco Chemical Co. has not incurred any response costs at the BKK

15  Class I Facility nor has it paid its fair share of response costs incurred by the

16  Plaintiffs at the BKK Class I Facility.

17     662.   According to historical BKK Corp. records, Defendant Marcrest

18  Pacific Co. Inc. contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant Marcrest Pacific

20  Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To

21  date, Defendant Marcrest Pacific Co. Inc. has not incurred any response costs at the

22  BKK Class I Facility nor has it paid its fair share of response costs incurred by the

23  Plaintiffs at the BKK Class I Facility.

24     663.   According to historical BKK Corp. records, Defendant Marina

25  Pacifica contributed manifested waste to the BKK Class I Facility. This manifested

26  waste contained Hazardous Substances that Defendant Marina Pacifica generated

27  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

28  Marina Pacifica has not incurred any response costs at the BKK Class I Facility nor

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

205

COMPLAINT
2:18-CV-5810

1  has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

2  Class I Facility.

3      664.   According to historical BKK Corp. records, Defendant Mark

4  Industries contributed manifested waste to the BKK Class I Facility. This

5  manifested waste contained Hazardous Substances that Defendant Mark Industries

6  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7  Defendant Mark Industries has not incurred any response costs at the BKK Class I

8  Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

9  the BKK Class I Facility.

10     665.   According to historical BKK Corp. records, Defendant Marlex Oil &

11  Refining Inc. contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Marlex Oil &

13  Refining Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

14  To date, Defendant Marlex Oil & Refining Inc. has not incurred any response costs

15  at the BKK Class I Facility nor has it paid its fair share of response costs incurred

16  by the Plaintiffs at the BKK Class I Facility.

17     666.   According to historical BKK Corp. records, Defendant Marmac

18  Resource Co. contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant Marmac

20  Resource Co. generated and/or arranged for its disposal at the BKK Class I Facility.

21  To date, Defendant Marmac Resource Co. has not incurred any response costs at

22  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

23  the Plaintiffs at the BKK Class I Facility.

24     667.   According to historical BKK Corp. records, Defendant Marquadt Co.

25  contributed manifested waste to the BKK Class I Facility. This manifested waste

26  contained Hazardous Substances that Defendant Marquadt Co. generated and/or

27  arranged for its disposal at the BKK Class I Facility. To date, Defendant Marquadt

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

206

COMPLAINT
2:18-CV-5810

1    Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

2    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3        668.   According to historical BKK Corp. records, Defendant Marquis

4    Industries contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Marquis

6    Industries generated and/or arranged for its disposal at the BKK Class I Facility. To

7    date, Defendant Marquis Industries has not incurred any response costs at the BKK

8    Class I Facility nor has it paid its fair share of response costs incurred by the

9    Plaintiffs at the BKK Class I Facility.

10       669.   According to historical BKK Corp. records, Defendant Marten

11   Management Co. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Marten

13   Management Co. generated and/or arranged for its disposal at the BKK Class I

14   Facility. To date, Defendant Marten Management Co. has not incurred any response

15   costs at the BKK Class I Facility nor has it paid its fair share of response costs

16   incurred by the Plaintiffs at the BKK Class I Facility.

17       670.   According to historical BKK Corp. records, Defendant Mask-Off Co.

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant Mask-Off Co. generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant Mask-Off

21   Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

22   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23       671.   According to historical BKK Corp. records, Defendant Master Fence

24   Fittings contributed manifested waste to the BKK Class I Facility. This manifested

25   waste contained Hazardous Substances that Defendant Master Fence Fittings

26   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

27   Defendant Master Fence Fittings has not incurred any response costs at the BKK

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

207

COMPLAINT
2:18-CV-5810

1    Class I Facility nor has it paid its fair share of response costs incurred by the

2    Plaintiffs at the BKK Class I Facility.

3        672.   According to historical BKK Corp. records, Defendant Master

4    Products Manufacturing Co. contributed manifested waste to the BKK Class I

5    Facility. This manifested waste contained Hazardous Substances that Defendant

6    Master Products Manufacturing Co. generated and/or arranged for its disposal at the

7    BKK Class I Facility. To date, Defendant Master Products Manufacturing Co. has

8    not incurred any response costs at the BKK Class I Facility nor has it paid its fair

9    share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

10       673.   According to historical BKK Corp. records, Defendant Matrix Science

11   Corp. contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant Matrix Science Corp.

13   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant Matrix Science Corp. has not incurred any response costs at the BKK

15   Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17       674.   According to historical BKK Corp. records, Defendant Matson

18   Terminals contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Matson

20   Terminals generated and/or arranged for its disposal at the BKK Class I Facility. To

21   date, Defendant Matson Terminals has not incurred any response costs at the BKK

22   Class I Facility nor has it paid its fair share of response costs incurred by the

23   Plaintiffs at the BKK Class I Facility.

24       675.   According to historical BKK Corp. records, Defendant Maxwell

25   Laboratories Inc. contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Maxwell

27   Laboratories Inc. generated and/or arranged for its disposal at the BKK Class I

28   Facility. To date, Defendant Maxwell Laboratories Inc. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

208

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response

2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3       676.   According to historical BKK Corp. records, Defendant May Co.

4   contributed manifested waste to the BKK Class I Facility. This manifested waste

5   contained Hazardous Substances that Defendant May Co. generated and/or

6   arranged for its disposal at the BKK Class I Facility. To date, Defendant May Co.

7   has not incurred any response costs at the BKK Class I Facility nor has it paid its

8   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9       677.   According to historical BKK Corp. records, Defendant Mayon Foods

10  contributed manifested waste to the BKK Class I Facility. This manifested waste

11  contained Hazardous Substances that Defendant Mayon Foods generated and/or

12  arranged for its disposal at the BKK Class I Facility. To date, Defendant Mayon

13  Foods has not incurred any response costs at the BKK Class I Facility nor has it

14  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

15  Facility.

16      678.   According to historical BKK Corp. records, Defendant MCA

17  Laboratories contributed manifested waste to the BKK Class I Facility. This

18  manifested waste contained Hazardous Substances that Defendant MCA

19  Laboratories generated and/or arranged for its disposal at the BKK Class I Facility.

20  To date, Defendant MCA Laboratories has not incurred any response costs at the

21  BKK Class I Facility nor has it paid its fair share of response costs incurred by the

22  Plaintiffs at the BKK Class I Facility.

23      679.   According to historical BKK Corp. records, Defendant McAlmond Oil

24  & Gas contributed manifested waste to the BKK Class I Facility. This manifested

25  waste contained Hazardous Substances that Defendant McAlmond Oil & Gas

26  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

27  Defendant McAlmond Oil & Gas has not incurred any response costs at the BKK

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

209

COMPLAINT
2:18-CV-5810

1  Class I Facility nor has it paid its fair share of response costs incurred by the

2  Plaintiffs at the BKK Class I Facility.

3     680.   According to historical BKK Corp. records, Defendant McAuley Oil

4  Co. contributed manifested waste to the BKK Class I Facility. This manifested

5  waste contained Hazardous Substances that Defendant McAuley Oil Co. generated

6  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

7  McAuley Oil Co. has not incurred any response costs at the BKK Class I Facility

8  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

9  Class I Facility

10     681.   According to historical BKK Corp. records, Defendant McCalla

11  Brothers Drilling contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant McCalla

13  Brothers Drilling generated and/or arranged for its disposal at the BKK Class I

14  Facility. To date, Defendant McCalla Brothers Drilling has not incurred any

15  response costs at the BKK Class I Facility nor has it paid its fair share of response

16  costs incurred by the Plaintiffs at the BKK Class I Facility.

17     682.   According to historical BKK Corp. records, Defendant McCulloch

18  Corp. contributed manifested waste to the BKK Class I Facility. This manifested

19  waste contained Hazardous Substances that Defendant McCulloch Corp. generated

20  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

21  McCulloch Corp. has not incurred any response costs at the BKK Class I Facility

22  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23  Class I Facility.

24     683.   According to historical BKK Corp. records, Defendant McCurdy

25  Circuits contributed manifested waste to the BKK Class I Facility. This manifested

26  waste contained Hazardous Substances that Defendant McCurdy Circuits generated

27  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

28  McCurdy Circuits has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
210
COMPLAINT
2:18-CV-5810

nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

684.   According to historical BKK Corp. records, Defendant McGean Chemical Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant McGean Chemical Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant McGean Chemical Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

685.   According to historical BKK Corp. records, Defendant McGill Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant McGill Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant McGill Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

686.   According to historical BKK Corp. records, Defendant McKay Chemical Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant McKay Chemical Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant McKay Chemical Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

687.   According to historical BKK Corp. records, Defendant McMahon Development contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant McMahon Development generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant McMahon Development has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

211

COMPLAINT
2:18-CV-5810

the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

688. According to historical BKK Corp. records, Defendant McNottingham Co. of Southern California contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant McNottingham Co. of Southern California generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant McNottingham Co. of Southern California has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

689. According to historical BKK Corp. records, Defendant Mercury Air Center contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Mercury Air Center generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Mercury Air Center has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

690. According to historical BKK Corp. records, Defendant Merel Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Merel Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Merel Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

691. According to historical BKK Corp. records, Defendant Merit Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Merit Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Merit Oil

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

212

COMPLAINT
2:18-CV-5810

1    Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

2    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3        692.   According to historical BKK Corp. records, Defendant Metal Box Can

4    contributed manifested waste to the BKK Class I Facility. This manifested waste

5    contained Hazardous Substances that Defendant Metal Box Can generated and/or

6    arranged for its disposal at the BKK Class I Facility. To date, Defendant Metal Box

7    Can has not incurred any response costs at the BKK Class I Facility nor has it paid

8    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9        693.   According to historical BKK Corp. records, Defendant Metal Surfaces

10   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

11   waste contained Hazardous Substances that Defendant Metal Surfaces Inc.

12   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

13   Defendant Metal Surfaces Inc. has not incurred any response costs at the BKK

14   Class I Facility nor has it paid its fair share of response costs incurred by the

15   Plaintiffs at the BKK Class I Facility.

16       694.   According to historical BKK Corp. records, Defendant Metal Treaters

17   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

18   waste contained Hazardous Substances that Defendant Metal Treaters Inc.

19   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

20   Defendant Metal Treaters Inc. has not incurred any response costs at the BKK Class

21   I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

22   the BKK Class I Facility.

23       695.   According to historical BKK Corp. records, Defendant Metlox Pottery

24   contributed manifested waste to the BKK Class I Facility. This manifested waste

25   contained Hazardous Substances that Defendant Metlox Pottery generated and/or

26   arranged for its disposal at the BKK Class I Facility. To date, Defendant Metlox

27   Pottery has not incurred any response costs at the BKK Class I Facility nor has it

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

213

COMPLAINT
2:18-CV-5810

1 paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

2 Facility.

3     696.   According to historical BKK Corp. records, Defendant Metropolitan

4 Distribution Centers Inc. contributed manifested waste to the BKK Class I Facility.

5 This manifested waste contained Hazardous Substances that Defendant

6 Metropolitan Distribution Centers Inc. generated and/or arranged for its disposal at

7 the BKK Class I Facility. To date, Defendant Metropolitan Distribution Centers

8 Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

9 its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

10     697.   According to historical BKK Corp. records, Defendant Metropolitan

11 Wire contributed manifested waste to the BKK Class I Facility. This manifested

12 waste contained Hazardous Substances that Defendant Metropolitan Wire generated

13 and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

14 Metropolitan Wire has not incurred any response costs at the BKK Class I Facility

15 nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

16 Class I Facility.

17     698.   According to historical BKK Corp. records, Defendant Metropolitan

18 Circuits Inc. contributed manifested waste to the BKK Class I Facility. This

19 manifested waste contained Hazardous Substances that Defendant Metropolitan

20 Circuits Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

21 To date, Defendant Metropolitan Circuits Inc. has not incurred any response costs

22 at the BKK Class I Facility nor has it paid its fair share of response costs incurred

23 by the Plaintiffs at the BKK Class I Facility.

24     699.   According to historical BKK Corp. records, Defendant MGF

25 Industries contributed manifested waste to the BKK Class I Facility. This

26 manifested waste contained Hazardous Substances that Defendant MGF Industries

27 generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28 Defendant MGF Industries has not incurred any response costs at the BKK Class I

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

214

COMPLAINT
2:18-CV-5810

Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

700.   According to historical BKK Corp. records, Defendant Mica Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Mica Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Mica Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

701.   According to historical BKK Corp. records, Defendant Miller Brewing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Miller Brewing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Miller Brewing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

702.   According to historical BKK Corp. records, Defendant Miller Dial Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Miller Dial Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Miller Dial Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

703.   According to historical BKK Corp. records, Defendant Milo Equipment Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Milo Equipment Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Milo Equipment Co. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

215

COMPLAINT
2:18-CV-5810

1   Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3       704.   According to historical BKK Corp. records, Defendant Mission Plating

4   Co. contributed manifested waste to the BKK Class I Facility. This manifested

5   waste contained Hazardous Substances that Defendant Mission Plating Co.

6   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7   Defendant Mission Plating Co. has not incurred any response costs at the BKK

8   Class I Facility nor has it paid its fair share of response costs incurred by the

9   Plaintiffs at the BKK Class I Facility.

10       705.   According to historical BKK Corp. records, Defendant Modern

11   Coatings Inc. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Modern Coatings

13   Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant Modern Coatings Inc. has not incurred any response costs at the BKK

15   Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17       706.   According to historical BKK Corp. records, Defendant Modern Plating

18   Co. contributed manifested waste to the BKK Class I Facility. This manifested

19   waste contained Hazardous Substances that Defendant Modern Plating Co.

20   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

21   Defendant Modern Plating Co. has not incurred any response costs at the BKK

22   Class I Facility nor has it paid its fair share of response costs incurred by the

23   Plaintiffs at the BKK Class I Facility.

24       707.   According to historical BKK Corp. records, Defendant Modine

25   Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Modine

27   Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

28   Facility. To date, Defendant Modine Manufacturing Co. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

216

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response

2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3      708.   According to historical BKK Corp. records, Defendant Mola

4   Development Inc. contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Mola

6   Development Inc. generated and/or arranged for its disposal at the BKK Class I

7   Facility. To date, Defendant Mola Development Inc. has not incurred any response

8   costs at the BKK Class I Facility nor has it paid its fair share of response costs

9   incurred by the Plaintiffs at the BKK Class I Facility.

10      709.   According to historical BKK Corp. records, Defendant Monarch

11   Mirror Door Co. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Monarch Mirror

13   Door Co. generated and/or arranged for its disposal at the BKK Class I Facility. To

14   date, Defendant Monarch Mirror Door Co. has not incurred any response costs at

15   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

16   the Plaintiffs at the BKK Class I Facility.

17      710.   According to historical BKK Corp. records, Defendant Monitor

18   Plating & Anodizing contributed manifested waste to the BKK Class I Facility.

19   This manifested waste contained Hazardous Substances that Defendant Monitor

20   Plating & Anodizing generated and/or arranged for its disposal at the BKK Class I

21   Facility. To date, Defendant Monitor Plating & Anodizing has not incurred any

22   response costs at the BKK Class I Facility nor has it paid its fair share of response

23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24      711.   According to historical BKK Corp. records, Defendant

25   Monogram/Peacock Manufacturing contributed manifested waste to the BKK Class

26   I Facility. This manifested waste contained Hazardous Substances that Defendant

27   Monogram/Peacock Manufacturing generated and/or arranged for its disposal at the

28   BKK Class I Facility. To date, Defendant Monogram/Peacock Manufacturing has

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

217

COMPLAINT
2:18-CV-5810

1    not incurred any response costs at the BKK Class I Facility nor has it paid its fair

2    share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3           712.   According to historical BKK Corp. records, Defendant Motor

4    Processors Inc. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Motor

6    Processors Inc. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant Motor Processors Inc. has not incurred any response

8    costs at the BKK Class I Facility nor has it paid its fair share of response costs

9    incurred by the Plaintiffs at the BKK Class I Facility.

10          713.   According to historical BKK Corp. records, Defendant MPC Industries

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant MPC Industries generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant MPC

14   Industries has not incurred any response costs at the BKK Class I Facility nor has it

15   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16   Facility.

17          714.   According to historical BKK Corp. records, Defendant Mustang

18   Equipment Co. contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Mustang

20   Equipment Co. generated and/or arranged for its disposal at the BKK Class I

21   Facility. To date, Defendant Mustang Equipment Co. has not incurred any response

22   costs at the BKK Class I Facility nor has it paid its fair share of response costs

23   incurred by the Plaintiffs at the BKK Class I Facility.

24          715.   According to historical BKK Corp. records, Defendant N. L. Industries

25   contributed manifested waste to the BKK Class I Facility. This manifested waste

26   contained Hazardous Substances that Defendant N. L. Industries generated and/or

27   arranged for its disposal at the BKK Class I Facility. To date, Defendant N. L.

28   Industries has not incurred any response costs at the BKK Class I Facility nor has it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

218

COMPLAINT
2:18-CV-5810

1  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
2  Facility.

3      716.   According to historical BKK Corp. records, Defendant Namolco Inc.
4  contributed manifested waste to the BKK Class I Facility. This manifested waste
5  contained Hazardous Substances that Defendant Namolco Inc. generated and/or
6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Namolco
7  Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid
8  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9      717.   According to historical BKK Corp. records, Defendant Nardon
10 Manufacturing Co. Inc. contributed manifested waste to the BKK Class I Facility.
11 This manifested waste contained Hazardous Substances that Defendant Nardon
12 Manufacturing Co. Inc. generated and/or arranged for its disposal at the BKK Class
13 I Facility. To date, Defendant Nardon Manufacturing Co. Inc. has not incurred any
14 response costs at the BKK Class I Facility nor has it paid its fair share of response
15 costs incurred by the Plaintiffs at the BKK Class I Facility.

16     718.   According to historical BKK Corp. records, Defendant Narmco
17 Materials Inc. contributed manifested waste to the BKK Class I Facility. This
18 manifested waste contained Hazardous Substances that Defendant Narmco
19 Materials Inc. generated and/or arranged for its disposal at the BKK Class I
20 Facility. To date, Defendant Narmco Materials Inc. has not incurred any response
21 costs at the BKK Class I Facility nor has it paid its fair share of response costs
22 incurred by the Plaintiffs at the BKK Class I Facility.

23     719.   According to historical BKK Corp. records, Defendant National Metal
24 & Steel Corp. contributed manifested waste to the BKK Class I Facility. This
25 manifested waste contained Hazardous Substances that Defendant National Metal
26 & Steel Corp. generated and/or arranged for its disposal at the BKK Class I
27 Facility. To date, Defendant National Metal & Steel Corp. has not incurred any

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

219

COMPLAINT
2:18-CV-5810

1    response costs at the BKK Class I Facility nor has it paid its fair share of response

2    costs incurred by the Plaintiffs at the BKK Class I Facility.

3        720.   According to historical BKK Corp. records, Defendant National Paint

4    & Varnish Co. Inc. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant National Paint &

6    Varnish Co. Inc. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant National Paint & Varnish Co. Inc. has not incurred any

8    response costs at the BKK Class I Facility nor has it paid its fair share of response

9    costs incurred by the Plaintiffs at the BKK Class I Facility.

10       721.   According to historical BKK Corp. records, Defendant National

11   Semiconductor Corp. contributed manifested waste to the BKK Class I Facility.

12   This manifested waste contained Hazardous Substances that Defendant National

13   Semiconductor Corp. generated and/or arranged for its disposal at the BKK Class I

14   Facility. To date, Defendant National Semiconductor Corp. has not incurred any

15   response costs at the BKK Class I Facility nor has it paid its fair share of response

16   costs incurred by the Plaintiffs at the BKK Class I Facility.

17       722.   According to historical BKK Corp. records, Defendant National

18   Standard Co. contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant National

20   Standard Co. generated and/or arranged for its disposal at the BKK Class I Facility.

21   To date, Defendant National Standard Co. has not incurred any response costs at the

22   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

23   Plaintiffs at the BKK Class I Facility.

24       723.   According to historical BKK Corp. records, Defendant National

25   Technology contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant National

27   Technology generated and/or arranged for its disposal at the BKK Class I Facility.

28   To date, Defendant National Technology has not incurred any response costs at the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

220

COMPLAINT
2:18-CV-5810

1    BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2    Plaintiffs at the BKK Class I Facility.

3         724.   According to historical BKK Corp. records, Defendant Nattier

4    Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Nattier

6    Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant Nattier Manufacturing Co. has not incurred any

8    response costs at the BKK Class I Facility nor has it paid its fair share of response

9    costs incurred by the Plaintiffs at the BKK Class I Facility.

10        725.   According to historical BKK Corp. records, Defendant Nelco Oil

11   Refining Corp. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Nelco Oil

13   Refining Corp. generated and/or arranged for its disposal at the BKK Class I

14   Facility. To date, Defendant Nelco Oil Refining Corp. has not incurred any

15   response costs at the BKK Class I Facility nor has it paid its fair share of response

16   costs incurred by the Plaintiffs at the BKK Class I Facility.

