| | |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | James J. Dragna (SBN 91492) <br> jim.dragna@morganlewis.com |
| 3 | Denise Gail Fellers (SBN 222694) <br> denise.fellers@morganlewis.com |
| 4 | 300 South Grand Avenue, 22nd Floor <br> Los Angeles, CA  90071-3132 |
| 5 | Tel:   +1.213.612.2500 <br> Fax:  +1.213.612.2501 |
| 6 | Attorneys for Plaintiff |
| 7 | BKK WORKING GROUP, an unincorporated association, and individual members identified below |
| 8 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND LLC.; BAYER CROPSCIENCE INC.; BHPI SERVICE LLC; THE BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE PRODUCTS LLC; CITY OF LOS ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS CORPORATION; GENERAL LATEX AND | Case No. 2:18-cv-05810-MWF-PLA <br><br> Hon. Michael W. Fitzgerald <br><br> **PLAINTIFFS' NOTICE OF DISMISSAL OF ACME GENERAL CORP.; ADOHR FARMS; AEROSCIENTIFIC CORP.; ALTFILLISH GLADDEN; AMERICAN APPLIANCE MANUFACTURING CORP.; ANGLASS INDUSTRIES; ARMSTRONG PET CORP.; ASCO SINTERING CO.; B. & B. PIPE & TOOL CO.; BAKER TANKS; BARSOTTIS INC.; BERGANDI MANUFACTURING CO. INC.; CAL LIFT INC.; CALIFORNIA TECHNICAL PLATING CORP.; CALPRO CO.; CONROCK CO.; DIE CAST PRODUCTS INC.; DOMINGUEZ PROPERTIES; GLASSTEEL CO.; GRINDLEY MANUFACTURING INC.; HELENE CURTIS; HERMAN WEISSKER; HIXSON METAL FINISHING; HYATT DIE CAST & ENGINEERING CORP.; INDUSTRIAL WIRE CORP.; INTERNATIONAL** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

DB3/ 202817202.1

PLAINTIFFS' NOTICE OF DISMISSAL
2:18-CV-05810-MWF-PLA

Case 2:18-cv-05810-MWF-PLA   Document 23   Filed 07/12/19   Page 2 of 4   Page ID #:1500

| | |
|---|---|
| 1  CHEMICAL CORPORATION; HP INC. (FORMERLY KNOWN AS HEWLETT-PACKARD COMPANY); AMERICAN HONDA MOTOR CO., INC.; HUNTINGTON BEACH COMPANY; LOCKHEED MARTIN CORPORATION; MARS, INC. (FORMERLY KNOWN AS KAL KAN FOODS INC.); MONTROSE CHEMICAL CORPORATION OF CALIFORNIA; MORTELL COMPANY; MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; NORTHROP GRUMMAN SYSTEMS CORPORATION; OXY USA, INC.; QUEMETCO, INC.; ROCKWELL AUTOMATION, INC.; ROHM & HAAS COMPANY; ROHR, INC.; SAN DIEGO GAS & ELECTRIC COMPANY; SMITH INTERNATIONAL, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; SOUTHERN CALIFORNIA GAS COMPANY; STAUFFER MANAGEMENT COMPANY LLC; THE PROCTER & GAMBLE MANUFACTURING COMPANY; THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION; UNION PACIFIC RAILROAD/SOUTHERN PACIFIC TRANSPORTATION COMPANY; UNITED STATES STEEL CORPORATION; UNITED TECHNOLOGIES CORPORATION; UNIVAR USA INC.; AND AMERON INTERNATIONAL CORPORATION, | ELECTRONIC RESEARCH CORP.; JERSEY MAID MILK PRODUCTS INC.; LABRICATING SPECIALTIES; LAMBDA ELECTRONICS INC.; LANSCO DIE CASTING INC.; LIBBEY GLASS INC.; LIGHTOLIER WEST; METAL SURFACES INC.; METROPOLITAN DISTRIBUTION CENTERS INC.; NAMOLCO INC.; NATIONAL SEMICONDUCTOR CORP.; NELSON NAME PLATE CO.; NORAC CO.; PENETONE CORP.; PETERSON PURITAN INC.; PETROLEUM CONTRACTORS INC.; PYRO ENGINEERING; REDKEN LABORATORIES INC.; SILICON SYSTEMS; STANTON CONSTRUCTION; STUTZMAN PLATING; SUMMIT LIGHTHOUSE; TAPMATIC CORP.; UNITED FOAM CORP.; VONS COMPANIES INC.; W. SMITH CO.; W. W. HENRY CO.; WADCO; WESTERN FUEL OIL CO.; AND ZIM CONTAINER |


MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B
DB3/ 202817202.1

-2-

PLAINTIFFS' NOTICE OF DISMISSAL
2:18-CV-05810-MWF-PLA

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | vs. |
| 3 | 1700 SANTA FE LTD, et al., |
| 4 | Defendants. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B
DB3/ 202817202.1
-3-
PLAINTIFFS' NOTICE OF DISMISSAL
2:18-CV-05810-MWF-PLA

**PLAINTIFFS' NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs dismiss without prejudice Defendants Acme General Corp.; Adohr Farms; Aeroscientific Corp.; Altfillish Gladden; American Appliance Manufacturing Corp.; Anglass Industries; Armstrong Pet Corp.; Asco Sintering Co.; B. & B. Pipe & Tool Co.; Baker Tanks; Barsottis Inc.; Bergandi Manufacturing Co. Inc.; Cal Lift Inc.; California Technical Plating Corp.; Calpro Co.; Conrock Co.; Die Cast Products Inc.; Dominguez Properties; Glassteel Co.; Grindley Manufacturing Inc.; Helene Curtis; Herman Weissker; Hixson Metal Finishing; Hyatt Die Cast & Engineering Corp.; Industrial Wire Corp.; International Electronic Research Corp.; Jersey Maid Milk Products Inc.; Labricating Specialties; Lambda Electronics Inc.; Lansco Die Casting Inc.; Libbey Glass Inc.; Lightolier West; Metal Surfaces Inc.; Metropolitan Distribution Centers Inc.; Namolco Inc.; National Semiconductor Corp.; Nelson Name Plate Co.; Norac Co.; Penetone Corp.; Peterson Puritan Inc.; Petroleum Contractors Inc.; Pyro Engineering; Redken Laboratories Inc.; Silicon Systems; Stanton Construction; Stutzman Plating; Summit Lighthouse; Tapmatic Corp.; United Foam Corp.; Vons Companies Inc.; W. Smith Co.; W. W. Henry Co.; Wadco; Western Fuel Oil Co.; and Zim Container from the present action.

Dated: July 12, 2019                MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Denise G. Fellers
James J. Dragna
Denise Gail Fellers
Attorneys for Plaintiff
BKK WORKING GROUP, an unincorporated association

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

DB3/ 202817202.1

-4-

PLAINTIFFS' NOTICE OF DISMISSAL
2:18-CV-05810-MWF-PLA