**MORGAN, LEWIS & BOCKIUS LLP**
James J. Dragna (SBN 91492)
jim.dragna@morganlewis.com
Denise Gail Fellers (SBN 222694)
denise.fellers@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:   +1.213.612.2501

Attorneys for Plaintiffs
BKK WORKING GROUP, an unincorporated association, and certain of its individual members

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND LLC.; BAYER CROPSCIENCE INC.; BHPI SERVICE LLC; THE BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE PRODUCTS LLC; CITY OF LOS ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS CORPORATION; GENERAL LATEX AND | Case No. 2:18-cv-05810-MWF-PLA<br><br>Hon. Michael W. Fitzgerald<br><br>**STATUS REPORT** |

DB3/ 202811376.2

STATUS REPORT
2:18-CV-05810-MWF-PLA

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

| | |
|---|---|
| 1 | CHEMICAL CORPORATION; HP INC. (FORMERLY KNOWN AS HEWLETT-PACKARD COMPANY); AMERICAN HONDA MOTOR CO., INC.; HUNTINGTON BEACH COMPANY; LOCKHEED MARTIN CORPORATION; MARS, INC. (FORMERLY KNOWN AS KAL KAN FOODS INC.); MONTROSE CHEMICAL CORPORATION OF CALIFORNIA; MORTELL COMPANY; MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; NORTHROP GRUMMAN SYSTEMS CORPORATION; OXY USA, INC.; QUEMETCO, INC.; ROCKWELL AUTOMATION, INC.; ROHM & HAAS COMPANY; ROHR, INC.; SAN DIEGO GAS & ELECTRIC COMPANY; SMITH INTERNATIONAL, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; SOUTHERN CALIFORNIA GAS COMPANY; STAUFFER MANAGEMENT COMPANY LLC; THE PROCTER & GAMBLE MANUFACTURING COMPANY; THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION; UNION PACIFIC RAILROAD/SOUTHERN PACIFIC TRANSPORTATION COMPANY; UNITED STATES STEEL CORPORATION; UNITED TECHNOLOGIES CORPORATION; UNIVAR USA INC.; AND AMERON INTERNATIONAL CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

DB3/ 202811376.2

-2-

STATUS REPORT
2:18-CV-05810-MWF-PLA

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | vs. |
| 3 | 1700 SANTA FE LTD, et al., |
| 4 | Defendants. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B
DB3/ 202811376.2

-3-

STATUS REPORT
2:18-CV-05810-MWF-PLA

In accordance with the Court's July 18, 2018 Order granting Plaintiffs' Motion to Stay and Extend the Time to Serve Defendants (Docket 11), Plaintiffs submit the following Status Report:

## I. BACKGROUND

### A. The BKK Class I Landfill

This matter arises from the BKK Class I Landfill; a landfill located in West Covina, California and operated by BKK Corporation and/or other third parties, and owned by BKK Corporation from approximately 1973 through the present. Between approximately 1969 and 1984, the BKK Class I Landfill accepted manifested waste for disposal. The BKK Class I Landfill ceased accepting all waste in 1987, at which time BKK Corporation began to undertake landfill closure and post-closure activities. In 2004, BKK Corporation notified the State of California that it would not be financially capable of continuing its post-closure care of the BKK Class I Landfill. The BKK Working Group is an unincorporated association of approximately 50 potentially responsible parties whose members are addressing conditions at the BKK Class I Landfill under three separate consent decrees reached with the State of California, as described below.

### B. Members Of The BKK Working Group Have Entered Into Three Separate Consent Decrees with the State of California to Investigate the BKK Class I Landfill

On October 31, 2005, the State of California filed a lawsuit against certain members of the BKK Working Group, captioned *Cal. Dep't of Toxic Substances Control v. Am. Honda Motor Co., Inc.,* No. 05-CV-00746 (C.D. Cal.), and concurrently lodged with the Court a proposed Consent Decree between itself and certain members of the BKK Working Group (hereinafter referred to as the "First Consent Decree Action"). On March 9, 2006, the Court entered the First Consent Decree, which among other things, obligated certain members of the BKK Working Group to perform certain environmental response actions at the BKK Class I Landfill.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

DB3/ 202811376.2

-4-

STATUS REPORT
2:18-CV-05810-MWF-PLA

The State filed a second lawsuit against certain members of the BKK Working Group on May 5, 2010, captioned *Cal. Dep't of Toxic Substances Control v. Am. Honda Motor Co., Inc.,* No. 10-CV-03378 (C.D. Cal.), and concurrently lodged a proposed Second Consent Decree between itself and certain members of the BKK Working Group (hereinafter referred to as the "Second Consent Decree Action"). The Court entered the Second Consent Decree on August 10, 2010, which, among other things, obligates certain members of the BKK Working Group to continue to perform certain environmental response actions and to conduct an Engineering Evaluation/Cost Analysis ("EE/CA") for the BKK Class I Landfill.

On February 2, 2015, the State filed a third complaint against certain members of the BKK Working Group, captioned *Cal. Dep't of Toxic Substances Control v. Am. Honda Motor Co., Inc.,* No 15-CV-00729 (C.D. Cal.), again for the purpose of seeking judicial approval of a consent decree (hereinafter referred to as the "Third Consent Decree Action"), which the State lodged concurrently with the filing of the third complaint. The Court entered the Third Consent Decree on July 24, 2015, which, among other things, obligates certain members of the BKK Working Group to continue to perform certain environmental response actions at the BKK Class I Landfill and conduct a groundwater Remedial Investigation and Feasibility Study ("RI/FS").

