| | |
|---|---|
| 1 | **MORGAN, LEWIS & BOCKIUS LLP** |
| 2 | James J. Dragna (SBN 91492) |
|   | jim.dragna@morganlewis.com |
| 3 | Denise Gail Fellers (SBN 222694) |
|   | denise.fellers@morganlewis.com |
| 4 | 300 South Grand Avenue, 22nd Floor |
|   | Los Angeles, CA  90071-3132 |
| 5 | Tel:   +1.213.612.2500 |
|   | Fax:  +1.213.612.2501 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | BKK WORKING GROUP, an unincorporated |
|   | association, and individual members identified |
| 8 | below |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | BKK WORKING GROUP; | Case No. 2:18-cv-05810-MWF-PLA |
| 14 | ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND LLC.; | Hon. Michael W. Fitzgerald |
| 15 | BAYER CROPSCIENCE INC.; BHPI SERVICE LLC; THE | **PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CAL INK; FRYER KNOWLES CORP. INSULATION DEPARTMENT; SOABAR CO.; TEXTURED COATINGS; AND TRUMBULL ASPHALT CO.** |
| 16 | BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE PRODUCTS LLC; CITY OF LOS ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS CORPORATION; GENERAL LATEX AND | |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Los Angeles B

DB3/ 203036564.1

PLAINTIFFS' NOTICE OF DISMISSAL
WITHOUT PREJUDICE
2:18-CV-05810-MWF-PLA

CHEMICAL CORPORATION; HP INC. (FORMERLY KNOWN AS HEWLETT-PACKARD COMPANY); AMERICAN HONDA MOTOR CO., INC.; HUNTINGTON BEACH COMPANY; LOCKHEED MARTIN CORPORATION; MARS, INC. (FORMERLY KNOWN AS KAL KAN FOODS INC.); MONTROSE CHEMICAL CORPORATION OF CALIFORNIA; MORTELL COMPANY; MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; NORTHROP GRUMMAN SYSTEMS CORPORATION; OXY USA, INC.; QUEMETCO, INC.; ROCKWELL AUTOMATION, INC.; ROHM & HAAS COMPANY; ROHR, INC.; SAN DIEGO GAS & ELECTRIC COMPANY; SMITH INTERNATIONAL, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; SOUTHERN CALIFORNIA GAS COMPANY; STAUFFER MANAGEMENT COMPANY LLC; THE PROCTER & GAMBLE MANUFACTURING COMPANY; THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION; UNION PACIFIC RAILROAD/SOUTHERN PACIFIC TRANSPORTATION COMPANY; UNITED STATES STEEL CORPORATION; UNITED TECHNOLOGIES CORPORATION; UNIVAR USA INC.; AND AMERON INTERNATIONAL CORPORATION,

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

DB3/ 203036564.1

-2-

PLAINTIFFS' NOTICE OF DISMISSAL
WITHOUT PREJUDICE
2:18-CV-05810-MWF-PLA

| | |
|---|---|
| 1 | Plaintiffs, |
| 2 | vs. |
| 3 | 1700 SANTA FE LTD, et al., |
| 4 | Defendants. |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB3/ 203036564.1

-3-

PLAINTIFFS' NOTICE OF DISMISSAL
WITHOUT PREJUDICE
2:18-CV-05810-MWF-PLA

# PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE OF CERTAIN DEFENDANTS

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs dismiss without prejudice Defendants Cal Ink; Fryer Knowles Corp. Insulation Department; Soabar Co.; Textured Coatings; and Trumbull Asphalt Co. from the present action.

Dated: October 11, 2019

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Denise G. Fellers
James J. Dragna
Denise Gail Fellers
Attorneys for Plaintiff
BKK WORKING GROUP, an unincorporated association

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES B

DB3/ 203036564.1

-4-

PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE
2:18-CV-05810-MWF-PLA