1
2
3
4
5
6
7
8
9          UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12   BKK WORKING GROUP; et al.;            Case No. CV 18-5810-MWF (PLAx)
13                    Plaintiffs,          Hon. Michael W. Fitzgerald
14          vs.                            **ORDER GRANTING
                                           PLAINTIFFS' MOTION TO LIFT
15   1700 SANTA FE LTD; et al.,            THE STAY FOR THE LIMITED
                                           PURPOSE OF AMENDING
16                    Defendants.          PLAINTIFFS' FIRST AMENDED
                                           COMPLAINT; FOR AN ORDER
17                                         GRANTING LEAVE TO AMEND
                                           PLAINTIFFS' FIRST AMENDED
18                                         COMPLAINT; AND FOR AN
                                           ORDER AMENDING THE
19                                         OPERATIVE STAY ORDER
                                           (DOCKET NO. 43)**
20
21
22
23
24
25
26
27
28

1  This matter comes before the Court on Plaintiffs' Motion to Lift the Stay for

2  the Limited Purpose of Amending Plaintiffs' First Amended Complaint; for an

3  Order Granting Leave to Amend Plaintiffs First Amended Complaint; and for an

4  Order Amending the Operative Stay Order ("Motion"), filed concurrently herewith.

5  Having considered Plaintiffs' Motion, the Court hereby **GRANTS** the

6  Motion as follows:

7  1.  The current Stay is lifted for the limited purpose of amending

8  Plaintiffs' First Amended Complaint;

9  2.  The operative Stay Order is amended to allow Plaintiffs to add, as

10  Defendants, parties who refuse to enter into tolling agreements or further tolling

11  agreements; and

12  3.  Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs are granted

13  leave to amend their First Amended Complaint for the exclusive purposes outlined

14  in their Motion.  Plaintiffs may file their Proposed Second Amended Complaint, as

15  attached as Exhibit 1 to the Declaration of Denise G. Fellers in Support of

16  Plaintiffs' Motion, within 30 days of this Order.

17  **IT IS SO ORDERED.**

18

19  Dated: May 4, 2021

20  MICHAEL W. FITZGERALD
   United States District Judge

21

22

23

24

25

26

27

28

ORDER GRANTING PLS.' MOT. TO LIFT STAY
TO AM. 1ST AM. COMPL. & TO AM. STAY
ORDER; CV 18-5810-MWF (PLAx)