**MORGAN, LEWIS & BOCKIUS LLP**
James J. Dragna (SBN 91492)
jim.dragna@morganlewis.com
Denise Gail Fellers (SBN 222694)
denise.fellers@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Tel:     +1.213.612.2500
Fax:    +1.213.612.2501

Attorneys for Plaintiff
BKK WORKING GROUP, an unincorporated association, and individual members identified below

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>1700 SANTA FE LTD; et al.,<br><br>Defendants. | Case No. 2:18-cv-5810<br><br>Hon. Michael W. Fitzgerald<br><br>**PLAINTIFFS' SECOND AMENDED CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1.** |

**TO:    THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for Plaintiffs BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND LLC; BAYER CROPSCIENCE INC.; BIG HEART PET BRANDS, INC.; THE BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE PRODUCTS LLC; CITY OF LOS

ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.; THE DOW CHEMICAL COMPANY; DUCOMMUN AEROSTRUCTURES, INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS CORPORATION; GENERAL LATEX AND CHEMICAL CORPORATION; HP INC. (FORMERLY KNOWN AS HEWLETT-PACKARD COMPANY); AMERICAN HONDA MOTOR CO., INC.; HUNTINGTON BEACH COMPANY; LOCKHEED MARTIN CORPORATION; MARS, INC. (FORMERLY KNOWN AS KAL KAN FOODS INC.); MONTROSE CHEMICAL CORPORATION OF CALIFORNIA; MORTELL COMPANY; MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; NORTHROP GRUMMAN SYSTEMS CORPORATION; OXY USA, INC.; PROCTER & GAMBLE MANUFACTURING COMPANY; QUEMETCO, INC.; ROCKWELL AUTOMATION, INC.; ROHM & HAAS COMPANY; ROHR, INC.; SAN DIEGO GAS & ELECTRIC COMPANY; SOUTHERN CALIFORNIA EDISON COMPANY; SOUTHERN CALIFORNIA GAS COMPANY; STAUFFER MANAGEMENT COMPANY LLC; THE PROCTER & GAMBLE MANUFACTURING COMPANY; THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION; UNION PACIFIC RAILROAD/SOUTHERN PACIFIC TRANSPORTATION COMPANY; UNITED STATES STEEL CORPORATION; UNITED TECHNOLOGIES CORPORATION; UNIVAR USA INC.; AND AMERON INTERNATIONAL CORPORATION, (collectively referred to herein as "Plaintiffs" or individually as "Plaintiff") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | PARTY | CONNECTION / INTEREST |
|---|---|---|
| 1. | BKK WORKING GROUP | Plaintiff is an unincorporated association of approximately 56 entities, including Ameron International Corp., Anadarko E&P Onshore LLC, Ashland LLC, Atlantic Richfield Company, Baker Hughes Oilfield Operations, LLC, Baker Petrolite LLC, Bayer CropScience Inc., Big Heart Pet Brands, Inc., The Boeing Company, California Resources Corporation, Chevron Environmental Management Company, Chevron Marine LLC, City Of Los Angeles, Acting By And Through The Los Angeles Department Of Water And Power, ConocoPhillips Company, Crosby & Overton, Inc., The Dow Chemical Company, Ducommun Aerostructures, Inc., Essex Chemical Corporation, Exxon Mobil Corporation, Filtrol Corporation, Gemini Industries, Inc., General Dynamics Corporation, General Latex and Chemical Corporation, HP Inc. (formerly knowns as Hewlett-Packard Company), American Honda Motor Co., Inc., Honeywell International Inc., Hugo Neu-Proler, Huntington Beach Company, Mars Inc., formerly known as Kal Kan Foods Inc., Lockheed Martin Corporation, Montrose Chemical Corp. of California, Mortell Company, Morton International, LLC, (previously "Morton International, Inc."), National Steel And Shipbuilding Company, Northrop Grumman Systems Corporation, OXY USA, Inc., Quemetco, Inc., Raytheon Company, Raytheon Technologies Corporation for |

