UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   **CV 18-05810-MWF (PLAx)**                                   Date:  May 29, 2025

Title   **BKK Working Group v. 1700 Santa Fe Ltd et al**

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 15, 2025, Defendant Lyle Van Pattern Co., Inc. ("Lyle"), by and through its Director Bruce E. Van Patten, filed an Answer. (*See* Docket No. 241). The Answer indicates that Lyle is proceeding pro se.

Individual litigants may represent themselves pro se, but corporations and associations must be represented by counsel. *See In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) (corporations); *Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986) (unincorporated association); *Chavez v. Won*, CV 19-595-JLT, 2020 WL 5642342, at *2 (E.D. Cal. Sept. 22, 2020) (dissolved corporations).

In addition, a partner may not represent his or her own interest in a partnership pro se, and a shareholder may not represent a corporation. *See In re Am. West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (partner); *United States v. High Country Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (shareholder); *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir.1993) (corporation's president and sole shareholder cannot make "an end run" around the counsel requirement by intervening pro se).

In other words, Lyle needs to be represented by a lawyer.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 18-05810-MWF (PLAx)**                                   Date:  May 29, 2025

Title        **BKK Working Group v. 1700 Santa Fe Ltd et al**

    Accordingly, the Court **ORDERS** Lyle to show cause, in writing, on or before **June 30, 2025**, why it should not be required to retain counsel.

    No oral argument on the Motion will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  Lyle's failure to respond to the Order to Show Cause by **June 30, 2025**, will result in the Answer being stricken.  Plaintiffs would then be free to seek a default judgment.

    IT IS SO ORDERED.

    Parties in court without a lawyer are called "pro se litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal Pro Se Clinic where pro se litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  Pro se litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.