AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND INC.; BAYER CROSCIENCE INC. (See Attachment #1)<br><br>*Plaintiff(s)*<br><br>v.<br><br>A.Z. DECASING INC.; ACCURATE PLATING CO.; ACE PLATING COMPANY, INC. (See Attachment #1)<br><br>*Defendant(s)* | Civil Action No. 2:18-cv-05810-MWF-PLA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  SUPRACOTE INC.
C/O BLUESCOPE BUILDINGS NORTH AMERICA, INC.
1540 GENESSEE STREET
KANSAS CITY, MO 64102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Denise Gail Fellers, denise.fellers@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-05810-MWF-PLA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# ATTACHMENT NO.1

| | |
|---|---|
| **MORGAN, LEWIS & BOCKIUS LLP**<br>Denise G. Fellers (SBN 222694)<br>denise.fellers@morganlewis.com<br>Jeremy B. Esterkin (SBN 268530)<br>jeremy.esterkin@morganlewis.com<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>Tel: +1.213.612.2500<br>Fax: +1.213.612.2501<br><br>**MORGAN, LEWIS & BOCKIUS LLP**<br>Collie F. James, IV (SBN 192318)<br>collie.james@morganlewis.com<br>600 Anton Blvd., Ste. 1800<br>Costa Mesa, CA 92626-7653<br>Tel: +1.714.830.0600<br>Fax: +1.714.830.0700<br><br>Attorneys for Plaintiffs<br>BKK WORKING GROUP, an unincorporated association, and individual members identified below | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND INC.; BAYER CROPSCIENCE INC.; BIG HEART PET BRANDS; THE BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON ENVIRONMENTAL MANAGEMENT COMPANY; CHEVRON MARINE PRODUCTS LLC; CITY OF LOS ANGELES, ACTING BY AND THROUGH THE LOS ANGELES DEPARTMENT OF WATER AND POWER; CONOCOPHILLIPS COMPANY; CROSBY & OVERTON, INC.; THE DOW CHEMICAL COMPANY; DUCOMMUN | Case No. 2:18-cv-5810-MWF-PLA<br><br>**NINTH AMENDED COMPLAINT FOR:**<br><br>1. CERCLA: CONTRIBUTION [42 U.S.C. § 9613(f)]<br>2. CERCLA: COST RECOVERY [42 U.S.C. § 9607(a)]<br>3. CERCLA: SUBROGATION [42 U.S.C. § 9612(c)(2)]<br>4. CERCLA: DECLARATORY RELIEF [42 U.S.C. § 9613(g)]<br>5. HSAA: CONTRIBUTION [HEALTH AND SAFETY CODE §§ 78000, ET SEQ.]<br>6. EQUITABLE INDEMNIFICATION<br>7. EQUITABLE CONTRIBUTION<br>8. COMMON LAW |

| | | |
|---|---|---|
| 1 | AEROSTRUCTURES, INC.; ESSEX CHEMICAL CORPORATION; EXXON MOBIL CORPORATION; GEMINI INDUSTRIES, INC.; GENERAL DYNAMICS CORPORATION; GENERAL LATEX AND CHEMICAL CORPORATION; HEWLETT-PACKARD COMPANY; AMERICAN HONDA MOTOR CO., INC.; HUNTINGTON BEACH COMPANY; LOCKHEED MARTIN CORPORATION; MARS, INC. (FORMERLY KNOWN AS KAL KAN FOODS INC.); MONTROSE CHEMICAL CORP. OF CALIFORNIA; MORTELL COMPANY; MORTON INTERNATIONAL, INC.; NATIONAL STEEL AND SHIPBUILDING COMPANY; NORTHROP GRUMMAN SYSTEMS CORPORATION; OXY USA INC.; QUEMETCO, INC.; ROCKWELL AUTOMATION, INC.; ROHM & HAAS COMPANY; ROHR, INC.; SAN DIEGO GAS & ELECTRIC COMPANY; SMITH INTERNATIONAL, INC.; SOUTHERN CALIFORNIA EDISON COMPANY; SOUTHERN CALIFORNIA GAS COMPANY; STAUFFER MANAGEMENT COMPANY LLC; THE PROCTER & GAMBLE MANUFACTURING COMPANY; THUMS LONG BEACH COMPANY; UNION CARBIDE CORPORATION; UNION PACIFIC RAILROAD (FORMERLY KNOWN AS SOUTHERN PACIFIC TRANSPORTATION COMPANY); UNITED STATES STEEL CORPORATION; RTX | SUBROGATION<br><br>9. DECLARATORY RELIEF [Cal. Civ. Proc. Code §1060] |

