LOEB & LOEB LLP
Albert M. Cohen (SBN 141525)
acohen@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Counsel for Defendants
Watt Companies 2, LLC erroneously served as alleged successor to Torrance Business Park; Master-Halco, Inc.; South Coast Water District; Dubois Chemical Co.; THF Holding Co. as the alleged successor to Liquid Waste Management, Crown Disposal Inc. and/or Southern California Waste Reducation

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> 1700 SANTA FE LTD., et. al., <br><br> Defendants. | Case No.: 2:18-cv-05810-MWF(PLA) <br><br> Hon. Michael W. Fitzgerald <br><br> **CORPORATE DISCLOSURE AND NOTICE OF INTERESTED PARTIES (FED. R. CIV. P. 7.1)** |

**TO THE COURT AND ALL PARTIES OF RECORD:**

The undersigned, counsel of record for the Defendants listed below makes the following corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and certifies, pursuant to L.R. 7.1-1 that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

241450220.1
244543-10001

1

CORPORATE DISCLOSURE AND NOTICE
OF INTERESTED PARTIES

| Party | Related |
|---|---|
| Watt Companies 2, LLC erroneously served as alleged successor to Torrance Business Park | |
| Master-Halco, Inc. | ITOCHU Building Products Holdings Inc. (parent of Master-Halco, Inc.) |
| | Itochu International Inc. (owner of ITOCHU Buildings Products Holdings Inc.) |
| | Itochu Corporation (owner of Itochu International Inc.) |
| | Continental Casualty Company and Transportation Insurance Company issued insurance policies to Master-Halco, Inc. |
| South Coast Water District | |
| Dubois Chemical Co. | Chemed (parent) |
| THF Holding Co. as the alleged successor to Liquid Waste Management, Crown Disposal Inc. and/or Southern California Waste Reducation | |

Dated: June 23, 2025

LOEB & LOEB LLP
ALBERT M. COHEN

By: _____
Albert M. Cohen
Counsel for Defendants
Watt Companies 2, LLC erroneously served as alleged successor to Torrance Business Park; Master-Halco, Inc.; South Coast Water District; Dubois Chemical Co.; THF Holding Co. as the alleged successor to Liquid Waste Management, Crown Disposal Inc. and/or Southern California Waste Reduction

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

241450220.1
244543-10001

2

CORPORATE DISCLOSURE AND NOTICE
OF INTERESTED PARTIES