# EXHIBIT G

# EXHIBIT G

**Defendants Subject to First Claim for Relief for Contribution, CERCLA § 113(f), 42 U.S.C. § 9613(f)**

**Note: "X" indicates that Plaintiffs are seeking recovery of costs incurred pursuant to the indicated Consent Decree from that particular Defendant**

| DEFENDANT NAME | UNDER CONSENT DECREE 1 (entered 3/9/2006) | UNDER CONSENT DECREE 2 (entered 8/10/2010) | UNDER PARTIAL CONSENT DECREE 3 (entered 7/24/2015) | UNDER FIRST AMENDED CONSENT DECREE 3 (entered 7/29/2016) |
|---|---|---|---|---|
| A. Z. DECASING INC. | | | X | X |
| ALUMINUM PRECISION PRODUCTS, INC. | | | X | X |
| ACCURATE PLATING CO. | | | X | X |
| ACTION COMPUTER PRODUCTS SALES, INC. | | | X | X |
| AERODYNAMICS PLATING CO., INC. | | | X | X |
| AJAX HARDWARE CORP. | | | X | X |
| ALCO-GRAVURE INC. | | | X | X |
| ALLYN TRANSPORTATION CO. | | | X | X |
| ALUM-A-COAT INC.; SANTOSHI CORP. D/B/A ALUM-A-COAT ANODIZING | | | X | X |
| AMERICAN MARBLE & ONYX COMPANY, INC. | | | X | X |

| | | | | |
|---|---|---|---|---|
| AMERICAN OCEAN TILE; MOHAWK INDUSTRIES, INC. (SUCCESSOR) | | | X | X |
| AMERICAN SAFETY EQUIPMENT CO. | | | X | X |
| ANCHOR HOCKING CORPORATION | | | X | X |
| APEX DRUM COMPANY, INC. | | | X | X |
| ASTRO PAK CORP. | | | X | X |
| ATLAS COVERALL & SUPPLY | | | X | X |
| B & B PIPE AND TOOL CO. | | | X | X |
| B & C PLATING CORPORATION | | | X | X |
| BARRY L. MILLER ENGINEERING INC. | | | X | X |
| BAY DECKING CO. INC. | | | X | X |
| BELL INDUSTRIES | | | X | X |
| BENNETT INDUSTRIES | | | X | X |
| BERGANDI MANUFACTURING CO. INC. | | | X | X |
| SUPRACOTE INC. | | | | X |
| BLACKFOOT-CHEROKEE ENERGY INC.; TEP ROCKY MOUNTAIN (SUCCESSOR) | | | X | X |
| BLISS & LAUGHLIN STEEL CO. | | | X | X |
| BOCK COMPANY | | | X | X |
| H. KRASNE MANUFACTURING CO. INC. | | | X | X |

| | | | | |
|---|---|---|---|---|
| SABEMA CORPORATION | | | X | X |
| BURBANK PLATING SERVICE CORP. | | | X | X |
| BURBANK UNIFIED SCHOOL DISTRICT | | | X | X |
| CAL BUMPER CO. | | | X | X |
| CALIFORNIA CORRUGATED IND. | | | X | X |
| CALIFORNIA FINISHED METALS INC. | | | X | X |
| CALIFORNIA MOTOR EXPRESS; MCCLEAN TRUCKING COMPANY (SUCCESSOR) | | | X | X |
| CALPRO CO. | | | X | X |
| CHEMICAL ENERGY OF CALIFORNIA; CASPIAN INC. (SUCCESSOR) | | | X | X |
| CBP RESOURCES, INC. | | | X | X |
| CBC INDUSTRIES, INC. | | | X | X |
| CELOTEX CORP. | | | X | X |
| CHEM ARROW CORP. | | | X | X |
| CHEMOIL REFINING CORP. | | | X | X |
| CHEMRON | | | X | X |
| CHROMIZING CORP.; CHROMALLOY CORPORATION (SUCCESSOR) | | | X | X |
| CLAYTON MANUFACTURING COMPANY | | | X | X |
| CLEAN STEEL INC. | | | X | X |
| A.C. LIQUIDATING CORP. | | | X | X |

