**MORGAN, LEWIS & BOCKIUS LLP**
Denise G. Fellers (SBN 222694)
denise.fellers@morganlewis.com
Jeremy B. Esterkin (SBN 268530)
jeremy.esterkin@morganlewis.com
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

**MORGAN, LEWIS & BOCKIUS LLP**
Collie F. James, IV (SBN 192318)
collie.james@morganlewis.com
600 Anton Blvd., Ste. 1800
Costa Mesa, CA 92626-7653
Tel: +1.714.830.0600
Fax: +1.714.830.0700

Attorneys for Plaintiff
BKK WORKING GROUP, an unincorporated association, and individual members identified below

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BKK WORKING GROUP; et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>1700 SANTA FE LTD; et al.,<br><br>        Defendants. | Case No. 2:18-cv-05810-MWF-PLA<br><br>Hon. Michael W. Fitzgerald<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT CHEM ARROW CORP.** |

Morgan, Lewis & Bockius LLP
Attorneys at Law
Los Angeles

PLAINTIFFS' NOTICE OF DISMISSAL
WITH PREJUDICE
2:18-CV-5810-MWF-PLA

# PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE OF CHEM ARROW CORP.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss with prejudice the following Defendant from this Action:

1. CHEM ARROW CORP.

Dated: December 12, 2025                MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Denise G. Fellers*
    Denise G. Fellers
    Collie F. James, IV
    Jeremy B. Esterkin
    Attorneys for Plaintiff
    BKK WORKING GROUP, an
    unincorporated association

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

PLAINTIFFS' NOTICE OF DISMISSAL
WITH PREJUDICE
2:18-CV-5810-MWF-PLA