17        726.   According to historical BKK Corp. records, Defendant Nelson Name

18   Plate Co. contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Nelson Name

20   Plate Co. generated and/or arranged for its disposal at the BKK Class I Facility. To

21   date, Defendant Nelson Name Plate Co. has not incurred any response costs at the

22   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

23   Plaintiffs at the BKK Class I Facility.

24        727.   According to historical BKK Corp. records, Defendant New Fashion

25   Cleaners contributed manifested waste to the BKK Class I Facility. This manifested

26   waste contained Hazardous Substances that Defendant New Fashion Cleaners

27   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28   Defendant New Fashion Cleaners has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

221

COMPLAINT
2:18-CV-5810

Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

728.   According to historical BKK Corp. records, Defendant Newark Sierra Paperboard Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Newark Sierra Paperboard Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Newark Sierra Paperboard Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

729.   According to historical BKK Corp. records, Defendant Newhall Refining Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Newhall Refining Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Newhall Refining Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

730.   According to historical BKK Corp. records, Defendant Newport Electronics Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Newport Electronics Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Newport Electronics Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

731.   According to historical BKK Corp. records, Defendant Nippondenso of Los Angeles contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Nippondenso of Los Angeles generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Nippondenso of Los Angeles has not incurred any response

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

222

COMPLAINT
2:18-CV-5810

1  costs at the BKK Class I Facility nor has it paid its fair share of response costs

2  incurred by the Plaintiffs at the BKK Class I Facility.

3    732. According to historical BKK Corp. records, Defendant Norac Co.

4  contributed manifested waste to the BKK Class I Facility. This manifested waste

5  contained Hazardous Substances that Defendant Norac Co. generated and/or

6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Norac Co.

7  has not incurred any response costs at the BKK Class I Facility nor has it paid its

8  fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9    733. According to historical BKK Corp. records, Defendant Nordskog Co.

10  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

11  waste contained Hazardous Substances that Defendant Nordskog Co. Inc. generated

12  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

13  Nordskog Co. Inc. has not incurred any response costs at the BKK Class I Facility

14  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

15  Class I Facility.

16    734. According to historical BKK Corp. records, Defendant Norman High

17  Demolition contributed manifested waste to the BKK Class I Facility. This

18  manifested waste contained Hazardous Substances that Defendant Norman High

19  Demolition generated and/or arranged for its disposal at the BKK Class I Facility.

20  To date, Defendant Norman High Demolition has not incurred any response costs at

21  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

22  the Plaintiffs at the BKK Class I Facility.

23    735. According to historical BKK Corp. records, Defendant North

24  American Car Corp. contributed manifested waste to the BKK Class I Facility. This

25  manifested waste contained Hazardous Substances that Defendant North American

26  Car Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To

27  date, Defendant North American Car Corp. has not incurred any response costs at

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

223

COMPLAINT
2:18-CV-5810

the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

736.   According to historical BKK Corp. records, Defendant Northern Telecom contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Northern Telecom generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Northern Telecom has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

737.   According to historical BKK Corp. records, Defendant Norton & Son of California Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Norton & Son of California Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Norton & Son of California Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

738.   According to historical BKK Corp. records, Defendant Now Construction Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Now Construction Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Now Construction Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

739.   According to historical BKK Corp. records, Defendant Nu Way Plating Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Nu Way Plating Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Nu Way Plating Co. Inc. has not incurred any response costs at the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

224

COMPLAINT
2:18-CV-5810

1   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3       740.   According to historical BKK Corp. records, Defendant Oakite

4   Products Inc. contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Oakite Products

6   Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7   Defendant Oakite Products Inc. has not incurred any response costs at the BKK

8   Class I Facility nor has it paid its fair share of response costs incurred by the

9   Plaintiffs at the BKK Class I Facility.

10      741.   According to historical BKK Corp. records, Defendant Occidental

11  Coating Co. contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Occidental

13  Coating Co. generated and/or arranged for its disposal at the BKK Class I Facility.

14  To date, Defendant Occidental Coating Co. has not incurred any response costs at

15  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

16  the Plaintiffs at the BKK Class I Facility.

17      742.   According to historical BKK Corp. records, Defendant O'Donnell Oil

18  Co. contributed manifested waste to the BKK Class I Facility. This manifested

19  waste contained Hazardous Substances that Defendant O'Donnell Oil Co. generated

20  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

21  O'Donnell Oil Co. has not incurred any response costs at the BKK Class I Facility

22  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23  Class I Facility.

24      743.   According to historical BKK Corp. records, Defendant Oil Base Inc.

25  contributed manifested waste to the BKK Class I Facility. This manifested waste

26  contained Hazardous Substances that Defendant Oil Base Inc. generated and/or

27  arranged for its disposal at the BKK Class I Facility. To date, Defendant Oil Base

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

225

COMPLAINT
2:18-CV-5810

1   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

2   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3       744.   According to historical BKK Corp. records, Defendant Oil Co.

4   contributed manifested waste to the BKK Class I Facility. This manifested waste

5   contained Hazardous Substances that Defendant Oil Co. generated and/or arranged

6   for its disposal at the BKK Class I Facility. To date, Defendant Oil Co. has not

7   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

8   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9       745.   According to historical BKK Corp. records, Defendant Oilfields

10  Trucking Co. contributed manifested waste to the BKK Class I Facility. This

11  manifested waste contained Hazardous Substances that Defendant Oilfields

12  Trucking Co. generated and/or arranged for its disposal at the BKK Class I Facility.

13  To date, Defendant Oilfields Trucking Co. has not incurred any response costs at

14  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

15  the Plaintiffs at the BKK Class I Facility.

16      746.   According to historical BKK Corp. records, Defendant Old Quaker

17  Paint Co. contributed manifested waste to the BKK Class I Facility. This

18  manifested waste contained Hazardous Substances that Defendant Old Quaker Paint

19  Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

20  Defendant Old Quaker Paint Co. has not incurred any response costs at the BKK

21  Class I Facility nor has it paid its fair share of response costs incurred by the

22  Plaintiffs at the BKK Class I Facility.

23      747.   According to historical BKK Corp. records, Defendant Olmstead

24  Trucking contributed manifested waste to the BKK Class I Facility. This

25  manifested waste contained Hazardous Substances that Defendant Olmstead

26  Trucking generated and/or arranged for its disposal at the BKK Class I Facility. To

27  date, Defendant Olmstead Trucking has not incurred any response costs at the BKK

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

COMPLAINT
2:18-CV-5810

1    Class I Facility nor has it paid its fair share of response costs incurred by the

2    Plaintiffs at the BKK Class I Facility.

3         748.   According to historical BKK Corp. records, Defendant Olympic

4    Plating & Polishing Inc. contributed manifested waste to the BKK Class I Facility.

5    This manifested waste contained Hazardous Substances that Defendant Olympic

6    Plating & Polishing Inc. generated and/or arranged for its disposal at the BKK

7    Class I Facility. To date, Defendant Olympic Plating & Polishing Inc. has not

8    incurred any response costs at the BKK Class I Facility nor has it paid its fair share

9    of response costs incurred by the Plaintiffs at the BKK Class I Facility.

10        749.   According to historical BKK Corp. records, Defendant Omar

11   Industries contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Omar Industries

13   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant Omar Industries has not incurred any response costs at the BKK Class I

15   Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

16   the BKK Class I Facility.

17        750.   According to historical BKK Corp. records, Defendant Omega Oil Co.

18   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

19   waste contained Hazardous Substances that Defendant Omega Oil Co. Inc.

20   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

21   Defendant Omega Oil Co. Inc. has not incurred any response costs at the BKK

22   Class I Facility nor has it paid its fair share of response costs incurred by the

23   Plaintiffs at the BKK Class I Facility.

24        751.   According to historical BKK Corp. records, Defendant Ontario Auto

25   Truck Plaza contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Ontario Auto

27   Truck Plaza generated and/or arranged for its disposal at the BKK Class I Facility.

28   To date, Defendant Ontario Auto Truck Plaza has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

227

COMPLAINT
2:18-CV-5810

the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

752.   According to historical BKK Corp. records, Defendant Orange Co. Machine Works contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Orange Co. Machine Works generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Orange Co. Machine Works has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

753.   According to historical BKK Corp. records, Defendant Orange Coast Plating Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Orange Coast Plating Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Orange Coast Plating Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

754.   According to historical BKK Corp. records, Defendant Orange County Dust Control Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Orange County Dust Control Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Orange County Dust Control Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

755.   According to historical BKK Corp. records, Defendant Orange County Electronics Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Orange County Electronics Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Orange County Electronics Corp. has not incurred any

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

228

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response

2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3        756.   According to historical BKK Corp. records, Defendant Orange Heights

4   Orange Association contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Orange Heights

6   Orange Association generated and/or arranged for its disposal at the BKK Class I

7   Facility. To date, Defendant Orange Heights Orange Association has not incurred

8   any response costs at the BKK Class I Facility nor has it paid its fair share of

9   response costs incurred by the Plaintiffs at the BKK Class I Facility.

10        757.   According to historical BKK Corp. records, Defendant Orange

11   Precision Circuits contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Orange Precision

13   Circuits generated and/or arranged for its disposal at the BKK Class I Facility. To

14   date, Defendant Orange Precision Circuits has not incurred any response costs at

15   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

16   the Plaintiffs at the BKK Class I Facility.

17        758.   According to historical BKK Corp. records, Defendant Orchids Paper

18   Products Co. contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Orchids Paper

20   Products Co. generated and/or arranged for its disposal at the BKK Class I Facility.

21   To date, Defendant Orchids Paper Products Co. has not incurred any response costs

22   at the BKK Class I Facility nor has it paid its fair share of response costs incurred

23   by the Plaintiffs at the BKK Class I Facility.

24        759.   Upon information and belief, Oryx Energy Company is the successor

25   to Sun Exploration and/or otherwise liable for such manifested waste that was

26   contributed to the BKK Class I Facility by Sun Exploration.  According to

27   historical BKK Corp. records, Defendant Sun Exploration contributed manifested

28   waste to the BKK Class I Facility. This manifested waste contained Hazardous

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

229

COMPLAINT
2:18-CV-5810

1    Substances that Defendant Sun Exploration generated and/or arranged for its

2    disposal at the BKK Class I Facility. To date, Defendant Sun Exploration has not

3    incurred any response costs at the BKK Class I Facility nor has it paid its fair share

4    of response costs incurred by the Plaintiffs at the BKK Class I Facility.

5            760.   According to historical BKK Corp. records, Defendant Ozalid Corp.

6    contributed manifested waste to the BKK Class I Facility. This manifested waste

7    contained Hazardous Substances that Defendant Ozalid Corp. generated and/or

8    arranged for its disposal at the BKK Class I Facility. To date, Defendant Ozalid

9    Corp. has not incurred any response costs at the BKK Class I Facility nor has it

10   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

11   Facility.

12           761.   According to historical BKK Corp. records, Defendant Ozite

13   Corporation contributed manifested waste to the BKK Class I Facility. This

14   manifested waste contained Hazardous Substances that Defendant Ozite

15   Corporation generated and/or arranged for its disposal at the BKK Class I Facility.

16   To date, Defendant Ozite Corporation has not incurred any response costs at the

17   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

18   Plaintiffs at the BKK Class I Facility.

19           762.   According to historical BKK Corp. records, Defendant P. C. World

20   Orange County contributed manifested waste to the BKK Class I Facility. This

21   manifested waste contained Hazardous Substances that Defendant P. C. World

22   Orange County generated and/or arranged for its disposal at the BKK Class I

23   Facility. To date, Defendant P. C. World Orange County has not incurred any

24   response costs at the BKK Class I Facility nor has it paid its fair share of response

25   costs incurred by the Plaintiffs at the BKK Class I Facility.

26           763.   According to historical BKK Corp. records, Defendant P. W. Stephens

27   Contractors Inc. contributed manifested waste to the BKK Class I Facility. This

28   manifested waste contained Hazardous Substances that Defendant P. W. Stephens

1   Contractors Inc. generated and/or arranged for its disposal at the BKK Class I

2   Facility. To date, Defendant P. W. Stephens Contractors Inc. has not incurred any

3   response costs at the BKK Class I Facility nor has it paid its fair share of response

4   costs incurred by the Plaintiffs at the BKK Class I Facility.

5          764.   According to historical BKK Corp. records, Defendant Pabst Brewing

6   Co. contributed manifested waste to the BKK Class I Facility. This manifested

7   waste contained Hazardous Substances that Defendant Pabst Brewing Co.

8   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

9   Defendant Pabst Brewing Co. has not incurred any response costs at the BKK Class

10  I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

11  the BKK Class I Facility.

12         765.   According to historical BKK Corp. records, Defendant Pacific

13  Airmotive Corp. contributed manifested waste to the BKK Class I Facility. This

14  manifested waste contained Hazardous Substances that Defendant Pacific

15  Airmotive Corp. generated and/or arranged for its disposal at the BKK Class I

16  Facility. To date, Defendant Pacific Airmotive Corp. has not incurred any response

17  costs at the BKK Class I Facility nor has it paid its fair share of response costs

18  incurred by the Plaintiffs at the BKK Class I Facility.

19         766.   According to historical BKK Corp. records, Defendant Pacific

20  Building Management Inc. contributed manifested waste to the BKK Class I

21  Facility. This manifested waste contained Hazardous Substances that Defendant

22  Pacific Building Management Inc. generated and/or arranged for its disposal at the

23  BKK Class I Facility. To date, Defendant Pacific Building Management Inc. has

24  not incurred any response costs at the BKK Class I Facility nor has it paid its fair

25  share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

26         767.   According to historical BKK Corp. records, Defendant Pacific Coast

27  Warehouse Corp. contributed manifested waste to the BKK Class I Facility. This

28  manifested waste contained Hazardous Substances that Defendant Pacific Coast

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

231

COMPLAINT
2:18-CV-5810

1   Warehouse Corp. generated and/or arranged for its disposal at the BKK Class I

2   Facility. To date, Defendant Pacific Coast Warehouse Corp. has not incurred any

3   response costs at the BKK Class I Facility nor has it paid its fair share of response

4   costs incurred by the Plaintiffs at the BKK Class I Facility.

5         768.   According to historical BKK Corp. records, Defendant Pacific

6   Electricord Co. contributed manifested waste to the BKK Class I Facility. This

7   manifested waste contained Hazardous Substances that Defendant Pacific

8   Electricord Co. generated and/or arranged for its disposal at the BKK Class I

9   Facility. To date, Defendant Pacific Electricord Co. has not incurred any response

10  costs at the BKK Class I Facility nor has it paid its fair share of response costs

11  incurred by the Plaintiffs at the BKK Class I Facility.

12        769.   According to historical BKK Corp. records, Defendant Pacific Engine

13  contributed manifested waste to the BKK Class I Facility. This manifested waste

14  contained Hazardous Substances that Defendant Pacific Engine generated and/or

15  arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific

16  Engine has not incurred any response costs at the BKK Class I Facility nor has it

17  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

18  Facility.

19        770.   According to historical BKK Corp. records, Defendant Pacific

20  Financial Center contributed manifested waste to the BKK Class I Facility. This

21  manifested waste contained Hazardous Substances that Defendant Pacific Financial

22  Center generated and/or arranged for its disposal at the BKK Class I Facility. To

23  date, Defendant Pacific Financial Center has not incurred any response costs at the

24  BKK Class I Facility nor has it paid its fair share of response costs incurred by the

25  Plaintiffs at the BKK Class I Facility.

26        771.   According to historical BKK Corp. records, Defendant Pacific

27  Intermountain Express contributed manifested waste to the BKK Class I Facility.

28  This manifested waste contained Hazardous Substances that Defendant Pacific

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

232

COMPLAINT
2:18-CV-5810

Intermountain Express generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Intermountain Express has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

772.   According to historical BKK Corp. records, Defendant Pacific Oasis contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pacific Oasis generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Oasis has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

773.   According to historical BKK Corp. records, Defendant Pacific Precision Metals contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pacific Precision Metals generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Precision Metals has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

774.   According to historical BKK Corp. records, Defendant Pacific Press contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pacific Press generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Press has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

775.   According to historical BKK Corp. records, Defendant Pacific Southwest Airlines contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pacific Southwest Airlines generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Southwest Airlines has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

233

COMPLAINT
2:18-CV-5810

response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

776.   According to historical BKK Corp. records, Defendant Pacific Treatment Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pacific Treatment Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Treatment Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

777.   According to historical BKK Corp. records, Defendant Pacific Tube Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pacific Tube Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Tube Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

778.   According to historical BKK Corp. records, Defendant Pacific Vacuum Truck Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pacific Vacuum Truck Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Vacuum Truck Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

779.   According to historical BKK Corp. records, Defendant Pacific Valves contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pacific Valves generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pacific Valves has not incurred any response costs at the BKK Class I Facility nor has it

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

234

COMPLAINT
2:18-CV-5810

1  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
2  Facility.

3      780.   According to historical BKK Corp. records, Defendant Pacifica Plating
4  Inc. contributed manifested waste to the BKK Class I Facility. This manifested
5  waste contained Hazardous Substances that Defendant Pacifica Plating Inc.
6  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
7  Defendant Pacifica Plating Inc. has not incurred any response costs at the BKK
8  Class I Facility nor has it paid its fair share of response costs incurred by the
9  Plaintiffs at the BKK Class I Facility.

10      781.   According to historical BKK Corp. records, Defendant Packaging
11  Corp. of America contributed manifested waste to the BKK Class I Facility. This
12  manifested waste contained Hazardous Substances that Defendant Packaging Corp.
13  of America generated and/or arranged for its disposal at the BKK Class I Facility.
14  To date, Defendant Packaging Corp. of America has not incurred any response
15  costs at the BKK Class I Facility nor has it paid its fair share of response costs
16  incurred by the Plaintiffs at the BKK Class I Facility.

17      782.   According to historical BKK Corp. records, Defendant Pactra Co.
18  contributed manifested waste to the BKK Class I Facility. This manifested waste
19  contained Hazardous Substances that Defendant Pactra Co. generated and/or
20  arranged for its disposal at the BKK Class I Facility. To date, Defendant Pactra Co.
21  has not incurred any response costs at the BKK Class I Facility nor has it paid its
22  fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23      783.   According to historical BKK Corp. records, Defendant Paint &
24  Coatings Corp. contributed manifested waste to the BKK Class I Facility. This
25  manifested waste contained Hazardous Substances that Defendant Paint & Coatings
26  Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To
27  date, Defendant Paint & Coatings Corp. has not incurred any response costs at the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

COMPLAINT
2:18-CV-5810

1   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3          784.   According to historical BKK Corp. records, Defendant Palace Plating

4   Co. contributed manifested waste to the BKK Class I Facility. This manifested

5   waste contained Hazardous Substances that Defendant Palace Plating Co. generated

6   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

7   Palace Plating Co. has not incurred any response costs at the BKK Class I Facility

8   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

9   Class I Facility.

10         785.   According to historical BKK Corp. records, Defendant Pan Western

11   Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant Pan Western Oil Co.

13   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant Pan Western Oil Co. has not incurred any response costs at the BKK

15   Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17         786.   According to historical BKK Corp. records, Defendant Panel Air Corp.

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant Panel Air Corp. generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant Panel Air

21   Corp. has not incurred any response costs at the BKK Class I Facility nor has it

22   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

23   Facility.

24         787.   According to historical BKK Corp. records, Defendant Paramount

25   Petroleum Corp. contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Paramount

27   Petroleum Corp. generated and/or arranged for its disposal at the BKK Class I

28   Facility. To date, Defendant Paramount Petroleum Corp. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

236

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response

2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3       788.   According to historical BKK Corp. records, Defendant Park Metal Co.

4   contributed manifested waste to the BKK Class I Facility. This manifested waste

5   contained Hazardous Substances that Defendant Park Metal Co. generated and/or

6   arranged for its disposal at the BKK Class I Facility. To date, Defendant Park Metal

7   Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

8   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9       789.   According to historical BKK Corp. records, Defendant Parsley &

10   Kennedy contributed manifested waste to the BKK Class I Facility. This manifested

11   waste contained Hazardous Substances that Defendant Parsley & Kennedy

12   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

13   Defendant Parsley & Kennedy has not incurred any response costs at the BKK

14   Class I Facility nor has it paid its fair share of response costs incurred by the

15   Plaintiffs at the BKK Class I Facility.

16       790.   According to historical BKK Corp. records, Defendant Pascoe

17   Building Systems contributed manifested waste to the BKK Class I Facility. This

18   manifested waste contained Hazardous Substances that Defendant Pascoe Building

19   Systems generated and/or arranged for its disposal at the BKK Class I Facility. To

20   date, Defendant Pascoe Building Systems has not incurred any response costs at the

21   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

22   Plaintiffs at the BKK Class I Facility.

23       791.   According to historical BKK Corp. records, Defendant Pasha

24   Industries contributed manifested waste to the BKK Class I Facility. This

25   manifested waste contained Hazardous Substances that Defendant Pasha Industries

26   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

27   Defendant Pasha Industries has not incurred any response costs at the BKK Class I

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

237

COMPLAINT
2:18-CV-5810

1  Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

2  the BKK Class I Facility.

3      792.   According to historical BKK Corp. records, Defendant Pauley

4  Petroleum Co. contributed manifested waste to the BKK Class I Facility. This

5  manifested waste contained Hazardous Substances that Defendant Pauley

6  Petroleum Co. generated and/or arranged for its disposal at the BKK Class I

7  Facility. To date, Defendant Pauley Petroleum Co. has not incurred any response

8  costs at the BKK Class I Facility nor has it paid its fair share of response costs

9  incurred by the Plaintiffs at the BKK Class I Facility.