Currently, all three Consent Decree Actions are before the Honorable Judge Pregerson.

## II.   STATUS OF INVESTIGATION OF THE BKK CLASS I LANDFILL

The members of the BKK Working Group are continuing to work cooperatively with the State of California. In accordance with the Consent Decrees described above, the members of the BKK Working Group are conducting the "Essential Activities" at the BKK Class I Landfill, which include the day to day operation and maintenance at the Class I Landfill. The members of the BKK Working Group are also undertaking investigations of the Class I Landfill

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

DB3/ 202811376.2

-5-

STATUS REPORT
2:18-CV-05810-MWF-PLA

consisting of both an EE/CA and a groundwater RI/FS. At this time, the field work associated with the EE/CA is completed, the members of the BKK Working Group recently addressed DTSC's comments on the draft EE/CA Report and submitted a final draft EE/CA Report to DTSC. As for the RI/FS, the members of the BKK Working Group have conducted field work for the RI/FS in accordance with the accelerated field task work plans and are working with DTSC on finalizing the submittal of data from this field work and drafting the next series of work plans.

## III. STATUS OF LITIGATION

On March 21, 2019, this Court entered a further stay and extension of time to serve the complaint until July 20, 2020. It is anticipated that during this time, Plaintiffs and the State of California will finalize a comprehensive settlement package for potentially responsible parties at the Class I Landfill, including the defendants. The status of these potential settlements is described more fully in Section IV below.

Since this action was filed, Plaintiffs have entered into 175 tolling agreements with defendants and are planning to or have dismissed these defendants without prejudice from this lawsuit (all defendants refused to sign tolling agreements before the suit was filed). Plaintiffs are in ongoing negotiations with a number of other defendants about dismissing such defendants without prejudice if they sign a tolling agreement; and Plaintiffs are sending out on a rolling basis written requests to all other defendants that Plaintiffs have located advising them that if they sign a tolling agreement, Plaintiffs will dismiss them without prejudice from the lawsuit. Plaintiffs should complete this process in the next month.

## IV. STATUS OF POTENTIAL SETTLEMENTS

The members of the BKK Working Group, including Plaintiffs, are working cooperatively with the State of California to develop a comprehensive settlement package for potentially responsible parties at the Class I Landfill, including the defendants. While Plaintiffs and the State have made significant progress in

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles B

DB3/ 202811376.2

-6-

STATUS REPORT
2:18-CV-05810-MWF-PLA

developing this settlement package, it is not yet finalized. Both Plaintiffs and the State are hopeful that the settlement package will be finalized in the coming months, at which time Plaintiffs and the State intend to send the settlement package to thousands of potentially responsible parties, including the defendants, in an organized and systematic fashion. In order to ensure that the State can timely respond to all potentially responsible parties, the State and Plaintiffs expect to send the settlement packages out in waves over the course of a few years.

There are several benefits to including the State in settlements with defendants. The most important reason being that doing so allows settling defendants to obtain the settlement protections generally provided by the government in CERCLA settlements, such as contribution protection (thereby providing an added incentive for defendants to settle in lieu of engaging in active litigation). For this reason, Plaintiffs continue to believe that it benefits everyone, including defendants, to continue to work cooperatively with the State in developing this settlement package.

## V.   STATUS OF RELATED CASE

On July 3, 2018, Plaintiffs filed a related case, captioned BKK Working Group, et al. v. Albertsons Companies, Inc., et al., Case No. 2:18-CV-05836, which is currently pending before Judge Birotte in the Central District Court of California. This related case also is stayed until July 20, 2020. This case involves the same questions of law and fact, the same plaintiffs, and seek the same relief against a separate set of defendants, so substantial judicial efficiency would be achieved by having these nearly identical cases before the same Court. The operative First Amended Complaints in both cases (collectively, "Complaints") assert identical causes of action based on identical facts. The Plaintiffs in both cases are also the same, with a few minor exceptions, and include the BKK Working Group, an unincorporated association of approximately fifty entities. In both actions, the Plaintiffs seek to require the named defendants to pay their fair share of

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB3/ 202811376.2

-7-

STATUS REPORT
2:18-CV-05810-MWF-PLA

investigation and remediation costs regarding the BKK Class I Landfill. The only material difference between the Related Actions is the defendants' identities.

Plaintiffs believe that the transfer of the two related cases to the same Court is in the best interests of all parties and the Court.[1] Doing so will dispense with the need for two different judges to address the same issues, allow the Related Actions to be managed by the same judge, ensure consistent rulings and actions, and promote overall judicial convenience and efficiency.

## VI. CONCLUSION

In accordance with the July 18, 2018 and March 21, 2019 Orders, the Plaintiffs will submit the next Status Report by October 14, 2019, unless the Court directs otherwise.

Dated: July 15, 2019

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Denise G. Fellers
James J. Dragna
Denise Gail Fellers
Attorneys for Plaintiffs

---

[1] If the Court believes it is necessary, Plaintiffs will file a Request to Transfer the related cases to the same Court.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B
DB3/ 202811376.2
-8-
STATUS REPORT
2:18-CV-05810-MWF-PLA