| | | |
|---|---|---|
| | | Inmont Corporation (previously "United Technologies Corporation"), Rockwell Automation, Inc., Rohm and Hass Company, Rohr, Inc., San Diego Gas & Electric Company, Shell Oil Company, Smith International Inc., Southern California Edison Company, Southern California Gas Company, The Procter & Gamble Manufacturing Company, THUMS Long Beach Company, Todd Pacific Shipyards Corp., Union Carbide Corporation, Union Pacific Railroad / Southern Pacific Transportation Company, Unisys Corporation, United States Steel Corporation, Univar Solutions USA Inc. (previously "Univar USA Inc."), Vigor Shipyards, Inc., Wyeth Holdings, formerly known as American Cyanamid Company, and Xerox Corporation. |
| 2. | AMERON INTERNATIONAL CORPORATION | Plaintiff is a wholly-owned subsidiary of National Oilwell Varco. |
| 3. | ANADARKO E&P ONSHORE LLC | Plaintiff is a Delaware limited liability company and is a subsidiary of Anadarko Petroleum Corporation. |
| 4. | ATLANTIC RICHFIELD COMPANY | Plaintiff is a nongovernmental corporate party, operating as a subsidiary of BP America Inc. |
| 5. | ASHLAND LLC | Plaintiff is a nongovernmental corporate party. Ashland LLC is an indirect wholly-owned subsidiary of Ashland Global Holdings Inc. |
| 6. | BAYER CROPSCIENCE INC. | Bayer CropScience Inc. is not a publicly-held corporation or other publicly-held entity. Bayer CropScience Inc. is wholly-owned by Bayer CropScience Holding S.A. Bayer CropScience AG holds greater than 99.99% of the ownership interest in Bayer CropScience Holding S.A., with |

| | | |
|---|---|---|
| | | the balance held by Bayer S.A.S.  Bayer S.A.S is wholly-owned by Bayer Global Investments B.V. Bayer Global Investments B.V. is owned by Bayer CropScience AG and indirectly through various intermediary companies by Bayer AG. Bayer CropScience AG is wholly owned by Bayer AG.  Thus, Bayer CropScience Inc. is an indirect, wholly-owned subsidiary of Bayer AG.  Bayer AG is publicly-held and has no parent.  Bayer AG owns 10% or more of Bayer CropScience, Inc. stock. |
| 7. | BIG HEART PET BRANDS, INC. | Big Heart Pet Brands, Inc. is an indirect wholly owned subsidiary of The J. M. Smucker Company. |
| 8. | THE BOEING COMPANY | Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff The Boeing Company states that it has no parent corporation and that as of April 9, 2021, no corporation has filed a Schedule 13G with the U.S. Securities and Exchange Commission disclosing ownership of ten percent or more of Boeing's stock. |
| 9. | CALIFORNIA RESOURCES CORPORATION | California Resources Corporation is a publically traded corporation.  No publicly held corporation owns 10% or more of California Resources Corporation's stock. |
| 10. | CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY | Chevron Environmental Management Company is a California corporation that is an indirect, wholly-owned subsidiary of Chevron Corporation, which is publicly traded.  No publicly held corporation owns 10% or more of Chevron Corporation's stock. |
| 11. | CHEVRON MARINE PRODUCTS LLC | Chevron Marine Products LLC is a Delaware limited liability company that is an indirect, wholly-owned subsidiary of Chevron Corporation, |

| | | |
|---|---|---|
| | | which is publicly traded. No publicly held corporation owns 10% or more of Chevron Corporation's stock. |
| 12. | CITY OF LOS ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER | N/A |
| 13. | CONOCOPHILLIPS COMPANY | ConocoPhillips Company is a wholly owned operating subsidiary of ConocoPhillips, a publicly traded corporation. Besides its parent company, no publicly held corporation owns 10% or more of ConocoPhillips Company's stock. |
| 14. | CROSBY & OVERTON, INC. | Crosby & Overton, Inc. is a privately held corporation. No public company owns more than 10% of Crosby & Overton Inc.'s stock. |
| 15. | THE DOW CHEMICAL COMPANY | The Dow Chemical Company is a wholly-owned subsidiary of Dow Inc. |
| 16. | DUCOMMUN AEROSTRUCTURES, INC. | Plaintiff is a wholly owned subsidiary of Ducommun Incorporated, a Delaware corporation. |
| 17. | ESSEX CHEMICAL CORPORATION | Essex Chemical Company is a wholly-owned subsidiary of The Dow Chemical Company, which is a wholly-owned subsidiary of The Dow Chemical Company, which is a wholly-owned subsidiary of Dow, Inc. |
| 18. | EXXON MOBIL CORPORATION | Exxon Mobil Corporation, a New Jersey corporation, has no parent corporation. No corporation holds 10% or more of its stock. |
| 19. | FILTROL CORPORATION | Filtrol Corporation is a wholly owned subsidiary of Nouryon Chemicals LLC. |
| 20. | GEMINI INDUSTRIES, INC. | Gemini Industries, Inc., is a nongovernmental corporate party, with no parent corporation or publicly held corporation owning 10% or more of its stock. |