| | |
|---|---|
| 1 | CORPORATION; UNIVAR SOLUTIONS USA LLC; AMERON INTERNATIONAL CORPORATION; AND XEROX CORPORATION, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Plaintiffs, |
| 6 | v. |
| 7 | A. Z. DECASING INC.; ACCURATE PLATING CO.; ACE PLATING COMPANY, INC.; JUNE P. MILLER TRUST; ACTION COMPUTER PRODUCTS SALES, INC.; AERODYNAMICS PLATING CO., INC.; AJAX HARDWARE CORP.; ALCO-GRAVURE INC.; ALLYN TRANSPORTATION CO.; ALUM-A-COAT INC.; ALUMINUM PRECISION PRODUCTS, INC.; AMERICAN MARBLE & ONYX COMPANY, INC.; AMERICAN OCEAN TILE; MOHAWK INDUSTRIES, INC.; AMERICAN SAFETY EQUIPMENT CO.; ANCHOR HOCKING CORPORATION; APEX DRUM COMPANY, INC.; ASTRO PAK CORP.; ATLAS COVERALL & SUPPLY; B & B PIPE AND TOOL CO.; B & C PLATING CORPORATION; BARRY L. MILLER ENGINEERING INC.; BAY DECKING CO. INC.; BELL INDUSTRIES; BENNETT INDUSTRIES; BERGANDI MANUFACTURING CO. INC.; BERK OIL CO.; BERNS CO.; BEYLIK DRILLING; BLACKFOOT-CHEROKEE ENERGY INC.; TEP ROCKY MOUNTAIN LLC; BLISS & |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | LAUGHLIN STEEL CO.; BOCK |
| 2 | COMPANY; BUMPERLINE INC.; SABEMA CORPORATION; |
| 3 | BURBANK PLATING SERVICE CORP.; BURBANK UNIFIED |
| 4 | SCHOOL DISTRICT; CAL BUMPER CO.; CALIFORNIA CORRUGATED |
| 5 | IND.; CALIFORNIA FINISHED METALS INC.; CALIFORNIA |
| 6 | MOTOR EXPRESS; MCCLEAN TRUCKING COMPANY; CALPRO |
| 7 | CO.; CARLSBERG FINANCIAL CORP.; CASPIAN INC.; CBC |
| 8 | INDUSTRIES, INC.; CELOTEX CORP.; CHEM ARROW CORP.; |
| 9 | CHEMICAL ENERGY OF CALIFORNIA; CHEMOIL REFINING |
| 10 | CORP.; CHEMRON; CHROMALLOY CORPORATION; CHROME |
| 11 | CRANKSHAFT CO.; CHROMIZING CORP.; CITY OF RIVERSIDE; CITY |
| 12 | OF SAN DIEGO; CLAYTON MANUFACTURING COMPANY; |
| 13 | CLEAN STEEL INC.; A.C. LIQUIDATING CORP.; |
| 14 | COMMERCIAL CLEANING CORP.; COMPUTER AUTOMATION, INC.; |
| 15 | CONRAC CORP.; DAYCO INCORPORATED; CONROCK CO.; |
| 16 | CALMAT CO.; CONTAINER SUPPLY CO.; HOMETOWN GREEN |
| 17 | RIVER VILLAGE GP, L.L.C., SUCCESSOR-IN-INTEREST TO |
| 18 | CONTEMPO FURNITURE; CONTINENTAL POLYMERS INC.; |
| 19 | COOPER LA CLEAR DRUM CO.; TORRANCE TUBING & CONDUIT |
| 20 | CO.; D. W. ELLIOTT INC.; DARRELL THOMPSON TANK & |
| 21 | CONSTRUCTION, INC.; DAVIS WIRE CORP.; DAYTON GRANGER |