| | | | | |
|---|---|---|---|---|
| COMPUTER AUTOMATION, INC. | | | X | X |
| CONRAC CORP.; DAYCO INCORPORATED (SUCCESSOR) | | | X | X |
| HOMETOWN GREEN RIVER VILLAGE GP, L.L.C., SUCCESSOR-IN-INTEREST TO CONTEMPO FURNITURE | | | X | X |
| COOPER LA CLEAR DRUM CO. | | | X | X |
| CROWN CITY PLATING CO. | | | X | X |
| CROWN DISPOSAL INC. | | | | |
| D. W. ELLIOTT INC. | | | X | X |
| THOMPSON TANK CONSTRUCTION; DARRELL THOMPSON TANK & CONSTRUCTION, INC. (SUCCESSOR) | | | X | X |
| DAVIS WIRE CORP. | | | X | X |
| DIAL PRECISION INC. | | | X | X |
| DOWNEY GLASS CO. INC. | | | X | X |
| H.E. DYER, INC. | | | X | X |
| EASTMAN CHEMICAL COMPANY, SUCCESSOR-IN-INTEREST TO SOLUTIA INC. | | | | |
| EDMUND A. GRAY CO. | | | X | X |
| EL MONTE LEAD SALVAGE CO. INC. | | | X | X |
| ELECTRONIC PLATING SERVICE INC. | | | X | X |

| | | | | |
|---|---|---|---|---|
| ENVIRI CORP., SUCCESSOR-IN-INTEREST TO RHO-CHEM CORP. | | | X | X |
| JENNINGS PLATING CO. INC.; EVEREST & JENNINGS INTERNATIONAL; GRAHAM-FIELD HEALTH PRODUCTS, INC. (SUCCESSOR) | | | X | X |
| FACET ENERGY, INC. | | | X | X |
| FANSTEEL, INC., SUCCESSOR-IN-INTEREST TO FANSTEEL PRECISION SHEET METAL | | | X | X |
| FG GROUP HOLDINGS INC., SUCCESSOR-IN-INTEREST TO PICHEL INDUSTRIES INC. | | | X | X |
| FIRST NATIONAL FINANCE CORP. | | | X | X |
| FORTIN INDUSTRIES, INC. | | | X | X |
| FOUR STAR CHEMICAL CO. | | | X | X |
| FRESNO UNIFIED SCHOOL DISTRICT | | | X | X |
| G.L.C. BUILDING CORP., FORMERLY KNOWN AS DEL AMO ENERGY; SGL CARBON LLC (SUCCESSOR) | | | X | X |
| GOLDEN WOOL CO. | | | X | X |
| GRINDLEY MANUFACTURING, INC. | | | X | X |
| GROVER PRODUCTS CO. | | | X | X |

| | | | | |
|---|---|---|---|---|
| HI-PRODUCTION FORGE CO.; H & L TOOTH COMPANY (SUCCESSOR) | | | X | X |
| H. H. ROBERTSON CO.; ROBERTSON CECO II CORPORATION (SUCCESSOR) | | | X | X |
| HARLAND M. BRAUN & CO., INC. | | | X | X |
| HEADS UP INDUSTRIES | | | X | X |
| HERCULES OIL CO. | | | X | X |
| HERMETIC SYSTEMS INC. | | | X | X |
| HORDIS BROTHERS | | | X | X |
| HUNTINGTON/PACIFIC CERAMICS, INC. | | | X | X |
| HUNTMIX INC. | | | X | X |
| IDEAL UNIFORM RENTAL SERVICE | | | X | X |
| SOHIO CHEMICAL CO.; INEOS US CHEMICALS CO. (SUCCESSOR) | | | X | X |
| INTERNATIONAL ARCHITECTURAL PRODUCTS, INC. | | | X | X |
| INTERNATIONAL DECORATIVES INC. | | | X | X |
| IRVINE RANCH WATER DISTRICT | | | | |
| ISAAC COHEN & SON, INC. | | | X | X |
| ROUTH TRANSPORTATION; IT TRANSPORTATION CORPORATION (SUCCESSOR) | | | X | X |
| J & S CHROME PLATING CO. | | | X | X |
| J. H. BAXTER & CO. | | | X | X |