10     793.   According to historical BKK Corp. records, Defendant PCA Metal

11  Finishing Inc. contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant PCA Metal

13  Finishing Inc. generated and/or arranged for its disposal at the BKK Class I

14  Facility. To date, Defendant PCA Metal Finishing Inc. has not incurred any

15  response costs at the BKK Class I Facility nor has it paid its fair share of response

16  costs incurred by the Plaintiffs at the BKK Class I Facility.

17     794.   According to historical BKK Corp. records, Defendant Peairs

18  Engineers contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant Peairs Engineers

20  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

21  Defendant Peairs Engineers has not incurred any response costs at the BKK Class I

22  Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

23  the BKK Class I Facility.

24     795.   According to historical BKK Corp. records, Defendant Pease & Curren

25  Reliable Recovery Inc. contributed manifested waste to the BKK Class I Facility.

26  This manifested waste contained Hazardous Substances that Defendant Pease &

27  Curren Reliable Recovery Inc. generated and/or arranged for its disposal at the

28  BKK Class I Facility. To date, Defendant Pease & Curren Reliable Recovery Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

238

COMPLAINT
2:18-CV-5810

1    has not incurred any response costs at the BKK Class I Facility nor has it paid its

2    fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3        796.   According to historical BKK Corp. records, Defendant Peat

4    Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Peat

6    Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant Peat Manufacturing Co. has not incurred any response

8    costs at the BKK Class I Facility nor has it paid its fair share of response costs

9    incurred by the Plaintiffs at the BKK Class I Facility.

10        797.   According to historical BKK Corp. records, Defendant Penetone Corp.

11    contributed manifested waste to the BKK Class I Facility. This manifested waste

12    contained Hazardous Substances that Defendant Penetone Corp. generated and/or

13    arranged for its disposal at the BKK Class I Facility. To date, Defendant Penetone

14    Corp. has not incurred any response costs at the BKK Class I Facility nor has it

15    paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16    Facility.

17        798.   According to historical BKK Corp. records, Defendant Pepper

18    Industries Inc. contributed manifested waste to the BKK Class I Facility. This

19    manifested waste contained Hazardous Substances that Defendant Pepper Industries

20    Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

21    Defendant Pepper Industries Inc. has not incurred any response costs at the BKK

22    Class I Facility nor has it paid its fair share of response costs incurred by the

23    Plaintiffs at the BKK Class I Facility.

24        799.   According to historical BKK Corp. records, Defendant Perlite

25    Processing contributed manifested waste to the BKK Class I Facility. This

26    manifested waste contained Hazardous Substances that Defendant Perlite

27    Processing generated and/or arranged for its disposal at the BKK Class I Facility.

28    To date, Defendant Perlite Processing has not incurred any response costs at the

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

239

COMPLAINT
2:18-CV-5810

1   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3       800.   According to historical BKK Corp. records, Defendant Permalab

4   Equipment Corp. contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Permalab

6   Equipment Corp. generated and/or arranged for its disposal at the BKK Class I

7   Facility. To date, Defendant Permalab Equipment Corp. has not incurred any

8   response costs at the BKK Class I Facility nor has it paid its fair share of response

9   costs incurred by the Plaintiffs at the BKK Class I Facility.

10       801.   According to historical BKK Corp. records, Defendant Pervo Paint Co.

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Pervo Paint Co. generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant Pervo

14   Paint Co. has not incurred any response costs at the BKK Class I Facility nor has it

15   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16   Facility.

17       802.   According to historical BKK Corp. records, Defendant Peterson

18   Manufacturing Co. Inc. contributed manifested waste to the BKK Class I Facility.

19   This manifested waste contained Hazardous Substances that Defendant Peterson

20   Manufacturing Co. Inc. generated and/or arranged for its disposal at the BKK Class

21   I Facility. To date, Defendant Peterson Manufacturing Co. Inc. has not incurred any

22   response costs at the BKK Class I Facility nor has it paid its fair share of response

23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24       803.   According to historical BKK Corp. records, Defendant Peterson

25   Puritan Inc. contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Peterson Puritan

27   Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28   Defendant Peterson Puritan Inc. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

240

COMPLAINT
2:18-CV-5810

1   Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3       804.   According to historical BKK Corp. records, Defendant Petro Lewis

4   Corp. contributed manifested waste to the BKK Class I Facility. This manifested

5   waste contained Hazardous Substances that Defendant Petro Lewis Corp. generated

6   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

7   Petro Lewis Corp. has not incurred any response costs at the BKK Class I Facility

8   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

9   Class I Facility.

10      805.   According to historical BKK Corp. records, Defendant Petrochemicals

11  Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested

12  waste contained Hazardous Substances that Defendant Petrochemicals Co. Inc.

13  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14  Defendant Petrochemicals Co. Inc. has not incurred any response costs at the BKK

15  Class I Facility nor has it paid its fair share of response costs incurred by the

16  Plaintiffs at the BKK Class I Facility.

17      806.   According to historical BKK Corp. records, Defendant Petroleum

18  Contractors Inc. contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant Petroleum

20  Contractors Inc. generated and/or arranged for its disposal at the BKK Class I

21  Facility. To date, Defendant Petroleum Contractors Inc. has not incurred any

22  response costs at the BKK Class I Facility nor has it paid its fair share of response

23  costs incurred by the Plaintiffs at the BKK Class I Facility.

24      807.   According to historical BKK Corp. records, Defendant PGP Industries

25  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

26  waste contained Hazardous Substances that Defendant PGP Industries Inc.

27  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28  Defendant PGP Industries Inc. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

241

COMPLAINT
2:18-CV-5810

Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

808.   According to historical BKK Corp. records, Defendant Phototron Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Phototron Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Phototron Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

809.   According to historical BKK Corp. records, Defendant Pichel Industries Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pichel Industries Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pichel Industries Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

810.   According to historical BKK Corp. records, Defendant Pilot Chemical of California contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pilot Chemical of California generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pilot Chemical of California has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

811.   According to historical BKK Corp. records, Defendant Plastic Materials Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Plastic Materials Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Plastic Materials Inc. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

242

COMPLAINT
2:18-CV-5810

1   Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3       812.   According to historical BKK Corp. records, Defendant Poly Disc

4   System Inc. contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Poly Disc

6   System Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

7   To date, Defendant Poly Disc System Inc. has not incurred any response costs at the

8   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

9   Plaintiffs at the BKK Class I Facility.

10      813.   According to historical BKK Corp. records, Defendant Polycarbon Inc.

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Polycarbon Inc. generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant

14   Polycarbon Inc. has not incurred any response costs at the BKK Class I Facility nor

15   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

16   Class I Facility.

17      814.   According to historical BKK Corp. records, Defendant Polyester

18   Hutco Group contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Polyester Hutco

20   Group generated and/or arranged for its disposal at the BKK Class I Facility. To

21   date, Defendant Polyester Hutco Group has not incurred any response costs at the

22   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

23   Plaintiffs at the BKK Class I Facility.

24      815.   According to historical BKK Corp. records, Defendant Polymer

25   Development Labs Inc. contributed manifested waste to the BKK Class I Facility.

26   This manifested waste contained Hazardous Substances that Defendant Polymer

27   Development Labs Inc. generated and/or arranged for its disposal at the BKK Class

28   I Facility. To date, Defendant Polymer Development Labs Inc. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B
243
COMPLAINT
2:18-CV-5810

1    response costs at the BKK Class I Facility nor has it paid its fair share of response

2    costs incurred by the Plaintiffs at the BKK Class I Facility.

3    816. According to historical BKK Corp. records, Defendant Post

4    Transportation Co. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Post

6    Transportation Co. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant Post Transportation Co. has not incurred any response

8    costs at the BKK Class I Facility nor has it paid its fair share of response costs

9    incurred by the Plaintiffs at the BKK Class I Facility.

10   817. According to historical BKK Corp. records, Defendant Power One Inc.

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Power One Inc. generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant Power One

14   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

15   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

16   818. According to historical BKK Corp. records, Defendant Powerline

17   Sales contributed manifested waste to the BKK Class I Facility. This manifested

18   waste contained Hazardous Substances that Defendant Powerline Sales generated

19   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

20   Powerline Sales has not incurred any response costs at the BKK Class I Facility nor

21   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

22   Class I Facility.

23   819. According to historical BKK Corp. records, Defendant Pratt &

24   Lambert Paint Inc. contributed manifested waste to the BKK Class I Facility. This

25   manifested waste contained Hazardous Substances that Defendant Pratt & Lambert

26   Paint Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To

27   date, Defendant Pratt & Lambert Paint Inc. has not incurred any response costs at

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

244

COMPLAINT
2:18-CV-5810

the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

820.   According to historical BKK Corp. records, Defendant Pre Delivery Service contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pre Delivery Service generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pre Delivery Service has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

821.   According to historical BKK Corp. records, Defendant Pre Recording Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pre Recording Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pre Recording Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

822.   According to historical BKK Corp. records, Defendant Precipitator Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Precipitator Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Precipitator Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

823.   According to historical BKK Corp. records, Defendant Precision Anodizing & Plating Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Precision Anodizing & Plating Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Precision Anodizing & Plating Inc. has not

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

245

COMPLAINT
2:18-CV-5810

1  incurred any response costs at the BKK Class I Facility nor has it paid its fair share

2  of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3       824.   According to historical BKK Corp. records, Defendant Precision Heat

4  Treating Co. contributed manifested waste to the BKK Class I Facility. This

5  manifested waste contained Hazardous Substances that Defendant Precision Heat

6  Treating Co. generated and/or arranged for its disposal at the BKK Class I Facility.

7  To date, Defendant Precision Heat Treating Co. has not incurred any response costs

8  at the BKK Class I Facility nor has it paid its fair share of response costs incurred

9  by the Plaintiffs at the BKK Class I Facility.

10      825.   According to historical BKK Corp. records, Defendant Premiere

11  Alum. Prod. Inc. contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Premiere Alum.

13  Prod. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To

14  date, Defendant Premiere Alum. Prod. Inc. has not incurred any response costs at

15  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

16  the Plaintiffs at the BKK Class I Facility.

17      826.   According to historical BKK Corp. records, Defendant President

18  Lincoln contributed manifested waste to the BKK Class I Facility. This manifested

19  waste contained Hazardous Substances that Defendant President Lincoln generated

20  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

21  President Lincoln has not incurred any response costs at the BKK Class I Facility

22  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23  Class I Facility.

24      827.   According to historical BKK Corp. records, Defendant Prime

25  Measurement Products LLC contributed manifested waste to the BKK Class I

26  Facility. This manifested waste contained Hazardous Substances that Defendant

27  Prime Measurement Products LLC generated and/or arranged for its disposal at the

28  BKK Class I Facility. To date, Defendant Prime Measurement Products LLC has

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

246

COMPLAINT
2:18-CV-5810

1   not incurred any response costs at the BKK Class I Facility nor has it paid its fair

2   share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3       828.   According to historical BKK Corp. records, Defendant Process

4   Technology Co. contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Process

6   Technology Co. generated and/or arranged for its disposal at the BKK Class I

7   Facility. To date, Defendant Process Technology Co. has not incurred any response

8   costs at the BKK Class I Facility nor has it paid its fair share of response costs

9   incurred by the Plaintiffs at the BKK Class I Facility.

10       829.   According to historical BKK Corp. records, Defendant Production

11   Plating Co. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Production

13   Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility.

14   To date, Defendant Production Plating Co. has not incurred any response costs at

15   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

16   the Plaintiffs at the BKK Class I Facility.

17       830.   According to historical BKK Corp. records, Defendant Products

18   Engineering Corp. contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Products

20   Engineering Corp. generated and/or arranged for its disposal at the BKK Class I

21   Facility. To date, Defendant Products Engineering Corp. has not incurred any

22   response costs at the BKK Class I Facility nor has it paid its fair share of response

23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24       831.   According to historical BKK Corp. records, Defendant Products

25   Research & Chemical Corp. contributed manifested waste to the BKK Class I

26   Facility. This manifested waste contained Hazardous Substances that Defendant

27   Products Research & Chemical Corp. generated and/or arranged for its disposal at

28   the BKK Class I Facility. To date, Defendant Products Research & Chemical Corp.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

247

COMPLAINT
2:18-CV-5810

1  has not incurred any response costs at the BKK Class I Facility nor has it paid its

2  fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3      832.   According to historical BKK Corp. records, Defendant Proto Tool

4  contributed manifested waste to the BKK Class I Facility. This manifested waste

5  contained Hazardous Substances that Defendant Proto Tool generated and/or

6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Proto Tool

7  has not incurred any response costs at the BKK Class I Facility nor has it paid its

8  fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9      833.   According to historical BKK Corp. records, Defendant Prototech

10  Circuitry contributed manifested waste to the BKK Class I Facility. This manifested

11  waste contained Hazardous Substances that Defendant Prototech Circuitry

12  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

13  Defendant Prototech Circuitry has not incurred any response costs at the BKK

14  Class I Facility nor has it paid its fair share of response costs incurred by the

15  Plaintiffs at the BKK Class I Facility.

16      834.   According to historical BKK Corp. records, Defendant PSI West

17  contributed manifested waste to the BKK Class I Facility. This manifested waste

18  contained Hazardous Substances that Defendant PSI West generated and/or

19  arranged for its disposal at the BKK Class I Facility. To date, Defendant PSI West

20  has not incurred any response costs at the BKK Class I Facility nor has it paid its

21  fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

22      835.   According to historical BKK Corp. records, Defendant Punch Press

23  Products contributed manifested waste to the BKK Class I Facility. This manifested

24  waste contained Hazardous Substances that Defendant Punch Press Products

25  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

26  Defendant Punch Press Products has not incurred any response costs at the BKK

27  Class I Facility nor has it paid its fair share of response costs incurred by the

28  Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

248

COMPLAINT
2:18-CV-5810

836.   According to historical BKK Corp. records, Defendant Purex Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Purex Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Purex Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

837.   According to historical BKK Corp. records, Defendant PVO International contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant PVO International generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant PVO International has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

838.   According to historical BKK Corp. records, Defendant Pyro Engineering contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Pyro Engineering generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Pyro Engineering has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

839.   According to historical BKK Corp. records, Defendant Quality Aluminum Forge Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Quality Aluminum Forge Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Quality Aluminum Forge Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

249

COMPLAINT
2:18-CV-5810

840.   According to historical BKK Corp. records, Defendant Quality Farms contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Quality Farms generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Quality Farms has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

841.   According to historical BKK Corp. records, Defendant Quality Metal Finishing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Quality Metal Finishing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Quality Metal Finishing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

842.   According to historical BKK Corp. records, Defendant Quality Sprayers Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Quality Sprayers Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Quality Sprayers Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

843.   According to historical BKK Corp. records, Defendant Quintec Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Quintec Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Quintec Manufacturing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

250

COMPLAINT
2:18-CV-5810

844.   According to historical BKK Corp. records, Defendant R. & D. Latex Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant R. & D. Latex Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant R. & D. Latex Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

845.   According to historical BKK Corp. records, Defendant R. & E. Plating Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant R. & E. Plating Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant R. & E. Plating Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

846.   According to historical BKK Corp. records, Defendant R. & R. Industrial Waste Haulers Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant R. & R. Industrial Waste Haulers Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant R. & R. Industrial Waste Haulers Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

847.   According to historical BKK Corp. records, Defendant R. G. Wallace Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant R. G. Wallace Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant R. G. Wallace Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

251

COMPLAINT
2:18-CV-5810

848.   According to historical BKK Corp. records, Defendant Rainbow Trucking Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rainbow Trucking Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rainbow Trucking Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

849.   According to historical BKK Corp. records, Defendant Ralph M. Parsons Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Ralph M. Parsons Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Ralph M. Parsons Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

850.   According to historical BKK Corp. records, Defendant Ralphs Grocery Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Ralphs Grocery Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Ralphs Grocery Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

851.   According to historical BKK Corp. records, Defendant Raybestos Manhattan contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Raybestos Manhattan generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Raybestos Manhattan has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

252

COMPLAINT
2:18-CV-5810

852.   According to historical BKK Corp. records, Defendant Real Property West Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Real Property West Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Real Property West Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

853.   According to historical BKK Corp. records, Defendant Rebel Oil Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rebel Oil Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rebel Oil Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

854.   According to historical BKK Corp. records, Defendant Redi-Strip Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Redi-Strip Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Redi-Strip Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

855.   According to historical BKK Corp. records, Defendant Redken Laboratories Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Redken Laboratories Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Redken Laboratories Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

253

COMPLAINT
2:18-CV-5810

856.   According to historical BKK Corp. records, Defendant Redondo Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Redondo Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Redondo Oil Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

857.   According to historical BKK Corp. records, Defendant Refiners Marketing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Refiners Marketing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Refiners Marketing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

858.   According to historical BKK Corp. records, Defendant Register Properties Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Register Properties Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Register Properties Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

859.   According to historical BKK Corp. records, Defendant Rehrig Pacific contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rehrig Pacific generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rehrig Pacific has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

254

COMPLAINT
2:18-CV-5810

860.   According to historical BKK Corp. records, Defendant Reisner Metals contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Reisner Metals generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Reisner Metals has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

861.   According to historical BKK Corp. records, Defendant Reliable Recovery Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Reliable Recovery Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Reliable Recovery Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

862.   According to historical BKK Corp. records, Defendant Reliance Universal Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Reliance Universal Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Reliance Universal Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

863.   According to historical BKK Corp. records, Defendant Renu Plating Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Renu Plating Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Renu Plating Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

255

COMPLAINT
2:18-CV-5810

864.   According to historical BKK Corp. records, Defendant Replacement Parts Manufacturing contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Replacement Parts Manufacturing generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Replacement Parts Manufacturing has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

865.   According to historical BKK Corp. records, Defendant Revere Extruders Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Revere Extruders Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Revere Extruders Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

866.   According to historical BKK Corp. records, Defendant Rex Precision Products Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rex Precision Products Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rex Precision Products Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

867.   According to historical BKK Corp. records, Defendant Rexart Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rexart Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rexart Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

256

COMPLAINT
2:18-CV-5810

868.   According to historical BKK Corp. records, Defendant Rheem Metals Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rheem Metals Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rheem Metals Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

869.   According to historical BKK Corp. records, Defendant Rho Chem Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rho Chem Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rho Chem Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

870.   According to historical BKK Corp. records, Defendant RHS Carpet Mill contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant RHS Carpet Mill generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant RHS Carpet Mill has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

871.   According to historical BKK Corp. records, Defendant Richardson & Holland contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Richardson & Holland generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Richardson & Holland has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

257

COMPLAINT
2:18-CV-5810

872.   According to historical BKK Corp. records, Defendant Richlynn Technology Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Richlynn Technology Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Richlynn Technology Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

873.   According to historical BKK Corp. records, Defendant Rinchem Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rinchem Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rinchem Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

874.   According to historical BKK Corp. records, Defendant Riverside Cement Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Riverside Cement Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Riverside Cement Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

875.   According to historical BKK Corp. records, Defendant Robert Keith & Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Robert Keith & Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Robert Keith & Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

258

COMPLAINT
2:18-CV-5810

876. According to historical BKK Corp. records, Defendant Roberts Consolidated Industries Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Roberts Consolidated Industries Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Roberts Consolidated Industries Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

877. According to historical BKK Corp. records, Defendant Roberts Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Roberts Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Roberts Manufacturing Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

878. According to historical BKK Corp. records, Defendant Rocket Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rocket Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rocket Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

879. According to historical BKK Corp. records, Defendant Rodding Cleaning Service contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rodding Cleaning Service generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rodding Cleaning Service has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

259

COMPLAINT
2:18-CV-5810

880.   According to historical BKK Corp. records, Defendant Roehl Disposal Services contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Roehl Disposal Services generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Roehl Disposal Services has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

881.   According to historical BKK Corp. records, Defendant Rohrig Brothers contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rohrig Brothers generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rohrig Brothers has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

882.   According to historical BKK Corp. records, Defendant Ronald M. Jones contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Ronald M. Jones generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Ronald M. Jones has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

883.   According to historical BKK Corp. records, Defendant Ronson Hydraulic Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Ronson Hydraulic Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Ronson Hydraulic Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

260

COMPLAINT
2:18-CV-5810

884.   According to historical BKK Corp. records, Defendant Rose Hills Memorial Park Association contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rose Hills Memorial Park Association generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rose Hills Memorial Park Association has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

885.   According to historical BKK Corp. records, Defendant Rosens Elect. Equip. Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rosens Elect. Equip. Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rosens Elect. Equip. Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

886.   According to historical BKK Corp. records, Defendant Rotary Offset Printers contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Rotary Offset Printers generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Rotary Offset Printers has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

887.   According to historical BKK Corp. records, Defendant Routh Transportation contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Routh Transportation generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Routh Transportation has not incurred any response

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

261

COMPLAINT
2:18-CV-5810

1  costs at the BKK Class I Facility nor has it paid its fair share of response costs
2  incurred by the Plaintiffs at the BKK Class I Facility.