| | | |
|---|---|---|
| 21. | GENERAL DYNAMICS CORPORATION | General Dynamics Corporation does not have a parent corporation and no publicly held corporation holds 10% or more of its stock. |
| 22. | GENERAL LATEX AND CHEMICAL CORPORATION | General Latex and Chemical Corporation is a wholly-owned subsidiary of The Dow Chemical Company, which is a wholly-owned subsidiary of Dow Inc. |
| 23. | HP INC., formerly known as Hewlett-Packard Company | HP Inc., formerly known as Hewlett-Packard Company, is a nongovernmental corporate party, with no parent corporation or publicly held corporation owning 10% or more of its stock. |
| 24. | AMERICAN HONDA MOTOR CO., INC. | American Honda Motor Co., Inc. is a nongovernmental corporate party and is a wholly-owned subsidiary of Honda Motor Co., Ltd., a Japanese corporation. |
| 25. | HUNTINGTON BEACH COMPANY | Huntington Beach Company is a California corporation that is an indirect, wholly-owned subsidiary of Chevron Corporation, which is publicly traded. No publicly held corporation owns 10% or more of Chevron Corporation's stock. |
| 26. | LOCKHEED MARTIN CORPORATION | Lockheed Martin Corporation is a nongovernmental corporate party, with no parent corporation. State Street Corporation owns 10% or more of Lockheed Martin Corporation's outstanding shares. |
| 27. | MARS, INC. (formerly known as Kal Kan Foods Inc.) | Mars, Inc. is a privately held corporation. No public company owns more than 10% of Mars, Inc.'s stock. |
| 28. | MONTROSE CHEMICAL CORPORATION OF CALIFORNIA | Stauffer Management Company LLC ("SMC") is a shareholder in Montrose. SMC is a wholly-owned subsidiary of Zeneca Inc. Zeneca Inc. is a wholly-owned subsidiary of Zeneca Holdings Inc. And Zeneca Holdings Inc. is an indirect subsidiary of AstraZeneca Pharmaceuticals LP. |

| | | |
|---|---|---|
| | | 21st Century Fox America Inc., a publicly owned corporation, is a shareholder in Montrose and owns 10% or more of Montrose's stock. Montrose is not a publicly held corporation or other publicly held entity. Montrose does not have a parent corporation. |
| 29. | MORTELL COMPANY | Mortell Company is an indirect wholly-owned subsidiary of The Dow Chemical Company, which is a wholly-owned subsidiary of Dow Inc. |
| 30. | MORTON INTERNATIONAL, LLC (previously "Morton International, Inc.") | Morton International, LLC is an indirect wholly-owned subsidiary of The Dow Chemical Company, which is a wholly-owned subsidiary of Dow Inc. |
| 31. | NATIONAL STEEL AND SHIPBUILDING COMPANY | National Steel and Shipbuilding Company's parent corporation is General Dynamics Corporation. |
| 32. | NORTHROP GRUMMAN SYSTEMS CORPORATION | Northrop Grumman Systems Corporation is a Delaware corporation and wholly owned subsidiary of its parent, Northrop Grumman Corporation. |
| 33. | OXY USA, INC. | Plaintiff is a nongovernmental corporate party. Plaintiff's parent corporation is Occidental Petroleum Corporation. |
| 34. | THE PROCTER & GAMBLE MANUFACTURING COMPANY | The parent company of The Procter & Gamble Manufacturing Company is The Procter & Gamble Company, a publicly traded corporation with no publicly held corporation owning 10% or more of its stock. |
| 35. | QUEMETCO, INC. | Quemetco, Inc. ("Quemetco") is a privately held corporation, and is organized under the laws of the State of Delaware, with its principal place of business in Dallas, TX. Quemetco is a wholly owned subsidiary of Metals HoldCo, Inc. Quemetco's parent company, Metals HoldCo, Inc., is a privately held corporation, with its principal place of business in |