| | |
|---|---|
| 1 | INC.; G.L.C. BUILDING CORP., |
| 2 | FORMERLY KNOWN AS DEL AMO ENERGY; SGL CARBON LLC; DIAL |
| 3 | PRECISION INC.; DOWNEY GLASS CO. INC.; DRAFT SYSTEMS INC.; |
| 4 | DUBOIS CHEMICAL CO.; RATHON |
| 5 | CORP.; H.E. DYER, INC.; EDMUND A. GRAY CO.; EL MONTE LEAD |
| 6 | SALVAGE CO. INC.; ELECTRO |
| 7 | ADAPTER INC.; ELECTRON PLATING III, INC.; ELECTRONIC |
| 8 | PLATING SERVICE INC.; ESB INC.; |
| 9 | VALE AMERICAS, LLC; MODINE MANUFACTURING COMPANY, |
| 10 | SUCCESSOR-IN-INTEREST TO |
| 11 | ESKIMO RADIATOR MANUFACTURING CO.; EVEREST |
| 12 | & JENNINGS INTERNATIONAL; |
| 13 | GRAHAM-FIELD HEALTH PRODUCTS, INC.; FANSTEEL, INC., |
| 14 | SUCCESSOR-IN-INTEREST TO |
| 15 | FANSTEEL PRECISION SHEET METAL; FG GROUP HOLDINGS |
| 16 | INC., SUCCESSOR-IN-INTEREST |
| 17 | TO PICHEL INDUSTRIES INC.; FIRST NATIONAL FINANCE |
| 18 | CORP.; FORTIN INDUSTRIES, INC.; |
| 19 | FOUR STAR CHEMICAL CO.; FRESNO UNIFIED SCHOOL |
| 20 | DISTRICT; FULLERTON JOINT |
| 21 | UNION SCHOOL DISTRICT; GARHAUER MARINE |
| 22 | CORPORATION; GEORGE |
| 23 | INDUSTRIES INC.; GLENDALE UNIFIED SCHOOL DISTRICT; |
| 24 | GOLD BOND BUILDING |
| 25 | PRODUCTS; GOLDEN WOOL CO.; GREFCO INC.; GRINDLEY |
| 26 | MANUFACTURING, INC.; GROVER |
| 27 | PRODUCTS CO.; H. H. ROBERTSON CO.; ROBERTSON CECO II |
| 28 | |

| | |
|---|---|
| 1 | CORPORATION; H. KRASNE MANUFACTURING CO. INC.; |
| 2 | BRAKE PARTS LLC; HARLAND M. BRAUN & CO., INC.; HARTLEY |
| 3 | CO.; HEADS UP INDUSTRIES; HERCULES OIL CO.; HERMETIC |
| 4 | SYSTEMS INC.; HI-PRODUCTION FORGE CO.; H & L TOOTH |
| 5 | COMPANY; HORDIS BROTHERS; HUNTINGTON/PACIFIC |
| 6 | CERAMICS, INC.; HUNTMIX INC.; IDEAL UNIFORM RENTAL |
| 7 | SERVICE; INCO UNITED STATES INC.; INDUSTRIAL ASPHALT INC.; |
| 8 | INTERNATIONAL DECORATIVES INC.; INTERNATIONAL |
| 9 | ARCHITECTURAL PRODUCTS, INC.; IRVINE RANCH WATER |
| 10 | DISTRICT; ISAAC COHEN & SON, INC.; J & S CHROME PLATING CO.; |
| 11 | J. H. BAXTER & CO.; J. W. CARROL & SONS; JACK B KELLEY LLC; |
| 12 | JENNINGS PLATING CO. INC.; JMB PROPERTY MANAGEMENT; K. L. |
| 13 | REDFERN CONSTRUCTION CO.; KJM DEVELOPMENT CORP.; KAG |
| 14 | MERCHANT GAS GROUP; KELLEY MANUFACTURING CO.; KETEMA |
| 15 | ALUMINUM EXTRUSION; KEYSTONE PRODUCTS, INC.; |
| 16 | KINSBURSKY BROTHERS SUPPLY INC.; KIRKHILL INC.; KLEER PAK |
| 17 | MANUFACTURING CO.; KNAPE & VOGT MANUFACTURING; |
| 18 | AUTHENTIC SPECIALTY FOODS, INC., SUCCESSOR-IN-INTEREST |
| 19 | TO LA VICTORIA FOODS, INC.; LACKAWANNA LEATHER CO.; |
| 20 | LAKEWOOD OIL SERVICE INC.; LAMIN ARTS; THE LANGLOIS |
| 21 | COMPANY; LEACH |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