| | | | | |
|---|---|---|---|---|
| J. W. CARROL & SONS | | | X | X |
| W. S. HATCH CO.; JACK B. KELLEY LLC AND KAG MERCHANT GAS GROUP (SUCCESSORS) | | | X | X |
| JMR ELECTRONICS, INC., SUCCESSOR-IN-INTEREST TO TRIMM INDUSTRIES | | | X | X |
| KAISER STEEL CORP.; KSC RECOVERY, INC. (SUCCESSOR) | | X | X | X |
| K. L. REDFERN CONSTRUCTION CO.; KJM DEVELOPMENT CORP. (SUCCESSOR) | | | X | X |
| KELLEY MANUFACTURING CO. | | | X | X |
| KETEMA ALUMINUM EXTRUSION | | | X | X |
| KEYSOR CENTURY CORP. | | | | |
| KEYSTONE PRODUCTS, INC. | | | X | X |
| KINSBURSKY BROTHERS SUPPLY INC. | | | X | X |
| KIRKHILL INC. | | | X | X |
| KLEER PAK MANUFACTURING CO. | | | X | X |
| LAKEWOOD OIL SERVICE INC. | | | X | X |
| THE LANGLOIS COMPANY | | | X | X |
| LEACH INTERNATIONAL CORPORATION | | | X | X |
| LEACH OIL CO., INC. | | | | |
| LEAR SIEGLER INC. | | | X | X |
| LEWIS FOODS | | | X | X |

Exhibit G – 7

| | | | | |
|---|---|---|---|---|
| LIFE PAINT CO. | | | X | X |
| LIQUID WASTE MANAGEMENT | | | X | X |
| LONG BEACH OIL DEVELOPMENT COMPANY | | | X | X |
| LONG BEACH PLATING CO. | | | X | X |
| LOS ANGELES TANNING CO. | | | X | X |
| MACMILLAN OIL CO.; OLYMPUS TERMINALS LLC, SUCCESSOR-IN-INTEREST TO MACMILLAN OIL CO. | | | X | X |
| MARINA PACIFICA | | | X | X |
| MARK INDUSTRIES | | | X | X |
| MARLEX OIL & REFINING INC. | | | X | X |
| THE MARQUARDT COMPANY | | | X | X |
| MASTER-HALCO, INC. | | | X | X |
| MAYON FOODS CO. | | | X | X |
| MCCURDY CIRCUITS, INC. | | | X | X |
| MCMAHON DEVELOPMENT | | | X | X |
| MENASHA CORP. | | | | |
| M. C. NOTTINGHAM CO. OF SO. CAL. | | | X | X |
| NUCKLES OIL CO., INC. D/B/A MERIT OIL | | | X | X |
| METROPOLITAN CIRCUITS INC. | | | X | X |
| MISSION PLATING CO. | | | X | X |
| MPC PLATING CO. | | | X | X |
| MODINE MANUFACTURING COMPANY, | | | X | X |

Exhibit G – 8

| | | | | |
|---|---|---|---|---|
| SUCCESSOR-IN-INTEREST TO ESKIMO RADIATOR MANUFACTURING CO. | | | | |
| MODINE MANUFACTURING CO.; | | | X | X |
| MOLA DEVELOPMENT CORPORATION | | | X | X |
| MYERS DRUM CO.; KSC RECOVERY, INC. (SUCCESSOR) | | X | X | X |
| NARDON LIQUIDATING CORP. | | | X | X |
| NATIONAL TECHNOLOGY | | | X | X |
| NEWHALL REFINING CO. INC. | | | X | X |
| NORTHERN TELECOM ELECTRONICS, INC. | | | X | X |
| NUWAY LINEN | | | | |
| OIL WELL SERVICE CO. | | | | |
| ONTARIO AUTO TRUCK PLAZA | | | X | X |
| OZANOL CORP. | | | X | X |
| SCHLITZ BREWING CO. | | | X | X |
| VIETNAM DAILY NEWS LLC | | | X | X |
| PACIFIC TUBE COMPANY | | | X | X |
| PAN WESTERN OIL CO. | | | X | X |
| PEASE & CURREN RELIABLE RECOVERY INC.; PEASE & CURREN INC. (SUCCESSOR) | | | X | X |
| PETROCHEMICALS COMPANY, INC. | | | X | X |