3     888.   According to historical BKK Corp. records, Defendant Royal
4  Aluminum Co. contributed manifested waste to the BKK Class I Facility. This
5  manifested waste contained Hazardous Substances that Defendant Royal Aluminum
6  Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,
7  Defendant Royal Aluminum Co. has not incurred any response costs at the BKK
8  Class I Facility nor has it paid its fair share of response costs incurred by the
9  Plaintiffs at the BKK Class I Facility.

10    889.   According to historical BKK Corp. records, Defendant Royal Plating
11  Works contributed manifested waste to the BKK Class I Facility. This manifested
12  waste contained Hazardous Substances that Defendant Royal Plating Works
13  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
14  Defendant Royal Plating Works has not incurred any response costs at the BKK
15  Class I Facility nor has it paid its fair share of response costs incurred by the
16  Plaintiffs at the BKK Class I Facility.

17    890.   According to historical BKK Corp. records, Defendant Rupes
18  Hydraulics contributed manifested waste to the BKK Class I Facility. This
19  manifested waste contained Hazardous Substances that Defendant Rupes
20  Hydraulics generated and/or arranged for its disposal at the BKK Class I Facility.
21  To date, Defendant Rupes Hydraulics has not incurred any response costs at the
22  BKK Class I Facility nor has it paid its fair share of response costs incurred by the
23  Plaintiffs at the BKK Class I Facility.

24    891.   According to historical BKK Corp. records, Defendant Russell
25  Burdsall & Ward Inc. contributed manifested waste to the BKK Class I Facility.
26  This manifested waste contained Hazardous Substances that Defendant Russell
27  Burdsall & Ward Inc. generated and/or arranged for its disposal at the BKK Class I
28  Facility. To date, Defendant Russell Burdsall & Ward Inc. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

262

COMPLAINT
2:18-CV-5810

1  response costs at the BKK Class I Facility nor has it paid its fair share of response

2  costs incurred by the Plaintiffs at the BKK Class I Facility.

3      892.   According to historical BKK Corp. records, Defendant Rutherford Oil

4  Co. contributed manifested waste to the BKK Class I Facility. This manifested

5  waste contained Hazardous Substances that Defendant Rutherford Oil Co.

6  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7  Defendant Rutherford Oil Co. has not incurred any response costs at the BKK Class

8  I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

9  the BKK Class I Facility.

10      893.   According to historical BKK Corp. records, Defendant S. E. Rykoff &

11  Co. contributed manifested waste to the BKK Class I Facility. This manifested

12  waste contained Hazardous Substances that Defendant S. E. Rykoff & Co.

13  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14  Defendant S. E. Rykoff & Co. has not incurred any response costs at the BKK

15  Class I Facility nor has it paid its fair share of response costs incurred by the

16  Plaintiffs at the BKK Class I Facility.

17      894.   According to historical BKK Corp. records, Defendant S. Rose

18  Cooperage contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant S. Rose

20  Cooperage generated and/or arranged for its disposal at the BKK Class I Facility.

21  To date, Defendant S. Rose Cooperage has not incurred any response costs at the

22  BKK Class I Facility nor has it paid its fair share of response costs incurred by the

23  Plaintiffs at the BKK Class I Facility.

24      895.   According to historical BKK Corp. records, Defendant S. T. & I. Inc.

25  contributed manifested waste to the BKK Class I Facility. This manifested waste

26  contained Hazardous Substances that Defendant S. T. & I. Inc. generated and/or

27  arranged for its disposal at the BKK Class I Facility. To date, Defendant S. T. & I.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

263

COMPLAINT
2:18-CV-5810

1    Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

2    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3        896.    According to historical BKK Corp. records, Defendant Safetran

4    Systems Corp. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Safetran Systems

6    Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To

7    date, Defendant Safetran Systems Corp. has not incurred any response costs at the

8    BKK Class I Facility nor has it paid its fair share of response costs incurred by the

9    Plaintiffs at the BKK Class I Facility.

10       897.    According to historical BKK Corp. records, Defendant Saint Joseph

11   Hospital contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant Saint Joseph Hospital

13   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant Saint Joseph Hospital has not incurred any response costs at the BKK

15   Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17       898.    According to historical BKK Corp. records, Defendant Sals Plating

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant Sals Plating generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant Sals

21   Plating has not incurred any response costs at the BKK Class I Facility nor has it

22   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

23   Facility.

24       899.    According to historical BKK Corp. records, Defendant San Diego Pipe

25   Line Co. contributed manifested waste to the BKK Class I Facility. This manifested

26   waste contained Hazardous Substances that Defendant San Diego Pipe Line Co.

27   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

28   Defendant San Diego Pipe Line Co. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

COMPLAINT
2:18-CV-5810

1   Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3       900.   According to historical BKK Corp. records, Defendant San Fernando

4   Electric Manufacturing Co. contributed manifested waste to the BKK Class I

5   Facility. This manifested waste contained Hazardous Substances that Defendant

6   San Fernando Electric Manufacturing Co. generated and/or arranged for its disposal

7   at the BKK Class I Facility. To date, Defendant San Fernando Electric

8   Manufacturing Co. has not incurred any response costs at the BKK Class I Facility

9   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

10   Class I Facility.

11       901.   According to historical BKK Corp. records, Defendant San Fernando

12   Laboratories contributed manifested waste to the BKK Class I Facility. This

13   manifested waste contained Hazardous Substances that Defendant San Fernando

14   Laboratories generated and/or arranged for its disposal at the BKK Class I Facility.

15   To date, Defendant San Fernando Laboratories has not incurred any response costs

16   at the BKK Class I Facility nor has it paid its fair share of response costs incurred

17   by the Plaintiffs at the BKK Class I Facility.

18       902.   According to historical BKK Corp. records, Defendant Santa Ana

19   Diesel contributed manifested waste to the BKK Class I Facility. This manifested

20   waste contained Hazardous Substances that Defendant Santa Ana Diesel generated

21   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

22   Santa Ana Diesel has not incurred any response costs at the BKK Class I Facility

23   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

24   Class I Facility.

25       903.   According to historical BKK Corp. records, Defendant Santa Monica

26   College contributed manifested waste to the BKK Class I Facility. This manifested

27   waste contained Hazardous Substances that Defendant Santa Monica College

28   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

265

COMPLAINT
2:18-CV-5810

1  Defendant Santa Monica College has not incurred any response costs at the BKK

2  Class I Facility nor has it paid its fair share of response costs incurred by the

3  Plaintiffs at the BKK Class I Facility.

4      904.   According to historical BKK Corp. records, Defendant Sargent

5  Fletcher Inc. contributed manifested waste to the BKK Class I Facility. This

6  manifested waste contained Hazardous Substances that Defendant Sargent Fletcher

7  Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

8  Defendant Sargent Fletcher Inc. has not incurred any response costs at the BKK

9  Class I Facility nor has it paid its fair share of response costs incurred by the

10  Plaintiffs at the BKK Class I Facility.

11      905.   According to historical BKK Corp. records, Defendant Sargent

12  Industries Inc. contributed manifested waste to the BKK Class I Facility. This

13  manifested waste contained Hazardous Substances that Defendant Sargent

14  Industries Inc. generated and/or arranged for its disposal at the BKK Class I

15  Facility. To date, Defendant Sargent Industries Inc. has not incurred any response

16  costs at the BKK Class I Facility nor has it paid its fair share of response costs

17  incurred by the Plaintiffs at the BKK Class I Facility.

18      906.   According to historical BKK Corp. records, Defendant Schlitz

19  Brewing Co. contributed manifested waste to the BKK Class I Facility. This

20  manifested waste contained Hazardous Substances that Defendant Schlitz Brewing

21  Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

22  Defendant Schlitz Brewing Co. has not incurred any response costs at the BKK

23  Class I Facility nor has it paid its fair share of response costs incurred by the

24  Plaintiffs at the BKK Class I Facility.

25      907.   According to historical BKK Corp. records, Defendant Schroeder Tool

26  & Die Corp. contributed manifested waste to the BKK Class I Facility. This

27  manifested waste contained Hazardous Substances that Defendant Schroeder Tool

28  & Die Corp. generated and/or arranged for its disposal at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

266

COMPLAINT
2:18-CV-5810

To date, Defendant Schroeder Tool & Die Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

908.   According to historical BKK Corp. records, Defendant Scovill Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Scovill Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Scovill Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

909.   According to historical BKK Corp. records, Defendant SCS Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant SCS Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant SCS Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

910.   According to historical BKK Corp. records, Defendant Sea Land Service Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Sea Land Service Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Sea Land Service Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

911.   According to historical BKK Corp. records, Defendant Sea Lift Maritime contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Sea Lift Maritime generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Sea Lift Maritime has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

267

COMPLAINT
2:18-CV-5810

1  Class I Facility nor has it paid its fair share of response costs incurred by the
2  Plaintiffs at the BKK Class I Facility.

3      912.   According to historical BKK Corp. records, Defendant Sealright Co.
4  Inc. contributed manifested waste to the BKK Class I Facility. This manifested
5  waste contained Hazardous Substances that Defendant Sealright Co. Inc. generated
6  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
7  Sealright Co. Inc. has not incurred any response costs at the BKK Class I Facility
8  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
9  Class I Facility.

10     913.   According to historical BKK Corp. records, Defendant Security
11  Environmental Systems contributed manifested waste to the BKK Class I Facility.
12  This manifested waste contained Hazardous Substances that Defendant Security
13  Environmental Systems generated and/or arranged for its disposal at the BKK Class
14  I Facility. To date, Defendant Security Environmental Systems has not incurred any
15  response costs at the BKK Class I Facility nor has it paid its fair share of response
16  costs incurred by the Plaintiffs at the BKK Class I Facility.

17     914.   According to historical BKK Corp. records, Defendant Service
18  Chemical Co. contributed manifested waste to the BKK Class I Facility. This
19  manifested waste contained Hazardous Substances that Defendant Service
20  Chemical Co. generated and/or arranged for its disposal at the BKK Class I
21  Facility. To date, Defendant Service Chemical Co. has not incurred any response
22  costs at the BKK Class I Facility nor has it paid its fair share of response costs
23  incurred by the Plaintiffs at the BKK Class I Facility.

24     915.   According to historical BKK Corp. records, Defendant Shafco
25  Industries Inc. contributed manifested waste to the BKK Class I Facility. This
26  manifested waste contained Hazardous Substances that Defendant Shafco Industries
27  Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,
28  Defendant Shafco Industries Inc. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

268

COMPLAINT
2:18-CV-5810

1  Class I Facility nor has it paid its fair share of response costs incurred by the

2  Plaintiffs at the BKK Class I Facility.

3      916.   According to historical BKK Corp. records, Defendant Shasta Pan Oil

4  Co. contributed manifested waste to the BKK Class I Facility. This manifested

5  waste contained Hazardous Substances that Defendant Shasta Pan Oil Co.

6  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7  Defendant Shasta Pan Oil Co. has not incurred any response costs at the BKK Class

8  I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

9  the BKK Class I Facility.

10     917.   According to historical BKK Corp. records, Defendant Shoring

11  Engineers contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Shoring

13  Engineers generated and/or arranged for its disposal at the BKK Class I Facility. To

14  date, Defendant Shoring Engineers has not incurred any response costs at the BKK

15  Class I Facility nor has it paid its fair share of response costs incurred by the

16  Plaintiffs at the BKK Class I Facility.

17     918.   According to historical BKK Corp. records, Defendant Sierra Pacific

18  Container Corp. contributed manifested waste to the BKK Class I Facility. This

19  manifested waste contained Hazardous Substances that Defendant Sierra Pacific

20  Container Corp. generated and/or arranged for its disposal at the BKK Class I

21  Facility. To date, Defendant Sierra Pacific Container Corp. has not incurred any

22  response costs at the BKK Class I Facility nor has it paid its fair share of response

23  costs incurred by the Plaintiffs at the BKK Class I Facility.

24     919.   According to historical BKK Corp. records, Defendant Sierracin

25  Thermal System contributed manifested waste to the BKK Class I Facility. This

26  manifested waste contained Hazardous Substances that Defendant Sierracin

27  Thermal System generated and/or arranged for its disposal at the BKK Class I

28  Facility. To date, Defendant Sierracin Thermal System has not incurred any

1    response costs at the BKK Class I Facility nor has it paid its fair share of response

2    costs incurred by the Plaintiffs at the BKK Class I Facility.

3        920.   According to historical BKK Corp. records, Defendant Silicon

4    Systems contributed manifested waste to the BKK Class I Facility. This manifested

5    waste contained Hazardous Substances that Defendant Silicon Systems generated

6    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

7    Silicon Systems has not incurred any response costs at the BKK Class I Facility nor

8    has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

9    Class I Facility.

10       921.   According to historical BKK Corp. records, Defendant Simpson Paper

11   Co. contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant Simpson Paper Co.

13   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14   Defendant Simpson Paper Co. has not incurred any response costs at the BKK

15   Class I Facility nor has it paid its fair share of response costs incurred by the

16   Plaintiffs at the BKK Class I Facility.

17       922.   According to historical BKK Corp. records, Defendant Sinclair Paint

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant Sinclair Paint generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant Sinclair

21   Paint has not incurred any response costs at the BKK Class I Facility nor has it paid

22   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23       923.   According to historical BKK Corp. records, Defendant Singer

24   Aerospace contributed manifested waste to the BKK Class I Facility. This

25   manifested waste contained Hazardous Substances that Defendant Singer

26   Aerospace generated and/or arranged for its disposal at the BKK Class I Facility.

27   To date, Defendant Singer Aerospace has not incurred any response costs at the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES
                                        270                              COMPLAINT
                                                                         2:18-CV-5810

1    BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2    Plaintiffs at the BKK Class I Facility.

3        924.   According to historical BKK Corp. records, Defendant Snow Summit

4    Ski Corp. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Snow Summit

6    Ski Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To

7    date, Defendant Snow Summit Ski Corp. has not incurred any response costs at the

8    BKK Class I Facility nor has it paid its fair share of response costs incurred by the

9    Plaintiffs at the BKK Class I Facility.

10       925.   According to historical BKK Corp. records, Defendant Soabar Co.

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Soabar Co. generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant Soabar Co.

14   has not incurred any response costs at the BKK Class I Facility nor has it paid its

15   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

16       926.   According to historical BKK Corp. records, Defendant SoCal

17   Finishing Co. contributed manifested waste to the BKK Class I Facility. This

18   manifested waste contained Hazardous Substances that Defendant SoCal Finishing

19   Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

20   Defendant SoCal Finishing Co. has not incurred any response costs at the BKK

21   Class I Facility nor has it paid its fair share of response costs incurred by the

22   Plaintiffs at the BKK Class I Facility.

23       927.   According to historical BKK Corp. records, Defendant Southern

24   California Waste Reduction contributed manifested waste to the BKK Class I

25   Facility. This manifested waste contained Hazardous Substances that Defendant

26   Southern California Waste Reduction generated and/or arranged for its disposal at

27   the BKK Class I Facility. To date, Defendant Southern California Waste Reduction

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

271

COMPLAINT
2:18-CV-5810

1   has not incurred any response costs at the BKK Class I Facility nor has it paid its

2   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3       928.   According to historical BKK Corp. records, Defendant Soule Steel Co.

4   contributed manifested waste to the BKK Class I Facility. This manifested waste

5   contained Hazardous Substances that Defendant Soule Steel Co. generated and/or

6   arranged for its disposal at the BKK Class I Facility. To date, Defendant Soule

7   Steel Co. has not incurred any response costs at the BKK Class I Facility nor has it

8   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

9   Facility.

10       929.   According to historical BKK Corp. records, Defendant South Coast

11   County Water District contributed manifested waste to the BKK Class I Facility.

12   This manifested waste contained Hazardous Substances that Defendant South Coast

13   County Water District generated and/or arranged for its disposal at the BKK Class I

14   Facility. To date, Defendant South Coast County Water District has not incurred

15   any response costs at the BKK Class I Facility nor has it paid its fair share of

16   response costs incurred by the Plaintiffs at the BKK Class I Facility.

17       930.   According to historical BKK Corp. records, Defendant South West

18   Forest Products contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant South West

20   Forest Products generated and/or arranged for its disposal at the BKK Class I

21   Facility. To date, Defendant South West Forest Products has not incurred any

22   response costs at the BKK Class I Facility nor has it paid its fair share of response

23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24       931.   According to historical BKK Corp. records, Defendant Southern

25   California Drum Co. contributed manifested waste to the BKK Class I Facility.

26   This manifested waste contained Hazardous Substances that Defendant Southern

27   California Drum Co. generated and/or arranged for its disposal at the BKK Class I

28   Facility. To date, Defendant Southern California Drum Co. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

272

COMPLAINT
2:18-CV-5810

1 response costs at the BKK Class I Facility nor has it paid its fair share of response

2 costs incurred by the Plaintiffs at the BKK Class I Facility.

3      932.   According to historical BKK Corp. records, Defendant Southern

4 California Chemical contributed manifested waste to the BKK Class I Facility. This

5 manifested waste contained Hazardous Substances that Defendant Southern

6 California Chemical generated and/or arranged for its disposal at the BKK Class I

7 Facility. To date, Defendant Southern California Chemical has not incurred any

8 response costs at the BKK Class I Facility nor has it paid its fair share of response

9 costs incurred by the Plaintiffs at the BKK Class I Facility

10      933.   According to historical BKK Corp. records, Defendant Southwest

11 Aircraft Services contributed manifested waste to the BKK Class I Facility. This

12 manifested waste contained Hazardous Substances that Defendant Southwest

13 Aircraft Services generated and/or arranged for its disposal at the BKK Class I

14 Facility. To date, Defendant Southwest Aircraft Services has not incurred any

15 response costs at the BKK Class I Facility nor has it paid its fair share of response

16 costs incurred by the Plaintiffs at the BKK Class I Facility.

17      934.   According to historical BKK Corp. records, Defendant Southwest

18 Metal Co. contributed manifested waste to the BKK Class I Facility. This

19 manifested waste contained Hazardous Substances that Defendant Southwest Metal

20 Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

21 Defendant Southwest Metal Co. has not incurred any response costs at the BKK

22 Class I Facility nor has it paid its fair share of response costs incurred by the

23 Plaintiffs at the BKK Class I Facility.

24      935.   According to historical BKK Corp. records, Defendant Southwest

25 Petro Chemical contributed manifested waste to the BKK Class I Facility. This

26 manifested waste contained Hazardous Substances that Defendant Southwest Petro

27 Chemical generated and/or arranged for its disposal at the BKK Class I Facility. To

28 date, Defendant Southwest Petro Chemical has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

273

COMPLAINT
2:18-CV-5810

1    the BKK Class I Facility nor has it paid its fair share of response costs incurred by

2    the Plaintiffs at the BKK Class I Facility.

3        936.   According to historical BKK Corp. records, Defendant Southwest

4    Processors Inc. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Southwest

6    Processors Inc. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant Southwest Processors Inc. has not incurred any

8    response costs at the BKK Class I Facility nor has it paid its fair share of response

9    costs incurred by the Plaintiffs at the BKK Class I Facility.

10       937.   According to historical BKK Corp. records, Defendant Southwest

11   Steel Rolling Mills contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Southwest Steel

13   Rolling Mills generated and/or arranged for its disposal at the BKK Class I Facility.

14   To date, Defendant Southwest Steel Rolling Mills has not incurred any response

15   costs at the BKK Class I Facility nor has it paid its fair share of response costs

16   incurred by the Plaintiffs at the BKK Class I Facility.

17       938.   According to historical BKK Corp. records, Defendant Southwestern

18   Alloys Inc. contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Southwestern

20   Alloys Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

21   To date, Defendant Southwestern Alloys Inc. has not incurred any response costs at

22   the BKK Class I Facility nor has it paid its fair share of response costs incurred by

23   the Plaintiffs at the BKK Class I Facility.

24       939.   According to historical BKK Corp. records, Defendant Southwestern

25   Engineering contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Southwestern

27   Engineering generated and/or arranged for its disposal at the BKK Class I Facility.

28   To date, Defendant Southwestern Engineering has not incurred any response costs

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

274

COMPLAINT
2:18-CV-5810

at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

940.   According to historical BKK Corp. records, Defendant Space Ordinance Systems contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Space Ordinance Systems generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Space Ordinance Systems has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

941.   According to historical BKK Corp. records, Defendant Specific Plating Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Specific Plating Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Specific Plating Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

942.   According to historical BKK Corp. records, Defendant Spectrum Chemical Manufacturing Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Spectrum Chemical Manufacturing Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Spectrum Chemical Manufacturing Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

943.   According to historical BKK Corp. records, Defendant Spirit Silkscreen contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Spirit Silkscreen generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Spirit Silkscreen has not incurred any response costs at the BKK Class I

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

275

COMPLAINT
2:18-CV-5810

1   Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

2   the BKK Class I Facility.

3        944.   According to historical BKK Corp. records, Defendant SSP

4   Construction Equipment Inc. contributed manifested waste to the BKK Class I

5   Facility. This manifested waste contained Hazardous Substances that Defendant

6   SSP Construction Equipment Inc. generated and/or arranged for its disposal at the

7   BKK Class I Facility. To date, Defendant SSP Construction Equipment Inc. has not

8   incurred any response costs at the BKK Class I Facility nor has it paid its fair share

9   of response costs incurred by the Plaintiffs at the BKK Class I Facility.