| | | |
|---|---|---|
| | | Texas. No public company owns more than 10% of Quemetco's stock. |
| 36. | RAYTHEON TECHNOLOGIES CORPORATION FOR INMONT CORPORATION (previously "United Technologies Corporation") | Inmont Corporation was previously a wholly owned subsidiary of United Technologies Corporation (UTC). On April 3, 2020, UTC merged with Raytheon Company and changed its name to Raytheon Technologies Corporation. Now, Inmont Corporation is a wholly owned subsidiary of Raytheon Technologies Corporation, which has no parent corporation and no publicly traded corporation owns 10% or more of its stock. |
| 37. | ROCKWELL AUTOMATION, INC. | Rockwell Automation, Inc. is a nongovernmental corporate party, with no parent corporation. |
| 38. | ROHM AND HAAS COMPANY | Rohm and Haas Company is an indirect wholly-owned subsidiary of The Dow Chemical Company, which is a wholly-owned subsidiary of Dow Inc. |
| 39. | ROHR, INC. | Rohr, Inc. was previously a wholly owned subsidiary of United Technologies Corporation (UTC). On April 3, 2020, UTC merged with Raytheon Company and changed its name to Raytheon Technologies Corporation. Now, Rohr, Inc. is a wholly owned subsidiary of Raytheon Technologies Corporation, which has no parent corporation and no publicly traded corporation owns 10% or more of its stock. |
| 40. | SAN DIEGO GAS & ELECTRIC COMPANY | San Diego Gas & Electric Company is a nongovernmental corporate party. Plaintiff is an indirect wholly owned subsidiary of Sempra Energy. |
| 41. | SMITH INTERNATIONAL INC. | Smith International Inc. is a wholly owned subsidiary of Schlumberger Limited. |
| 42. | SOUTHERN CALIFORNIA EDISON COMPANY | Southern California Edison Company ("SCE") is a |

| | | |
|---|---|---|
| | | nongovernmental corporate party. SCE's parent corporation is Edison International. |
| 43. | SOUTHERN CALIFORNIA GAS COMPANY | Southern California Gas Company is a nongovernmental corporate party and an indirect subsidiary of Sempra Energy. No public company owns more than 10% of Southern California Gas Company's stock. |
| 44. | STAUFFER MANAGEMENT COMPANY LLC | Stauffer Management Company LLC is a wholly-owned Subsidiary of Zeneca Inc. Zeneca Inc. is a wholly-owned subsidiary of Zeneca Holdings Inc. And, Zeneca Holdings Inc. is an indirect subsidiary of AstraZeneca Pharmaceuticals LP. |
| 45. | THUMS LONG BEACH COMPANY | THUMS Long Beach Company is a wholly-owned subsidiary of California Resources Long Beach, Inc.. |
| 46. | UNION CARBIDE CORPORATION | Union Carbide Corporation is a wholly-owned subsidiary of The Dow Chemical Company, which is a wholly-owned subsidiary of Dow Inc. |
| 47. | UNION PACIFIC RAILROAD/SOUTHERN PACIFIC TRANSPORTATION COMPANY | Union Pacific Railroad Company is a wholly owned subsidiary of Union Pacific Corporation, a publicly traded corporation. |
| 48. | UNITED STATES STEEL CORPORATION | United States Steep Corporation is a nongovernmental corporate party without a parent corporation and no public company owns more than 10% of its stock. |
| 49. | UNITED TECHNOLOGIES CORPORATION | United Technologies Corporation (UTC) is a public company. State Street Corporation, which is also a public company, reported on December 31, 2017 that it is the beneficial owner of 11.28 percent of the outstanding shares of UTC's common stock. |
| 50. | UNIVAR SOLUTIONS USA INC. (previously "Univar USA Inc.") | Univar USA Inc. changed its name to Univar Solutions USA Inc. Univar Solutions USA Inc. is a |

| | |
|---|---|
| | wholly owned subsidiary of Univar Solutions Inc., which is a publicly held corporation. |

The undersigned parties understand that under Rule 7.1 of the Federal Rules of Civil Procedure and L.R. 7.1-1, they must promptly file a supplemental Corporate Disclosure Statement or amended Notice of Interested Parties upon any change in the information that this Statement Notice require.

Dated:      June 03, 2021                     MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Denise G. Fellers
    James J. Dragna
    Denise Gail Fellers
    Attorneys for Plaintiffs
    BKK WORKING GROUP, et al.