6

NINTH AMENDED COMPLAINT
2:18-CV-5810-MWF-PLA

INTERNATIONAL CORPORATION; LEACH OIL CO., INC.; LEAR SIEGLER INC.; LEWIS FOODS; LIFE PAINT CO.; LONG BEACH OIL DEVELOPMENT COMPANY; LONG BEACH PLATING CO.; LOS ANGELES TANNING CO.; LYLE VAN PATTEN CO. INC.; MACMILLAN OIL CO.; OLYMPUS TERMINALS LLC, SUCCESSOR-IN-INTEREST TO MACMILLAN OIL CO.; MARCREST PACIFIC CO. INC.; CREST STEEL CORPORATION; MARINA PACIFICA; MARK INDUSTRIES; MARLEX OIL & REFINING INC.; THE MARQUARDT COMPANY; MASTER-HALCO, INC.; MAYON FOODS CO.; MCCURDY CIRCUITS, INC.; MCMAHON DEVELOPMENT; M. C. NOTTINGHAM CO. OF SO. CAL.; MENASHA CORP.; NUCKLES OIL CO., INC. D/B/A MERIT OIL; METROPOLITAN CIRCUITS INC.; MILLER DIAL CORP.; MISSION PLATING CO.; MPC PLATING CO.; MODINE MANUFACTURING CO.; MOLA DEVELOPMENT CORPORATION; MPC INDUSTRIES; NARDON LIQUIDATING CORP.; NATIONAL TECHNOLOGY; NEWHALL REFINING CO. INC.; NORTHERN TELECOM; NORTHERN TELECOM ELECTRONICS, INC.; OIL WELL SERVICE CO.; ONTARIO AUTO TRUCK PLAZA; ORANGE CO. MACHINE WORKS; OZANOL CORP.; P. W. STEPHENS CONTRACTORS, INC.; P. W. STEPHENS ENVIRONMENTAL,

| | |
|---|---|
| 1 | INC., SUCCESSOR-IN-INTEREST TO P. W. STEPHENS CONTRACTORS, INC.; VIETNAM DAILY NEWS LLC; PACIFIC TUBE COMPANY; PACTRA CO.; PAN WESTERN OIL CO.; PASCOE BUILDING SYSTEMS; AMCORD INC.; PEASE & CURREN RELIABLE RECOVERY INC.; PEASE & CURREN INC.; CBP RESOURCES, INC.; PETROCHEMICALS COMPANY, INC.; PHOTOTRON CO.; POST TRANSPORTATION CO.; PQ CORPORATION; PROCESS TECHNOLOGY CO.; PRODUCTION PLATING CO.; PRODUCTS ENGINEERING CORPORATION; ALP LIGHTING AND CEILING PRODUCTS; PUNCH PRESS PRODUCTS; QUALITY ALUMINUM FORGE CO.; QUALITY METAL FINISHING CO.; QUALITY SPRAYERS INC.; R. & R. INDUSTRIAL WASTE HAULERS INC.; RAYNE WATER SYSTEMS; REAL PROPERTY WEST INC.; REFINERS MARKETING CO.; RELIABLE RECOVERY INC.; RENTOKIL NORTH AMERICA, INC.; REVERE EXTRUDERS, INC.; REX PRECISION PRODUCTS INC.; ENVIRI CORP., SUCCESSOR-IN-INTEREST TO RHO-CHEM CORP.; RHS CARPET MILL; RINCHEM CO. INC.; RIVERSIDE CEMENT CO.; R.R. KELLOGG, INC. D/B/A THE BUBBLE MACHINE; RONSON HYDRAULIC CORP.; TACTAIR FLUID CONTROLS INC.; ROUTH TRANSPORTATION; IT TRANSPORTATION |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | CORPORATION; ROYAL PLATING WORKS; RUPES HYDRAULICS; FACET ENERGY, INC.; S. T. & I. INC.; SAFETRAN SYSTEMS CORP.; THOMAS INDUSTRIES, INC. D/B/A SALS PLATING; SANTA MONICA COLLEGE; SCHLITZ BREWING CO.; PABST BREWING COMPANY, LLC; MORITO SCOVILL AMERICAS; SHAFCO INDUSTRIES, INC.; EASTMAN CHEMICAL COMPANY, SUCCESSOR-IN-INTEREST TO SOLUTIA INC.; LIQUID WASTE MANAGEMENT; CROWN DISPOSAL INC.; SOUTHERN CALIFORNIA WASTE REDUCTION; THF HOLDING CO.; SOULE STEEL COMPANY; SOUTH COAST COUNTY WATER DISTRICT; SOUTHERN CALIFORNIA DRUM CO.; SOUTHWEST PROCESSORS INC.; SPECIFIC PLATING COMPANY, INC.; STANDARD PRECISION INC.; STANG HYDRONICS INC.; STATEWIDE ENVIRONMENTAL SERVICES; STEPHEN C. GROAT DEVELOPMENT; SUPRACOTE INC.; SYNRES CHEMICAL CORP.; T. P. HEARNE CO.; SENIOR OPERATIONS INC.; TARGET CHEMICAL CO.; TEXTILE RUBBER & CHEMICAL CO.; THOMPSON TANK CONSTRUCTION; TEXTURED COATINGS OF AMERICA, INC.; TIMCO; TITECH INTERNATIONAL, INC.; TMC PROPERTIES LLC; TORRANCE BUSINESS PARK; TRANS HARBOR SERVICE, INC.; TRENT TUBE CO.; TREWAX COMPANY; TRI- |