Exhibit G – 9

| | | | | |
|---|---|---|---|---|
| PHOTOTRON CO. | | | X | X |
| POST TRANSPORTATION CO. | | | X | X |
| PROCESS TECHNOLOGY CO. | | | X | X |
| PRODUCTION PLATING CO. | | | X | X |
| ALP LIGHTING AND CEILING PRODUCTS | | | X | X |
| PUNCH PRESS PRODUCTS | | | X | X |
| QUALITY ALUMINUM FORGE CO. | | | X | X |
| QUALITY METAL FINISHING CO. | | | X | X |
| QUALITY SPRAYERS INC. | | | X | X |
| R. & R. INDUSTRIAL WASTE HAULERS INC. | | | X | X |
| RELIABLE RECOVERY INC.; PEASE & CURREN INC. (SUCCESSOR) | | | X | X |
| TARGET CHEMICAL CO.; RENTOKIL NORTH AMERICA, INC. (SUCCESSOR) | | | X | X |
| REVERE EXTRUDERS, INC. | | | X | X |
| RINCHEM CO. INC. | | | X | X |
| CITY OF RIVERSIDE | | | X | X |
| R. R. KELLOGG, INC. D/B/A THE BUBBLE MACHINE | | | X | X |
| ROYAL PLATING WORKS | | | X | X |
| RUPES HYDRAULICS | | | X | X |

| | | | | |
|---|---|---|---|---|
| THOMAS INDUSTRIES, INC. D/B/A SALS PLATING | | | X | X |
| CITY OF SAN DIEGO | | | X | X |
| SHAFCO INDUSTRIES, INC. | | | X | X |
| SOULE STEEL COMPANY | | | X | X |
| SOUTH COAST COUNTY WATER DISTRICT | | | X | X |
| SOUTHERN CALIFORNIA DRUM CO. | | | X | X |
| SPECIFIC PLATING COMPANY, INC. | | | X | X |
| STANDARD PRECISION INC. | X | X | X | X |
| STANG HYDRONICS INC. | | | X | X |
| ORANGE CO. MACHINE WORKS | | | X | X |
| STATEWIDE ENVIRONMENTAL SERVICES | | | X | X |
| STEPHEN C. GROAT DEVELOPMENT | | | X | X |
| TEXTURED COATINGS OF AMERICA, INC. | | | X | X |
| SOUTHERN CALIFORNIA WASTE REDUCTION | | | X | X |
| TIMCO | | | X | X |
| TITECH INTERNATIONAL, INC. | | | X | X |
| TMC PROPERTIES LLC | | | X | X |
| TORRANCE BUSINESS PARK | | | X | X |
| TORRANCE TUBING & CONDUIT CO. | | | X | X |

| | | | | |
|---|---|---|---|---|
| TRANS HARBOR SERVICE, INC. | | | X | X |
| TREWAX COMPANY | | | X | X |
| TRI-COUNTY INSULATION CO. INC. | | | X | X |
| UNIVERSAL CIRCUITS INC. | | | X | X |
| VALLEY FRICTION MATERIALS | | | X | X |
| VAN DER HORST CORPORATION OF AMERICA | | | X | X |
| VERNON LEATHER CO. INC. | | | X | X |
| W.D.C. LIQUIDATING, INC. | | | X | X |
| WESCAL INDUSTRIES | | | X | X |
| WESTERN GALVANIZING CO., INC.; WEST ASPEN, INC. (SUCCESSOR) | | | X | X |
| WESTERN REBUILDER INC. | | | X | X |
| WESTERN WHEEL MANUFACTURING CO. | | | X | X |
| XIDEX CORPORATION | | | X | X |
| ZERO CORP. | | | X | X |
| ELECTRON PLATING III, INC. | | | X | X |
| RIVERSIDE CEMENT CO. | | | X | X |