10       945.   According to historical BKK Corp. records, Defendant Sta Rite

11   Industries Inc. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Sta Rite

13   Industries Inc. generated and/or arranged for its disposal at the BKK Class I

14   Facility. To date, Defendant Sta Rite Industries Inc. has not incurred any response

15   costs at the BKK Class I Facility nor has it paid its fair share of response costs

16   incurred by the Plaintiffs at the BKK Class I Facility.

17       946.   According to historical BKK Corp. records, Defendant Standard

18   Brands Paint Co. Inc. contributed manifested waste to the BKK Class I Facility.

19   This manifested waste contained Hazardous Substances that Defendant Standard

20   Brands Paint Co. Inc. generated and/or arranged for its disposal at the BKK Class I

21   Facility. To date, Defendant Standard Brands Paint Co. Inc. has not incurred any

22   response costs at the BKK Class I Facility nor has it paid its fair share of response

23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24       947.   According to historical BKK Corp. records, Defendant Standard

25   Concrete contributed manifested waste to the BKK Class I Facility. This manifested

26   waste contained Hazardous Substances that Defendant Standard Concrete generated

27   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

28   Standard Concrete has not incurred any response costs at the BKK Class I Facility

1    nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

2    Class I Facility.

3          948.   According to historical BKK Corp. records, Defendant Standard

4    Crankshaft Inc. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Standard

6    Crankshaft Inc. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant Standard Crankshaft Inc. has not incurred any response

8    costs at the BKK Class I Facility nor has it paid its fair share of response costs

9    incurred by the Plaintiffs at the BKK Class I Facility.

10         949.   According to historical BKK Corp. records, Defendant Standard Felt

11   Co. contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant Standard Felt Co. generated

13   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

14   Standard Felt Co. has not incurred any response costs at the BKK Class I Facility

15   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

16   Class I Facility.

17         950.   According to historical BKK Corp. records, Defendant Standard

18   Industrial Towel & Uniform contributed manifested waste to the BKK Class I

19   Facility. This manifested waste contained Hazardous Substances that Defendant

20   Standard Industrial Towel & Uniform generated and/or arranged for its disposal at

21   the BKK Class I Facility. To date, Defendant Standard Industrial Towel & Uniform

22   has not incurred any response costs at the BKK Class I Facility nor has it paid its

23   fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

24         951.   According to historical BKK Corp. records, Defendant Standard

25   Nickel Chromium Plating contributed manifested waste to the BKK Class I

26   Facility. This manifested waste contained Hazardous Substances that Defendant

27   Standard Nickel Chromium Plating generated and/or arranged for its disposal at the

28   BKK Class I Facility. To date, Defendant Standard Nickel Chromium Plating has

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

277

COMPLAINT
2:18-CV-5810

1  not incurred any response costs at the BKK Class I Facility nor has it paid its fair

2  share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3      952.   According to historical BKK Corp. records, Defendant Standun Inc.

4  contributed manifested waste to the BKK Class I Facility. This manifested waste

5  contained Hazardous Substances that Defendant Standun Inc. generated and/or

6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Standun

7  Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

8  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9      953.   According to historical BKK Corp. records, Defendant Stang

10 Hydronics contributed manifested waste to the BKK Class I Facility. This

11 manifested waste contained Hazardous Substances that Defendant Stang Hydronics

12 generated and/or arranged for its disposal at the BKK Class I Facility. To date,

13 Defendant Stang Hydronics has not incurred any response costs at the BKK Class I

14 Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

15 the BKK Class I Facility.

16     954.   According to historical BKK Corp. records, Defendant Stanley Door

17 Systems contributed manifested waste to the BKK Class I Facility. This manifested

18 waste contained Hazardous Substances that Defendant Stanley Door Systems

19 generated and/or arranged for its disposal at the BKK Class I Facility. To date,

20 Defendant Stanley Door Systems has not incurred any response costs at the BKK

21 Class I Facility nor has it paid its fair share of response costs incurred by the

22 Plaintiffs at the BKK Class I Facility.

23     955.   According to historical BKK Corp. records, Defendant Stanton

24 Construction contributed manifested waste to the BKK Class I Facility. This

25 manifested waste contained Hazardous Substances that Defendant Stanton

26 Construction generated and/or arranged for its disposal at the BKK Class I Facility.

27 To date, Defendant Stanton Construction has not incurred any response costs at the

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

278

COMPLAINT
2:18-CV-5810

1   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3   956.   According to historical BKK Corp. records, Defendant Star Nameplate

4   Co. contributed manifested waste to the BKK Class I Facility. This manifested

5   waste contained Hazardous Substances that Defendant Star Nameplate Co.

6   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7   Defendant Star Nameplate Co. has not incurred any response costs at the BKK

8   Class I Facility nor has it paid its fair share of response costs incurred by the

9   Plaintiffs at the BKK Class I Facility.

10   957.   According to historical BKK Corp. records, Defendant Statek Corp.

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Statek Corp. generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant Statek

14   Corp. has not incurred any response costs at the BKK Class I Facility nor has it

15   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16   Facility.

17   958.   According to historical BKK Corp. records, Defendant Statewide

18   Environmental Services contributed manifested waste to the BKK Class I Facility.

19   This manifested waste contained Hazardous Substances that Defendant Statewide

20   Environmental Services generated and/or arranged for its disposal at the BKK Class

21   I Facility. To date, Defendant Statewide Environmental Services has not incurred

22   any response costs at the BKK Class I Facility nor has it paid its fair share of

23   response costs incurred by the Plaintiffs at the BKK Class I Facility.

24   959.   According to historical BKK Corp. records, Defendant Stephen C.

25   Groat Development contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Stephen C. Groat

27   Development generated and/or arranged for its disposal at the BKK Class I Facility.

28   To date, Defendant Stephen C. Groat Development has not incurred any response

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

279

COMPLAINT
2:18-CV-5810

1    costs at the BKK Class I Facility nor has it paid its fair share of response costs
2    incurred by the Plaintiffs at the BKK Class I Facility.

3    960.    According to historical BKK Corp. records, Defendant Steponovich &
4    Long contributed manifested waste to the BKK Class I Facility. This manifested
5    waste contained Hazardous Substances that Defendant Steponovich & Long
6    generated and/or arranged for its disposal at the BKK Class I Facility. To date,
7    Defendant Steponovich & Long has not incurred any response costs at the BKK
8    Class I Facility nor has it paid its fair share of response costs incurred by the
9    Plaintiffs at the BKK Class I Facility.

10    961.    According to historical BKK Corp. records, Defendant Steverson Bros
11    contributed manifested waste to the BKK Class I Facility. This manifested waste
12    contained Hazardous Substances that Defendant Steverson Bros generated and/or
13    arranged for its disposal at the BKK Class I Facility. To date, Defendant Steverson
14    Bros has not incurred any response costs at the BKK Class I Facility nor has it paid
15    its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

16    962.    According to historical BKK Corp. records, Defendant Stinnes
17    Western Chemical Corp. contributed manifested waste to the BKK Class I Facility.
18    This manifested waste contained Hazardous Substances that Defendant Stinnes
19    Western Chemical Corp. generated and/or arranged for its disposal at the BKK
20    Class I Facility. To date, Defendant Stinnes Western Chemical Corp. has not
21    incurred any response costs at the BKK Class I Facility nor has it paid its fair share
22    of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23    963.    According to historical BKK Corp. records, Defendant Stutzman
24    Plating contributed manifested waste to the BKK Class I Facility. This manifested
25    waste contained Hazardous Substances that Defendant Stutzman Plating generated
26    and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
27    Stutzman Plating has not incurred any response costs at the BKK Class I Facility

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

280

COMPLAINT
2:18-CV-5810

nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

964.   According to historical BKK Corp. records, Defendant Summit Ink Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Summit Ink Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Summit Ink Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

965.   According to historical BKK Corp. records, Defendant Summit Lighthouse contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Summit Lighthouse generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Summit Lighthouse has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

966.   According to historical BKK Corp. records, Defendant Sun Exploration contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Sun Exploration generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Sun Exploration has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

967.   According to historical BKK Corp. records, Defendant Super Tech contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Super Tech generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Super

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R
281
COMPLAINT
2:18-CV-5810

1   Tech has not incurred any response costs at the BKK Class I Facility nor has it paid

2   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

3       968.   According to historical BKK Corp. records, Defendant Superchrome

4   Engineering Co. contributed manifested waste to the BKK Class I Facility. This

5   manifested waste contained Hazardous Substances that Defendant Superchrome

6   Engineering Co. generated and/or arranged for its disposal at the BKK Class I

7   Facility. To date, Defendant Superchrome Engineering Co. has not incurred any

8   response costs at the BKK Class I Facility nor has it paid its fair share of response

9   costs incurred by the Plaintiffs at the BKK Class I Facility.

10      969.   According to historical BKK Corp. records, Defendant Superior

11  Industrial Pumping contributed manifested waste to the BKK Class I Facility. This

12  manifested waste contained Hazardous Substances that Defendant Superior

13  Industrial Pumping generated and/or arranged for its disposal at the BKK Class I

14  Facility. To date, Defendant Superior Industrial Pumping has not incurred any

15  response costs at the BKK Class I Facility nor has it paid its fair share of response

16  costs incurred by the Plaintiffs at the BKK Class I Facility.

17      970.   According to historical BKK Corp. records, Defendant Superior

18  Pacific Galvanizing Co. contributed manifested waste to the BKK Class I Facility.

19  This manifested waste contained Hazardous Substances that Defendant Superior

20  Pacific Galvanizing Co. generated and/or arranged for its disposal at the BKK Class

21  I Facility. To date, Defendant Superior Pacific Galvanizing Co. has not incurred

22  any response costs at the BKK Class I Facility nor has it paid its fair share of

23  response costs incurred by the Plaintiffs at the BKK Class I Facility.

24      971.   According to historical BKK Corp. records, Defendant Superior

25  Plating contributed manifested waste to the BKK Class I Facility. This manifested

26  waste contained Hazardous Substances that Defendant Superior Plating generated

27  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

28  Superior Plating has not incurred any response costs at the BKK Class I Facility nor

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

282

COMPLAINT
2:18-CV-5810

has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

972.   According to historical BKK Corp. records, Defendant Synres Chemical Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Synres Chemical Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Synres Chemical Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

973.   According to historical BKK Corp. records, Defendant Systems Furniture Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Systems Furniture Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Systems Furniture Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

974.   According to historical BKK Corp. records, Defendant T. P. Hearne Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant T. P. Hearne Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant T. P. Hearne Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

975.   According to historical BKK Corp. records, Defendant T. P. Industrial Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant T. P. Industrial Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant T. P. Industrial Inc. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

283

COMPLAINT
2:18-CV-5810

Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

976.   According to historical BKK Corp. records, Defendant Tac Aluminum Processing contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Tac Aluminum Processing generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Tac Aluminum Processing has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

977.   According to historical BKK Corp. records, Defendant Tapmatic Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Tapmatic Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Tapmatic Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

978.   According to historical BKK Corp. records, Defendant Target Chemical Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Target Chemical Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Target Chemical Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

979.   According to historical BKK Corp. records, Defendant Tarnutzer Venture contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Tarnutzer Venture generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Tarnutzer Venture has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

284

COMPLAINT
2:18-CV-5810

nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

980.   According to historical BKK Corp. records, Defendant Teal Industries contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Teal Industries generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Teal Industries has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

981.   According to historical BKK Corp. records, Defendant Technibilt Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Technibilt Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Technibilt Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

982.   According to historical BKK Corp. records, Defendant Ted Levine Drum contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Ted Levine Drum generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Ted Levine Drum has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

983.   According to historical BKK Corp. records, Defendant Tenneco Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Tenneco Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Tenneco Oil Co. has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

285

COMPLAINT
2:18-CV-5810

1    nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
2    Class I Facility.

3        984.   According to historical BKK Corp. records, Defendant Teradyne
4    contributed manifested waste to the BKK Class I Facility. This manifested waste
5    contained Hazardous Substances that Defendant Teradyne generated and/or
6    arranged for its disposal at the BKK Class I Facility. To date, Defendant Teradyne
7    has not incurred any response costs at the BKK Class I Facility nor has it paid its
8    fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9        985.   According to historical BKK Corp. records, Defendant Texas
10   Instruments Inc. contributed manifested waste to the BKK Class I Facility. This
11   manifested waste contained Hazardous Substances that Defendant Texas
12   Instruments Inc. generated and/or arranged for its disposal at the BKK Class I
13   Facility. To date, Defendant Texas Instruments Inc. has not incurred any response
14   costs at the BKK Class I Facility nor has it paid its fair share of response costs
15   incurred by the Plaintiffs at the BKK Class I Facility.

16       986.   According to historical BKK Corp. records, Defendant Texas
17   Polymers contributed manifested waste to the BKK Class I Facility. This
18   manifested waste contained Hazardous Substances that Defendant Texas Polymers
19   generated and/or arranged for its disposal at the BKK Class I Facility. To date,
20   Defendant Texas Polymers has not incurred any response costs at the BKK Class I
21   Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at
22   the BKK Class I Facility.

23       987.   According to historical BKK Corp. records, Defendant Textured
24   Coatings contributed manifested waste to the BKK Class I Facility. This manifested
25   waste contained Hazardous Substances that Defendant Textured Coatings generated
26   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
27   Textured Coatings has not incurred any response costs at the BKK Class I Facility

28

nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

988.   According to historical BKK Corp. records, Defendant TGI Fridays contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant TGI Fridays generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant TGI Fridays has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

989.   According to historical BKK Corp. records, Defendant Thatcher Glass contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Thatcher Glass generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Thatcher Glass has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

990.   According to historical BKK Corp. records, Defendant Thompson Tank Construction contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Thompson Tank Construction generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Thompson Tank Construction has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

991.   According to historical BKK Corp. records, Defendant Thrifty Mart Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Thrifty Mart Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Thrifty Mart Co. has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

287

COMPLAINT
2:18-CV-5810

1  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

2  Class I Facility.

3     992.   According to historical BKK Corp. records, Defendant Thrifty Oil Co.

4  contributed manifested waste to the BKK Class I Facility. This manifested waste

5  contained Hazardous Substances that Defendant Thrifty Oil Co. generated and/or

6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Thrifty Oil

7  Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

8  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9     993.   According to historical BKK Corp. records, Defendant Timco

10  contributed manifested waste to the BKK Class I Facility. This manifested waste

11  contained Hazardous Substances that Defendant Timco generated and/or arranged

12  for its disposal at the BKK Class I Facility. To date, Defendant Timco has not

13  incurred any response costs at the BKK Class I Facility nor has it paid its fair share

14  of response costs incurred by the Plaintiffs at the BKK Class I Facility.

15     994.   According to historical BKK Corp. records, Defendant Times Mirror

16  Press contributed manifested waste to the BKK Class I Facility. This manifested

17  waste contained Hazardous Substances that Defendant Times Mirror Press

18  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

19  Defendant Times Mirror Press has not incurred any response costs at the BKK

20  Class I Facility nor has it paid its fair share of response costs incurred by the

21  Plaintiffs at the BKK Class I Facility.

22     995.   According to historical BKK Corp. records, Defendant Tiodize Co.

23  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

24  waste contained Hazardous Substances that Defendant Tiodize Co. Inc. generated

25  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

26  Tiodize Co. Inc. has not incurred any response costs at the BKK Class I Facility nor

27  has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

28  Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

288

COMPLAINT
2:18-CV-5810

996.   According to historical BKK Corp. records, Defendant Titech International Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Titech International Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Titech International Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

997.   According to historical BKK Corp. records, Defendant TMC Properties LLC contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant TMC Properties LLC generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant TMC Properties LLC has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

998.   According to historical BKK Corp. records, Defendant Tomadur Engine contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Tomadur Engine generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Tomadur Engine has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

999.   According to historical BKK Corp. records, Defendant Tool & Jig Plating contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Tool & Jig Plating generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Tool & Jig Plating has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

289

COMPLAINT
2:18-CV-5810

1000. According to historical BKK Corp. records, Defendant Tooley & Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Tooley & Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Tooley & Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1001. According to historical BKK Corp. records, Defendant Torrance Business Park contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Torrance Business Park generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Torrance Business Park has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1002. According to historical BKK Corp. records, Defendant Trans Harbor Service contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Trans Harbor Service generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Trans Harbor Service has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1003. According to historical BKK Corp. records, Defendant Transequip Pacific Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Transequip Pacific Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Transequip Pacific Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

290

COMPLAINT
2:18-CV-5810

1004. According to historical BKK Corp. records, Defendant TRE Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant TRE Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant TRE Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1005. According to historical BKK Corp. records, Defendant Treatolite Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Treatolite Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Treatolite Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1006. According to historical BKK Corp. records, Defendant Trent Tube Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Trent Tube Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Trent Tube Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1007. According to historical BKK Corp. records, Defendant Trewax Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Trewax Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Trewax Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1008. According to historical BKK Corp. records, Defendant Triad Marine & Industrial Cleaning contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Triad Marine &

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

291

COMPLAINT
2:18-CV-5810

1   Industrial Cleaning generated and/or arranged for its disposal at the BKK Class I

2   Facility. To date, Defendant Triad Marine & Industrial Cleaning has not incurred

3   any response costs at the BKK Class I Facility nor has it paid its fair share of

4   response costs incurred by the Plaintiffs at the BKK Class I Facility.

5       1009.  According to historical BKK Corp. records, Defendant Trico

6   Industries Inc. contributed manifested waste to the BKK Class I Facility. This

7   manifested waste contained Hazardous Substances that Defendant Trico Industries

8   Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

9   Defendant Trico Industries Inc. has not incurred any response costs at the BKK

10  Class I Facility nor has it paid its fair share of response costs incurred by the

11  Plaintiffs at the BKK Class I Facility.

12      1010.  According to historical BKK Corp. records, Defendant Tri-County

13  Insulation Co. Inc. contributed manifested waste to the BKK Class I Facility. This

14  manifested waste contained Hazardous Substances that Defendant Tri-County

15  Insulation Co. Inc. generated and/or arranged for its disposal at the BKK Class I

16  Facility. To date, Defendant Tri-County Insulation Co. Inc. has not incurred any

17  response costs at the BKK Class I Facility nor has it paid its fair share of response

18  costs incurred by the Plaintiffs at the BKK Class I Facility.

19      1011.  According to historical BKK Corp. records, Defendant Trimm

20  Industries contributed manifested waste to the BKK Class I Facility. This

21  manifested waste contained Hazardous Substances that Defendant Trimm Industries

22  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

23  Defendant Trimm Industries has not incurred any response costs at the BKK Class I

24  Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

25  the BKK Class I Facility.

26      1012.  According to historical BKK Corp. records, Defendant Trizec

27  Properties contributed manifested waste to the BKK Class I Facility. This

28  manifested waste contained Hazardous Substances that Defendant Trizec Properties

292

1    generated and/or arranged for its disposal at the BKK Class I Facility. To date,

2    Defendant Trizec Properties has not incurred any response costs at the BKK Class I

3    Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

4    the BKK Class I Facility.

5        1013. According to historical BKK Corp. records, Defendant Trojan Battery

6    Co. contributed manifested waste to the BKK Class I Facility. This manifested

7    waste contained Hazardous Substances that Defendant Trojan Battery Co.

8    generated and/or arranged for its disposal at the BKK Class I Facility. To date,

9    Defendant Trojan Battery Co. has not incurred any response costs at the BKK Class

10   I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

11   the BKK Class I Facility.

12       1014. According to historical BKK Corp. records, Defendant Truck

13   Transport contributed manifested waste to the BKK Class I Facility. This

14   manifested waste contained Hazardous Substances that Defendant Truck Transport

15   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

16   Defendant Truck Transport has not incurred any response costs at the BKK Class I

17   Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

18   the BKK Class I Facility.

19       1015. According to historical BKK Corp. records, Defendant Trumbull

20   Asphalt Co. contributed manifested waste to the BKK Class I Facility. This

21   manifested waste contained Hazardous Substances that Defendant Trumbull

22   Asphalt Co. generated and/or arranged for its disposal at the BKK Class I Facility.

23   To date, Defendant Trumbull Asphalt Co. has not incurred any response costs at the

24   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

25   Plaintiffs at the BKK Class I Facility.

26       1016. According to historical BKK Corp. records, Defendant Tubing Seal

27   Cap Co. contributed manifested waste to the BKK Class I Facility. This manifested

28   waste contained Hazardous Substances that Defendant Tubing Seal Cap Co.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

293

COMPLAINT
2:18-CV-5810

1  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

2  Defendant Tubing Seal Cap Co. has not incurred any response costs at the BKK

3  Class I Facility nor has it paid its fair share of response costs incurred by the

4  Plaintiffs at the BKK Class I Facility.

5       1017. According to historical BKK Corp. records, Defendant U.S. Borax &

6  Chemical Corp. contributed manifested waste to the BKK Class I Facility. This

7  manifested waste contained Hazardous Substances that Defendant U.S. Borax &

8  Chemical Corp. generated and/or arranged for its disposal at the BKK Class I

9  Facility. To date, Defendant U.S. Borax & Chemical Corp. has not incurred any

10  response costs at the BKK Class I Facility nor has it paid its fair share of response

11  costs incurred by the Plaintiffs at the BKK Class I Facility.