| | |
|---|---|
| 1 | COUNTY INSULATION CO. INC.; JMR ELECTRONICS, INC., SUCCESSOR-IN-INTEREST TO TRIMM INDUSTRIES; UNITOG RENTAL SERVICES INC.; UNIVERSAL CIRCUITS INC.; USA PETROLEUM; DANSK INVESTMENT GROUP, INC.; VALLEY FRICTION MATERIALS; VAN DER HORST CORPORATION OF AMERICA; VERNON LEATHER CO. INC.; SOHIO CHEMICAL CO.; INEOS US CHEMICALS CO.; W. S. HATCH CO.; W.D.C. LIQUIDATING, INC.; WEBER METALS INC.; WELL TECH INC.; WESCAL INDUSTRIES; WESTERN GALVANIZING CO., INC.; WEST ASPEN, INC.; WESTERN METALS CORP.; WESTERN REBUILDER INC.; WESTERN SPECIALTY COATINGS CO.; WESTERN WHEEL MANUFACTURING CO.; VOPAK TERMINAL LOS ANGELES INC.; WYNDHAM MANUFACTURING CO. INC.; XIDEX CORPORATION; ZERO CORP.; CROWN CITY PLATING CO.; ESSEX GROUP INC.; KEYSOR CENTURY CORP.; NUWAY LINEN; SANTOSHI CORP. D/B/A ALUM-A-COAT ANODIZING; AND DOES 1-10,<br><br>Defendants. | |

Plaintiffs BKK WORKING GROUP; ANADARKO E&P ONSHORE LLC; ATLANTIC RICHFIELD COMPANY; ASHLAND INC.; BAYER CROPSCIENCE INC.; BIG HEART PET BRANDS; THE BOEING COMPANY; CALIFORNIA RESOURCES CORPORATION; CHEVRON

# ATTACHMENT NO. 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
*BKK WORKING GROUP, ET AL. v. 1700 SANTA FE LTD., ET AL.,*
Case No. 2:18-cv-05810-MWF-PLA

Attachment No. 2 to Summons

## DEFENDANTS TO BE SERVED

| NO. | DEFENDANT | ADDRESS |
|---|---|---|
| 1. | SUPRACOTE INC. | C/O BLUESCOPE BUILDINGS NORTH AMERICA, INC.<br>1540 GENESSEE STREET<br>KANSAS CITY, MO 64102 |
| 2. | THF HOLDING CO. | JOHN RICHARDSON, AGENT FOR THF HOLDING CO.<br>11216 PENDLETON ST<br>SUN VALLEY, CA 91352 |
| 3. | LIQUID WASTE MANAGEMENT | JOHN RICHARDSON, AGENT FOR THF HOLDING CO.<br>11216 PENDLETON ST<br>SUN VALLEY, CA 91352 |
| 4. | CROWN DISPOSAL INC. | JOHN RICHARDSON, AGENT FOR THF HOLDING CO.<br>11216 PENDLETON ST<br>SUN VALLEY, CA 91352 |