12       1018. According to historical BKK Corp. records, Defendant U.S. Brass

13  Division contributed manifested waste to the BKK Class I Facility. This manifested

14  waste contained Hazardous Substances that Defendant U.S. Brass Division

15  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

16  Defendant U.S. Brass Division has not incurred any response costs at the BKK

17  Class I Facility nor has it paid its fair share of response costs incurred by the

18  Plaintiffs at the BKK Class I Facility.

19       1019. According to historical BKK Corp. records, Defendant U.S. Filters

20  contributed manifested waste to the BKK Class I Facility. This manifested waste

21  contained Hazardous Substances that Defendant U.S. Filters generated and/or

22  arranged for its disposal at the BKK Class I Facility. To date, Defendant U.S.

23  Filters has not incurred any response costs at the BKK Class I Facility nor has it

24  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

25  Facility.

26       1020. According to historical BKK Corp. records, Defendant U.S. Reduction

27  Co. contributed manifested waste to the BKK Class I Facility. This manifested

28  waste contained Hazardous Substances that Defendant U.S. Reduction Co.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

294

COMPLAINT
2:18-CV-5810

1   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

2   Defendant U.S. Reduction Co. has not incurred any response costs at the BKK

3   Class I Facility nor has it paid its fair share of response costs incurred by the

4   Plaintiffs at the BKK Class I Facility.

5       1021. According to historical BKK Corp. records, Defendant Union

6   Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

7   manifested waste contained Hazardous Substances that Defendant Union

8   Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

9   Facility. To date, Defendant Union Manufacturing Co. has not incurred any

10   response costs at the BKK Class I Facility nor has it paid its fair share of response

11   costs incurred by the Plaintiffs at the BKK Class I Facility.

12       1022. According to historical BKK Corp. records, Defendant Union Packing

13   contributed manifested waste to the BKK Class I Facility. This manifested waste

14   contained Hazardous Substances that Defendant Union Packing generated and/or

15   arranged for its disposal at the BKK Class I Facility. To date, Defendant Union

16   Packing has not incurred any response costs at the BKK Class I Facility nor has it

17   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

18   Facility.

19       1023. According to historical BKK Corp. records, Defendant Union Tribune

20   Publishing Co. contributed manifested waste to the BKK Class I Facility. This

21   manifested waste contained Hazardous Substances that Defendant Union Tribune

22   Publishing Co. generated and/or arranged for its disposal at the BKK Class I

23   Facility. To date, Defendant Union Tribune Publishing Co. has not incurred any

24   response costs at the BKK Class I Facility nor has it paid its fair share of response

25   costs incurred by the Plaintiffs at the BKK Class I Facility.

26       1024. According to historical BKK Corp. records, Defendant United

27   Coatings Inc. contributed manifested waste to the BKK Class I Facility. This

28   manifested waste contained Hazardous Substances that Defendant United Coatings

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT
2:18-CV-5810

Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant United Coatings Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1025.  According to historical BKK Corp. records, Defendant United Foam Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant United Foam Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant United Foam Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1026.  According to historical BKK Corp. records, Defendant Unitog Rental Services Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Unitog Rental Services Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Unitog Rental Services Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1027.  According to historical BKK Corp. records, Defendant Universal Circuits Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Universal Circuits Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Universal Circuits Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1028.  According to historical BKK Corp. records, Defendant Universal Paint Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Universal Paint Corp.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

296

COMPLAINT
2:18-CV-5810

1   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

2   Defendant Universal Paint Corp. has not incurred any response costs at the BKK

3   Class I Facility nor has it paid its fair share of response costs incurred by the

4   Plaintiffs at the BKK Class I Facility.

5        1029.  According to historical BKK Corp. records, Defendant Universal

6   Propulsion Co. contributed manifested waste to the BKK Class I Facility. This

7   manifested waste contained Hazardous Substances that Defendant Universal

8   Propulsion Co. generated and/or arranged for its disposal at the BKK Class I

9   Facility. To date, Defendant Universal Propulsion Co. has not incurred any

10  response costs at the BKK Class I Facility nor has it paid its fair share of response

11  costs incurred by the Plaintiffs at the BKK Class I Facility.

12       1030.  According to historical BKK Corp. records, Defendant USA

13  Petroleum contributed manifested waste to the BKK Class I Facility. This

14  manifested waste contained Hazardous Substances that Defendant USA Petroleum

15  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

16  Defendant USA Petroleum has not incurred any response costs at the BKK Class I

17  Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at

18  the BKK Class I Facility.

19       1031.  According to historical BKK Corp. records, Defendant Val Circuits

20  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

21  waste contained Hazardous Substances that Defendant Val Circuits Inc. generated

22  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Val

23  Circuits Inc. has not incurred any response costs at the BKK Class I Facility nor has

24  it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

25  Facility.

26       1032.  According to historical BKK Corp. records, Defendant Valco

27  contributed manifested waste to the BKK Class I Facility. This manifested waste

28  contained Hazardous Substances that Defendant Valco generated and/or arranged

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

297

COMPLAINT
2:18-CV-5810

for its disposal at the BKK Class I Facility. To date, Defendant Valco has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1033. According to historical BKK Corp. records, Defendant Valentec International Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Valentec International Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Valentec International Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1034. According to historical BKK Corp. records, Defendant Valley Brake Bond Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Valley Brake Bond Co. Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Valley Brake Bond Co. Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1035. According to historical BKK Corp. records, Defendant Valley Friction Materials contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Valley Friction Materials generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Valley Friction Materials has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1036. According to historical BKK Corp. records, Defendant Van De Kamp contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Van De Kamp generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Van De

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

298

COMPLAINT
2:18-CV-5810

1    Kamp has not incurred any response costs at the BKK Class I Facility nor has it

2    paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

3    Facility.

4         1037.  According to historical BKK Corp. records, Defendant Van Der Horst

5    Corp. contributed manifested waste to the BKK Class I Facility. This manifested

6    waste contained Hazardous Substances that Defendant Van Der Horst Corp.

7    generated and/or arranged for its disposal at the BKK Class I Facility. To date,

8    Defendant Van Der Horst Corp. has not incurred any response costs at the BKK

9    Class I Facility nor has it paid its fair share of response costs incurred by the

10   Plaintiffs at the BKK Class I Facility.

11        1038.  According to historical BKK Corp. records, Defendant Vantico A. &

12   T. US Inc. contributed manifested waste to the BKK Class I Facility. This

13   manifested waste contained Hazardous Substances that Defendant Vantico A. & T.

14   US Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To

15   date, Defendant Vantico A. & T. US Inc. has not incurred any response costs at the

16   BKK Class I Facility nor has it paid its fair share of response costs incurred by the

17   Plaintiffs at the BKK Class I Facility.

18        1039.  According to historical BKK Corp. records, Defendant Ventura

19   Transfer Co. contributed manifested waste to the BKK Class I Facility. This

20   manifested waste contained Hazardous Substances that Defendant Ventura Transfer

21   Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

22   Defendant Ventura Transfer Co. has not incurred any response costs at the BKK

23   Class I Facility nor has it paid its fair share of response costs incurred by the

24   Plaintiffs at the BKK Class I Facility.

25        1040.  According to historical BKK Corp. records, Defendant Vernon Leather

26   Co. contributed manifested waste to the BKK Class I Facility. This manifested

27   waste contained Hazardous Substances that Defendant Vernon Leather Co.

28   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

299

COMPLAINT
2:18-CV-5810

1   Defendant Vernon Leather Co. has not incurred any response costs at the BKK
2   Class I Facility nor has it paid its fair share of response costs incurred by the
3   Plaintiffs at the BKK Class I Facility.

4        1041.  According to historical BKK Corp. records, Defendant Visitron Corp.
5   contributed manifested waste to the BKK Class I Facility. This manifested waste
6   contained Hazardous Substances that Defendant Visitron Corp. generated and/or
7   arranged for its disposal at the BKK Class I Facility. To date, Defendant Visitron
8   Corp. has not incurred any response costs at the BKK Class I Facility nor has it
9   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I
10  Facility.

11       1042.  According to historical BKK Corp. records, Defendant Vista Metals
12  Corp. contributed manifested waste to the BKK Class I Facility. This manifested
13  waste contained Hazardous Substances that Defendant Vista Metals Corp.
14  generated and/or arranged for its disposal at the BKK Class I Facility. To date,
15  Defendant Vista Metals Corp. has not incurred any response costs at the BKK Class
16  I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at
17  the BKK Class I Facility.

18       1043.  According to historical BKK Corp. records, Defendant Voi Shan
19  contributed manifested waste to the BKK Class I Facility. This manifested waste
20  contained Hazardous Substances that Defendant Voi Shan generated and/or
21  arranged for its disposal at the BKK Class I Facility. To date, Defendant Voi Shan
22  has not incurred any response costs at the BKK Class I Facility nor has it paid its
23  fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

24       1044.  According to historical BKK Corp. records, Defendant Vons
25  Companies Inc. contributed manifested waste to the BKK Class I Facility. This
26  manifested waste contained Hazardous Substances that Defendant Vons Companies
27  Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,
28  Defendant Vons Companies Inc. has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

300

COMPLAINT
2:18-CV-5810

1    Class I Facility nor has it paid its fair share of response costs incurred by the

2    Plaintiffs at the BKK Class I Facility.

3        1045.  According to historical BKK Corp. records, Defendant W. L.

4    Chapman Co. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant W. L. Chapman

6    Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7    Defendant W. L. Chapman Co. has not incurred any response costs at the BKK

8    Class I Facility nor has it paid its fair share of response costs incurred by the

9    Plaintiffs at the BKK Class I Facility.

10       1046.  According to historical BKK Corp. records, Defendant W. S. Hatch

11   Co. contributed manifested waste to the BKK Class I Facility. This manifested

12   waste contained Hazardous Substances that Defendant W. S. Hatch Co. generated

13   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant W.

14   S. Hatch Co. has not incurred any response costs at the BKK Class I Facility nor

15   has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

16   Class I Facility.

17       1047.  According to historical BKK Corp. records, Defendant W. Smith Co.

18   contributed manifested waste to the BKK Class I Facility. This manifested waste

19   contained Hazardous Substances that Defendant W. Smith Co. generated and/or

20   arranged for its disposal at the BKK Class I Facility. To date, Defendant W. Smith

21   Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

22   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

23       1048.  According to historical BKK Corp. records, Defendant W. W. Henry

24   Co. contributed manifested waste to the BKK Class I Facility. This manifested

25   waste contained Hazardous Substances that Defendant W. W. Henry Co. generated

26   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant W.

27   W. Henry Co. has not incurred any response costs at the BKK Class I Facility nor

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

301

COMPLAINT
2:18-CV-5810

has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1049. According to historical BKK Corp. records, Defendant W. W. Irwin Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant W. W. Irwin Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant W. W. Irwin Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1050. According to historical BKK Corp. records, Defendant Wadco contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Wadco generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Wadco has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1051. According to historical BKK Corp. records, Defendant Warners Dead Stock contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Warners Dead Stock generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Warners Dead Stock has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1052. According to historical BKK Corp. records, Defendant Waterfront Services contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Waterfront Services generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Waterfront Services has not incurred any response costs at the BKK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

302

COMPLAINT
2:18-CV-5810

1   Class I Facility nor has it paid its fair share of response costs incurred by the

2   Plaintiffs at the BKK Class I Facility.

3       1053. According to historical BKK Corp. records, Defendant Waymire Drum

4   Co. Inc. contributed manifested waste to the BKK Class I Facility. This manifested

5   waste contained Hazardous Substances that Defendant Waymire Drum Co. Inc.

6   generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7   Defendant Waymire Drum Co. Inc. has not incurred any response costs at the BKK

8   Class I Facility nor has it paid its fair share of response costs incurred by the

9   Plaintiffs at the BKK Class I Facility.

10       1054. According to historical BKK Corp. records, Defendant Weber Aircraft

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Weber Aircraft generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant Weber

14   Aircraft has not incurred any response costs at the BKK Class I Facility nor has it

15   paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

16   Facility.

17       1055. According to historical BKK Corp. records, Defendant Weber Metals

18   Inc. contributed manifested waste to the BKK Class I Facility. This manifested

19   waste contained Hazardous Substances that Defendant Weber Metals Inc. generated

20   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

21   Weber Metals Inc. has not incurred any response costs at the BKK Class I Facility

22   nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23   Class I Facility.

24       1056. According to historical BKK Corp. records, Defendant Welchs

25   Uniform contributed manifested waste to the BKK Class I Facility. This manifested

26   waste contained Hazardous Substances that Defendant Welchs Uniform generated

27   and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

28   Welchs Uniform has not incurred any response costs at the BKK Class I Facility

1  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
2  Class I Facility.

3      1057.  According to historical BKK Corp. records, Defendant Well Tech Inc.
4  contributed manifested waste to the BKK Class I Facility. This manifested waste
5  contained Hazardous Substances that Defendant Well Tech Inc. generated and/or
6  arranged for its disposal at the BKK Class I Facility. To date, Defendant Well Tech
7  Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid
8  its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9      1058.  According to historical BKK Corp. records, Defendant Wells Marine
10  Inc. contributed manifested waste to the BKK Class I Facility. This manifested
11  waste contained Hazardous Substances that Defendant Wells Marine Inc. generated
12  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
13  Wells Marine Inc. has not incurred any response costs at the BKK Class I Facility
14  nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK
15  Class I Facility.

16      1059.  According to historical BKK Corp. records, Defendant Wescal
17  Industries contributed manifested waste to the BKK Class I Facility. This
18  manifested waste contained Hazardous Substances that Defendant Wescal
19  Industries generated and/or arranged for its disposal at the BKK Class I Facility. To
20  date, Defendant Wescal Industries has not incurred any response costs at the BKK
21  Class I Facility nor has it paid its fair share of response costs incurred by the
22  Plaintiffs at the BKK Class I Facility.

23      1060.  According to historical BKK Corp. records, Defendant Wesco
24  Products contributed manifested waste to the BKK Class I Facility. This manifested
25  waste contained Hazardous Substances that Defendant Wesco Products generated
26  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant
27  Wesco Products has not incurred any response costs at the BKK Class I Facility nor

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

304

COMPLAINT
2:18-CV-5810

has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1061.  According to historical BKK Corp. records, Defendant Weslock Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Weslock Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Weslock Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1062.  According to historical BKK Corp. records, Defendant West American Rubber contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant West American Rubber generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant West American Rubber has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1063.  According to historical BKK Corp. records, Defendant West Valley Toyota contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant West Valley Toyota generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant West Valley Toyota has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1064.  According to historical BKK Corp. records, Defendant Western Circuits contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Western Circuits generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Western Circuits has not incurred any response costs at the BKK Class I Facility

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

305

COMPLAINT
2:18-CV-5810

nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1065. According to historical BKK Corp. records, Defendant Western Dyeing & Finishing contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Western Dyeing & Finishing generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Western Dyeing & Finishing has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1066. According to historical BKK Corp. records, Defendant Western Electroplating Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Western Electroplating Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Western Electroplating Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1067. According to historical BKK Corp. records, Defendant Western Fuel Oil Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Western Fuel Oil Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Western Fuel Oil Co. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1068. According to historical BKK Corp. records, Defendant Western Galvanizing Co. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Western Galvanizing Co. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Western Galvanizing Co. has not incurred any

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

306

COMPLAINT
2:18-CV-5810

1   response costs at the BKK Class I Facility nor has it paid its fair share of response
2   costs incurred by the Plaintiffs at the BKK Class I Facility.

3       1069. According to historical BKK Corp. records, Defendant Western Kraft
4   Corp. contributed manifested waste to the BKK Class I Facility. This manifested
5   waste contained Hazardous Substances that Defendant Western Kraft Corp.
6   generated and/or arranged for its disposal at the BKK Class I Facility. To date,
7   Defendant Western Kraft Corp. has not incurred any response costs at the BKK
8   Class I Facility nor has it paid its fair share of response costs incurred by the
9   Plaintiffs at the BKK Class I Facility.

10       1070. According to historical BKK Corp. records, Defendant Western
11   Lithograph contributed manifested waste to the BKK Class I Facility. This
12   manifested waste contained Hazardous Substances that Defendant Western
13   Lithograph generated and/or arranged for its disposal at the BKK Class I Facility.
14   To date, Defendant Western Lithograph has not incurred any response costs at the
15   BKK Class I Facility nor has it paid its fair share of response costs incurred by the
16   Plaintiffs at the BKK Class I Facility.

17       1071. According to historical BKK Corp. records, Defendant Western Oil &
18   Refining Co. Inc. contributed manifested waste to the BKK Class I Facility. This
19   manifested waste contained Hazardous Substances that Defendant Western Oil &
20   Refining Co. Inc. generated and/or arranged for its disposal at the BKK Class I
21   Facility. To date, Defendant Western Oil & Refining Co. Inc. has not incurred any
22   response costs at the BKK Class I Facility nor has it paid its fair share of response
23   costs incurred by the Plaintiffs at the BKK Class I Facility.

24       1072. According to historical BKK Corp. records, Defendant Western
25   Rebuilder Inc. contributed manifested waste to the BKK Class I Facility. This
26   manifested waste contained Hazardous Substances that Defendant Western
27   Rebuilder Inc. generated and/or arranged for its disposal at the BKK Class I
28   Facility. To date, Defendant Western Rebuilder Inc. has not incurred any response

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

307

COMPLAINT
2:18-CV-5810

1 costs at the BKK Class I Facility nor has it paid its fair share of response costs

2 incurred by the Plaintiffs at the BKK Class I Facility.

3     1073.  According to historical BKK Corp. records, Defendant Western

4 Specialty Coatings Co. contributed manifested waste to the BKK Class I Facility.

5 This manifested waste contained Hazardous Substances that Defendant Western

6 Specialty Coatings Co. generated and/or arranged for its disposal at the BKK Class

7 I Facility. To date, Defendant Western Specialty Coatings Co. has not incurred any

8 response costs at the BKK Class I Facility nor has it paid its fair share of response

9 costs incurred by the Plaintiffs at the BKK Class I Facility.

10     1074.  According to historical BKK Corp. records, Defendant Western States

11 Refining contributed manifested waste to the BKK Class I Facility. This manifested

12 waste contained Hazardous Substances that Defendant Western States Refining

13 generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14 Defendant Western States Refining has not incurred any response costs at the BKK

15 Class I Facility nor has it paid its fair share of response costs incurred by the

16 Plaintiffs at the BKK Class I Facility.

17     1075.  According to historical BKK Corp. records, Defendant Western

18 Synthetic Felt Co. contributed manifested waste to the BKK Class I Facility. This

19 manifested waste contained Hazardous Substances that Defendant Western

20 Synthetic Felt Co. generated and/or arranged for its disposal at the BKK Class I

21 Facility. To date, Defendant Western Synthetic Felt Co. has not incurred any

22 response costs at the BKK Class I Facility nor has it paid its fair share of response

23 costs incurred by the Plaintiffs at the BKK Class I Facility.

24     1076.  According to historical BKK Corp. records, Defendant Western Wheel

25 Manufacturing Co. contributed manifested waste to the BKK Class I Facility. This

26 manifested waste contained Hazardous Substances that Defendant Western Wheel

27 Manufacturing Co. generated and/or arranged for its disposal at the BKK Class I

28 Facility. To date, Defendant Western Wheel Manufacturing Co. has not incurred

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

308

COMPLAINT
2:18-CV-5810

1    any response costs at the BKK Class I Facility nor has it paid its fair share of

2    response costs incurred by the Plaintiffs at the BKK Class I Facility.

3        1077. According to historical BKK Corp. records, Defendant Westminster

4    Ceramics Inc. contributed manifested waste to the BKK Class I Facility. This

5    manifested waste contained Hazardous Substances that Defendant Westminster

6    Ceramics Inc. generated and/or arranged for its disposal at the BKK Class I

7    Facility. To date, Defendant Westminster Ceramics Inc. has not incurred any

8    response costs at the BKK Class I Facility nor has it paid its fair share of response

9    costs incurred by the Plaintiffs at the BKK Class I Facility.

10       1078. According to historical BKK Corp. records, Defendant Westway

11   Terminal Co. Inc. contributed manifested waste to the BKK Class I Facility. This

12   manifested waste contained Hazardous Substances that Defendant Westway

13   Terminal Co. Inc. generated and/or arranged for its disposal at the BKK Class I

14   Facility. To date, Defendant Westway Terminal Co. Inc. has not incurred any

15   response costs at the BKK Class I Facility nor has it paid its fair share of response

16   costs incurred by the Plaintiffs at the BKK Class I Facility.

17       1079. According to historical BKK Corp. records, Defendant Wheel Service

18   Group Inc. contributed manifested waste to the BKK Class I Facility. This

19   manifested waste contained Hazardous Substances that Defendant Wheel Service

20   Group Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

21   To date, Defendant Wheel Service Group Inc. has not incurred any response costs

22   at the BKK Class I Facility nor has it paid its fair share of response costs incurred

23   by the Plaintiffs at the BKK Class I Facility.

24       1080. According to historical BKK Corp. records, Defendant Whitcomb

25   Plating Inc. contributed manifested waste to the BKK Class I Facility. This

26   manifested waste contained Hazardous Substances that Defendant Whitcomb

27   Plating Inc. generated and/or arranged for its disposal at the BKK Class I Facility.

28   To date, Defendant Whitcomb Plating Inc. has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

309

COMPLAINT
2:18-CV-5810

1  the BKK Class I Facility nor has it paid its fair share of response costs incurred by

2  the Plaintiffs at the BKK Class I Facility.

3      1081. According to historical BKK Corp. records, Defendant Whiteworth

4  Inc. contributed manifested waste to the BKK Class I Facility. This manifested

5  waste contained Hazardous Substances that Defendant Whiteworth Inc. generated

6  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

7  Whiteworth Inc. has not incurred any response costs at the BKK Class I Facility nor

8  has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

9  Class I Facility.

10      1082. According to historical BKK Corp. records, Defendant Whitfield Tank

11  Lines contributed manifested waste to the BKK Class I Facility. This manifested

12  waste contained Hazardous Substances that Defendant Whitfield Tank Lines

13  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

14  Defendant Whitfield Tank Lines has not incurred any response costs at the BKK

15  Class I Facility nor has it paid its fair share of response costs incurred by the

16  Plaintiffs at the BKK Class I Facility.

17      1083. According to historical BKK Corp. records, Defendant Whittaker

18  Corp. contributed manifested waste to the BKK Class I Facility. This manifested

19  waste contained Hazardous Substances that Defendant Whittaker Corp. generated

20  and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant

21  Whittaker Corp. has not incurred any response costs at the BKK Class I Facility nor

22  has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

23  Class I Facility.

24      1084. According to historical BKK Corp. records, Defendant Whittier

25  Chrome & Plating contributed manifested waste to the BKK Class I Facility. This

26  manifested waste contained Hazardous Substances that Defendant Whittier Chrome

27  & Plating generated and/or arranged for its disposal at the BKK Class I Facility. To

28  date, Defendant Whittier Chrome & Plating has not incurred any response costs at

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

310

COMPLAINT
2:18-CV-5810

1 the BKK Class I Facility nor has it paid its fair share of response costs incurred by

2 the Plaintiffs at the BKK Class I Facility.

3    1085.  According to historical BKK Corp. records, Defendant Wilcor Inc.

4 contributed manifested waste to the BKK Class I Facility. This manifested waste

5 contained Hazardous Substances that Defendant Wilcor Inc. generated and/or

6 arranged for its disposal at the BKK Class I Facility. To date, Defendant Wilcor

7 Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

8 its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

9    1086.  According to historical BKK Corp. records, Defendant Wilmington

10 Liquid Bulk contributed manifested waste to the BKK Class I Facility. This

11 manifested waste contained Hazardous Substances that Defendant Wilmington

12 Liquid Bulk generated and/or arranged for its disposal at the BKK Class I Facility.

13 To date, Defendant Wilmington Liquid Bulk has not incurred any response costs at

14 the BKK Class I Facility nor has it paid its fair share of response costs incurred by

15 the Plaintiffs at the BKK Class I Facility.

16    1087.  According to historical BKK Corp. records, Defendant Wilshire

17 Industries contributed manifested waste to the BKK Class I Facility. This

18 manifested waste contained Hazardous Substances that Defendant Wilshire

19 Industries generated and/or arranged for its disposal at the BKK Class I Facility. To

20 date, Defendant Wilshire Industries has not incurred any response costs at the BKK

21 Class I Facility nor has it paid its fair share of response costs incurred by the

22 Plaintiffs at the BKK Class I Facility.

23    1088.  According to historical BKK Corp. records, Defendant Winchester Inn

24 contributed manifested waste to the BKK Class I Facility. This manifested waste

25 contained Hazardous Substances that Defendant Winchester Inn generated and/or

26 arranged for its disposal at the BKK Class I Facility. To date, Defendant

27 Winchester Inn has not incurred any response costs at the BKK Class I Facility nor

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES R

311

COMPLAINT
2:18-CV-5810

1    has it paid its fair share of response costs incurred by the Plaintiffs at the BKK

2    Class I Facility.

3        1089.  According to historical BKK Corp. records, Defendant Windowmaster

4    Products contributed manifested waste to the BKK Class I Facility. This manifested

5    waste contained Hazardous Substances that Defendant Windowmaster Products

6    generated and/or arranged for its disposal at the BKK Class I Facility. To date,

7    Defendant Windowmaster Products has not incurred any response costs at the BKK

8    Class I Facility nor has it paid its fair share of response costs incurred by the

9    Plaintiffs at the BKK Class I Facility.

10       1090.  According to historical BKK Corp. records, Defendant Winonics Inc.

11   contributed manifested waste to the BKK Class I Facility. This manifested waste

12   contained Hazardous Substances that Defendant Winonics Inc. generated and/or

13   arranged for its disposal at the BKK Class I Facility. To date, Defendant Winonics

14   Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid

15   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

16       1091.  According to historical BKK Corp. records, Defendant Wyndham

17   Manufacturing Co. Inc. contributed manifested waste to the BKK Class I Facility.

18   This manifested waste contained Hazardous Substances that Defendant Wyndham

19   Manufacturing Co. Inc. generated and/or arranged for its disposal at the BKK Class

20   I Facility. To date, Defendant Wyndham Manufacturing Co. Inc. has not incurred

21   any response costs at the BKK Class I Facility nor has it paid its fair share of

22   response costs incurred by the Plaintiffs at the BKK Class I Facility.

23       1092.  According to historical BKK Corp. records, Defendant Wynn Oil Co.

24   contributed manifested waste to the BKK Class I Facility. This manifested waste

25   contained Hazardous Substances that Defendant Wynn Oil Co. generated and/or

26   arranged for its disposal at the BKK Class I Facility. To date, Defendant Wynn Oil

27   Co. has not incurred any response costs at the BKK Class I Facility nor has it paid

28   its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

312

COMPLAINT
2:18-CV-5810

1093. According to historical BKK Corp. records, Defendant Xidex Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Xidex Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Xidex Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1094. According to historical BKK Corp. records, Defendant Yoplait USA contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Yoplait USA generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Yoplait USA has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1095. According to historical BKK Corp. records, Defendant Zapata Construction Inc. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Zapata Construction Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Zapata Construction Inc. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1096. According to historical BKK Corp. records, Defendant Zero Corp. contributed manifested waste to the BKK Class I Facility. This manifested waste contained Hazardous Substances that Defendant Zero Corp. generated and/or arranged for its disposal at the BKK Class I Facility. To date, Defendant Zero Corp. has not incurred any response costs at the BKK Class I Facility nor has it paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I Facility.

1097. According to historical BKK Corp. records, Defendant Zim Container contributed manifested waste to the BKK Class I Facility. This manifested waste

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

313

COMPLAINT
2:18-CV-5810

1  contained Hazardous Substances that Defendant Zim Container generated and/or

2  arranged for its disposal at the BKK Class I Facility. To date, Defendant Zim

3  Container has not incurred any response costs at the BKK Class I Facility nor has it

4  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

5  Facility.

6      1098. According to historical BKK Corp. records, Defendant Zimmers Truck

7  Stop contributed manifested waste to the BKK Class I Facility. This manifested

8  waste contained Hazardous Substances that Defendant Zimmers Truck Stop

9  generated and/or arranged for its disposal at the BKK Class I Facility. To date,

10  Defendant Zimmers Truck Stop has not incurred any response costs at the BKK

11  Class I Facility nor has it paid its fair share of response costs incurred by the

12  Plaintiffs at the BKK Class I Facility.

13      1099. According to historical BKK Corp. records, Defendant Zolatone

14  Process Inc. contributed manifested waste to the BKK Class I Facility. This

15  manifested waste contained Hazardous Substances that Defendant Zolatone Process

16  Inc. generated and/or arranged for its disposal at the BKK Class I Facility. To date,

17  Defendant Zolatone Process Inc. has not incurred any response costs at the BKK

18  Class I Facility nor has it paid its fair share of response costs incurred by the

19  Plaintiffs at the BKK Class I Facility.

20      1100. According to historical BKK Corp. records, Defendant Zonver Drilling

21  contributed manifested waste to the BKK Class I Facility. This manifested waste

22  contained Hazardous Substances that Defendant Zonver Drilling generated and/or

23  arranged for its disposal at the BKK Class I Facility. To date, Defendant Zonver

24  Drilling has not incurred any response costs at the BKK Class I Facility nor has it

25  paid its fair share of response costs incurred by the Plaintiffs at the BKK Class I

26  Facility.

27      1101. Each Defendant has declined or not responded to Plaintiffs' request(s)

28  to enter into, or has otherwise not entered into, a tolling agreement to facilitate

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

314

COMPLAINT
2:18-CV-5810

1    settlement discussions.  A number of other PRPs at the BKK Class I Facility have

2    entered into tolling agreements with the Plaintiffs, and Plaintiffs will attempt to

3    resolve the liabilities of those PRPs without litigation.

4        1102. On information and belief, each Defendant, including any of its

5    assignees, predecessors, successors in interest, or alter egos, is a "person" who

6    either (a) by contract, agreement, or otherwise, arranged for disposal or treatment,

7    or (b) arranged with a transporter for disposal or treatment, of Hazardous

8    Substances at the BKK Class I Facility.

9        1103. On information and belief, between approximately 1969 and 1987,

10   Does 1-50 disposed or arranged for the disposal of Hazardous Substances at the

11   BKK Class I Facility.

12              **FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS**

13       1104. At all times relevant to this action, the BKK Class I Facility was

14   operated by BKK Corporation ("BKK Corp.") and/or other third parties, and was

15   also owned by BKK Corp. from approximately 1973 through the present.

16       1105. Beginning in at least 1969 and continuing to approximately 1984, the

17   BKK Class I Facility accepted manifested waste, which included Hazardous

18   Substances, for disposal. After 1984, the BKK Class I Facility continued accepting

19   municipal waste, including asbestos.

20       1106. The BKK Class I Facility ceased accepting waste in 1987, at which

21   time BKK Corp. began to undertake landfill closure and post-closure activities.

22       1107. By letters dated October 18 and October 20, 2004, "BKK [Corp.]

23   notified DTSC that for financial reasons, BKK [Corp.] would no longer be able to

24   perform required post-closure care of the [BKK Class I Facility], including

25   operation of the LTP, after November 17, 2004.  As a result, DTSC . . . hired a

26   contractor to conduct emergency response activities at the [BKK Class I Facility]."

27   Imminent and Substantial Endangerment Determination and Order and Remedial

28   Action Order Docket No.  I/SE-D 04/05-004 ("ISE Order"), 14.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

315

COMPLAINT
2:18-CV-5810

1108. On December 2, 2004, DTSC issued the ISE Order to BKK Corp. and 50 other respondents who were alleged to have "arranged by contract, agreement or otherwise for the disposal of [their] disposed hazardous substances/wastes" at the BKK Class I Facility, or who were alleged to be an "owner and operator" of the BKK Class I Facility.  A true and correct copy of the ISE Order is attached hereto as **Exhibit B**.

1109. In the ISE Order, DTSC asserts that "[t]here has been a 'release' and/or there is a 'threatened release' of hazardous substances" at the BKK Class I Facility.

1110. The ISE Order required the recipients of the order to perform certain specified environmental response actions and to reimburse DTSC for the response actions it had taken at the BKK Class I Facility.

1111. In 2004, certain recipients of the ISE Order formed the BKK Working Group for the purpose of cooperating with DTSC to address conditions at the BKK Class I Facility.  Immediately thereafter, the BKK Working Group and DTSC commenced negotiations to seek a settlement to address conditions at the BKK Class I Facility.  Prior to finalizing this settlement, the BKK Working Group and each of its then-members incurred necessary response costs at the BKK Class I Facility that are consistent with the NCP.

1112. The composition of the BKK Working Group has changed over time and continues to change.  New members pay an interim allocated share of past and ongoing costs.  Each Plaintiff, as a member of the BKK Working Group, has incurred necessary response costs consistent with the NCP.

1113. On October 31, 2005, the State of California, through its agency DTSC, filed a Complaint against certain members of the BKK Working Group in case number CV 05-7746 CAS (JWJx) (C.D. Cal. 2005) (hereinafter "Initial Site Action").  In the Initial Site Action Complaint, the State of California sought recovery of past response costs pursuant to Section 107 of CERCLA; declaratory

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

316

COMPLAINT
2:18-CV-5810

relief pursuant to Section 113 of CERCLA; and injunctive relief pursuant to CAL. HEALTH & SAFETY CODE § 25358.3(e) from certain members of the BKK Working Group relating to the BKK Class I Facility.  The Initial Site Action Complaint was filed concurrently with the lodging of a consent decree between certain members of the BKK Working Group and DTSC that addressed conditions at the BKK Class I Facility.

1114.  On February 8, 2006, the State of California, through its agency DTSC, lodged an Amended Consent Decree ("First Consent Decree") in the Initial Site Action.  The First Consent Decree, attached hereto as **Exhibit C**, was entered on March 9, 2006.

1115.  Among other things, the First Consent Decree obligated certain members of the BKK Working Group to perform environmental response actions at the BKK Class I Facility, to reimburse DTSC for certain of its past response costs, and to pay DTSC for its continuing oversight of the environmental response work at the BKK Class I Facility.  The response actions have included investigation activities.

1116.  The First Consent Decree also "resolves the liability of [the members of the BKK Working Group] for Past Response Costs . . . " and provides members of the BKK Working Group with "protection from contribution actions or claims as provided by CERCLA Section 113(f)(2), 42 U.S.C. § 9613(f)(2) for matters addressed in [the First Consent Decree].  The matters addressed in [the First Consent Decree] are (a) the Work to be Performed by [the BKK Working Group] . . . (b) Past Response Costs; (c) Future Interim Response Costs; (d) Future DTSC Oversight Costs; (e) interest on amounts referred to in (b), (c), and (d) above, and (f) compliance with the ISE Order from its effective date through the date on which it is dismissed as provided in [the First Consent Decree]."  First Consent Decree at ¶ 8.1.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

317

COMPLAINT
2:18-CV-5810

1117. Upon entry of the First Consent Decree, the BKK Working Group began performing environmental response work, including site investigation, at the BKK Class I Facility under the oversight of DTSC. All work performed under the First Consent Decree is deemed to be, and was, necessary and performed in accordance with the NCP.

1118. On May 5, 2010, the State of California, through its agency DTSC, filed a second complaint against certain members of the BKK Working Group in case number CV 10-3378 RGK (AJWx) (C.D. Cal. 2010) (hereinafter "Second Site Action"). Like the Initial Site Action Complaint, the Second Site Action Complaint sought recovery of past response costs, including investigation costs, pursuant to Section 107 of CERCLA; declaratory relief pursuant to Section 113 of CERCLA; and injunctive relief pursuant to Cal. Health & Safety Code § 25358.3(e) from certain members of the BKK Working Group relating to the BKK Class I Facility.

1119. At that same time, the State of California, through its agency DTSC, lodged a Second Consent Decree ("Second Consent Decree") with the Court, obligating the BKK Working Group to perform additional response actions, including investigation activities, at the BKK Class I Facility, to reimburse DTSC for certain of its past response costs, including investigation costs, and to pay future oversight costs to DTSC on an ongoing basis. The Second Consent Decree, attached hereto as **Exhibit D**, was entered on August 10, 2010.

1120. Among other things, the Second Consent Decree obligates certain members of the BKK Working Group to perform environmental response actions, including investigation activities, at the BKK Class I Facility, to reimburse DTSC for certain of its response costs, including investigation costs, to pay DTSC for its continuing oversight of the environmental response work at the BKK Class I Facility, and to conduct an Engineering Evaluation/Cost Analysis ("EE/CA") of the BKK Class I Facility. Second Consent Decree at ¶ 4.1.2 and Ex. D (EE/CA Statement of Work). The EE/CA is to propose a non-time critical removal action

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

318

COMPLAINT
2:18-CV-5810

1    that contributes to the efficient performance of any long-term remedial action for

2    the BKK Class I Facility.  It is anticipated that a remedial investigation/feasibility

3    study and remedial actions will be conducted at the BKK Class I Facility at the

4    conclusion of the EE/CA.  It is anticipated that DTSC will select further appropriate

5    response actions to be performed at the BKK Class Facility based on the EE/CA.

6        1121.  Among other things, the Second Consent Decree provides certain

7    members of the BKK Working Group with "protection from contribution actions or

8    claims as provided by CERCLA Section 113(f)(2), 42 U.S.C. § 9613(f)(2) for

9    matters addressed in the Second Consent Decree.  The matters addressed in the

10    Second Consent Decree are (a) the Work to be Performed by [the BKK Working

11    Group] . . . (b) Past Response Costs . . .; and (c) Future DTSC Oversight Costs . . .

12    ." Second Consent Decree at ¶ 8.1.

13        1122. From August 10, 2010 until the present, the BKK Working Group

14    performed and continues to perform environmental response work, including site

15    investigation, at the BKK Class I Facility under the Second Consent Decree.  All

16    work performed under the Second Consent Decree is deemed to be, and was,

17    necessary and performed in accordance with the NCP.

18        1123. On February 2, 2015, the State of California, through its agency

19    DTSC, filed a third complaint against certain members of the BKK Working Group

20    in case number CV 15-729 DDP (AJWx) (C.D. Cal. 2015) (hereinafter "Third Site

21    Action").  Like the Initial and Second Site Action Complaints, the Third Site

22    Action Complaint sought recovery of past response costs pursuant to Section 107 of

23    CERCLA; declaratory relief pursuant to Section 113 of CERCLA; and injunctive

24    relief pursuant to Cal. Health & Safety Code § 25358.3(e) from certain members of

25    the BKK Working Group relating to the BKK Class I Facility.

26        1124. At that same time, the State of California, through its agency DTSC,

27    lodged a Third Partial Consent Decree ("Third Partial Consent Decree") with the

28    Court, obligating certain members of the BKK Working Group to perform

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

319

COMPLAINT
2:18-CV-5810

1    additional response actions, including investigation activities, at the BKK Class I

2    Facility, to reimburse DTSC for certain of its past response costs, including site

3    investigation activities, and to pay future oversight costs to DTSC on an ongoing

4    basis.  The Third Partial Consent Decree, attached hereto as **Exhibit E**, was entered

5    on July 24, 2015.

6         1125.  Among other things, the Third Partial Consent Decree obligates certain

7    members of the BKK Working Group to perform environmental response actions,

8    including investigation activities, at the BKK Class I Facility, to reimburse DTSC

9    for certain of its response costs, including site investigation costs, to pay DTSC for

10   its continuing oversight of the environmental response work at the BKK Class I

11   Facility, and to conduct a Remedial Investigation/Feasibility Study ("RI/FS") for

12   the groundwater beneath and around the BKK Class I Facility.  Third Partial

13   Consent Decree at ¶ 4.1.3 and Exhibit D to the Third Partial Consent Decree (RI/FS

14   Statement of Work).  The area of groundwater investigation pursuant to the RI/FS

15   includes the Class I Landfill and Class I Landfill operation areas, including but not

16   limited to, "Trash Island" located on the north side of the landfill; the leachate

17   treatment plant (LTP); Barrier 1; the upper detention basin below the LTP; liquid

18   piping and other liquid collection and conveyance systems associated with the

19   Class I Landfill; the fueling station and truck wash; and wherever hazardous

20   substances from such areas have or may come to be located.  It is anticipated that

21   DTSC will select further appropriate response actions to be performed at and

22   around the BKK Class I Facility based on the RI/FS.

23        1126.  Among other things, the Third Partial Consent Decree provides certain

24   members of the BKK Working Group with "protection from contribution actions or

25   claims as provided by CERCLA Section 113(f)(2), 42 U.S.C. § 9613(f)(2) for

26   matters addressed in the Third Partial Consent Decree.  The matters addressed in

27   the Third Partial Consent Decree are (a) the Work to be Performed by [members of

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

320

COMPLAINT
2:18-CV-5810

the BKK Working Group] . . . (b) Past Response Costs . . .; and (c) Future DTSC Oversight Costs . . ..” Third Partial Consent Decree at ¶ 8.1.

1127.  As reflected in the BKK document archive maintained by DTSC, members of the BKK Working Group also entered into additional interim settlement agreements with DTSC to reimburse the State for its past response costs incurred consistent with the NCP at the BKK Class I Landfill.

1128.  On July 29, 2016, the State of California, through its agency DTSC, filed an amended third complaint, which joined as defendants five additional members of the BKK Working Group.

1129.  At that same time, the State of California, through its agency DTSC, lodged a First Amended Third Partial Consent Decree (“Amended Third Partial Consent Decree”), which added the five new defendants as additional Settling Defendants.   The Amended Third Partial Consent Decree, attached hereto as **Exhibit F**, was approved by the Court on October 18, 2016.

1130.  Among other things, the Amended Third Partial Consent Decree, like the Third Partial Consent Decree, obligates certain members of the BKK Working Group to perform environmental response actions at the BKK Class I Facility, to reimburse DTSC for certain of its response costs, to pay DTSC for its continuing oversight of the environmental response work at the BKK Class I Facility, and to conduct a Remedial Investigation/Feasibility Study (“RI/FS”) for the groundwater beneath and around the BKK Class I Facility.  Amended Third Partial Consent Decree at ¶ 4.1.3.

1131.  From July 24, 2015 until the present, the BKK Working Group performed and continues to perform environmental response work, including site investigation, at the BKK Class I Facility under the Amended Third Partial Consent Decree.  All work performed under the Amended Third Partial Consent Decree is deemed to be, and was, necessary and performed in accordance with the NCP.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

321

COMPLAINT
2:18-CV-5810

1132. The response costs, including site investigation costs, incurred by the Plaintiffs are necessary to address the release and/or threatened release at the BKK Class I Facility and are required by DTSC in the First, Second, Third Partial, and Amended Third Partial Consent Decrees.  Plaintiffs will continue to incur response costs, including site investigation expenses, to conduct response actions at the BKK Class I Facility as required by DTSC.

1133. Plaintiffs have incurred, and continue to incur, necessary response costs, including consulting and attorney fees, consistent with the NCP at the BKK Class I Facility associated with efforts to identify potentially responsible parties ("PRPs"), including Defendants, that arranged for the disposal, or arranged with third-party transporters for the disposal, of Hazardous Substances at the BKK Class I Facility.  Such efforts include working with DTSC to recover handwritten manifests and other waste records from the BKK Corp. warehouse and other locations, information contained on the computer system utilized by BKK Corp. at the BKK Class I Facility, and reviewing information available through the State of California regarding manifested and other waste disposed at the BKK Class I Facility.  This investigation for the purpose of identification of additional PRPs is ongoing.

1134. The environmental conditions at the BKK Class I Facility, and the attendant costs that have been and are continuing to be incurred by Plaintiffs are the direct result of Defendants having arranged to dispose Hazardous Substances at the BKK Class I Facility.

1135. In 2010, DTSC estimated that necessary response actions to fully remediate the BKK Class I Facility would cost nearly $800 million.

1136. Through mid-2017, Plaintiffs have incurred or are committed to incur approximately $250 million in costs associated with the BKK Class I Facility.

1137. To date, Defendants have failed to participate in or contribute to any response work or costs at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

322

COMPLAINT
2:18-CV-5810

## **FIRST CLAIM FOR RELIEF**

### **Cost Recovery, CERCLA § 107(a) (42 U.S.C. § 9607(a))**

1138. Paragraphs 1-1137 are incorporated by reference.

1139. Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), provides in pertinent part:

> (a)   Notwithstanding any other provision or rule of law, and subject only to the defenses set forth in subsection (b) of this section –
>
> * * * *
>
> (3)   any person who by contract, agreement, or otherwise arranged for disposal or treatment, or arranged with a transporter for transport for disposal or treatment of hazardous substances owned or possessed by such person . . . shall be liable for –
>
> * * * *
>
> (B)   any other necessary costs of response incurred by any other person consistent with the national contingency plan . . . .

1140. Plaintiffs are each a "person" within the meaning of CERCLA § 101(21), 42 U.S.C. § 9601(21).

1141. Defendants are "persons" within the meaning of CERCLA § 101(21), 42 U.S.C. § 9601(21).

1142. The BKK Class I Facility is a "facility" within the meaning of CERCLA § 101(9), 42 U.S.C. § 9601(9).

1143. Defendants arranged for disposal or treatment, or arranged with third-party transporters for the disposal or treatment, of hazardous substances owned or possessed by Defendants at the BKK Class I Facility.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

323

COMPLAINT
2:18-CV-5810

1144. Hazardous Substances at the BKK Class I Facility have been released and/or pose a threat of release within the meaning of CERCLA § 101(22), 42 U.S.C. § 9601(22).

1145. As a result of a release or threatened release of Hazardous Substances at and from the BKK Class I Facility, Plaintiffs have incurred and will continue to incur necessary costs of response pursuant to CERCLA § 107(a), 42 U.S.C. § 9607(a). Such response costs, including site investigation expenses, have been incurred and will continue to be incurred by Plaintiffs consistent with the NCP.

1146. Defendants are liable jointly and severally to Plaintiffs pursuant to CERCLA § 107(a), 42 U.S.C. § 9607(a), for all such necessary response costs, including but not limited to, reasonable attorneys' fees and prejudgment interest, incurred as a result of the release or threatened release of Hazardous Substances at and from the BKK Class I Facility. Such response costs have been incurred and will continue to be incurred consistent with the NCP.

## SECOND CLAIM FOR RELIEF

### Contribution, CERCLA § 113(f) (42 U.S.C. § 9613(f))

1147. Paragraphs 1-1146 are incorporated by reference.

1148. Section 113(f)(1) of CERCLA, 42 U.S.C. § 9613(f)(1), provides in pertinent part:

> Any person may seek contribution from any other person who is liable or potentially liable under section 9607(a) of this title, during or following any civil action under section 9606 of this title or under section 9607 of this title. Such claims shall be brought in accordance with this section and the Federal Rules of Civil Procedure, and shall be governed by Federal law. In resolving contribution claims, the court may allocate response costs among liable parties using such equitable factors as the court determines are appropriate.

1149. Section 113(f)(3)(B) of CERCLA, 42 U.S.C. § 9613(f)(3)(B), provides in pertinent part:

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

324

COMPLAINT
2:18-CV-5810

A person who has resolved its liability to the United States or a State for some or all of a response action or for some or all of the costs of such action in an administrative or judicially approved settlement may seek contribution from any person who is not party to a settlement referred to in paragraph (2) [*i.e.*, "[a] person who has resolved its liability to the United States or a State in an administrative or judicially approved settlement"].

1150. Plaintiffs that are individual members of the BKK Working Group, have been subject to three separate civil actions under CERCLA § 9607:  the Initial Site Action, the Second Site Action, and the Third Site Action.

1151. The First, Second and Third Partial and Amended Third Partial Consent Decrees are judicially-approved settlements that resolve some or all of the liability of the member Plaintiffs to the State of California for some or all of the response actions taken at the BKK Class I Facility, and for some or all of the costs of such response actions.

1152. The interim settlement agreements entered into between DTSC and certain members of the BKK Working Group were administratively approved and resolved some of the liability of those Plaintiffs to the State of California for some of the response actions taken at the BKK Class I Facility, and for some of the costs of such response actions.

1153. Defendants are "person[s] who [are] liable or potentially liable under section 9607(a)."

1154. Defendants have not resolved their liability to the United States or to the State of California in an administrative or judicially approved settlement for response costs arising from the BKK Class I Facility.

1155. Plaintiffs are entitled to contribution from Defendants under CERCLA § 113(f)(1), 42 U.S.C. § 9613(f)(1), and CERCLA § 113(f)(3)(B), 42 U.S.C. § 9613(f)(3)(B), of an equitable share of all response costs incurred to date as the result of a release or threatened release (within the meaning of CERCLA § 101(22),

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

325

COMPLAINT
2:18-CV-5810

42 U.S.C. § 9601(22)) of Hazardous Substances at and from the BKK Class I Facility.

1156. While Defendants are liable for necessary response costs, including site investigation expenses, incurred by Plaintiffs in compliance with the NCP, Defendants have not contributed an equitable share of those costs.

1157. Defendants are liable for contribution to reimburse Plaintiffs for their respective equitable shares of all costs and liability incurred by Plaintiffs as a result of the release or any threatened release of Hazardous Substances at and from the BKK Class I Facility.

1158. Upon filing this Complaint, Plaintiffs provided a copy of this Complaint to the Attorney General of the United States and the Administrator of the United States Environmental Protection Agency pursuant to Section 113(l) of CERCLA, 42 U.S.C. § 9613(l).

### THIRD CLAIM FOR RELIEF

### CERCLA Subrogation, CERCLA § 112(c)(2) (42 U.S.C. § 9612(c))

1159. Paragraphs 1-1158 are incorporated herein by reference.

1160. CERCLA § 112(c)(2), 42 U.S.C. § 9612(c)(2), provides in pertinent part:

> Any person…who pays compensation pursuant to this chapter to any claimant for damages or costs resulting from a release of a hazardous substance shall be subrogated to all rights, claims, and causes of action for such damages and costs of removal that the claimant has under this chapter or any other law.

1161. Plaintiff Stauffer Management Company LLC has paid the response costs incurred by Bayer CropScience, Inc. relating to the BKK Class I Facility. Plaintiffs Bayer CropScience, Inc. and Stauffer Management Company LLC presented a written claim to Defendants prior to the initiation of this litigation for reimbursement of their fair share of Bayer CropScience Inc.'s past and future response costs incurred at the BKK Class I facility, which Defendants failed to

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

326

COMPLAINT
2:18-CV-5810

satisfy.  Accordingly, pursuant to CERCLA § 112(c)(2), 42 U.S.C. § 9612(c)(2), Stauffer Management Company LLC has paid compensation pursuant to CERCLA to a claimant, Bayer CropScience, Inc., resulting from a release of a hazardous substance, and is therefore subrogated to all rights, claims, and causes of action for such damages and costs of removal that BKK Working Group member Bayer CropScience, Inc. has under this chapter or any other law and seeks Defendants' fair share of costs incurred by Stauffer Management Company LLC through its payments made to satisfy Bayer CropScience's obligations.

1162.  Plaintiff Stauffer Management Company LLC, which has received some reimbursement payments from Syngenta Crop Protection, LLC for costs Stauffer Management Company LLC incurred paying Bayer CropScience Inc.'s obligations for response costs relating to the BKK Class I Facility, has been assigned Syngenta Crop Protection, LLC's rights to subrogation for such payments. Syngenta Crop Protection, LLC's payments were made to Stauffer Management Company LLC, which is a claimant within the meaning of CERCLA § 112(c)(2), 42 U.S.C. § 9612(c)(2), for costs resulting from a release of hazardous substances. Therefore, Stauffer Management Company LLC, through assignment of Syngenta Crop Protection, LLC's rights, is entitled to recover from Defendants their fair share of those costs incurred by Syngenta Crop Protection, LLC in partially reimbursing Stauffer Management Company LLC for the response costs Stauffer Management Company LLC paid to satisfy the response cost obligations incurred by Bayer CropScience Inc. relating to the BKK Class I Facility.

1163.  Some of the response costs incurred by Plaintiffs that are individual members of the BKK Working Group may have been paid by or reimbursed by a separate entity.  Therefore, Plaintiffs presented a written claim to Defendants prior to the initiation of this litigation for reimbursement of their fair share of Plaintiffs' past and future response costs incurred at the BKK Class I facility, which

1  Defendants failed to satisfy.  Thus, making them a claimant within the meaning of

2  Section 112(c).

3  **FOURTH CLAIM FOR RELIEF**

4  **Declaratory Relief, CERCLA § 113(g)(2) (42 U.S.C. § 9613(g)(2))**

5  1164. Paragraphs 1-1163 are incorporated herein by reference.

6  1165. CERCLA § 113(g)(2), 42 U.S.C. § 9613(g)(2), provides in pertinent

7  part:

8  > In any action described in this subsection the court shall
   > enter a declaratory judgment on liability for response costs
9  > or damages that will be binding on any subsequent action
   > or actions to recover further response costs or damages.
10

11  1166. Defendants are jointly and severally liable to Plaintiffs for the

12  reimbursement of necessary response costs, including site investigation expenses,

13  incurred by Plaintiffs consistent with the NCP under CERCLA § 107(a), 42 U.S.C.

14  § 9607(a).  Defendants are also severally liable to Plaintiffs under CERCLA §

15  113(f)(1), 42 U.S.C. § 9613(f)(1), and CERCLA § 113(f)(3)(B), 42 U.S.C. §

16  9613(f)(3)(B) for an equitable share of Plaintiffs' response costs incurred pursuant

17  to the First, Second, Third Partial and Amended Third Partial Consent Decrees, and

18  any future consent decrees, as a result of the release or threatened release of

19  Hazardous Substances at and from the BKK Class I Facility.  Plaintiffs are

20  therefore entitled to a declaratory judgment pursuant to CERCLA § 113(g)(2), 42

21  U.S.C. § 9613(g)(2) and *Boeing Co. v. Cascade Corp.*, 207 F.3d 1177, 1191 (9th

22  Cir. 2000), binding as to any subsequent action or actions by Plaintiffs, declaring

23  that Defendants are jointly and severally liable to Plaintiffs for reimbursement of

24  their necessary response costs incurred consistent with the NCP under CERCLA

25  § 107(a), 42 U.S.C. § 9607(a), and are also severally liable for an equitable share of

26  Plaintiffs' future responses costs incurred pursuant to the First, Second, Third

27  Partial and Amended Third Partial Consent Decrees, and any future consent

28

328

decrees, to address the release or threatened release of Hazardous Substances at and from the BKK Class I Facility.

## FIFTH CLAIM FOR RELIEF

## Contribution, Hazardous Substance Account Act, California Health and Safety Code section 25300 et seq.

1167. Paragraphs 1-1166 are incorporated herein by reference.

1168. The Plaintiffs bring their claim for contribution against all Defendants, except the following the City of Carson, the City of Hermosa Beach, the City of Riverside, the City of San Diego, the South Coast County Water District, Crescenta Valley Water District, Brea High School, Burbank Unified School District, Fresno Unified School District, Fullerton Unified School District, Inglewood Unified School District, Inglewood Unified School District, Kern Union High School District, Long Beach Unified School District, and Los Angeles Unified School District.

1169. The Carpenter-Presley-Tanner Hazardous Substance Account Act ("HSAA"), California Health and Safety Code section 25300 et seq., provides a statutory right of contribution for those parties who clean up contaminated sites from those parties who are responsible for the contamination.

1170. Section 25363(e) of the HSAA provides that "A person who has incurred response or corrective action costs in accordance with this chapter, Chapter 6.5 (commencing with Section 25100) or [CERCLA] may seek contribution or indemnity from any person who is liable pursuant to this chapter."

1171. A "liable person" is defined in section 25323.5(a)(1) of the HSAA as "those persons described in section 107(a) of [CERCLA] (42 U.S.C. Section 9607(a))."

1172. Section 107(a) of CERCLA describes, among others, "any person who… arranged for disposal or treatment" of Hazardous Substances "owned or

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

COMPLAINT
2:18-CV-5810

possessed by such person," or "any person who accepts or accepted any" Hazardous Substances "for transport to disposal or treatment facilities."

1173. Defendants are each a "person" within the meaning of section 25319 and 25323.5(a) of the Health and Safety Code.

1174. There have been releases or threatened releases from the BKK Class I Facility.

1175. As a direct and proximate result of Defendants' actions that contributed to releases of Hazardous Substances at the BKK Class I Facility, Plaintiffs have incurred response costs, including site investigation costs, in accordance with the HSAA and CERCLA.

1176. Plaintiffs have given the Director of the Department of Toxic Substances Control notice of the commencement of this action as required by Health and Safety Code section 25363(d).

1177. Plaintiffs are entitled to contribution or indemnity from Defendants, and each of them, under section 25363 of the Health and Safety Code, for all past, present and future necessary responses costs.

## SIXTH CLAIM FOR RELIEF

### Equitable Indemnification

1178. Paragraphs 1-1177 are incorporated herein by reference.

1179. Plaintiffs have been required to pay environmental response costs at the BKK Class I Facility.

1180. The disposal of wastes containing Hazardous Substances at the BKK Class I Facility by Defendants is a substantial factor in causing the environmental conditions present at the BKK Class I Facility.

1181. A substantial portion of the expenses the Plaintiffs have incurred in response to the actual or threatened release of Hazardous Substances at and from the BKK Class I Facility, including but not limited to investigatory expenses, are the result of the conduct of Defendants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

330

COMPLAINT
2:18-CV-5810

1182. As a result, Plaintiffs are entitled to complete or partial indemnity from Defendants for such expenses pursuant to the doctrine of equitable indemnification.

## SEVENTH CLAIM FOR RELIEF

### Common Law Subrogation

1183. Paragraphs 1-1182 are incorporated herein by reference.

1184. As a direct and proximate result of the actions of Defendants, Plaintiff Stauffer Management Company LLC has incurred and paid amounts, damages, costs, expenses and fees, and may in the future incur additional liabilities through its payments of Bayer CropScience, Inc.'s obligations for response costs relating to the BKK Class I Facility.  It is therefore subrogated to all state and federal causes of action Bayer CropScience, Inc. otherwise would have against Defendants.

1185. Through assignment, Plaintiff Stauffer Management Company LLC has the right to recoup costs incurred by Syngenta Crop Protection, LLC in reimbursing Stauffer Management Company LLC for response costs Stauffer Management Company LLC incurred paying Bayer Crop Science, Inc.'s obligations for response costs relating to the BKK Class I Facility.  Based on those reimbursement payments, and to the extent of those payments, Syngenta Crop Protection, LLC is subrogated to all state and federal causes of action Bayer CropScience, Inc. and/or Stauffer Management Company LLC otherwise would have against Defendants.

## EIGHTH CLAIM FOR RELIEF

### Declaratory Relief, CAL. CODE OF CIVIL PROCEDURE § 1060

1186. Paragraphs 1-1185 are incorporated herein by reference.

1187. Cal. Code of Civil Procedure § 1060 provides in pertinent part:

> Any person . . . who desires a declaration of his or her rights or duties with respect to another, or in respect to property . . . may, in a case of actual controversy relating to the legal rights and duties of the respective parties, bring an original action or cross-complaint in the superior court . . . for a declaration of his or her rights and duties in the premises. . . . He or she may ask for a declaration of rights or duties

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

331

COMPLAINT
2:18-CV-5810

either alone or with other relief; and the court may make a binding declaration of these rights or duties, whether or not further relief is claimed at the time.

1188.  An actual controversy now exists between Plaintiffs and Defendants regarding Defendants' liability for any and all costs and damages incurred and to be incurred in the future by Plaintiffs arising from the BKK Class I Facility.  Plaintiffs contend that Defendants' liability in this regard is based on CERCLA § § 107, 112, and 113, the Hazardous Substances Account Act, California Health and Safety Code § 25300 et seq., the common law theory of equitable indemnification, and the common law theory of equitable subrogation (for the indemnitor plaintiffs).

1189.  A declaratory judgment under California Code of Civil Procedure § 1060 for recovery of such costs and damages is appropriate and in the public interest because: it will prevent the need for multiple lawsuits as the Plaintiffs continue to incur future costs; it will provide a final resolution of the issues of liability for those costs; and it will insure a prompt and effective response to environmental conditions at the BKK Class I Facility.

## NINTH CLAIM FOR RELIEF

### Federal Declaratory Judgment Act, 28 U.S.C. § 2201, et seq.

1190.  Paragraphs 1-1189 are incorporated herein by reference.

1191.  The Declaratory Judgment Act, 28 U.S.C. § 2201, et seq., provides:

In a case of actual controversy within its jurisdiction . . . any court of the United States . . . may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is sought.

1192.  An actual controversy now exists between Plaintiffs and Defendants regarding Defendants' liability for any and all costs and damages incurred and to be incurred in the future by Plaintiffs arising from the BKK Class I Facility.  Plaintiffs contend that Defendants' liability in this regard is based on CERCLA §§ 107, 112 and 113, the Hazardous Substances Account Act, California Health and Safety

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

332

COMPLAINT
2:18-CV-5810

1   Code § 25300 et seq., the common law theory of equitable indemnification, and the

2   common law theory of equitable subrogation (for the indemnitor Plaintiffs).

3       1193. A declaratory judgment under the Declaratory Judgment Act for

4   recovery of such costs and damages is appropriate and in the public interest

5   because: it will prevent the need for multiple lawsuits as the Plaintiffs continue to

6   incur future costs; it will provide a final resolution of the issues of liability for those

7   costs; and it will insure a prompt and effective response to environmental

8   conditions at the BKK Class I Facility.

9                                    **PRAYER FOR RELIEF**

10      WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

11      1.      Recovery of all necessary response costs, cost of abatement, and

12  damages incurred by Plaintiffs consistent with the NCP as a result of any release or

13  threatened release of Hazardous Substances at and from the BKK Class I Facility;

14      2.      Contribution of an equitable share of all necessary response costs

15  incurred by Plaintiffs consistent with the NCP as a result of any release or

16  threatened release of Hazardous Substances at and from the BKK Class I Facility;

17      3.      A declaration binding in any subsequent action or actions brought by

18  Plaintiffs, that Defendants are jointly and severally liable for all future response

19  costs Plaintiffs incur as a result of the release or threatened release of Hazardous

20  Substances at and from the BKK Class I Facility, and are severally liable for an

21  equitable share of all future response costs Plaintiffs incur pursuant to the First,

22  Second, Third Partial and Amended Third Partial Consent Decrees, and any future

23  consent decrees, to address the release or threatened release of Hazardous

24  Substances at and from the BKK Class I Facility;

25      4.      Indemnification for and/or contribution to all costs, damages and

26  liability, in an amount to be proved at trial, that Plaintiffs have incurred as a result

27  of the release or threatened release of Hazardous Substances at and from the BKK

28  Class I Facility;

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

COMPLAINT
2:18-CV-5810

5.      Retention of jurisdiction over this action by this Court after entry of the requested declaratory judgment to grant further relief as may be necessary or proper;

6.      Attorney's fees and pre-judgment interest (as response costs); and

7.      Such other relief as the Court may deem just and appropriate.

Dated: July 2, 2018                              MORGAN, LEWIS & BOCKIUS LLP

By   /s/ James J. Dragna
     James J. Dragna
     Attorneys for Plaintiff
     BKK WORKING GROUP, an
     unincorporated association

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

334

COMPLAINT
2:18-CV-5810